UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL HERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> THE OFFICE OF THE COMMISSIONER OF BASEBALL AND MAJOR LEAGUE BASEBALL BLUE, INC., <br><br> Defendants. | No. 18 Civ. 9035 (JPO) (GWG) <br><br> **DECLARATION OF** <br> **NEIL H. ABRAMSON** |

I, Neil H. Abramson, declare as follows:

1. I am a partner in the law firm of Proskauer Rose LLP, counsel for Defendants The Office of the Commissioner of Baseball and Major League Baseball Blue, Inc. in the above-captioned action.

2. Attached hereto as **Exhibit A** is a true and correct copy of Articles 9.E.5 and 26 of the Basic Agreement between the Major League Baseball Umpires Association (previously known as the World Umpires Association) and The Office of the Commissioner of Baseball for the term January 1, 2015 through December 31, 2019 (the "Basic Agreement"), the collective bargaining agreement governing the terms and conditions of employment for Major League Baseball umpires, as cited in Defendants' Memorandum of Law in Opposition to Plaintiff's "Motion for a Declaratory Judgment" and Defendants' Response to Plaintiff's Statement of Material Fact.

3. Attached hereto as **Exhibit B** is a true and correct copy of Addendum B to the Basic Agreement, which reflects years of service for Major League Baseball umpires, which is cited in Defendants' Response to Plaintiff's Statement of Material Facts.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of April, 2019 in New York, New York.

 /s/ *Neil H. Abramson*  
NEIL H. ABRAMSON