Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

April 10, 2019

**VIA ECF**

Hon. J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

Neil H. Abramson
Member of the Firm
d +1.212.969.3001
f 212.969.2900
nabramson@proskauer.com
www.proskauer.com

Re: *Angel Hernandez v. The Office of the Commissioner of Baseball and Major League Baseball Blue, Inc.*, No. 18 Civ. 09035 (JPO) (GWG)

Dear Judge Oetken:

On behalf of the Defendants in the above-referenced matter, we write to correct a misstatement contained in Plaintiff's April 9, 2019 filing. (Dkt No. 62.) In Defendants' Memorandum of Law in Opposition to Plaintiff's "Motion for Declaratory Judgment," Defendants cited *Ollie v. University of Connecticut*, No. 18-cv-2070 (KAD), 2019 WL 441160 (D. Conn. Feb. 4, 2019). (Dkt No. 59, at 13–16 & 19.) In Plaintiff's Reply Memorandum, filed yesterday, Plaintiff stated that Defendants "fail[] to mention [that] the *Ollie* case is now on appeal to the Second Circuit Court of Appeals." (Dkt No. 62, at 9, n.4.) That assertion is incorrect. On March 28, 2019—five days before Defendants filed their opposition papers—the parties in *Ollie* filed a stipulation withdrawing the appeal pursuant to Federal Rule of Appellate Procedure 42, and the mandate issued on that same date. *Ollie v. Univ. of Connecticut*, No. 19-526, Dkt Nos. 33–34 (2d Cir. Mar. 28, 2019).

Respectfully submitted,

/s/ *Neil H. Abramson*
Neil H. Abramson
PROSKAUER ROSE LLP
*Attorney for Defendants*

cc: All Counsel of Record (via ECF)