```
 1                    J. TORRE - 6/19/19
 2    BY MR. MURPHY:
 3         A.    No.
 4         Q.    What was the criteria that you used
 5    in selecting umpires between 2011 and 2016?
 6         A.    For?
 7         Q.    What was the criteria that you used
 8    to select umpires in the World Series?
 9         A.    Oh, World Series.
10               Their combination experience and
11    performance for the year.
12         Q.    Would experience include seniority?
13         A.    Yes.
14         Q.    Performance for the year would be
15    their evaluations?
16         A.    Yes.
17         Q.    In 2011, you selected Jerry Lane,
18    Greg Gibson, Alfonso Marquez, Ron Kulpa, Ted
19    Barrett and Gary Cederstrom.
20               Before you made those selections,
21    did you look at their evaluations?
22         A.    Yes.
23         Q.    Did you compare them to other
24    umpires that you did not select?
25         A.    Yes.
```

1  **J. TORRE - 6/19/19**
2       Q.    Who gathers that information for
3  you?
4            MR. ABRAMSON:  In 2011?
5            MR. MURPHY:  Yes, and if it's the
6         same each year, that would be helpful but
7         yes, we can start in 2011.
8  BY MR. MURPHY:
9       Q.    Who gathers the information that you
10 want to look at to evaluate World Series
11 selections?
12      **A.    Our supervisors, supervisors submit**
13 **evaluations at the All Star break and then at**
14 **the end of the season.**
15      Q.    They actually fill out daily game
16 reports, correct?
17      **A.    Yes.**
18      Q.    Do you see those?
19      **A.    I do not.**
20      Q.    So you only see the midyear and the
21 end of year?
22      **A.    Yes.**
23      Q.    Who actually puts the language into
24 the midyear and end of year evaluations for
25 umpires?

J. TORRE - 6/19/19

more positive type.  You know, because we have we have meets, and I mean does not meet, and exceeds in those evaluations.  And at times, I may not change that because that comes from the supervisors, but I may want to make going forward a positive what-you-can-do type of thing, but that would be it.  I would never change the body of it.

Q. Should there be anything in the midyear and end-of-year evaluations that were not contained in the game evaluations prepared by the supervisors that are watching?

MR. ABRAMSON: Objection as to form.

Can I hear that again?

THE WITNESS: Thank you.

(Whereupon, the record was read.)

BY MR. MURPHY:

Q. Can I explain --

A. No, I would say no, I don't think it adds anything.

Q. So if there's something in a midyear or end-of-year report that was never mentioned by a supervisor or supervisors and observers watching games, that would mean that somebody at

D'Amico Certified Reporting
908-546-7650

82

J. TORRE - 6/19/19

**A. Got it.**

Q. Would you take a quiet read of the overall evaluative comments.

**A. (Pause in proceedings.)**

**Yes.**

Q. Overall would you say he had a good year based upon that summary?

**A. Yes, ability-wise, yes.**

Q. And an umpire's ability is the most important aspect of his job, would you agree?

**A. No.**

MR. ABRAMSON: Objection. You can answer.

**A. No.**

Q. What's more important than his ability?

**A. Having the skills to handle situations.**

Q. Do you believe that he has the skills to handle situations?

**A. Not all the time.**

Q. Can you tell me incidences where you think that he didn't handle situations well?

**A. I mean, situations, it's -- there**