

**MURPHY LANDEN JONES PLLC**

2400 Chamber Center Dr.
Suite 200
P.O. Box 17534
Ft. Mitchell, KY 41017-0534
P: 859.360.1123 | F: 859.578.3061

Kevin L. Murphy
Direct: 859-578-3060
KMurphy@MLJfirm.com

# MEMO ENDORSED

November 5, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/19
```

**VIA ECF**
Hon. Gabriel W. Gorenstein
Chief U.S. Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Courtroom 6B
New York, New York 10007-1312

Re:   *Angel Hernandez v. The Office of the Commissioner of Baseball, et al.*
      18 Civ. 9035 (JPO) (GWG)

Dear Judge Gorenstein,

This law firm represents Plaintiff Angel Hernandez in the above-captioned matter. Pursuant to Local Civil Rule § 7.1(d) and ¶ 1.F of the Court's Individual Practices, please accept this Letter to request an adjournment of the oral argument on Plaintiff's pending Motion for Leave to Amend Complaint (Dkt. 99, 100), which is currently scheduled for November 19, 2019. Plaintiff's counsel is unavailable on that date due to previously scheduled proceedings in an unrelated matter. In light of Plaintiff's counsel's preexisting commitment, an adjournment is necessary.

Plaintiff thus requests that the oral argument currently scheduled for November 19, 2019 be rescheduled to November 26, 2019 at 3 p.m. or at any other time on that date that is convenient for the Court.[1] Counsel for the Defendants are available on that date and time and consent to this adjournment request. There have been no previous requests to adjourn this oral argument.

Thank you.

*Granted.*

SO ORDERED   DATE 11/5/19
/s/ Gabriel W. Gorenstein
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

*/s/ Kevin L. Murphy*
Kevin L. Murphy

cc:   All counsel of record (via CM/ECF)

---

[1] In accordance with ¶ 1.F of the Court's Individual Practices, Plaintiff's counsel contacted the Court's Deputy Clerk to determine an alternative date for which the Court is available for a rescheduled court appearance. The Court's Deputy Clerk informed Plaintiff's counsel that the Court was available on November 26, 2019 at 3 p.m.