# EXHIBIT E

Gregory W. Baxter — March 5, 2020

```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK
 2

 3     _____
                                          )
       ANGEL HERNANDEZ,                    )
 4                                         )
                 Plaintiff,                )
 5                                         )
       -vs-                                )    No. 18 CIV. 9035 (JPO)(GWG)
 6                                         )
       THE OFFICE OF THE COMMISSIONER OF   )
 7     BASEBALL and MAJOR LEAGUE BASEBALL  )
       BLUE, INC.,                         )
 8                                         )
                 Defendants.               )
 9     _____)

10

11

12

13

14

15        VIDEOTAPED DEPOSITION OF GREGORY W. BAXTER

16             Thursday, March 5, 2020

17              New York, New York

18

19

20

21

22

23

24     REPORTED BY:

25     Christina Diaz, CRC, CRR, RMR, CSR, CLR
```

Gregory W. Baxter — March 5, 2020

Page 14

1        A.    I do not.

2        Q.    Do you recall the subject matter of

3    the case?

4        A.    No.

5        Q.    Do you recall anything about the

6    case that you testified in in 2015?

7        A.    At the current time, no.

8        Q.    You mentioned you met with

9    Mr. Landen for several hours yesterday.  Was

10   anybody else present at the meeting?

11       A.    No one else was present.  While we

12   were preparing Mr. Murphy arrived precisely

13   the time we finished.

14            MR. MURPHY:  New grandson.

15   BY MS. PHILION:

16       Q.    And you said you reviewed your

17   expert report and guidance materials on the

18   internet and Dr. Martin's report.  Were there

19   any other documents you reviewed in

20   connection with prepping for your deposition

21   today?

22       A.    There was one other document.

23       Q.    What document is that?

24       A.    A memo I had written to myself but

25   never included in the expert report.

Gregory W. Baxter - March 5, 2020

1        Q.      What memo was that?

2        A.      A memo on the methodology for

3    identifying comments as positive, negative or

4    platitude and the method for identifying

5    whether the author's comments in the year-end

6    reviews were supported or unsupported by the

7    Umpire Evaluation Reports or UERs.

8        Q.      When did you first prepare that

9    memo?

10       A.      About February 1st.

11       Q.      February 1, 2020?

12       A.      Yes.

13       Q.      When were you retained in this

14   matter?

15       A.      I was retained August 26th.

16       Q.      August 26, 2019?

17       A.      That's right.

18       Q.      You did not include that memorandum

19   with your expert report, is that correct?

20       A.      My expert report was submitted much

21   earlier, yes, that's right.

22       Q.      So why did you create a written

23   memo regarding your methodology after the

24   creation of the report?

25       A.      Because I expected to be deposed

Gregory W. Baxter - March 5, 2020

1    about my methodology.

2         Q.    How long after the creation of your

3    report did you create this memo?

4         A.    February 1st.  My -- my report was

5    December 13th.

6         Q.    How do you recall the methodology

7    that you utilized for a report in December on

8    February 1st when you wrote the report --

9    when you wrote the memo -- excuse me.

10        A.    How did I recall the work that I

11   had done for several months?

12        Q.    Yes.

13        A.    It was easy to recall the methods

14   that I used because I use them literally

15   hundreds of times in preparing my report.  It

16   was merely a matter of writing them all down.

17        Q.    When you say you used them

18   "hundreds of times," where else have you used

19   them?

20        A.    I used them throughout the

21   preparation of this report, which has

22   hundreds of my comments in it.

23        Q.    Have you ever used the

24   methodologies that you used here in another

25   matter?

Gregory W. Baxter - March 5, 2020

```
 1      Mr. Murphy's law firm received Dr. Martin's
 2   report.  I was paid to read it and comment.
 3          Q.    The memo regarding your methodology
 4   that you mentioned earlier, approximately how
 5   long did it take you to prepare that memo?
 6          A.    Less than two hours.
 7          Q.    When you prepared that memo, were
 8   you referring to any notes that you had
 9   created when you were undertaking the
10   analysis that's set forth in your expert
11   report?
12          A.    Yes.
13          Q.    Do you still have those notes?
14          A.    No.
15          Q.    Did you discard them?
16          A.    Yes.
17          Q.    When did you discard them?
18          A.    After I prepared the memo that
19   summarized them.
20          Q.    Do you have any notes that you took
21   while undertaking your analysis for this
22   report that you did not disregard?
23          A.    Yes.
24          Q.    What notes do you have?
25          A.    I would be speculating.  I made a
```

Gregory W. Baxter - March 5, 2020

```
 1     great number of notes.  With my memory, I
 2     need to write a lot of notes.
 3          Q.    You don't have a very good memory?
 4          A.    I don't think I do.
 5               (Baxter Exhibit 1, Curriculum
 6          Vitae, two pages, was marked for
 7          identification)
 8     BY MS. PHILION:
 9          Q.    Mr. Baxter -- sorry.  Dr. Baxter,
10     the court reporter has handed you what we
11     have identified as Baxter Exhibit 1.  It is
12     the CV that you provided with your report.
13     Do you recognize it as that?
14          A.    I do recognize it.
15          Q.    Okay.  Is everything on your CV
16     true and correct as of -- we will start with
17     the date of your report -- as of December
18     23rd, I believe you said?
19          A.    Yes.
20          Q.    Is there anything that needs to be
21     updated on this CV through today?
22          A.    No.
23          Q.    Looking at your education, where it
24     says "Logistics Executive Development
25     Course," can you explain to me what that is?
```

Gregory W. Baxter - March 5, 2020

1      that at the time that you were analyzing the

2      documents in preparing your report, is that

3      correct?

4              A.    No.  I don't recall it now.

5              Q.    Did you know it then?

6              A.    I might have known then, from

7      discussions about which years I was tasked to

8      analyze, that 2017 and 2018 existed.

9              Q.    Did you review every Umpire

10     Evaluation Report for the years 2011 through

11     2016 for each of the umpires, Hernández,

12     Danley and Márquez?

13             A.    Yes.

14             Q.    Did you keep a list of what you

15     actually reviewed?

16             A.    Yes.

17             Q.    Did you keep a list by Bates

18     numbers?

19             A.    No.

20             Q.    How did you keep a list of what you

21     actually reviewed?

22             A.    I reviewed everything.  You asked

23     me if I reviewed all of the Umpire Evaluation

24     Reports, I did.

25                   So it's all of them.

Gregory W. Baxter - March 5, 2020

1    your view, that's Mr. Torre, Mr. Woodfork and

2    Mr. Marsh, no one else?

3         A.    Yes.

4         Q.    What was your methodology to

5    analyze issues in the creation of umpire

6    performance reviews?

7         A.    First to read the depositions of

8    the people who work with the system, the

9    executives of baseball to understand how they

10    say it is done, and then I reviewed the

11    year-end reports of the three minority

12    umpires I was assigned, and then I created a

13    method for comparing for each performance

14    component, such as hustle or four-umpire

15    mechanics, a method to compare the Umpire

16    Evaluations Reports done at the time of a

17    ball game with the performance reviews

18    created months later.

19         Q.    Can you describe the method that

20    you created?

21         A.    I converted all of the 18-year-end

22    reviews to a Word document so that I could

23    write on it.

24              I converted all of the Umpire

25    Evaluations Reports for those six years to a

Gregory W. Baxter - March 5, 2020

1    Word searchable PDF.  I would then put

2    Mr. Hernández' 2011 year-end review on one

3    side of my computer screen and the UE -- the

4    UERs, Umpire Evaluation Reports, for 2011 for

5    Mr. Hernández on the left side of my computer

6    and see if the author of the year-end review

7    had referred to and relied upon what was

8    reported for on-field activity.

9         Q.    And how did you determine whether

10   the performance evaluator referred to and

11   relied upon data contained in the UER?

12              MR. MURPHY:  Objection.  Vague.

13              You can answer.

14        A.    I determined it by looking for

15   whether the thing that the author said was

16   true and reflective of the umpire's

17   performance actually ever happened.

18   BY MS. PHILION:

19        Q.    Well, how did you make that -- how

20   did you make that evaluation?  Were you

21   searching for similar words?

22        A.    That was a small part of it.  A

23   principal example -- how would I know?  The

24   year-end review might include the phrase

25   "Many comments about your hustle say that you

Gregory W. Baxter - March 5, 2020

1    remains a great umpire"; there were many such

2    comments, and I searched for those phrases.

3        Q.    How did you come up with a list of

4    the phrases that you searched for?

5        A.    I started with a sample of UERs.  I

6    looked at the kind of things that umpires

7    were saying under "hustle," under

8    "four-umpire mechanics."  And I compiled a

9    list of words to look for to identify whether

10   a comment was positive or negative.  And I

11   consistently used that listing and then

12   looked for whether the words that appear in

13   the UER ever appeared under that performance

14   component on the year-end review.

15       Q.    If the same word did not appear in

16   both of those documents, did you consider

17   that to be unsupported?  So if a word

18   appeared in the performance evaluation like

19   "good" and good --

20       A.    Hold on.

21       Q.    Yes.  Sure.

22       A.    What performance evaluation?

23       Q.    A year-end performance evaluation.

24       A.    Thank you.

25       Q.    So if the word "good" appeared in a

Gregory W. Baxter - March 5, 2020

1    year-end performance evaluation, did you come

2    up with a list of words that were similar to

3    "good" that you searched UERs for?

4         A.    The list I just gave you.

5         Q.    Is -- was that a complete list?

6         A.    No.

7         Q.    Do you have the complete list

8    written down anywhere?

9         A.    Yes.

10        Q.    Is that in the memo that you

11   described to me earlier?

12        A.    Yes.

13        Q.    At the time that you were

14   undertaking this analysis, before you wrote

15   the memo, did you keep a list of these terms?

16        A.    Yes, I did.

17        Q.    Okay.  Did you keep a complete list

18   of the terms that you searched for?

19        A.    No.  Because --

20             MR. MURPHY:  Did you hear the

21        question?

22             THE WITNESS:  I did.

23   BY MS. PHILION:

24        Q.    Tell me why you didn't keep a

25   complete list of the terms you searched for.

Gregory W. Baxter - March 5, 2020

1      "Bob had a really good day at 2-B."  Well,

2      "really good" is common knowledge but 2-B

3      means second base.  I suggest not everybody

4      knows that.

5           Q.    Were you searching the UERs for

6      that specific sports jargon, or were you

7      searching the UERs for words like "good,

8      great, terrific, energetic, crisp, clear,

9      emphatic"; some of the words that you

10     mentioned earlier.

11               MR. MURPHY:  Objection.

12     BY MS. PHILION:

13          Q.    You can answer.

14          A.    I wasn't very --

15               MR. MURPHY:  I will decide that.

16     Thank you.

17               You can answer.

18               MS. PHILION:  We are in agreement.

19          A.    I wasn't very often searching the

20     UER for the word "terrific."  I was searching

21     the UER to read every single comment under

22     that performance component.  And then to note

23     whether a UER comment was positive or

24     negative, I used the methodology that I have

25     described.  I wasn't searching for

Gregory W. Baxter - March 5, 2020

1    "terrific."  I was searching for every single

2    UER comment about four-umpire mechanics, and

3    then base calls and then pace of game, and

4    looking for anything anybody said and then

5    categorizing it as positive or negative.

6    BY MS. PHILION:

7        Q.    And you believe you were able to do

8    that based on your thorough review of the

9    Umpire Evaluation Reports, is that correct?

10        A.    That is correct.

11        Q.    It was not based on any knowledge

12    you had about baseball prior to this

13    engagement?

14        A.    That is correct, too.

15        Q.    Was there any way that you

16    standardized the process of comparing words

17    from a performance evaluation with all of the

18    Umpire Evaluation Reports?

19        A.    Yes.

20        Q.    How did you do that?

21        A.    First of all, I am not fully

22    trusting of technology, so when I opened the

23    document that I had converted to PDF, that is

24    the Umpire Evaluation Report for that year

25    for that umpire.  I first would going to the

Gregory W. Baxter - March 5, 2020

1    employee would take to be neutral.  "You had

2    a bad game; you were lazy; you give a bad

3    impression; your performance in this area is

4    deteriorating."  It was -- it was not

5    particularly difficult to find the negatives

6    in the negative comments.

7         Q.    So your evaluation was based on

8    what in your view was a positive or negative

9    word --

10             MR. MURPHY:  Objection.

11   BY MS. PHILION:

12        Q.    -- or phrase?

13             MR. MURPHY:  Objection.

14             You can answer.

15        A.    Yes.

16   BY MS. PHILION:

17        Q.    Was this based on any set of formal

18   criteria other than what you have just

19   described?

20        A.    No.

21        Q.    Have you documented the criteria

22   you used to assess positive and negative

23   comments anywhere?

24        A.    Yes.

25        Q.    Is that in the memo that you

Gregory W. Baxter - March 5, 2020

1      mentioned earlier?

2            A.    Yes.

3            Q.    Okay.  Did you keep the notes --

4      well, excuse me.  Withdrawn.

5                  During the process of your analysis

6      in drafting your expert report, did you keep

7      notes on the criteria for positive and

8      negative comments?

9            A.    Yes.

10           Q.    Do you still have those notes?

11           A.    I converted them into the memo.

12           Q.    So is that a no?

13           A.    That's no.

14           Q.    Do you think a different reviewer

15     of the documents you looked at could have a

16     different opinion on whether a comment was

17     positive or negative?

18                 MR. MURPHY:  Objection.

19           A.    I would be speculating.

20     BY MS. PHILION:

21           Q.    Do you think it's possible?

22                 MR. MURPHY:  Objection.

23     BY MS. PHILION:

24           Q.    You can answer.

25           A.    I think, looking at what I looked

Gregory W. Baxter - March 5, 2020

1      evaluation was what you concluded was word

2      salad?

3           A.    What performance evaluation?

4           Q.    So in the year-end performance

5      evaluations that you appended to your

6      report --

7           A.    (Nodding affirmatively).

8           Q.    One of the categories you color

9      coded was called "word salad," is that

10     correct?

11          A.    There is.

12          Q.    Okay.  So what I am trying to

13     understand is how the criteria you set for

14     determining that something in a year-end

15     performance evaluation was "word salad"?

16          A.    Actually, I found that to be the

17     easiest of things to categorize.  It's any

18     phrase or sentence or paragraph that does not

19     report the on-field -- the performance of

20     that umpire during that season.  It is

21     unrelated to a performance review.

22          Q.    How did you determine what was

23     unrelated to a performance review with

24     respect to Major League Baseball umpires?

25          A.    Any sentence that did not say --

Gregory W. Baxter - March 5, 2020

```
1          A.     Not always.

2          Q.     What other methods did you employ?

3          A.     Sometimes I did not do a word

4     search for word similarity.

5          Q.     How did you determine when you

6     would do a word search for word similarity?

7          A.     When the author had stated, "There

8     were multiple comments," and there were none,

9     as in this case.   "No UER included a comment

10    under 'hustle and mobility.'"  I don't need

11    to search for -- beyond looking at every

12    single -- I looked at all 58 UERs to see if

13    there was a comment under "mobility and

14    hustle."  There was not.  My comment is true.

15         Q.     If there is no comment under

16    "mobility or hustle," did you not do a word

17    search for a document after that?

18         A.     I often did.

19         Q.     When did you decide to do a word

20    search?  That's what I am trying to

21    understand.

22         A.     Partway through the project.

23         Q.     Partway through this project.  So

24    for some of the UERs you -- and performance

25    evaluation comparisons, you did a word search
```

Gregory W. Baxter - March 5, 2020

```
 1    and for others, you did not?

 2         A.    Correct.

 3         Q.    What part of the process did you

 4    decide to start undertaking word searches?

 5         A.    When I found that it was -- when I

 6    discovered from reading so many UERs and

 7    year-end reviews, that it was quite possible

 8    the author might have been getting his claims

 9    that -- this particular year, this particular

10    umpire exhibited good mobility from comments

11    that -- from UER comments that didn't appear

12    under "mobility."

13         Q.    Did you keep track of which

14    documents you performed word searches on and

15    which documents you did not?

16         A.    I performed word searches on every

17    document.

18         Q.    Well, you just said you started

19    doing that "partway through the process."

20         A.    No.  I started searching for

21    phrases similar to the year-end review in the

22    UERs.  I word searched every UER for

23    "mobility," and in this case, I searched

24    every UER for the word "physical" and

25    "condition" and "moves" or "move" and
```

Gregory W. Baxter – March 5, 2020

1          the same questions over and over again.

2               MS. PHILION:  All right.  We will

3          see when we get there.

4     BY MS. PHILION:

5          Q.   All right.  So I'm going to read

6     you back the question.

7               What I want to understand is, at

8     some point in the process, you started

9     searching performance components outside of

10    the specific performance component in which

11    you expected to find a comment, is that

12    right?

13         A.   Yes.

14         Q.   Did you keep track of which Umpire

15    Evaluation Reports you searched the whole

16    document and which you only searched the

17    specific performance component?

18         A.   No.

19         Q.   Are you familiar with the concept

20    of "wild card searching"?

21         A.   Yes.

22         Q.   What is it, in your understanding?

23         A.   I am not a -- I'm not a computer

24    expert, but my understanding is, using word

25    search technology that includes characters

Gregory W. Baxter - March 5, 2020

1    BY MS. PHILION:

2         Q.    I am not asking what it could have

3    been; I am asking what it was.

4              MR. MURPHY:  Same objection.

5    BY MS. PHILION:

6         Q.    Why did you prepare the memo?

7              MR. MURPHY:  Asked and answered.

8         A.    Let's say for those two reasons, to

9    help the jury and to be clear in my

10   deposition.

11   BY MS. PHILION:

12        Q.    Did counsel request that you

13   prepare that memo?

14        A.    He did -- he did not.

15             (Baxter Exhibit 14, Rebuttal Report

16        of Denise Martin, PH.D., dated January

17        27, 2020, 37 pages with attachments, was

18        marked for identification)

19   BY MS. PHILION:

20        Q.    Dr. Baxter, the court reporter has

21   just handed you Exhibit 14 for

22   identification.  This is the rebuttal report

23   of Denise Martin, Ph.D., dated January 7 --

24   27th, 2020.

25             Is this the report that you told me

Gregory W. Baxter - March 5, 2020

Page 212

1      from an employee's record is not positive for

2      their career.  It is not neutral for their

3      career.  It is negative for their career.

4      Without comparison to anyone else.

5                 MS. PHILION:  Thank you,

6          Dr. Baxter.

7                 So I have no further questions, but

8          before we go off the record, we are

9          going to call for the production of the

10         memorandum regarding your methodology

11         that you said you created after you

12         submitted your expert report.

13                We are also going to call for the

14         production of any notes that you took in

15         the process of the analysis in creation

16         of your expert report.

17                We are not closing the deposition

18         and will note that we have requested

19         those documents from your counsel in

20         formal document requests, and they were

21         not provided to us.

22                MR. MURPHY:  That is not correct.

23         Are you done?

24                MS. PHILION:  Yes.

25                MR. MURPHY:  Okay.