UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL HERNANDEZ,<br><br>    PLAINTIFF,<br><br>V.<br><br>THE OFFICE OF THE COMMISSIONER OF BASEBALL AND MAJOR LEAGUE BASEBALL, BLUE INC.,<br><br>    DEFENDANTS. | CASE NO: 18-CV-09035-JPO<br><br>**NOTICE OF MOTION** |

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment, dated April 24, 2020, Plaintiff Angel Hernandez will move this Court, at the United States Courthouse, 40 Foley Square, New York, New York, 10007, at such date and time as the Court may direct, for partial summary judgment that he has established a *prima facie* case as to both his disparate treatment claims and his disparate impact claims.

Dated:  April 24, 2020

                                                                         Respectfully submitted,

                                                                         MURPHY LANDEN JONES PLLC

                                                                         By: *Kevin L. Murphy*
                                                                         Kevin L. Murphy (*pro hac vice*)
                                                                         J. Jeffrey Landen (*pro hac vice*)
                                                                         Nicholas R. Gregg (*pro hac vice*)
                                                                         2400 Chamber Center Drive, Suite 200
                                                                         Fort Mitchell, KY 41017
                                                                         Tel: 859-360-1123
                                                                         KMurphy@MLJfirm.com
                                                                         JLanden@MLJfirm.com
                                                                         NGregg@MLJfirm.com

                                                                         &amp;

LEWIS DIBIASI ZAITA & HIGGINS
Nicholas J. Zaita
420 Lexington Avenue, Suite 300
New York, NY 10107
Tel: (212) 772-0943
nzaita@ldzhlaw.com
***Attorneys for Plaintiff Angel Hernandez***

### CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: Neil H. Abramson, Esq., Adam M. Lupion, Esq., Rachel S. Philion, Esq., and Rachel S. Fischer, Esq., PROSKAUER ROSE LLP, Eleven Times Square, New York, New York 10036-8299.

Respectfully Submitted,

MURPHY LANDEN JONES PLLC

By: *Kevin L. Murphy*
Kevin L. Murphy (*pro hac vice*)
2400 Chamber Center Drive, Suite 200
Fort Mitchell, KY 41017
Tel: 859-360-1123
***Attorney for Plaintiff Angel Hernandez***