UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL HERNANDEZ<br><br>    PLAINTIFF,<br><br>V.<br><br>THE OFFICE OF THE COMMISSIONER OF BASEBALL AND MAJOR LEAGUE BASEBALL, BLUE INC.,<br><br>    DEFENDANTS. | CASE NO: 18-CV-09035-JPO<br><br>**NOTICE OF FILING** |

PLEASE TAKE NOTICE that Plaintiff Angel Hernandez hereby files the exhibits that accompany his Motion for Partial Summary Judgment (Dkt. 138 & 139).

Dated:  April 25, 2020

                                                                    Respectfully submitted,

                                                                    MURPHY LANDEN JONES PLLC

                                                                    By:  *Kevin L. Murphy*
                                                                    Kevin L. Murphy (*pro hac vice*)
                                                                    J. Jeffrey Landen (*pro hac vice*)
                                                                    Nicholas R. Gregg (*pro hac vice*)
                                                                    2400 Chamber Center Drive, Suite 200
                                                                    Fort Mitchell, KY 41017
                                                                    Tel: 859-360-1123
                                                                    KMurphy@MLJfirm.com
                                                                    JLanden@MLJfirm.com
                                                                    NGregg@MLJfirm.com
                                                                    &
                                                                    LEWIS DIBIASI ZAITA & HIGGINS
                                                                    Nicholas J. Zaita
                                                                    420 Lexington Avenue, Suite 300
                                                                    New York, NY 10107
                                                                    Tel: (212) 772-0943
                                                                    nzaita@ldzhlaw.com
                                                                    *Attorneys for Plaintiff Angel Hernandez*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 25, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: Neil H. Abramson, Esq., Adam M. Lupion, Esq., Rachel S. Philion, Esq., and Rachel S. Fischer, Esq., PROSKAUER ROSE LLP, Eleven Times Square, New York, New York 10036-8299.

      Respectfully Submitted,

      MURPHY LANDEN JONES PLLC

      By: *Kevin L. Murphy*
      Kevin L. Murphy (*pro hac vice*)
      2400 Chamber Center Drive, Suite 200
      Fort Mitchell, KY 41017
      Tel: 859-360-1123
      ***Attorney for Plaintiff Angel Hernandez***