UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL HERNANDEZ<br><br>    PLAINTIFF,<br><br>V.<br><br>THE OFFICE OF THE COMMISSIONER OF BASEBALL AND MAJOR LEAGUE BASEBALL, BLUE INC.,<br><br>    DEFENDANTS. | CASE NO: 18-CV-09035-JPO<br><br>**DECLARATION OF ANGEL HERNANDEZ** |

1. My name is Angel Hernandez. I have personal knowledge of the facts set forth below, and could and would testify competently to those facts if called as a witness:

2. Upon information and belief, MLB has had only one minority permanent crew chief in its entire history prior to the filing of this lawsuit: Richie Garcia.

3. Upon information and belief, during the period 2011-2016, a minority umpire was only given a World Series assignment twice. Alfonso Marquez, a Latino umpire, was assigned to the World Series in both 2011 and 2015.

4. Kerwin Danley is an African-American Major League umpire.

5. Upon information and belief, Umpires Guccione, Hirschbeck, Holbrook, Hudson, Randazzo, Vanover and West were the umpires assigned to the 2016 World Series.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of April, 2020 in Loxahatchee, Florida.

*/s/ Angel Hernandez*
Angel Hernandez

EXHIBIT 2