5/7/19 - R. Marsh

what level?

**A.     Minor League umpires --**

MR. ABRAMSON:  Objection as to form.

Q.     I'm sorry?

**A.     Minor League umpires.**

Q.     Do they get involved with Minor League umpires in A ball?

**A.     No.**

Q.     So it starts at AAA?

**A.     It starts at AAA.**

Q.     So the first time any umpire is supervised or observed in the Minor Leagues by Major League Baseball is AAA?

**A.     Usually.**

Q.     Does the Wendelstedt School cost money, do you know?

**A.     Yes.**

Q.     Do you know how much it cost to go to that school?

**A.     I did years ago.  Not sure now.**

Q.     And the Umpire Development School, do you know if that cost money?

**A.     Similarly, I don't know.**

Q.     So is it true then based upon your

EXHIBIT

3

1                        · 5/7/19 - R. Marsh
2    answers, that Major League Baseball makes no
3    effort at these levels, the entry levels in
4    trying to find diverse candidates to become
5    umpires?
6              MR. ABRAMSON:   Objection as to form.
7         Mischaracterizes his testimony; you can
8         answer.
9         A.    Yes, they are concerned with
10   diversity, and they have umpire camps throughout
11   the season that people come to and they're
12   looking for diverse candidates to scholarship
13   them to the umpire schools to see if they can
14   seriously pursue the profession.
15        Q.    When do those camps take place?
16        A.    During the course of the season,
17   there's probably five.  They've already had I
18   think two.  It's like one a month.
19        Q.    And where are those camps located?
20        A.    They are usually, not the same each
21   year, they pick different places.  They might be
22   -- I think they just had one in Dallas, maybe,
23   they've had one in Philadelphia before, they've
24   had one in Cincinnati before.  It varies.
25        Q.    How long do these camps last

**5/7/19 - R. Marsh**

**who the next umpire or umpires are going to be**

**that will probably be promoted from A ball to**

**AA, AA to AAA.**

    Q.    So the umpires get the other

umpires' ratings to see where they are?

    **A.**    **I'm not sure; I think so.**

    Q.    All right.

    Does Major League Baseball get

involved in this aspect of the umpire's

progression from Rookie to A to AA?

    **A.**    **No.**

    MR. ABRAMSON:  Objection as to form.

    You can answer.  You did.

BY MR. MURPHY:

    Q.    So if -- I don't know if I asked

you, did you tell me the name of this company?

    **A.**    **I think it's -- I don't know if it's**

**just a Minor League Baseball Corporation,**

**something to that effect and it's in St.**

**Petersburg, Florida, you can get that easily.**

    Q.    So if this corporation run by

Mr. O'Connor with the head of umpires, Dusty

Dellinger promotes nothing but white umpires

from Rookie to A to AA, is it true then that

```
 1                    5/7/19 - R. Marsh
 2          as you and I know it.
 3               MR. MURPHY:  I will rephrase.
 4               MR. ABRAMSON:  Thank you.
 5    BY MR. MURPHY:
 6          Q.    Isn't it true that every umpire
 7    during the course of a season will have some
 8    incident like an ejection or having to call a
 9    balk that will cause some consternation between
10    players or managers?
11          A.    Yes.
12          Q.    While you were umpiring, did you
13    believe at any time that one of your minority
14    colleagues should have been promoted to crew
15    chief?
16          A.    I can't recall.
17          Q.    Why did Richie Garcia get
18    terminated, do you remember?
19          A.    I don't know exactly.  There was --
20    one problem was his son-in-law was umpiring in
21    the Minor Leagues, was in strong consideration
22    for promotion to the Major Leagues, and he was
23    told not to go watch him work, because of being
24    related to him.  He continued to do so.  He had
25    been told not to do it, and he continued to do
```

1                      5/7/19 - R. Marsh

2  so.

3              And when they let him go and a

4  couple of other people go, that's the only

5  reason that I heard.

6        Q.    Has the fact that there are no

7  minority crew chiefs in baseball been brought up

8  by management in your presence since 2011?

9        A.    Yes.  And it is -- that is discussed

10  every time we have a crew chief opening.

11        Q.    And each time you've had a crew

12  chief opening, did that discussion take place?

13        A.    Yes.

14        Q.    And is it your testimony today that

15  the decision not to hire minority crew chiefs

16  since 2011 has been solely merit based?

17        A.    Yes.

18        Q.    Is the selection of World Series

19  between 2011 and the end of 2016, was that

20  solely merit based?

21        A.    Yes.

22        Q.    Do you believe that Angel Hernandez

23  should have been promoted to crew chief during

24  any of these years that you've been in

25  management?

37





```
 1                    5/7/19 - R. Marsh
```

17     Q.    What about Angel, why has he not

18   been a crew chief selected?

19         A.    Angel is one of the nicest people I

20   have ever met in my life.  He does things for

21   people off the field that I've never seen people

22   do, me personally.

23              My family, my mother-in-law loved

24   him.  O.K.

25              He's had some incidents, he's had

```
 1                           5/7/19 - R. Marsh
 2          A.      As far as statistics?
 3          Q.      For crew chief selection, yeah.
 4                  MR. ABRAMSON:  Objection as to form.
 5          A.      It would be Matt, he would provide
 6     the information.
 7          Q.      Isn't it true that there are
 8     comments made in midyear reviews and end-of-year
 9     reviews that are not found in any of the
10     supervisor' game reports?
11          A.      Shouldn't be.  Shouldn't be.
12          Q.      Ted Barrett, Fieldin Culbreth, Jim
13     Joyce, all of the crew chief selections since
14     2011 have all been white, correct?
15          A.      You're telling me that I guess.
16          Q.      Well, you know of no minority
17     umpire?
18          A.      No.
19          Q.      That's been appointed, right?
20                  Now, would you agree that Angel
21     Hernandez's body of work, ZE scores, the base
22     calls, from a statistical basis has been better
23     than some of the crew chiefs that you've
24     selected?
25                  MR. ABRAMSON:  Objection to form,
```

```
 1                    5/7/19 - R. Marsh
 2   BY MR. MURPHY:
 3        Q.    Is Joe Torre and Peter Woodfork duty
 4   bound to select crew chiefs from the pool that
 5   apply?
 6              MR. ABRAMSON:  Objection as to form.
 7        A.    I would say yes.
 8        Q.    Would you agree that Angel Hernandez
 9   has had more interim crew chief games than other
10   umpires that you've made crew chiefs in the last
11   four or five years?
12        A.    I don't know the statistics on that.
13   He's had chances, but there's other guys that
14   have been, too.  Matt McKendry could tell you
15   that information.
16        Q.    Would you put an umpire into an
17   interim crew chief position if you believed that
18   he didn't have the tools to run a crew chief?
19        A.    No.
20        Q.    And if he ran a crew on an interim
21   basis during the first 50 games and performed
22   poorly, including situation management issues,
23   would you continue to put him on the field as an
24   interim crew chief?
25        A.    No.
```

```
 1              5/7/19 - R. Marsh
 2   seen this document, but did you know that an
 3   overview of umpiring was being done?
 4        A.    No.
 5        Q.    On 15070, it says, "Number of
 6   Umpires 68," what's the number now?
 7        A.    76.
 8        Q.    76, O.K.
 9              And the minority percentage, do you
10   see that, 7 percent?
11        A.    Uh-hum.
12        Q.    Yes?
13        A.    Yes.
14        Q.    She can't type uh-hum, we all do it.
15        A.    I know, I'm sorry.  Yes.
16        Q.    Given the amount of minority
17   baseball players that play the game in the Major
18   Leagues, would you agree that 7 percent number
19   of minority umpires is not good?
20              MR. ABRAMSON:  Objection as to the
21         form.
22   BY MR. MURPHY:
23        A.    Could be better.
24      ███      ███████
25           ██████████████  ███████████  ██████████
```

```
 1                    5/7/19 - R. Marsh
 2  ████████████████████████████████████  ████
 3  █████████████████████
 4       ██    ██████
 5            MR. ABRAMSON:  One second.
 6            O.K., thank you, go ahead.
 7       A.   Yes.
 8       Q.   Do you remember when PBUC first
 9  started?
10       A.   Gosh, I don't remember the first
11  year that it came into existence.  There's
12  always been a Minor League organization, but
13  when it was -- when O'Connor came in and
14  basically formalized it, I don't know -- it's
15  been there for quite a while.  As a matter of
16  fact, Justin Klemm who is in charge of A replay
17  was a former Minor League supervisor for them.
18       Q.   So after two years, they're either
19  promoted to go up to the next level or let go
20  and that's completely in the discretion of PBUC,
21  correct?
22       A.   Yes, it is.
23       Q.   So if your camps produce minority --
24  minority students to go to Wendelstedt or PBUC,
25  after they enter, it's completely in the hands
```

1               5/7/19 - R. Marsh

2   of PBUC to determine whether they make it to

3   AAA?

4       A.   Yes.

5       Q.   The second and the third -- the

6   second bullet point is still true based upon

7   your previous answer, right?

8       A.   Yes.

9            MR. ABRAMSON:  Objection as to form.

10      A.   Yes, they are.

11      Q.   Is the third bullet point accurate

12  to the best of your knowledge?

13      A.   I think it's pretty accurate.

14      Q.   How about the fourth bullet point,

15  12 to 15,000 for six months of work?

16      A.   Probably accurate.  It's at lot more

17  that I got paid when I was there.

18

19

20

21

22

23

24

25



```
 1                        5/7/19 - R. Marsh
 2
 3
 4
 5          Q.    15073.   "Pathway to Major, Major
 6    League hiring."
 7                The first bullet point, "Umpires are
 8    hired at the absolute and exclusive discretion
 9    of the Commissioner's Office"?
10          A.    Yes.
11          Q.    As far as you know, does that allow
12    the Commissioner to discriminate based on race?
13                MR. ABRAMSON:   Objection to form.
14          A.    The Commissioner in our office does
15    not discriminate against any race or
16    nationality.
17          Q.    But does that provision in the
18    Article 4.A.3 give him the right to pick anybody
19    he wants?
20                MR. ABRAMSON:   Objection, you've got
21          to show him Article 4 A.3.
22                MR. MURPHY:   All right.
23    BY MR. MURPHY:
24          Q.    You can answer.
25                MR. ABRAMSON:   You're asking him a
```

5/7/19 - R. Marsh

1            question about a provision that is not

2            quoted in its entirety here.

3    BY MR. MURPHY:

4        Q.    Does this language come from the

5    Union Agreement with Major League Umpires?

6        **A.    I would think that it would.**

7        Q.    And as far as you know, does that

8    agreement give the Commissioner the right to

9    select any umpire that he wants?

10       **A.    Yes.**

11       Q.    5 -- the fifth bullet point,

12   "Evaluation of potential new hires can be very

13   subjective."

14            Do you agree with that?

15       **A.    I guess so.**

16       Q.    "Quantitative data such as AAA

17   evaluations and ZE scores is sometimes used but

18   supervisor recommendations hold the most

19   weight."

20            Do you agree with that?

21       **A.    Yes.**

22       Q.    And the reason why supervisor

23   recommendations hold the most weight is because

24   they actually see them on the field, correct?

```
 1                    5/7/19 - R. Marsh
 2         A.    Right. Seeing, just a harmless
 3    comparison, when I came up, you might see a
 4    supervisor, once or twice a year for a few
 5    games.
 6              Last year every AAA umpire was
 7    observed by supervisors 27 times.  So it's a
 8    much better situation for them to be watched.
 9         Q.    And supervisor recommendations hold
10    the most weight because they actually see them
11    live on the field which is better than seeing it
12    on video, wouldn't you agree?
13         A.    Yes.
14              MR. ABRAMSON:  Objection as to the
15         form.
16              THE WITNESS:  Sorry.
17    BY MR. MURPHY:
18         Q.    Yes?
19         A.    Yes.
```



```
 1                      5/7/19 - R. Marsh
 2               MR. ABRAMSON:  You can answer.
 3
 4
 5
 6
 7
 8          Q.    "Seniority is rewarded with a few
 9   younger umpires each year, also given an
10   opportunity so that they can gain experience."
11   That matches what you just told me earlier,
12   correct?
13          A.    Yes.
14          Q.    But seniority didn't seem to help
15   minority umpires get in to the World Series
16   between 2011 and 2016, correct?
17               MR. ABRAMSON:  Objection to the
18          form.
19   BY MR. MURPHY:
20          A.    I don't know about that.
21          Q.    Well, 2011 through 2016, there was
22   only one minority umpire in the World Series?
23          A.    O.K.
24          Q.    So since you and Mr. Torre have came
25   on board, would you agree that these statistics
```

```
 1                    5/7/19 - R. Marsh
 2    on this page show that the minority umpires who
 3    are more senior than most of these ones in red
 4    and in blue were passed over?
 5                    MR. ABRAMSON:  Can I have --
 6            objection an as to form.
 7                    Can I have that again.
 8                    (Whereupon, the record was read.)
 9                    MR. ABRAMSON:  Objection as to the
10            form.
11                    MR. MURPHY:  I'll rephrase.
12    BY MR. MURPHY:
13            Q.    Isn't it true that these statistics
14    that Mr. Freedman came up with shows that
15    minority umpires were passed over for the World
16    Series for umpires that had less seniority?
17                    MR. ABRAMSON:  Objection as to form.
18            You can answer.
19            A.    This chart here says nothing about
20    minorities; it just says seniority.
21            Q.    Right, right.
22                    And Marquez, Danley, CB Buckner and
23    Angel Hernandez had more seniority than most of
24    the umpires that were selected for World Series
25    between 2011 and 2016, would you agree?
```

```
 1                    5/7/19 - R. Marsh
 2        A.     Possibly, yes.
 3        Q.     And it says, "A number of criteria
 4   are taken in to account when choosing the
 5   umpires for special events:  Seniority, special
 6   event experience," correct?  "Supervisor
 7   evaluations that include assessment of
 8   leadership skills, overall quality of
 9   performance and fulfillment of duties and
10   responsibilities," right?
11        A.     Right.
12        Q.     Would you agree that that was the
13   criteria between 2011 and 2016?
14        A.     Yes, I think so.
15   ██      ██████
16        ████████████████████████████████████
17   █████████████████████████████
18          ███████████████████    ██████████
19   ███████████████
20           ████  ████████   ██████████   ████████
21           ████  ████████   ████████   ████████
22           ████  ████████   ████████
23           ████  ████████    ██████
24   ███████  ████████
25           ██     ██████████████████████████████
```



5/7/19 - R. Marsh

12   Q.    O.K.

13   **A.    Yes, he was.**

14   Q.    So my point is --

15        MR. ABRAMSON:  Are we making points

16    or asking questions?

17        MR. MURPHY:  Good point.

18 BY MR. MURPHY:

19   Q.    He has a dry sense of humor, but he

20 grows on you.

21        The management could actually take

22 isolated incidents, would you agree, from each

23 and every umpire and use that as an excuse to

24 not promote them or put them in the World

25 Series, would you agree?

```
 1                      5/7/19 - R. Marsh
 2               MR. ABRAMSON:  Objection.
 3           Hypothetical?
 4    BY MR. MURPHY:
 5          A.    Technically, yes.
 6          Q.    One of the things that was raised in
 7    Angel Hernandez's deposition was that he got
 8    fined for trying to get a baseball for his
 9    colleague who called Homer Bailey's no hitter,
10    is that right?
11          A.    Right, yes.
12          Q.    And that fine was         you were
13    fined --
14          A.    Oh, yeah.
15          Q.    -- for doing the same thing, right?
16          A.    Yes.  I was suspended for three
17    days.
18          Q.    Suspended for three days.
19                And the suspension was lifted,
20    correct?
21          A.    No.
22          Q.    No.
23                And am I right that you had asked
24    another crew to get you --
25          A.    Yes.
```

                    5/7/19 - R. Marsh

1

2      Q.     -- a ball?

3             And what was your fine?

4      **A.     Three days' pay.**

5      Q.     And was that before or after you

6   became a crew chief?

7      **A.     That was after I became a crew**

8   **chief.**

9      Q.     Tell me about that incident, what

10  did you do?

11     **A.     I had a friend back home that was in**

12  **a car business.  And he's a very good friend of**

13  **mine, and he had given me a car to use different**

14  **winters as an additional vehicle to get around.**

15            **Still friend of mine to this day.**

16  **He had a relative, still does, he has relatives**

17  **in Chicago, and I'm trying to think, he wanted**

18  **to do something for the guy's kid.  So I said**

19  **let me see what I can do.**

20            **So I got -- I talked to Jim Farrell,**

21  **the clubhouse guy, asked him to get him, give**

22  **them to Teddy and Teddy was going to get it to**

23  **the people before the game.**

24     Q.     Teddy?  Barrett?

25     **A.     Barrett.**

```
1                      5/7/19 - R. Marsh
2          Q.    Barrett.
3          A.    Teddy was not the crew chief then,
4    Steve Ripley was.  And, Steve Ripley called
5    Cathy Davis and told her that I did this, and
6    she ran it up the flag pole.
7          Q.    Was Ripley an ump?
8          A.    Yep, he was a crew chief.
9          Q.    And he was on Barrett's crew?
10         A.    Barrett was on his crew.
11         Q.    And this was in Chicago?
12         A.    In Chicago.
13         Q.    And were you in Chicago the previous
14   series?
15         A.    No, I don't think so.
16         Q.    All right.
17               Has there been occasions where Major
18   League Baseball has refunded fines to umpires at
19   the end of the year?
20         A.    I don't know for a fact.  I've -- I
21   would not be surprised.
22               Case in point --
23               MR. ABRAMSON:  O.K.
24               THE WITNESS:  All right.
25               MR. ABRAMSON:  Go ahead, you can
```

```
1                     5/7/19 - R. Marsh
2          answer.
3                  THE WITNESS:  No, I'll tell him.
4    BY MR. MURPHY:
5          A.    Bob Davidson, and, I'm trying to
6    think what he did, something stupid on the
7    field, and, Joe was fining him, but he also --
8    Joe sat down and talked to him.  Joe likes the
9    guys.  He sat down and talked to him and I was
10   there with him.  And I think he told them, look,
11   keep your nose clean, no more of these type of
12   incidents at the end of the season and I think
13   what he did was he sent him a card, a Christmas
14   card with the check it in so... he had a heart,
15   too.
16         Q.    Joe did not do that with Angel
17   though, correct?
18         A.    Not that I know of.
19         Q.    If you would go to 15092.
20               On this one, up top, it says,
21   "Supervisors and field observers regularly
22   evaluate umpire performance through games in
23   person."
24               The last bullet point on the right,
25   "Supervisors aggregate all of the end game
```

1                        5/7/19 - R. Marsh
2    reports an umpire has received throughout the
3    season and assign an overall grade to teach
4    category."
5              Do you agree with that?
6         A.    Yes, that would basically be their
7    year-end evaluations, whether you met standard,
8    does not meet standard.
9         Q.    And meets and does not meet, are
10   they important criteria for you to utilize; you
11   meaning, Major League Baseball to, utilize in
12   the determination of who becomes a crew chief
13   and who does not?
14        A.    It would certainly be considered.
15   There are very few does not meets.  You consider
16   2400 games times four umpires, that's a lot of
17   things different categories being evaluated.
18   And there might be 10 does not meets during the
19   course of the whole year, or 12, not many.
20        Q.    But I also notice, if you agree, say
21   so, if you disagree, say so as well, there's not
22   a lot of exceeds, either?
23        A.    I think that's because we hold our
24   guys to a high standard.  I've given Angel an
25   exceeds, last year I gave him an exceeds.

                        5/7/19 - R. Marsh

 2      Q.    Yep.

 3            Next.

 4      **A.    I -- I've already given some this**

 5  **year.  If I see a guy has handled situation**

 6  **exceptionally well even though we expect him to**

 7  **do it, but he jumped out and did -- recognized**

 8  **the situation and handled it strongly, I think**

 9  **he should be told that it was well done.**

10      Q.    15097.

11            Right-side second bullet point, the

12  LRD, what's that?

13      **A.    I don't know what stands for.  That**

14  **might just be the --**

15            MR. ABRAMSON:  Don't --

16            THE WITNESS:  All right.

17            MR. ABRAMSON:  He's not asking you

18      to guess.

19            THE WITNESS:  All right.

20  BY MR. MURPHY:

21      **A.    I don't know.**

22            MR. ABRAMSON:  Thank you.

23      Q.    Could that be labor relations

24  department?

25      **A.    I don't know.**

```
 1                    5/7/19 - R. Marsh
 2        Q.    At one point earlier in the
 3   conversation that we've been having, you
 4   indicated that evaluations go to legal.
 5             Would they also go to labor
 6   relations?
 7        A.    Sure.
 8        Q.    And why would legal and labor
 9   relations, why should they have any impact in
10   the reports?
11        A.    They're basically making sure we
12   didn't say something stupid.  Like saying a
13   guy's fat or something like that, making sure
14   we're using correct wording in our -- that's it.
15        Q.    15101?
16        A.    150 --
17        Q.    15101.
18             The zone evaluation system in the
19   middle box, the last bullet point, "Many umpires
20   blame the system for bad scores and will often
21   argue that the system is calibrated incorrectly
22   or that their version of the strike zone is
23   preferred by players and managers," do you see
24   that?
25        A.    Yes.
```

5/7/19 - R. Marsh

Q.    Would you agree with that statement?

A.    I have to explain something.

The -- during those years, the box
you would see on TV was different than ours.
And that's all the players want to look at, to
see what's on TV.

Q.    And would you agree, we spent some
time yesterday talking to Matt McKendry about
the buffer zone?

A.    Yes, yes.

```
 1                      5/7/19 - R. Marsh
 2          Q.    The two-inch and one-and-a-half-
 3     inch?
 4          A.    Right.
 5          Q.    And isn't it true that as you just
 6     described with the players then, it's true with
 7     the players now, that they don't understand that
 8     buffer?
 9          A.    Yeah.
10          Q.    And the TV that we see in watching
11     baseball games doesn't have the buffer either,
12     does it?
13          A.    Yes.
14          Q.    And would you agree that brings
15     additional scorn to the umpires from the players
16     and the coaches --
17          A.    What'd you say, it brings?
18          Q.    It brings a misunderstanding --
19          A.    Yes, yes.
20          Q.    -- in their mind.
21                For instance, the Kinsler incident
22     of a couple years ago, he complained about the
23     first pitch, and then complained about the
24     second pitch, and was ejected.
25                As it turns out, both pitches were
```

```
 1                    5/7/19 - R. Marsh
 2   called correctly by Angel Hernandez, but Mr.
 3   Kinsler and his manager are not told that, are
 4   they?
 5        A.    No.
 6        Q.    No, I'm correct?
 7        A.    You're correct.
 8        Q.    15104.   "Umpires are not allowed to
 9   make comments that create an appearance of a
10   lack of impartiality towards the player or the
11   club that are critical of the Commissioner of
12   Baseball or that otherwise are inimical to the
13   best interest of baseball."
14              MR. ABRAMSON:  Where are you reading
15         from?
16              THE WITNESS:  Down at the bottom,
17         yeah, I think.
18              MR. ABRAMSON:  Well, let --
19              MR. MURPHY:  Yes, second bullet
20         point.
21   BY MR. MURPHY:
22        Q.    That's still true today as it was in
23   2013, correct?
24        A.    Yes.
25              MR. ABRAMSON:  O.K., the second
```

```
1                    5/7/19 - R. Marsh

2          bullet point, the "Additional umpires

3          shall not"?

4               MR. MURPHY:  Yes, sir.

5               MR. ABRAMSON:  Yes, O.K.

6    BY MR. MURPHY:

7          Q.    That's true today as it was in 2013,

8    yes?

9          A.    Yes.

10         Q.    Do you agree with what's stated in

11   the red box, "When a controversial situation

12   arises, the umpire involved in the controversy

13   are often the only people available to answer

14   questions and hence PR training is required."

15         A.    PR training has been added for

16   several years at our retreat in Scottsdale.  We

17   brought in speakers concerning this, and have

18   followed up with that completely.
```



```
1                    5/7/19 - R. Marsh
2              Would you agree that "Angel is in
3    great shape and keeps himself that way through
4    his career"?
5        A.    Always has.
6        Q.    On the next page, 15112, "Injuries
7    remain an important issue for an umpiring
8    staff."
9              Would you agree that injuries have
10   never been an issue with Angel?
11       A.    Yes, they have.  In 1999, the year
12   of the staff resignation, our crew was Joe West,
13   Larry Vanover, Angel and myself, I was a crew
14   chief, and as a result, West and Vanover had
15   lost her job at the time.  Angel said his back
16   was killing him and he couldn't work and he
17   didn't work the whole month of September.
18              And I had three AAA guys I had never
19   met before worked with me the whole month.
20       Q.    But other than that one month, do
21   you know of any other time lost or significant
22   time lost by Angel?
23       A.    No, he's -- he comes to work every
24   day.
25       Q.    15117.
```



```
 1                    5/7/19 - R. Marsh

 2            MR. ABRAMSON:  One second.  117?

 3            MR. MURPHY:  Yes.

 4            MR. ABRAMSON:  O.K.

 5   BY MR. MURPHY:

 6

 7

 8

 9            Have you discussed at any time with

10   other members of the management, the difference

11   in the percentages between the NFL and Major

12   League Baseball as it relates to minority

13   referees and umpires?

14            MR. ABRAMSON:  This is NBA?

15            MR. MURPHY:  I'm sorry, NBA, that's

16       right, thank you.

17       A.    I have not but Matt McKendry and

18   Peter Woodfork have met with the different

19   Leagues.

20       Q.    About what?

21       A.    Everything from replay, to hirings,

22   and that's all I know.

23

24

25
```



1          5/7/19 - R. Marsh

17          Q.    Well, from the lowest levels, from

18    entry all the way to AAA, Major League Baseball

19    has no power whatsoever to increase the level of

20    minorities until they get to AAA, right?

21          A.    Yes, but let me explain something.

22                Having taught at umpire school, I

23    know that every year, Harry Wendelstedt, sent,

24    contacted, the athletic directors at many major

25    colleges and schools that had -- that was mostly



1        5/7/19 - R. Marsh

2   African American students and sent brochures,

3   everything, trying to get them to come to umpire

4   school.

5           The problem is, yeah, they want the

6   job, but they want to be in the big Leagues

7   tomorrow, and they don't want to go through all

8   of that.

1              5/7/19 - R. Marsh

2      **A.     I don't think so.**

3      Q.    Does Major League Baseball provide

4  any training to PBUC?

5      **A.     No, not that I know of.**

6      Q.    By the way, are you aware that Angel

7  Hernandez finished first in his class when he

8  went to umpiring school?

9      **A.     Tell you a story about guys who**

10 **finish first.  The guy came out first --**

11             MR. ABRAMSON:  The answer is as far

12        as you're aware.

13             THE WITNESS:  Yeah.

14     **A.     It doesn't surprise me.**

15     Q.    Would you go to 15140.  Here he

16 talks about discipline and potentially

17 terminating low performing umpires.

18             Has any crew chief been fired for

19 bad performance since you have been in Major

20 League Baseball starting with being an umpire?

21     **A.     No.**

22

23

24

25

```
1                    5/7/19 - R. Marsh
2    to of those 25, if any?
3              MR. ABRAMSON:  Objection to form,
4         you mean Major League Baseball?
5              MR. MURPHY:  Yes, sorry.
6              MR. ABRAMSON:  Yes.
7         A.    Six or seven.
8         Q.    San Diego, how many scholarships?
9         A.    I don't know, but it was a -- it was
10   a good turn out, but it was also lot of those
11   guys are military, they still had obligations
12   but they wanted to learn more umpiring.
13        Q.    In Cinci, of the six or seven that
14   were given scholarships, how many were not
15   white?
16        A.    I don't know.
17        Q.    Here on 15146, Mr. Freedman says,
18   "In addition to improving access to diversity
19   candidates, strategic partnerships may also
20   allow MLB to assist Minor League umpires in
21   finding employment during the off-season."
22              Has that been done?
23        A.    No, other than some Minor League
24   want to go to winter ball.  And they -- they're
25   helped through PBUC to get them involved in
```

```
1                    5/7/19 - R. Marsh
2    those Leagues.
3         Q.    Anything else?
4         A.    No, sir.
5              MR. ABRAMSON:  Objection -- anything
6         else with respect to the partnerships?
7              MR. MURPHY:  One of the things I
8         told him if he didn't understand a
9         question, he could ask me so he understood
10        so...
11             MR. ABRAMSON:  Objection as to the
12        form.
13             MR. MURPHY:  O.K.
14   BY MR. MURPHY:
15        Q.    The first bullet point says, "Given
16   the long-term nature of umpire development, the
17   only way to" --
18        A.    Excuse me, where are we?
19        Q.    I'm sorry, I'm sorry, Randy.  15146?
20        A.    O.K.
21        Q.    "Given the long-term nature of
22   umpire development, the only way to approach
23   MLB's diversity issue is through lower level
24   recruitment of minorities."
25             Would you agree that Major League
```

```
 1                     5/7/19 - R. Marsh
 2    Baseball had a diversity issue problem in
 3    umpiring in 2013?
 4               MR. ABRAMSON:  Objection as to form.
 5          A.    I don't -- I don't know, but they
 6    have been doing everything they can to improve
 7    that situation.
 8          Q.    And everything they can is umpire
 9    camps and -- well, what else is Major League
10    Baseball doing besides the umpiring camps?
11          A.    Well, the Minor Leagues would
12    probably be it.  We do -- we are always open to
13    recommendations from people that see guys
14    umpiring in amateur ball that think they could
15    be given a shot at least trying going to umpire
16    school.  We're open minded to find these
17    candidates in any way we can.
18          Q.    What minority umpire was ever given
19    a Major League job that came from any place
20    other than going through the school to rookie
21    league to the minors?
22          A.    I don't know of any.
23          Q.    15147, the last page, "MLB should
24    seek the benefit from its substantial investment
25    in umpiring through strategic marketing,
```

```
 1                        5/7/19 - R. Marsh
 2            Of Replay Equipment, marked for
 3            identification, as of this date.)
 4  BY MR. MURPHY:
 5       Q.    I've handed you what we have marked
 6  as 15.
 7            Do you recognize this as being the
 8  equipment behind when you open this door on 14?
 9       A.    Yes.
10       Q.    Not a very big screen, is it?
11       A.    It's what we used for years.
12       Q.    How many years?
13       A.    I'm not sure exactly how many but --
14  I don't know exactly.
15       Q.    This basically is the size of a
16  computer screen, correct?
17            MR. ABRAMSON:  Objection as to the
18        foundation.
19  BY MR. MURPHY:
20       Q.    Would you agree?
21       A.    Little bigger.
22       Q.    And this was not HD like the one in
23  the umpire's room, correct?
24       A.    That's my understanding.
25       Q.    Am I right?
```

```
 1                   5/7/19 - R. Marsh

 2        A.     I think so.

 3        Q.     Yeah.

 4               (Plaintiff's Exhibit 16, Photograph

 5          of Replay Operations Center, marked for

 6          identification, as of this date.)

 7   BY MR. MURPHY:

 8        Q.     I'm showing you what we have marked

 9   as 16.  This is going to be in conjunction with

10   17, which I'm going to give to madam court

11   reporter right now.

12               (Plaintiff's Exhibit 17, Photograph

13          of Replay Operations Center, marked for

14          identification, as of this date.)

15               MR. ABRAMSON:  Can we have a

16          representation from counsel as to whose

17          holding up the ruler?

18               MR. MURPHY:  I think that might have

19          been Angel himself.

20               MR. GREGG:  I don't know, I actually

21          don't know.

22               MR. ABRAMSON:  O.K., thank you.  16

23          is the one with this one and 17 this is

24          one (indicating)?

25               MR. MURPHY:  Yes.
```

**5/7/19 - R. Marsh**

1

2     Q.     Now, do you believe that baseball

3  would've been better served when they started

4  the replay system by giving the umpires a wide

5  screen HDTV to review as opposed to these small

6  non-HD screens?

7              MR. ABRAMSON:  Objection to form.

8     **A.     I guess you could certainly say**

9  **that.**

10    Q.     Were you aware in your position at

11 that time in 2013 that No. 2 umpires during

12 replays were going into the umpires' dressing

13 room to see replays on a better screen so that

14 they could tell their crew chiefs what they saw

15 in the locker room in order to try to help the

16 crew chief make the right call?

17    **A.     No.**

18    Q.     And isn't it true, sir, that Angel

19 Hernandez was not permitted to go into the

20 umpires' room so that he could get a better look

21 on a better screen as to whether that was a

22 double or a home run?

23    **A.     I don't think that he did, but he's**

24 **not supposed to have at that time.**

25    Q.     Would you agree that the use of this

```
 1                    5/7/19 - R. Marsh
 2        A.     Yeah.
 3        Q.     After this incident, Jerry Meals
 4   made crew chief, correct?
 5        A.     I believe so.  Think I was there for
 6   that.
 7        Q.     Yeah.
 8        A.     Sure, he wasn't a crew chief before
 9   that.  I think he was a crew chief when that
10   happened.
11        Q.     On August 7, 2001, you were on the
12   field with Angel when Steve McMichael, the
13   former Chicago Bear said over the loud speaker
14   in Chicago after singing Take Me Out to the Ball
15   Game, that he was going to meet Angel Hernandez
16   after the game to have some speaks about Angel
17   calling a Cub out at the plate, do you remember
18   that?
19        A.     I was on the field.
20        Q.     You were the crew chief, yes?
21        A.     Yup.
22        Q.     Now the media reported that Angel
23   Hernandez had McMichael removed from the game,
24   do you remember that?
25        A.     No, that's not what happened.
```

5/7/19 - R. Marsh

2   she's -- she's a go-to person.

3         Q.    And you'll see the next page,

4   Potential Crew Chiefs For 2018, 14993, do you

5   see that?

6         A.    Yes.

7         Q.    Have you ever seen this document

8   before, sir?

9         A.    Nope.

10        Q.    Makes for less questions.

11        A.    Uh-hum.

12        Q.    Do you know if this is -- I think I

13  know the answer to this, but I need to ask it

14  anyway.

15              Do you know if this was a process of

16  taking all of these statistical data of each

17  umpire and putting them together for Mr.

18  Woodfork, was that first started in 2018?

19        A.    I -- I think so, I don't know for

20  sure.

21        Q.    Based upon your knowledge, is it

22  true that nothing like this was ever done before

23  July of 2017 as it relates to selecting crew

24  chiefs?

25        A.    Yes.

5/7/19 - R. Marsh

Q.    From 997, Hernandez to Mark Wegner,
5005, I'm going to withdraw that.

Does Mr. Manfred weigh in at all?

A.    No.

Q.    Are you aware that Mr. Torre has
told Angel that he will become a crew chief some
day?

A.    Yes.

Q.    What's the difference between a
supervisor and an observer, Mr. Marsh?

A.    We have observers in about -- we did
have like in 11 cities.  There are people that
have been with us for quite a few years, they're
either former umpires, former players, people
very knowledgeable in the game that are trained
to make evaluation reports on the umpires on
appeal.

They do not have interaction with
the umpire before or after the game.  It's
strictly what they see on the field.

Q.    O.K.

A.    So what we look at sometimes say the
observer may say that a guy is bad mobility, but
we've got him covered through our Health

```
 1                    5/7/19 - R. Marsh
 2   Department that he is still working but -- so he
 3   doesn't know but we can correct that.
 4              A -- supervisors are actually at the
 5   games, and fill out evaluation report on every
 6   umpire for every game.
 7         Q.    And are the umpires encouraged to
 8   talk to supervisors?
 9         A.    Yes.
10         Q.    Since this lawsuit took place, have
11   the supervisors been told not to talk to Angel?
12         A.    Not at all.
13              (Plaintiff's Exhibit 22, 2011 Umpire
14         Midyear Performance Evaluation, Angel
15         Hernandez, dated 4/1/93, DEF 1504 through
16         1506, marked for identification, as of
17         this date.)
18   BY MR. ABRAMSON:
19         Q.    I'm going to show you what we have
20   marked as Exhibit 22.  You'll see in the lower,
21   lower right-hand side, the Bates number 1504.
22   This is the midyear evaluation for 2011.
23              On 1505, under Administrative
24   Component, it says, "This component" --
25              MR. ABRAMSON:  Where are you reading
```

```
 1                        5/7/19 - R. Marsh
 2    had a meets standards on that.
 3            Q.    Yes.
 4                  1508 at the bottom, "Your crew chief
 5    switch at the All Star Break was a difficult
 6    situation for you to embrace, but you rose to
 7    the challenge and made a conscious effort to
 8    make a less 'noticeable' approach in the second
 9    half of the season.  This effort needs to
10    continue going forward.  You are a very talented
11    umpire, but you are battling the perception of
12    the Clubs and media that you are routinely
13    attempting to put yourself in the spotlight."
14                  At what point in the process to
15    determine crew chiefs does making a mistake get
16    finally put in the past?
17                  MR. ABRAMSON:  Objection as to the
18            form.
19    BY MR. MURPHY:
20            A.    I think it's put in the past from
21    year to year, it's another year, each year is a
22    new year unless the person has repeated events
23    as such.
24            Q.    Did you know of anything else that
25    he has done besides balk calls that warrants the
```

```
 1                    5/7/19 - R. Marsh
 2   comments that Major League Baseball continues to
 3   give him about battling the perception of the
 4   clubs and the media?
 5              MR. ABRAMSON:  As of 2011 or as of
 6        today?
 7              MR. MURPHY:  Yes, both.
 8              MR. ABRAMSON:  O.K.
 9              THE WITNESS:  Say it again real
10        quick, please.
11              (Whereupon, the record was read.)
12   BY MR. MURPHY:
13        A.    No.
14        Q.    1509, under B, that was a positive
15   comment at the bottom about understanding
16   policies and procedures, would you agree?
17        A.    Yes.
18        Q.    Have the rules of baseball been
19   changed drastically in any way after 2011?
20        A.    Rules themselves, if they have, it's
21   just been wording, you know, to clarify.
22              Now, we do have pace of game issues
23   that are really in to play, and it's a lot more
24   responsibility for every umpire.
25        Q.    On 1510, take a look at the top,
```

```
 1                    5/7/19 - R. Marsh
 2         form.
 3    BY MR. MURPHY:
 4         Q.    You can answer.
 5         A.    I don't know, I don't know.
 6         Q.    You are aware that nobody else gets
 7    these types of comments repeatedly about Club
 8    and media perception of him has an umpire, you
 9    agree?
10         A.    There are other umpires that the
11    clubs would rather not see.
```



```
21         Q.    Once again on 1512, his balls and
22    strikes was higher than average.
23              No, I'm sorry, just below the staff
24    average, is that correct?
25         A.    Yes.
```



5/7/19 - R. Marsh

handle all of these different things.  He's got
to prove to Joe Torre that he can do all of
these things.

    So stats, yes, stats are great, but
they don't ultimately make the final decision.

But we knew when they go on the field, they can
handle, we have that confidence in them.  We
don't have the confidence in Angel to do that,
that's what you got to get past.  That's keeping
him from being a crew chief.

5/7/19 - R. Marsh



            MR. ABRAMSON:  He's asking specific

        questions so let's stick with it.

            THE WITNESS:  O.K.

BY MR. MURPHY:

    A.    Anyway, I just had to put this in

perspective, you know, he just has a tough time

dealing with them things.

            MR. ABRAMSON:  Let's stick to the

        question.

    A.    Go ahead, sorry.

    Q.    So, based upon your answer,

everything that umpires are told in their

letters denying them the crew chief position and

in Major League Baseball documents that I've

shown you that here are the, you know, the five

or six criteria to be a crew chief, based upon

```
 1                    5/7/19 - R. Marsh
 2    your answer, it's your belief that it's all
 3    about situation management:  You can be a better
 4    umpire calling balls and strikes, you can be a
 5    better umpire on the base paths, you can be a
 6    better umpire knowing the rules, you can be a
 7    better umpire in better physical condition, but
 8    if you're not as good as the other guys in
 9    situation management, you're not going to make
10    crew chief, is that an accurate statement?
11         A.    I think it's an accurate statement.
12         Q.    Do you believe that because baseball
13    managers, especially before this lawsuit, were
14    overwhelmingly white --
15         A.    Baseball managers?
16         Q.    -- managers, that non-white umpires
17    had more difficulty with situations than their
18    white counterparts?
19         A.    Totally disagree.
20         Q.    All right.
21    ████████████████████████████████████████████
22    ███████████████ ████████████████████ ██████
23    █████████████████████████████████████████████
24    ████████ ██████████████ ████████████████████
25           ██████ ██████████████ ██████████████ ████████████
```

```
                        5/7/19 - R. Marsh
 1
 2   their white counterparts?
 3              MR. ABRAMSON:   Objection.
 4       A.     I disagree.
 5       Q.     All right.
 6              On this exhibit in front of you,
 7   10822, you'll see on the right side, E, and D,
 8   can you tell me -- and E's in green and D's in
 9   red, can you tell me what that means if you
10   would.
11       A.     E would be exceeds.  And D would be
12   does not meet.
13       Q.     O.K.
14              Hernandez's amount of incidents,
15   total ejections, warnings, equipment violations,
16   were lower than average, would you agree?
17       A.     Compared to some other ones, yes.
18       Q.     Those are situation management
19   incidents, right?
20       A.     Usually.  It's -- if you're looking
21   at incidents, is that what you're talking about?
22       Q.     Yes.
23       A.     Well, incidents could be equipment
24   violations, warnings, warnings to the teams,
25   things like that.
```

1                    **5/7/19 - R. Marsh**

2          Q.    Those are all situation management,

3     right?

4          **A.    Yes.**

5          Q.    And [                    ] who was made a

6     crew chief, he had nine, Hernandez had three, do

7     you see that?

8          **A.    So...**

9          Q.    That situation management didn't

10    seem to hold him back from being a crew chief?

11         **A.    Yeah, but, that's possibly because**

12    **he had warnings, he had situations come up on**

13    **the field; it's incidents, not necessarily**

14    **negative incidents.**

15         Q.    Right.

16               O.K.

17               Well, calling a rule violation

18    doesn't necessarily have to be an incident

19    either, right?

20         **A.    No.   I mean, if you look at it this**

21    **way,** [   ] **had three exceeds and does not meets in**

22    **those areas.**

23               **Angel had one and one.**

24         Q.    Right.

25               [        ] had a higher replay

5/7/19 - R. Marsh

1

2  percentage overturned than Angel, correct?

3       **A.**     **Yeah.**

4       Q.     Why does baseball keep all of these

5  statistics on sports or the umpires?

6       **A.**     **Sports are statistically driven.**

7       Q.     So all of this is important, yes?

8       **A.**     **I guess.**

9       Q.     Did you have this data in front of

10  you -- or let me change that.

11            Did you have this data provided to

12  you when you weighed in on who you wanted crew

13  chief between 2011 and 2018?

14       **A.     Yes, we did, every year Raquel or**

15  **Matt would make this information up so we could**

16  **look at a comparison one to the other.  But it**

17  **still has the one area, don't talk about that's**

18  **not in there, and that's how you conduct**

19  **yourself on the field and how you're accepted on**

20  **the field.**

21            **(Plaintiff's Exhibit 30, email from**

22            **Woodfork, to McKendry, dated 10/16/2015,**

23            **Re World Series, Bates stamped DEF 7615,**

24            **marked for identification, as of this**

25            **date.)**



1          5/7/19 - R. Marsh

2          O.K.

3     Q.    And this is ████ ██████████

4  ██████████████████████

5     ██ ██ ████████████████████

6     ██ ██████████

7        ████████████████████ ████

8  ████████████████████████████ ██

9  ██████████████████████████████

10 ████████████ ███ ████████████████

11 ██████████████████████ ██████

12    ██  ██████

13    ██  ████████████████████

14 ████████████████████

15    ██ ██████████████████████

16 ████████████████████████████████

17 ██████████████████████████

18 ████████████████████████████

19 ████████████████████████████

20 ████████████████████████

21    ██ ████████████████

22    ██ ██████████████

23    ██  ██████ ████████████ ████████████████

24 ████  ████████  ██████

25        Evidently, you had a lack of

```
 1                        5/7/19 - R. Marsh
 2      confidence with ███████████, do you see?
 3            A.     Yes, I did back then.
 4            Q.     What was your problem with him?
 5            A.     Just his perception on field as a
 6      crew chief, you know, there were times that you
 7      have to take charge in situations and stand up
 8      for your guys on your crew, and, he was -- I
 9      just didn't think he was off to a good start as
10      a crew chief.
11            Q.     All right.
12                   I believe, Mr. Marsh, that
13      ████████████ was made crew chief after this
14      email?
15            A.     So that might be, you might be
16      right.
```





5/7/19 - R. Marsh



5/7/19 - R. Marsh

1          5/7/19 - R. Marsh



15          MR. MURPHY:   33.

16              (Plaintiff's Exhibit 33, email from

17      Palermo, dated 10/16/15 to Marsh,

18      Woodfork, Torre, World Series, Bates

19      stamped DEF 7813, marked for

20      identification, as of this date.)

21  BY MR. MURPHY:

22      Q.    Next is 7813.

23      A.    This is the same thing we just had,

24  isn't it?

25              MR. MURPHY:   Yup, my bad.

1                    **5/7/19 - R. Marsh**

2          Q.    Of the 14 umpires that submitted

3    their names for crew chief positions, how many

4    of these fellows are not white but rather a

5    minority candidate, we know Angel Hernandez is

6    one, are there any others?

7          **A.    No.**

8          Q.    Would you agree that part of being a

9    leader is stepping in to be an interim crew

10   chief?

11         **A.    Sure.**

12         Q.    Are the criteria for being an

13   interim crew chief and a crew chief -- I'll

14   change that.

15               Is the criteria the same to be an

16   interim crew chief as it is to be a permanent

17   crew chief?

18         **A.    Yes.**

19         Q.    On Angel Hernandez you indicate that

20   "he is really in to being a crew chief, he would

21   love the challenge," you state, and at the

22   bottom, you said that you wondered "If umpires

23   with less seniority are picked over him," you

24   were concerned about how he would react, am I

25   right?

5/7/19 - R. Marsh

1

2      A.      Yes.

3      Q.      Many of these umpires that you spoke

4  with conveyed to you, am I right, that they

5  understood that there were more umpires senior

6  to them?

7      A.      Yes.

8      Q.      All right.

9              Like for instance, Bill Miller he

10  applied because he didn't want you to think that

11  he wasn't interested?

12      A.      Several were like that.

13      Q.      Yes.

14              Do you remember who was selected?

15      A.      I believe it was -- I thought Jim

16  Joyce, Fieldin Culbreth, Sam Holbrook, I believe

17  2012.

18      Q.      Yes, and with Mr. Culbreth, you have

19  no recollection of calling him --

20      A.      No.

21      Q.      -- to ask him to apply?

22      A.      No.

23              (Plaintiff's Exhibit 35, email from

24        Marsh, to Montague, World Series

25        Selection, dated 10/11/2012, Bates DEF

```
 1                      5/7/19 - R. Marsh
 2          7884, marked for identification, as of
 3          this date.)
 4  BY MR. MURPHY:
 5          Q.    This next exhibit is 35, Bates stamp
 6  7884, Eddie Montague in 2012 put in his picks
 7  for the World Series.  And he picked Angel
 8  Hernandez as one of his selections, right?
 9          A.    Yup.
10          Q.    And am I right, Mr. Marsh, that
11  since Angel Hernandez was last in the World
12  Series in 2005, there are some umpires that have
13  had the World Series twice and even three times,
14  correct?
15          A.    I am not sure, but I would not be
16  surprised.
17          Q.    And umpires really like being
18  selected to the World Series, correct?
19          A.    Yes.
20          Q.    Their family gets to go?
21          A.    Yes.
22          Q.    There's more money paid to the
23  umpires for World Series than there is for the
24  rest of the playoffs, right?
25          A.    Yes.
```

```
 1                    5/7/19 - R. Marsh
 2        Q.    October 26, 2011 email from
 3   Meriwether to Rich Rieker, copy to you, do you
 4   see that?
 5        A.    Yes.
 6        Q.    Chuck Meriwether selected Angel
 7   Hernandez as one of his six?
 8        A.    Yes.
 9             (Plaintiff's Exhibit 37, Email from
10        Brian Lam, to Marsh dated 12/15/2102, 2013
11        Crew Chief Candidates, Bates stamped DEF
12        8001, marked for identification, as of
13        this date.)
14   BY MR. MURPHY:
15        Q.    This is Plaintiff's Exhibit 37,
16   Bates stamp 8001.  Brian Lam emails you in 2012,
17   about 2013 crew chief candidates.  Brian Lam was
18   the president of the union -- I'm sorry, Brian
19   Lam was legal counsel for the union?
20        A.    He was at the time.
21        Q.    And had crew chief selections been
22   made in mid December for 2013?
23        A.    We try to select them during that
24   time because we have our meeting, our retreat
25   meeting in Scottsdale in January.  And when they
```

5/7/19 - R. Marsh

1

2  come there, we try to have crews set up, they

3  sit together at all of the meetings, they start

4  working on scheduling stuff and everything

5  together, yes, we usually have them done ahead

6  of time.

7        Q.    Do you announce to the umpires at

8  the meeting in Arizona?

9        A.    No, they know ahead of time.

10        Q.    They know it --

11        A.    They know when the crew chiefs have

12  been appointed and they will know their crews

13  before they go out there.

14        Q.    It says here, "The three crew chiefs

15  were Joyce Barrett, Fieldin Culbreth," it says

16  Angel Hernandez was a finalist.

17              What does that mean?

18        A.    Well, I think we got to, when we

19  were talking about the crew chiefs, we talked

20  with Joe and ended up getting, you know, who

21  would be the top three to be the crew chief.

22  And then the other -- the guys Angel and ████

23  ████ and ████ were the next in line as far as

24  who the supervisors thought it should be, so...

25        Q.    I see.

5/7/19 - R. Marsh

███████████████████████████████████

███████████████████████████████████

4          My question to you is:  Since this

5     is a criticism or at least a question, should

6     umpires enforce the rules to the letter of the

7     law?

8          **A.      Sure.**

9          Q.      But can you see the dilemma, based

10    upon what we've discussed and read so far, that

11    if you enforce the rules to the letter of law,

12    as you should, and it creates a perception of

13    you with the Clubs, that lines up being a part

14    of the consideration to not make you a crew

15    chief and not make you a postseason World Series

16    candidate, do you see that?

17         **A.      A lot of umpires have to make**

18    **crucial calls, O.K. and, that doesn't prevent**

19    **them from being selected postseason.  That's the**

20    **nature of the job.**

21         Q.      Do you believe that enforcing rules

22    to the letter of the law means that you're

23    looking for trouble?

24         **A.      No, no.**

25         Q.      Here is an email that you wrote in

```
 1                    5/7/19 - R. Marsh
 2    2013, to Peter Woodfork, Matt McKendry and Rich
 3    Rieker, you copied Joe Torre.  You just "want to
 4    add a few thoughts about future crew chiefs
 5    since we have sent out a memo for interested
 6    umpires."
 7          A.    Yup.
 8          Q.    "To be honest, I don't think we have
 9    an abundance of logical choices," right?
10              Take a look at that briefly.
11          A.    (Pause in proceedings.)
12              MR. MURPHY:  Let's go off the record
13          for a second.  I just want to give you an
14          opportunity to read it.
15              THE VIDEOGRAPHER:  Going off camera,
16          the time is 4:28.
17              MR. MURPHY:  We're back on camera,
18          the time is 4:29.
19    BY MR. MURPHY:
20
21
22
23
24
25
```



5/7/19 - R. Marsh



1          5/7/19 - R. Marsh

4          Q.    And about Angel, you said, "Scares
5     me at the thought"?

6          A.    Yes.

7          Q.    And said nothing else?

8          **A.    Yes.  At the time, there were, like**
9     **I said, there was just a lot of concerns about**
10    **Angel, and did not feel comfortable putting him**
11    **on the field as a crew chief.**

12         Q.    Would you acknowledge that it was
13    getting tougher and tougher for him being passed
14    over year in and year out?

15         **A.    Yes.**

237

5/7/19 - R. Marsh

1

2 ████████████████████████████████████

3    ██    ████████████████████████████████

4 ████████████████████████████████

5        Q.    This one here, if you would, take

6   this here, and try to find that one for me, I

7   can't remember what number it is, it's the one

8   with --

9              MR. GREGG:  37.

10             MR. MURPHY:  37.

11  BY MR. MURPHY:

12        Q.    If would you try to find 37.

13             All right, the one we're on now is

14  12/17/2013, do you see that?

15        **A.    Where are you at?**

16        Q.    Randy Marsh, do you see that?

17        **A.    Oh, yes.**

18        Q.    That's a year and two days from the

19  Brian Lam 12/15/2012, do you see that?

20        **A.    Yes.**

21        Q.    All right.

22        **A.    This is '13.**

23        Q.    Yes, they're one year apart.

24        **A.    Yes.**

25        Q.    And Angel was a finalist and fifth



1                         5/7/19 - R. Marsh

2    and one year it scares you at the thought,

3    right?

4         A.    Uh-hum.

5         Q.    Yes?

6         A.    Yes.

7         Q.    And the only thing that happened to

8    Angel in 2013 was the Cleveland incident, right?

9         A.    I don't know if that was the only

10   thing, but that was a major thing.

11        Q.    Do you remember any other incidents

12   that would change things so drastically for him?

13        A.    No, no.

14        Q.

15

16

17

18

19

20

21

22

23

24

25



5/7/19 - R. Marsh

Do you see that?

```
 1                  5/7/19 - R. Marsh
 2        A.    Yes.
 3        Q.    "A few years ago, Cederstrom was
 4   appointed crew chief over 16 others, and it
 5   deflated the staff."
 6             Do you see that?
 7        A.    Yes.
 8        Q.    That actually happened, right?
 9        A.    Yes, it did.
10        Q.    So, when you were saying here, that
11   he would be skipping other 31 umpires and some
12   of them have 20 years in the majors, that
13   would've included Angel Hernandez?
14        A.    Yes.
15        Q.    Were you conveying to Mr. Woodfork,
16   Mr. McKendry, Mr. Rieker and Mr. Torre that
17   passing people over with many more years would
18   be not a smart thing to do as it relates to
19   selecting crew chiefs?
20             MR. ABRAMSON:  Objection to the
21        form.
22        A.    With a person with that low
23   seniority, yes.
24
25
```



1                          5/7/19 - R. Marsh

7          Q.     You reported to Peter Woodfork your

8     meeting with Angel, yes?

9          **A.     Yes.**

10         Q.     And at the end of your review with

11    him, it says, "He wants to be a crew chief and

12    will be embarrassed if he continues to be

13    skipped over."

14         **A.     Uh-hum.**



1              5/7/19 - R. Marsh

11          **Would you agree with me based upon**

12  **your recollection that Angel Hernandez had a**

13  **very good umpiring year in 2016?**

14              MR. ABRAMSON:  He's not asking with

15          reference to this document.

16              MR. MURPHY:  Yeah.

17              MR. ABRAMSON:  He's asking you based

18          on your recollection.

19  BY MR. MURPHY:

20       Q.    Would you agree?

21       **A.    Based on my recollection, yes.**

22       Q.    Danley, you wrote -- well, Joe Torre

23  Umpire Meetings, you attended those with Mr.

24  Torre, right?

25       **A.    Yes, I did.**

1              **5/7/19 - R. Marsh**



12        Q.     Angel was upset about the crew chief

13   selections, correct?

14        **A.     Yes, yes.**

15        Q.     We got this just Friday, less than

16   one business day before we were leaving to come

17   to New York to take depositions.

18        **A.     This one?**

19        Q.     Yes.  Do you know why?

20               MR. ABRAMSON:  Asked and answered.

21               MR. MURPHY:  Not on this one.

22               MR. ABRAMSON:  You did.

23   BY MR. MURPHY:

24        Q.     Do you know?

25               MR. ABRAMSON:  You can answer.  If

```
 1                 5/7/19 - R. Marsh

 2              Do you think that crew chiefs may

 3    not want Angel Hernandez as their No. 2 because

 4    he consistently gets passed over for crew chief

 5    selection?

 6         A.    No, I don't think that is a problem.

 7         Q.    All right.

 8              MR. MURPHY:  Let's take a break.

 9              THE VIDEOGRAPHER:  Going off camera,

10         the time is 4:58.

11              (Whereupon, a recess was taken.)

12              (Plaintiff's Exhibit 46, 2013 Umpire

13    Mid Year Performance Evaluation, Bates DEF

14         1526 through 1528, marked for

15         identification, as of this date.)

16              THE VIDEOGRAPHER:  Back on camera,

17         the time is 5:58.

18    BY MR. MURPHY:

19         Q.    During the deposition breaks, have

20    you discussed your deposition testimony with

21    counsel?

22    DIR

23              MR. ABRAMSON:  Objection.  You don't

24         have to answer that.

25         A.    O.K.
```

```
 1                    5/7/19 - R. Marsh
 2            MR. MURPHY:  Well, it's a yes or no,
 3       I'm not asking?
 4            MR. ABRAMSON:  I'm instructing him
 5       not to answer.
 6            MR. MURPHY:  O.K.
 7   BY MR. MURPHY:
 8       Q.   I've given you what we have marked
 9   as 46.  This is the 2013 Midyear Performance
10   Evaluation.  And under, let's see, Field
11   Evaluation Component, the bottom of the first
12   page, 1526, it says, "Over the first half of the
13   season, you met standard in the field evaluation
14   component.  You have shown a consistent effort
15   to maintain a professional approach on the
16   field."
17            "As you know in this perception is
18   reality based business, any bump in your
19   professional behavior will be magnified by the
20   media and fans.  Continue to work on presenting
21   a positive professional demeanor on the field."
22            Do you agree with that?
23       A.   Yes.
24       Q.   Under Administrative Component here
25   it says in the last paragraph, "You were given
```

```
1                    5/7/19 - R. Marsh
2    an exceeds rating for your handling of an
3    incident where the player was out of control and
4    you maintained control of your emotions and the
5    situation.  However, you were issued a does not
6    meet rating for your confusing timing and
7    signaling of the ejection of the Braves manager
8    and catcher," do you see that?
9         A.    Yes, I do.
10               (Plaintiff's Exhibit 47, Umpire
11          Evaluation Report dated 7/4/13, Game
12          Summary, Bates DEF 001968, marked for
13          identification, as of this date.)
14   BY MR. MURPHY:
15        Q.    Keep that handy.
16              I've shown you what have marked as
17   Exhibit 47, which is Defendants 1968.
18        A.    O.K.
19        Q.    Here is the game in question.
20              MR. ABRAMSON:  What is that based
21          on?
22              MR. MURPHY:  On the Administrative
23          Component, it says, "He was issued a does
24          not meet rating for your confusing timing
25          and signaling of the ejection of the
```

1                    5/7/19 - R. Marsh

2          Braves manager and catcher."

3               MR. ABRAMSON:  Right.

4    BY MR. MURPHY:

5          Q.    And you can see here, that it says,

6    "Laird was ejected for arguing balls and strikes

7    and Laird directed inappropriate comments at

8    Umpire Hernandez after being ejected.  ZE

9    supported Hernandez in enforcement of the strike

10   zone."  Do you see that?

11         A.    Yes.

12         Q.    And he was given a meets here?

13         A.    Yup.

14               MR. ABRAMSON:  So is it your

15          representation that that is what is

16          referred to here?

17               MR. MURPHY:  Good news is I don't

18          have to answer your question.

19               MR. ABRAMSON:  Objection as to the

20          form.  There's no foundation without that,

21          so you can ask him to assume.

22               (Plaintiff's Exhibit 48, Umpire

23          Evaluation Report, meets 7/5/2013, Bates

24          DEF 1967, marked for identification, as of

25          this date.)

259

5/7/19 - R. Marsh

1

2          MR. GREGG:  They're different Bates

3     numbers.

4          MR. MURPHY:  "Laird was ejected for

5     arguing balls and strikes."

6          Let's go off the record.

7          THE VIDEOGRAPHER:  Off the record,

8     the time is 5:23.

9          (Whereupon, a discussion was held

10     off the record.)

11          THE VIDEOGRAPHER:  Back on camera,

12     the time is 5:24.

13  BY MR. MURPHY:

14     Q.   We sorted this out, Mr. Marsh, thank

15  you again for your patience.

16          You'll see 47 and 48?

17     **A.   Right.**

18     Q.   Would you agree that it is not often

19  that an umpire ejects, both, a manager and the

20  player?

21     **A.   It's not often?  No, I would not**

22  **agree with that.**

23     Q.   All right.

24          In the Administrative Component that

25  was in the midyear review, where he is talking

1                    5/7/19 - R. Marsh
2    about the ejection of the Braves manager and
3    catcher, isn't it true that it refers to the
4    7/5/2013 baseball game?
5                MR. ABRAMSON:  Where does it say
6         Braves?
7                MR. MURPHY:  In the Midyear Review.
8                MR. ABRAMSON:  Yes.
9                MR. MURPHY:  It says, "You were
10              issued a does not meet rating for your
11              confusing timing and signaling of the
12              ejection of the Braves' manager and
13              catcher."
14              MR. ABRAMSON:  So, sorry, stand
15         corrected.  Thank you.
16              MR. MURPHY:  Thank you.
17   BY MR. MURPHY:
18         A.    Right.
19         Q.    Laird was the catcher for Atlanta
20   and Gonzalez was the manager of the Atlanta, is
21   is that right?
22         A.    Yes.
23         Q.    And this July 5, 2013, Umpire
24   Evaluations that you have in 47 and 48, were
25   discussing the game that is mentioned in the

261

```
1                    5/7/19 - R. Marsh
2   administrative component of his midyear, is that
3   accurate?
4              :      MR. ABRAMSON:  Objection as to the
5              form.  Foundation.  You can answer.
6   BY MR. MURPHY:
7        A.    I think I see what you're getting at
8   as far as they were properly ejected.  What was
9   questioned was how -- "for your confusing timing
10  and signaling of the ejection."  That's what he
11  got does not meet for, not the ejection.
12       Q.    Who gave him the does not meet?
13       A.    I don't know, I don't know, it had
14  to be in the evaluation report.
15       Q.    And if it wasn't in the evaluation
16  report, would you agree that it shouldn't have
17  been in the midyear?
18       A.    If it was in there, it should be,
19  yes.
20       Q.    I'm saying, if he did not receive a
21  does not meet from the supervisor --
22       A.    Right.
23       Q.    -- the does not meet should not be
24  in the midyear, would you agree?
25              MR. ABRAMSON:  Objection as to form.
```

1                    5/7/19 - R. Marsh

2        A.    This was -- this was written by

3    administrative -- that is -- administrative

4    component is usually filled out by Matt

5    McKendry, so that's not saying he was at the

6    game.

7        Q.    O.K.

8        A.    Do you understand what I'm saying?

9        Q.    Yes, but I don't think you

10   understood my question, I could be wrong, let me

11   ask it again.

12             If the supervisor --

13       A.    I'm saying it should have said it

14   here (Witness indicating).

15       Q.    -- at the game?

16       A.    Right.

17       Q.    Because this is what we've got from

18   the game.

19       A.    O.K.

20       Q.    (Indicating.)

21             If the supervisor gave him a meet on

22   both of these, and the supervisor never did give

23   him a does not meet, will you agree with me that

24   it should not have been in his midyear?

25       A.    Yes, but I do hold back who made

263

1                    5/7/19 - R. Marsh

2    this determination on the confusing timing and

3    signaling of the ejection.  If that was -- the

4    office watching this game, and wanted to know

5    what happened, maybe that's where they came up

6    with that does not meet.  But I don't see it

7    documented.

8           Q.    Right.

9           A.    I don't see it documented.

10          Q.    And do you notice the timing of

11   this, July 5, 2013, do you see that, right

12   before the All Star game, right?

13          A.    Yes, yes.

14          Q.    And right before the midyear report?

15          A.    Yes.

16          Q.    Just like the one several years

17   earlier, right before the All Star game,

18   coincidence?

19          A.    I don't think -- I don't agree with

20   what you're leading up to.

21          Q.    Isn't it true, sir, that in the

22   midyear, and end-of-year evaluations, which are

23   written by management, they have issued

24   criticisms of Angel Hernandez that were not

25   raised by his supervisors?

```
 1                    5/7/19 - R. Marsh
 2        A.      Should not be.
 3        Q.      Would you agree that Angel Hernandez
 4   is one of the hardest workers on the staff over
 5   the last five or six years that you've been
 6   watching him?
 7        A.      I agree he's a hard worker.
 8               (Plaintiff's Exhibit 49, Umpire
 9          Evaluation Report, dated 7/5/2013, Exceeds
10          Bates DEF 1906, marked for identification,
11          as of this date.)
12   BY MR. MURPHY:
13        Q.      To give you the full picture, Mr.
14   Marsh, here is 49, here is the actual Umpire
15   Evaluation Report of the same game?
16        A.      Right.
17        Q.      Do you see that?
18        A.      Yes.
19        Q.      In every category it says meets,
20   yes?
21        A.      Yes.
22        Q.      Based upon what you've seen, the
23   midyear report should not have been written the
24   way it was --
25               MR. ABRAMSON:  Objection.
```

```
 1                   5/7/19 - R. Marsh
 2    BY MR. MURPHY:
 3         Q.    -- do you agree?
 4              MR. ABRAMSON:  Asked and answered.
 5         You can answer it again.
 6              MR. MURPHY:  I'll withdraw the
 7         question, how's that?
 8         A.    Good.
 9              (Plaintiff's Exhibit 50, Document,
10         Bates stamped DEF 15451, marked for
11         identification, as of this date.)
12    BY MR. MURPHY:
13         Q.    This is 50.
14              Now, have you seen a document like
15    this before with Time Stamp Dates, Participate,
16    From, Body, do you know what this is?
17         A.    No.
18         Q.    "Angel is going to be a no for Rob."
19              In management at Park Avenue, the
20    only Rob is Rob Manfred, right?
21         A.    Yes.
22         Q.    Do you know what he was saying no,
23    any reference to, "Angel is going to be a no."
24              Do you have any understanding what
25    that meant?
```

1                    5/7/19 - R. Marsh

2          A.     Well, going by the date of it,

3     10/16, that is usually when we make the World

4     Series selections.

5          Q.     I see.

6                 And do you remember Rob Manfred

7     weighing in on that?

8          A.     Nope.  Those comments are between

9     Peter and Joe and Rob.

10         Q.     Thank you.

11                (Plaintiff's Exhibit 51, Email from

12             Woodfork to Marsh, dated 1/23/17, Re One

13             on Ones, Bates DEF 15528 and 15529, marked

14             for identification, as of this date.)

15    BY MR. MURPHY:

16         Q.     This is 51, a two-page, Bates 15528

17    and 15529.

18                On the bottom of the first page is

19    an email from you to Peter Woodfork dated

20    January 20, 2017?

21         A.     Yes.

22

23         --

24

25





1        5/7/19 - R. Marsh

2        And Angel Hernandez was also one of

3   the umps that applied?

4        **A.     Yes.**

5        Q.    It says, "I spoke to him already

6   when checking on Palermo's crews and he just

7   went off on the crew chief position for a while

8   as he did with Joe T.  I don't see any need to

9   dwell on it further with at this point," is that

10  right?

11        ██        **Right.**

12        ██        ████████████  ████████████████

13        ██        ████

14        ██        ██████

15        ██        ██████████████████████████████

16  ████████████  ██████████████████████████  ███

17        ██        ████

18        ██        ██████████████████████

19        ██        ████  ████████████████

20        ██        ██████████████████████████████

21  ██████  ██

22        ██        ████████████████████████  ██████

23  ████████  ██

24        ██        ██████

25        ██        ████████████████████████████████

268



5/7/19 - R. Marsh

```
1                    5/7/19 - R. Marsh
2            ███        █████████████
3       Q.      Thank you.
4               (Plaintiff's Exhibit 52, Major
5       League Baseball letter dated March 27,
6       2017, to Angel Hernandez, from Joe Torre,
7       Bates AH 00077 through AH 00079, marked
8       for identification, as of this date.)
9  BY MR. MURPHY:
10      Q.    This is No. 52, this is a letter to
11  Angel Hernandez dated March 27, 2017, from Joe
12  Torre.
13      A.     O.K.
14      Q.    Take a look at -- well, first of
15  all, did you see this before it went out?
16      A.     No.
17      Q.    Turn to AH 78, please.  And look at
18  the second full paragraph that starts out with
19  "The Office of the Commissioner's decision"?
20      A.     Right.
21      Q.    Take a look that the, read that if
22  you would, please.
23      A.      "The Office of the Commissioner's
24  decision" --
25      Q.    No, you don't have to read it out
```

```
 1                      5/7/19 - R. Marsh
 2    Rich," when he wrote the midyear review, his
 3    supervisor was somebody else, wasn't it?
 4         A.    I don't know.
 5              At that time, Rich and I take a
 6    couple of crews.  We -- the -- the supervisors
 7    usually have four or five crews.  And I don't
 8    know if that was his crew or not.
 9         Q.    Do you know where Mr. McKendry got
10    these comments from for each umpire if it wasn't
11    in midyear and year-end?
12         A.    No.
13         Q.    Is it true that numerous people edit
14    the midyear and year-end evaluations, correct?
15         A.    Numerous people edit them?
16         Q.    Yes.
17         A.    Well, each person goes in their
18    department's.
19         Q.    And then legal takes a look at it,
20    right?
21         A.    Yes, yes.
22         Q.    Turn to the next page.
23              MLB Umpire Actual Seniority.
24              Are these the umpires that were
25    passed over?
```

```
 1                    5/7/19 - R. Marsh

 2        A.     I would say so, yes.

 3        Q.     Matches the names in the first page,

 4   correct?

 5        A.     Yes, yes, they do.

 6        Q.     And the two minority umpires Angel

 7   Hernandez and Kerwin Danley --

 8        A.     Alfonso Marquez.

 9        Q.     That's right, Marquez is here.

10               But the top two are minority

11   candidates, right?

12        A.     Yes.

13        Q.     And the February 3, 2017, that was a

14   draft put together by Peter Woodfork, is that

15   right, do you know?

16        A.     I don't know.

17               (Plaintiff's Exhibit 54, email from

18          Marsh to McKendry dated 1/30/16, Re Angel

19          Hernandez Meeting, Bates DEF 23960, marked

20          for identification, as of this date.)

21   BY MR. MURPHY:

22        Q.     I've given you what we have marked

23   as Plaintiff's Exhibit 54, which is Bates

24   023960, an email from Randy Marsh to Matt

25   McKendry, an email dated January 30, 2016.
```

| | |
|---|---|
| 1 | 5/7/19 - R. Marsh |
| 2 | Do you recognize this email as |
| 3 | something that you wrote, right? |
| 4 | A.    Yes. |
| 5 | Q.    Very positive email about him, yes? |
| 6 | A.    Yes. |
| 7 | Q.    He had a good season in 2016, didn't |
| 8 | he? |
| 9 | A.    I believe so, all right. |
| 10 | Q.    All right. |
| 11 | Was it true that he was on the radar |
| 12 | for possible crew chief position in the future? |
| 13 | A.    Yes. |
| 14 | (Plaintiff's Exhibit 55, email from |
| 15 | |
| 16 | re 2014 Retreat One On Ones, Bates DEF |
| 17 | 23964 and 23965, marked for |
| 18 | identification, as of this date.) |
| 19 | BY MR. MURPHY: |
| 20 | Q.    Here is 55, two-page document, |
| 21 | 239634, 23965, email from you, Peter Woodfork. |
| 22 | |
| 23 | A.    Yes, that's my personal. |
| 24 | Q.    And you were memorializing |
| 25 | one-on-one conversations that you had in Arizona |

                    5/7/19 - R. Marsh

1

2    with the umpires, is that accurate?

3         **A.    Yes, sir.**

4         Q.    Angel was emotional in this meeting,

5    yes?

6         **A.    Yes, he was.**

7         Q.    And he was upset about, he is still

8    upset about the Cleveland incident?

9         **A.    Yes, and at the meeting, at the**

10   **retreat, we have these open discussions on**

11   **plays, rule interpretations, things like that.**

12         **And sometimes, you know, a guy's**

13   **play is put up where he handled it incorrectly.**

14   **And he had a play that the umpires did not agree**

15   **with the call he made, and then he got really**

16   **pissed off about it.**

17        Q.    O.K.

18              And it said here, "I told him that

19   he showed that in the Cleveland incident because

20   he kept himself totally under control in a very

21   difficult situation."

22              And he broke down about this

23   incident where he told you about what Peter

24   Gammons said about him, correct?

25        **A.    Right, yes.**

1                    **5/7/19 - R. Marsh**

2        Q.    And you indicated here that you told

3   Angel that you knew that he had changed, and

4   that was change for the better, yes?

5        **A.    Yes.**

6        Q.    All right.

7            MR. MURPHY:   Counsel, Mr. Marsh, I'm

8        going to take a quick look at my notes, I

9        think we're done, but I just want to make

10       certain that I haven't missed anything and

11       we shall hopefully depart so give me if

12       you would five minutes.

13           MR. ABRAMSON:   Sure.

14           THE VIDEOGRAPHER:   Going off camera.

15       The time is 5:48.

16           (Whereupon, a recess was taken.)

17           THE VIDEOGRAPHER:   Back on the

18       record on camera, the time is 5:53.

19   BY MR. MURPHY:

20       Q.    Have you been advised that you're

21   going to testify at trial?

22       **A.    No.**

23       Q.    O.K.

24            O.K.

25           MR. MURPHY:   For the record, since