```
 1              P. Woodfork - 6/21/19
 2   salary arbitration, which was roughly a month or
 3   two, and I was not consulting for anyone and I
 4   started a new job in March of 2011.
 5        Q.    And who did you go to work for in
 6   2011?
 7        A.    Office of the Commissioner.
 8        Q.    Who hired you at the Office of the
 9   Commissioner?
10        A.    I was hired -- I was hired by Rob
11   Manfred and Joe Torre.
12        Q.    What was your title?
13        A.    Senior Vice President Baseball
14   Operations.
15        Q.    Who did you report to?
16        A.    Joe Torre.
17        Q.    How long did you stay in the
18   position of Senior Vice President of Baseball
19   Operations?
20        A.    I carried that title through April
21   of 2018.
22        Q.    Did your title change?
23        A.    Yes.
24        Q.    Now what is it?
25        A.    Senior Vice President of On-Field
```

EXHIBIT

5

exhibitsticker.com

```
 1                    P. Woodfork - 6/21/19
 2        A.     I met with counsel.
 3        Q.     When was that?
 4        A.     Within the last -- I met yesterday,
 5   and two -- roughly two weeks ago.
 6        Q.     Starting in 2011 through the
 7   present, who at the Office of the Commissioner
 8   decides which umpires go to the World Series?
 9        A.     The process of World Series
10   selection happens through a meeting, a number of
11   meetings -- a meeting, usually a set meeting, in
12   2000 -- excuse me, I'm going to start 2011.
13        Q.     Yes.
14        A.      I think it's changed slightly over
15   time, but predominantly the process is the group
16   meets, the supervisors, directors, Joe Torre,
17   myself, other umpire department members discuss
18   the umpires in a meeting, multiple days usually.
19   Umpires are asked -- I mean supervisors are
20   asked usually previously to come up with their
21   umpires that they think is deserving of the post
22   season, that post season process.  And then
23   there's phone calls after that, make sure
24   everyone is kind of on the same page, the
25   supervisors, the directors, myself, usually Joe
```

```
 1                    P. Woodfork - 6/21/19
 2    Torre, and that sets your post season.
 3                   Those post season umpires that work
 4    in the Division Series are usually the ones that
 5    are -- have the opportunity to work in or are
 6    eligible to work in the World Series.  Those
 7    World Series umpires are then discussed, those,
 8    excuse me, those Division Series umpires are
 9    then discussed with the group, supervisors,
10    directors, again, to see who the best and most
11    deserving of the World Series.  I discuss it
12    with Joe Torre among those groups.  There's
13    recommendations that come, and Joe after
14    discussions with myself, Joe usually -- is the
15    final decision maker.
16         Q.    And is Joe the final decision-maker
17    in the promotion of crew chiefs?
18         A.    A similar process --
19         Q.    I'm not interested in the process.
20               I just want to know is Joe Torre the
21    final decision-makers in promoting crew chiefs?
22         A.    Joe gets recommendations from,
23    again, the group, and Joe and I discuss it and
24    Joe makes the final decision.
25         Q.    Why are there no minority crew
```

```
 1                  P. Woodfork - 6/21/19
 2        A.    The game evaluation reports are a
 3    one-day snapshot; the evaluation of an umpire
 4    comes from many different inputs.  Those game
 5    reports again are not something that, in the
 6    process of determining crew chief, I can say
 7    that I'm looking at.
 8        Q.    I understand that one-game
 9    evaluation is one snapshot of one game.
10              What I'm saying is:  Do you take the
11    collective amount of the game evaluations in to
12    your consideration when promoting an umpire to
13    crew chief?
14        A.    Again, looking at -- I do not look
15    at game evaluations.  The game evaluations as a
16    separate document while determining the crew
17    chief process.
18        Q.    Does Mr. Torre?
19        A.    I can't answer for Joe; you need to
20    ask him that question.
21        Q.    Well, you work with him.
22              Do you know what he considers when
23    he's deciding who should be promoted to crew
24    chief?
25        A.    Again, I know we discussed, we -- I
```

P. Woodfork - 6/21/19

 1

 2    have not discussed with Joe Torre game

 3    evaluations.

 4        Q.    That's not my question.

 5        A.    I guess I don't understand your

 6    question.

 7        Q.    Do you know what Joe Torre considers

 8    when he decides whose going to become a crew

 9    chief?

10        A.    IN my discussion with Joe, i talk to

11    Joe, Joe focuses on leadership.  The documents

12    that he's -- the game evaluations are not

13    something that I discuss with Joe.

14        Q.    Is that the only thing that Joe

15    focused, on leadership, when he decides who is

16    going to be promoted for crew chief?

17        A.    Joe looks at -- my apologies for

18    that.  Joe looks at the umpire; leadership is

19    part of that skill set that's important.

20    Obviously, consistency, things that go in to

21    leadership, accountability, you know, umpire,

22    being there working, he does look at, you know,

23    experience, positive experience in the role to

24    be a crew chief, all things, among other things,

25    the total evaluation of the umpire.

P. Woodfork - 6/21/19

1

2      Q.    Leadership is how an umpire conducts

3   himself on and off the field, correct?

4           MR. LUPION:  Objection to form.

5   BY MR. MURPHY:

6      A.    Leadership, you know, how I perceive

7   leadership, you know, is their your overall

8   performance, how you handle situations, how you

9   -- results, your ownership or accountability,

10  being a or remaining a positive influence on

11  those around, all of those things help to make

12  up leadership.

13          Again, leadership is, you know,

14  those things that, it's a little different, I

15  know, for each person, but leadership skills

16  that we promote are staying above the fray,

17  handling situations, being a positive influence.

18          Those are just some of the examples.

19     Q.    Handling situations means handling

20  situations on the field, right?

21     A.    In all situations, show leadership

22  in handling situations on the field, handling

23  situations off the field, dealing with clubs on

24  and off -- clubs on the field, rain situations,

25  these are all parts of leadership.

```
 1                  P. Woodfork - 6/21/19
 2            MR. LUPION:  The question was:  Did
 3       you look at game evaluation reports.
 4            In connection with what?
 5   BY MR. MURPHY:
 6       Q.   Did you --
 7       A.   Can I say something first?
 8       Q.   Yes.
 9            MR. LUPION:  No, no, no, there's no
10       question pending.  So there's no question
11       pending.
12            You're entitled to a clear answer,
13       counsel is going to try to formulate -- a
14       clean question, counsel is going to try to
15       formulate a clear question.
16       A.   I'm not trying to be difficult.
17            MR. LUPION:  Don't.  There's no
18       question pending:
19            THE WITNESS:  I understand --
20            MR. LUPION:  You don't have to
21       explain yourself.  There's no question
22       pending.
23   BY MR. MURPHY:
24       Q.   Between 2012 and the present, do you
25   look at midyear and end-of-year evaluations of
```

```
 1                    P. Woodfork - 6/21/19
 2      umpires when you decide what your opinions is
 3      going to be on the promotion of crew chiefs?
 4           A.    Again, during the process, I feel
 5      like from my viewpoint I have a strong feeling
 6      of umpires.  I've seen midyear evaluations
 7      previously.  I've seen year-end evaluations
 8      through the process, which is usually coinciding
 9      with the process of looking at crew chief
10      reviews.
11                 So, again, I know the information; I
12      don't specifically put them in front of me.
13           Q.    How do you know the information if
14      you don't see it?
15           A.    As I said --
16                 MR. LUPION:  Objection to form.
17      BY MR. MURPHY:
18           Q.    Go ahead.
19           A.    Again, as I said, I think
20      previously, I've seen the midyear evaluations,
21      reviewed them all before they've gone out.  The
22      yearend evaluations are usually in that process.
23      So I've viewed them.  Again, the specific
24      question is if I'm viewing them as I'm making my
25      decision, usually not.
```

```
1                    P. Woodfork - 6/21/19
2      own decision as to who should be promoted to
3      crew chief?
4           A.    Again, I -- I think it, I'm not
5      doing a good job of explaining it and I
6      apologize for that.
7           Q.    It may be just that I'm dense --
8           A.    I don't think --
9           Q.    -- if that's the case?
10               MR. LUPION:  We don't need to engage
11           in this, the witness was about to answer.
12               MR. MURPHY:  I was trying to be
13           gracious.  I was trying to gracious.
14               MR. LUPION:  You're always gracious.
15               MR. MURPHY:  I try to be.
16     BY MR. MURPHY:
17          A.    I will say on the record, I will say
18     on the record, I don't think you're dense.
19          Q.    I appreciate it?
20          A.    I am probably not doing a great job
21     of explaining it.
22          Q.    I appreciate it.
23          A.    I think the process is more fluid
24     than the -- the one day you're established as a
25     crew chief or you apply as a crew chief, this
```

P. Woodfork - 6/21/19

1    information, as I said, I look at part of the

2    midyear process, part of the yearend process and

3    part of the daily, weekly phone calls that we

4    have to discuss umpiring, discuss our umpires'

5    performance, all of that continual information,

6    it's continuous.  And we're making our

7    decisions.

8            It's not a slash one moment, one day

9    decision; this is a fluid decision that happens

10   over time.  People improve and you provide

11   feedback and you understand these things.  And I

12   think that's probably the disconnect we're

13   having.

14           I reviewed, I understand the midyear

15   reviews, I understand the umpires, I understand

16   how they're performing on a day-to-day basis.

17   And I think that's the difference, or struggle

18   that maybe I'm having explaining.

19       Q.    That one I understood, thank you.

20       A.    It takes me a little while.

21       Q.    Major League Baseball hires

22   supervisors and observers to watch umpires

23   during the game, correct?

24       A.    Correct.

```
                    P. Woodfork - 6/21/19
 1
 2    BY MR. MURPHY:
 3         A.    Other supervisors or observers file
 4    game reports on games that Angel Hernandez has
 5    worked.
 6         Q.    What is the criteria to be selected
 7    to be World Series?
 8              MR. LUPION:  Are we done with this
 9         document?
10              MR. MURPHY:  You can put it to your
11         left side and you'll be done, or your
12         right side.
13              MR. LUPION:  I'm going to put it to
14         my right side.
15              You can put that document away.
16         A.    Do you want it back?
17              MR. LUPION:  Just leave it in front
18         of the court reporter.
19    BY MR. MURPHY:
20         A.    Excuse me.
21         Q.    What is the criteria for selecting
22    World Series umpires?
23         A.    Again, as I said, the process goes
24    through, we're looking at performance, both, in
25    the current season and past performance and
```

```
1              P. Woodfork - 6/21/19
2    consistency in the umpires.
3              One, you know, obviously in the post
4    season, the one kind of requirement or at least
5    historically what we have done is that you have
6    worked in the Division Series.
7         Q.    But it's not solely merit based, am
8    I right?
9              MR. LUPION:  Objection to form.
10        A.    I feel like we believe it is.  I
11   mean, the detail process, but it may not be --
12   it may not be your highest performing umpire
13   that works in the World Series that year based
14   on all factors.  There may be other factors like
15   the World Series previously, needs time off,
16   didn't want to work back to back World Series,
17   want to make sure that other -- that other
18   series are strong.  Championship Series is an
19   important series as well, the Division Series is
20   obviously important, Wild Card is important, so
21   there is some balance that goes in to
22   evaluation.
23              That being said, they're high
24   performing umpires all the way around that work
25   the World Series.
```

```
1                   P. Woodfork - 6/21/19
2              MR. MURPHY:  It wasn't answered.
3    BY MR. MURPHY:
4         A.    Angel has earned the opportunity to
5    run that crew.  There are times when Angel
6    successfully performs in that, and there are
7    other times where he seems to struggle.
8         Q.    Would you appoint someone to be an
9    interim crew chief that was not capable of
10   running a crew?
11        A.    I think the goal -- the interim crew
12   chief at times, depending on how many we're
13   working with, is to give people an opportunity
14   to show people that they can manage the crew,
15   that they can run that crew.
16             So at times, you're taking people
17   that may or may not; you're not 100 percent sure
18   how it's going to turn out and I think it's that
19   opportunity that we need to provide to employees
20   to see if they can be successful.
21             So again, the hope is that that
22   person can run a crew.
23        Q.    Is Kerwin Danley capable of running
24   a crew?
25        A.    Kerwin Danley is serving as an
```

P. Woodfork - 6/21/19

interim crew chief right now, I think he's been

working successfully.

        Q.    And is Alfonso Marquez capable of

running a crew?

        A.    Alfonso has been an interim crew

chief; fairly recently given that opportunity.

        Q.    Did Major League Baseball ever

recognize at any time between 2011 and 2016,

that it had a diversity problem within the

umpire staff?

                MR. LUPION:  Objection to form.

        A.    How would you define your problem?

        Q.    Lack of minorities.

        A.    Again, I think we recognize that we

didn't -- our goal is to have greater minority

representation, I do think we represent, we

recognize that we need to get greater minority

```
 1                    P. Woodfork - 6/21/19
 2      discussed by the directors could go in to this.
 3      Information that -- you know, was discussed on
 4      the conference calls on performance.
 5           Q.    Would Matt McKendry have the right
 6      to provide input into these comments in 2011?
 7           A.    Matt McKendry, as far as I remember
 8      was not in this department in 2011; that being
 9      said --
10           Q.    You answered the question.
11                 Did you --
12           A.    I haven't fully answered the
13      question if you wouldn't mind.
14                 He was working in Situation
15      Management so he might have provided information
16      on Situation Management that could've been
17      reviewed by umpires, supervisors or directors
18      that comment on it.
19           Q.    Did you have the right to provide
20      input?
21           A.    I would review and provide input.
22           Q.    Joe Torre?
23           A.    Joe would review.
24           Q.    Did he provide content?
25           A.    I don't recall on this.
```

**P. Woodfork - 6/21/19**

1

2     Q.   Randy Marsh would be able to as

3  well, am I right?

4     **A.   As a director, he could've provided**

5  **content that went in to this.**

6     Q.   Are your answers the same for the

7  subsequent years of 2012, 2013, 2014, 2015, and

8  2016 as it relates to the individuals you just

9  mentioned?

10        MR. LUPION:  Objection to form.

11  BY MR. MURPHY:

12     **A.   More broadly, supervisors,**

13  **directors.  Change is obviously dynamic on**

14  **different categories are filled out -- could be**

15  **filled out by different people in the**

16  **administrative component.  So additional people**

17  **could've provided information or feedback on --**

18     Q.   Who are those people?

19        MR. LUPION:  I don't think the

20     witness was done again, Kevin. I know you

21     might be looking to make a flight, but the

22     witness is entitled to give you a complete

23     answer.

24     **A.   That could provide -- administrators**

25  **on administrative issues could be providing**

                     P. Woodfork - 6/21/19

 1
 2    **feedback.  That would be, you know, Cathy Davis,**
 3    **Raquel Wagner, Alex Bermudez, again on the**
 4    **administrative component, they would provide**
 5    **information and feedback.**
 6              **On the plate judgment, it could be**
 7    **our ZE people, you know, objective data, the**
 8    **supervisors and the directors.  Bruce Froemming,**
 9    **our special consultant, special advisor.**
10         Q.    The administrative components, do
11    you have any personal information on who
12    provided the information in the second sentence
13    that says, "You need to work on your
14    communication skills with on- field personnel
15    particularly because your approach has fostered
16    a club perception that you try to put yourself
17    in the spotlight by seeing things that other
18    umpires do not."
19         **A.    I do not recall.**
20         Q.    If you see the comment on top of
21    1505, you received a number of exceeds for game
22    and situation management, balk calls.
23              Do you believe that that statement
24    is in conflict with fostering a club perception
25    that you try to put yourself in the spotlight by

P. Woodfork - 6/21/19

1

2          A.     Again, I think there are obviously

3     some that think there's a perception problem.  I

4     think he's, you know, shown improvement this

5     year.  Once again, it's the consistency that

6     will determine it.  But I think he has shown

7     consistency this year provided being given an

8     opportunity to be a crew chief.  And again, it's

9     a fluid process, you know, that's the

10    consistency we're looking for.

```
1              P. Woodfork - 6/21/19
2
3
```



```
19              Thank you.
20    BY MR. MURPHY:
21         Q.    That phone call on March 29, was
22    that to all of the umpires?
23         A.    I don't recall.
24              (Plaintiff's Exhibit 134, email from
25         McKendry, to Raquel Wagner, dated
```

```
 1              P. Woodfork - 6/21/19

 2         23/23/2017, Bates stamped DEF 8127 through

 3         8131, marked for identification, as of

 4         this date.)

 5  BY MR. MURPHY:

 6      Q.    All right, this one is Defendant's

 7  Exhibit 8127, Matt McKendry to Raquel Wagner.

 8             What are our her job duties?

 9      A.    She is a manager in umpire

10  operations, maybe a senior manager.

11      Q.    What does a senior manager do?

12      A.    Supports the department, she works

13  on SURE administration.  She supports the

14  observer group.  She works on administrative

15  issues, proofreads, edits, perform, develops

16  documents, she is --

17      Q.    O.K.

18             MR. LUPION:  I don't think he was

19      done.

20             MR. MURPHY:  I apologize.

21      A.    Sorry, PowerPoint presentations.

22      Q.    Very good.

23             MR. LUPION:  Are you done with your

24      answer?

25             THE WITNESS:  And other factors, if
```

```
 1                  P. Woodfork - 6/21/19

 2          that's makes it easier.

 3   BY MR. MURPHY:

 4          Q.    In this -- well, did you receive a

 5   copy of this email about the time it was sent?

 6          A.    Not to my recollection.

 7          Q.    Matt tells Raquel, "As discussed

 8   please research these," midyear -- "As

 9   discussed, please research these umpires' mid

10   year and year-end evals from the last five

11   seasons for information to support the decision

12   not to appoint them as a crew chief this

13   offseason.  Below are some initial thoughts on

14   each umpire's drawbacks.  See the attached

15   letter to Angel Hernandez and use it as your

16   template."

17               Is that the way MLB has notified

18   umpires who didn't get the crew chief position,

19   by pointing out reasons why they weren't

20   appointed?

21               MR. LUPION:  Object to the form.

22   BY MR. MURPHY:

23          A.    I think in this, from what I can

24   tell, this was to send the letters to the

25   umpires that were requested by the Umpire
```

1              **P. Woodfork - 6/21/19**

2    **Association.  Each umpire, my experience from my**

3    **recollection, is notified verbally prior to the**

4    **letter.**

5         Q.    Are these reasons being provided

6    after the decision was made?

7              MR. LUPION:  Object to the form.

8    BY MR. MURPHY:

9         **A.    I think they're provided when the**

10   **decision is made and hopefully consistent with**

11   **what's in their evaluations.**

12        Q.    With their game evaluations or

13   midyear?

14        **A.    With their midyear evaluations.**

15   ███    ████████████████████████

█    ██████████████    ███████████████

█    ████████████████████████████

█    █████████████████████████████████

█    █████████████████████████████████

█    ████████████████████████████

█    ██████

█         ████    ██████

23        Q.    If an umpire gets hurt, as was the

24   case with ████████████ in his career in the

25   last couple of years, does that get held against

```
 1                    P. Woodfork - 6/21/19

 2    him in the decision to become a crew chief?

 3         A.    I think for umpires that are not on

 4    the field, it's tough to evaluate them.  So

 5    missed time is something that's taken in to

 6    account because you miss the evaluation period

 7    or the opportunity.

 8         Q.    And if you turn to the next page, it

 9    lists the umpires' actual seniority.

10              Do you see that?

11         A.    Yes.

12         Q.    And Hernandez, Danley, two minority

13    umpires, were the top two in seniority, would

14    you agree?

15         A.    Yes.

16              MR. LUPION:  Object to the form.

17              (Plaintiff's Exhibit 135, email from

18          McKendry, to Woodfork, 9/18/17, Bates

19          stamped DEF 14681 through 14687, marked

20          for identification, as of this date.)

21              MR. MURPHY:  This should be 134

22          right.

23              MS. REPORTER:  135.

24              MR. LUPION:  135.

25    BY MR. MURPHY:
```



P. Woodfork - 6/21/19

1    question?

2         Q.    Am I correct that these are just

3    summaries of the reaction of the umpires when

4    told that they did not make crew chiefs?

5         A.    These are, yes, I mean, Randy's

6    notes on his conversations on crew chief.



1              P. Woodfork - 6/21/19

15         A.    I don't have an example for you.

16              (Plaintiff's Exhibit 140, email from

17         Rieker to Woodfork, dated 10/16/15, Bates

18         stamped DEF 7912, marked for

19         identification, as of this date.)

20    BY MR. MURPHY:

21         Q.    O.K., 7912, Rich Rieker and Peter

22    Woodfork, subject -- well, WS total stands for

23    World Series?

24         A.    I don't recall this email.

25         Q.    "I do not know the totals; they are

```
 1                    P. Woodfork - 6/21/19
 2   just suggestions."
 3              Do you know what that means?
 4        A.    I don't recall this email.  I assume
 5   he's talking about voting for World Series.
 6        Q.    "Put you who and Joe want in from
 7   the suggestions."
 8              What does that mean?
 9              MR. LUPION:  Objection.
10        A.    I don't know.  You'd have to ask
11   Rich, he's the one who sent this email.
12        Q.    We didn't see any response to this
13   that you didn't understand Rich.  So, "Take
14   Angel out if you want," do you know what that
15   means?
16        A.    Again, I don't recall this email.
17        Q.    This is October 16, 2015.
18              The playoffs would be well under
19   way, correct?
20        A.    It's the same date we had our,
21   quote-unquote, debacle, or close to it, my
22   birthday.
23        Q.    With ███████
24        A.    Yes.
25        Q.    All right.
```

```
1                    P. Woodfork - 6/21/19
2               Was Angel being considered in 2015
3    for the World Series?
4         A.    I don't recall.
5         Q.    Am I right that the only decision
6    that would be left to be made on October 16,
7    2015, would be who from the Division Series is
8    going into the World Series, correct?
9         A.    Seems like the time frame that you
10   would be deciding World Series assignments.
11        Q.    Because the subject says, "World
12   Series totals."
13              So was Angel on a list to be
14   selected for World Series and then taken off?
15              MR. LUPION:  Objection.
16   BY MR. MURPHY:
17        A.    I don't recall the discussion around
18   the World Series in 2015.  I don't think we have
19   a list that's on or off.
20        Q.    Keep that either in your mind or
21   handy as you look at the next one, if you would,
22   please.
23              (Plaintiff's Exhibit 141, Document
24          Bates stamped DEF 15451, marked for
25          identification, as of this date.)
```

```
 1                  P. Woodfork - 6/21/19
 2   BY MR. MURPHY:
 3         Q.    This is 141, Defendants' Exhibit
 4   15451.
 5               MR. LUPION:  Bates number.
 6               MR. MURPHY:  Yes, sorry, Bates; it's
 7          Exhibit No. 141.
 8               My apologies.
 9   BY MR. MURPHY:
10         Q.    This is a text from you, is that
11   right?
12         A.    I assume that this is pulled from my
13   text messages and you're providing me that,
14   so...
15         Q.    And you sent the text to Joe Torre,
16   correct?
17         A.    That appears to be Joe's cell phone
18   number.
19         Q.    "Angel is going to be" -- first look
20   at the date, the date is the same day as the
21   Rich Rieker email on Exhibit 140.
22               Do you see that?
23         A.    I do.
24         Q.    And you tell Joe Torre in the
25   afternoon, "Angel is going to be a no for Rob.
```

```
 1                    P. Woodfork - 6/21/19
 2    I am headed home to have my birthday dinner, and
 3    will be on my cell."
 4                    So you can see that I already knew
 5    when your birthday was.
 6                    How did you know that Angel was
 7    going to be a no for Rob?
 8         A.    I don't recall sending the text.
 9         Q.    You may not recall typing out a text
10    on your phone.  Do you recall the content and
11    what you were conveying to Joe Torre?
12         A.    I can see here on the piece of paper
13    what the content says, but I don't recall the
14    situation or the discussion we were having.
15         Q.    Did the Commissioner tell you that
16    he did not want Angel in the World Series?
17         A.    Not to my recollection.
18         Q.    Is this based on previous knowledge
19    about what the Commissioner feels about Angel
20    Hernandez?
21         A.    This was, again, based on probably
22    my presumption, my presumption, I took a
23    presumption on the situation.  I don't recall
24    having conversation with the Commissioner about
25    Angel Hernandez and the World Series in 2015.
```

P. Woodfork - 6/21/19

Q.    You don't say in the body, I believe
Angel is going to be a no for Rob; you say
affirmatively that, "Angel is going to be a no
for Rob."

**A.    I think if -- sorry.  You can ask
the question, I apologize.**

Q.    I'm just asking you:  What
information did you have that caused you to send
that information to Joe Torre?

**A.    I don't recall sending it; I don't**



P. Woodfork - 6/21/19

1

2      Q.    Do you recognize that the types of

3   things that Kinsler said about Mr. Hernandez can

4   harm him from an integrity standpoint?

5           MR. LUPION:  Object to the form.

6      **A.    Like I said, I don't remember the**

7   **exact comments that were made by Mr. Kinsler; I**

8   **do remember that he crossed the line.**

9      Q.    Mr. Kinsler was not suspended, am I

10  correct?

11     **A.    Correct.**

12     Q.    And did Joe Torre agree with what

13  you said here?

14     **A.    I don't recall.**

15           **(Plaintiff's Exhibit 144, email from**

16            **McKendry, to Woodfork, dated 9/15/13,**

17            **Bates stamped DEF 15068, marked for**

18            **identification, as of this date.)**

19  BY MR. MURPHY:

20     Q.    This is Exhibit 144, Bates stamp

21  15066.  It's an email from Matt McKendry to

22  Mr. Woodfork, subject post season, "Here is the

23  information you were asked about last night."

24           Would you explain to me what you

25  were asked about and who did the asking.

```
 1                    P. Woodfork - 6/21/19
 2        A.    I don't recall.
 3        Q.    Is there one thing that these
 4   umpires have in common?
 5        A.    These are the people of color that
 6   are umpires, people of diversity.
 7        Q.    Right.
 8              Do you know why you were asked --
 9        A.    Again --
10        Q.    -- about this information?
11        A.    -- I don't recall.
12        Q.    When it says season, "2013 Number on
13   Staff: 7.  Number Assigned:  2."
14              Would you explain what those numbers
15   are, sir?
16        A.    I didn't do the umpire -- I didn't
17   write this email, but from what I can infer from
18   it, it seems like there's seven on staff and two
19   assigned to the post season.
20        Q.    I see.  Seven on staff means seven
21   minority umpires?
22        A.    Again, if I take -- if I an infer
23   from it.  I didn't write the email, so I can't
24   say that 100 percent.  But we did, if I do
25   recall correctly, we did make two hires that,
```

```
 1                    P. Woodfork - 6/21/19
 2    between '12 and '13 of people of color.
 3         Q.    You will note that in 2004, Chuck
 4    Meriwether umpired the World Series, correct?
 5         A.    According to this email.
 6         Q.    Do you know who had Joe Torre's
 7    current position back then in 2004?
 8         A.    I do not.
 9         Q.    Angel Hernandez had the World Series
10    in 2005, do you see that?
11         A.    Yes.
12         Q.    Marquez had the World Series in
13    2006, do you see that did?
14         A.    Yes.
15         Q.    Danley had the World Series in 2008,
16    and so did Laz Diaz, do you see that?
17         A.    Yes.
18         Q.    Evidently, the people in your
19    positions previously thought that Marquez, Diaz,
20    Hernandez and Danley, were capable enough to
21    umpire the World Series, would you agree?
22              MR. LUPION:  Object to the form.
23    BY MR. MURPHY:
24         A.    Agree that those umpires worked the
25    World Series during these years.
```

```
 1                    P. Woodfork - 6/21/19
 2         Q.    Would you agree that by selecting
 3    them, they were confident that they could handle
 4    the World Series stage?
 5              MR. LUPION:  Objecting to the form.
 6         A.    I don't know what thought process
 7    they put in TO their selections.
 8         Q.    But in spite of the fact that the
 9    individuals that were in the position to select
10    World Series candidates prior to the people
11    coming onboard in 2011 thought that these
12    candidates, Hernandez and Danley, could be in
13    the World Series, you, Joe Torre, and the others
14    have thought that they're not worthy enough to
15    be in the World Series, correct?
16              MR. LUPION:  Objection.
17    BY MR. MURPHY:
18         A.    You're asking me about the two
19    years, the three years on this sheet, '11, '12,
20    and '13?
21         Q.    '14, '15, and '16, too.
22         A.    You're asking me about the three
23    years that are on this sheet, Marquez worked the
24    World Series and he tried again.  We put the
25    umpires that we feel best are going to perform.
```

```
 1                    P. Woodfork - 6/21/19
 2    humiliates them that they have less years than
 3    the crew chief they work under?
 4              MR. LUPION:  Objection.  Asked and
 5         answered.  You can answer again.
 6         A.    Yes, I'm not going to project or try
 7    to predict what their response is; I know that,
 8    as you said, they respect people that they work
 9    with regardless of race.
10         Q.    But you have had memos about the
11    conversations with the umpires in Arizona where,
12    both, █████ and Hernandez conveyed that they
13    were upset about being passed over, so when it
14    comes to how they feel about certain things, you
15    are, in fact, made aware at times, correct?
16              MR. LUPION:  Objection.
17         A.    I am aware that they're upset about
18    not being selected as crew chiefs.
19              (Plaintiff's Exhibit 146, email from
20         Freedman to Woodfork, Sword, 2013 Umpiring
21         Department Overview DEF 15067 through
22         15149, marked for identification, as of
23         this date.)
24    BY MR. MURPHY:
25         A.    Kevin, that's a big one, I'm going
```

```
 1              P. Woodfork - 6/21/19
 2    to run to the restroom before we get to that.
 3              MR. MURPHY:  Sure.
 4              (Whereupon, a recess was taken.)
 5              THE VIDEOGRAPHER:  Off the record,
 6         time 1:56.
 7              (Whereupon, a recess is taken.)
 8              THE VIDEOGRAPHER:  Stand by, please.
 9              The time 2:08 p.m., back on the
10         record.
11    BY MR. MURPHY:
12         Q.   In front of you, I have a document
13    15067 to 15149.
14              Do you recognize this document?
15         A.   Yes.
16         Q.   Is this something you reviewed in
17    preparation for your deposition?
18         A.   I did see this, yes.
19         Q.   Scott Freedman in August of 2013,
20    what position did he hold with Major League
21    Baseball?
22         A.   I don't recall his exact position.
23    He worked in the Labor Relations and Strategy
24    Department.
25         Q.   Did he have any particular expertise
```

```
 1                    P. Woodfork - 6/21/19
 2    as it related to Minor League and Major League
 3    umpiring that would cause you to ask him to do
 4    this?
 5                MR. LUPION:  Object to the form.
 6         A.    I'm not -- I don't recall him being
 7    any more than researching information for us.
 8         Q.    And --
 9         A.    Actually, can I take that -- can I
10    add to that?  I think actually, in this case, in
11    Scott's case, this was actually just an update
12    of a document that -- of a presentation that
13    previously had been done.
14         Q.    And do you know, when was that
15    previous presentation done?
16         A.    If I recall correctly, 2011.
17         Q.    Sorry?
18         A.    If I recall correctly, it was 2011
19    is my best.
20    REQ
21                MR. MURPHY:  I'm going to request
22            that document and there was one other, the
23            Employee Handbook that has a diversity
24            policy that he mentioned earlier.
25    BY MR. MURPHY:
```

```
 1                   P. Woodfork - 6/21/19
 2        Q.    All right, who asked Mr. Freedman to
 3   do this update?
 4        A.    I don't recall.
 5        Q.    By that answer, does that eliminate
 6   you from being the person who asked Scott
 7   Freedman to do the update?
 8        A.    I don't recall directly asking Scott
 9   Freedman to do this update.
10        Q.    O.K.
11              Who is Morgan Sword?
12        A.    Morgan is a peer in the labor
13   relations department who Scott Freedman reported
14   to.
15        Q.    Did Freedman also do the original
16   version in 2011?
17        A.    I don't recall who worked on the
18   original one.  I know it was done through the
19   Strategy and Labor Group, which has a number of
20   people in it.
21        Q.    This report told Major League
22   Baseball that there was a diversity problem
23   within the umpire staff, correct?
24              MR. LUPION:  Objection.  The
25          document speaks for itself.
```

                    P. Woodfork - 6/21/19

1

2        **A.    I don't recall the specifics of each**

3   **-- I don't recall the specifics of each page of**

4   **this document.**

5        Q.    All right, but that wasn't about a

6   specific page.

7             Isn't it true that this report told

8   Major League Baseball that there was a diversity

9   problem within the umpire staff?

10             MR. LUPION:  Object to the form; the

11        document speaks for itself.

12        **A.    Again, I don't recall the specifics**

13   **of it; I can read through it and see specifics;**

14   **I know it did discuss diversity and diversity**

15   **numbers.**

16        Q.    And that those diversity numbers

17   were inadequate, correct?

18             MR. LUPION:  Object to the form.

19        Document speaks for itself.

20   BY MR. MURPHY:

21        **A.    Again, I think it showed the**

22   **numbers, how you interpret those numbers, and I**

23   **felt we could have improvement in that area.**

24        Q.    All right.

25             We're going to go through some of

```
 1                    P. Woodfork - 6/21/19
 2    these pages.  I will show you a page or two to
 3    orient you?
 4         A.    O.K.
 5         Q.    So, let's start at 15068, it's
 6    called an Umpiring Department Overview and then
 7    15069, you'll see the Table of Contents.  It
 8    starts with the Demographics and Life of an
 9    Umpire.
10              On 15070, he has listed that of the
11    total number of umpires, only 7 percent were
12    people of color, correct?
13         A.    7 percent of minorities?
14         Q.    Yes.
15         A.    Yes.
16         Q.    And would you agree that that's not
17    an acceptable number?
18              MR. LUPION:  Object to the form.
19         A.    I would say that our diversity
20    efforts, we need to increase that number, that
21    is a goal.
22         Q.    So by saying that you need to
23    increase the number, this number was not
24    acceptable, would you agree?
25              MR. LUPION:  Object to the form.
```

1                    P. Woodfork - 6/21/19

2           Mischaracterizes testimony.

3      **A.     I would say that the number is the**

4  **number of how many -- the percentage of diverse**

5  **umpires we had at the time, and that the goal**

6  **was to increase that number.**

7      Q.     In 2013, were you satisfied that the

8  amount of umpires of color were only 7 percent?

9      **A.     I think we needed to, again, looking**

10 **at the number, we needed to increase that**

11 **number.**

12     Q.     Does that mean that you were not

13 satisfied?

14     **A.     It's not satisfaction -- for me,**

15 **that's not how I -- I'm more analytic.  I look**

16 **at that number, it's not, for me it was not high**

17 **enough and it's something we need to improve on.**

18     Q.     Between 2013 and the present, has

19 that number gone up or done?

20     **A.     Percentagewise, I would have to look**

21 **at it.  I don't know off the top of my head what**

22 **the percentage is.  I think between -- think the**

23 **number, total number has increased.**

24     Q.     15071, while the total number of

25 minority umpires has increased, so has the