```
 1                    P. Woodfork - 6/21/19
 2          Mischaracterizes testimony.
 3          A.    I would say that the number is the
 4    number of how many -- the percentage of diverse
 5    umpires we had at the time, and that the goal
 6    was to increase that number.
 7          Q.    In 2013, were you satisfied that the
 8    amount of umpires of color were only 7 percent?
 9          A.    I think we needed to, again, looking
10    at the number, we needed to increase that
11    number.
12          Q.    Does that mean that you were not
13    satisfied?
14          A.    It's not satisfaction -- for me,
15    that's not how I -- I'm more analytic.  I look
16    at that number, it's not, for me it was not high
17    enough and it's something we need to improve on.
18          Q.    Between 2013 and the present, has
19    that number gone up or done?
20          A.    Percentagewise, I would have to look
21    at it.  I don't know off the top of my head what
22    the percentage is.  I think between -- think the
23    number, total number has increased.
24          Q.    15071, while the total number of
25    minority umpires has increased, so has the
```



1           P. Woodfork - 6/21/19

2    amount of Major League umpires since 2013,

3    correct?

4           **A.    Yes.  I think the percentage off the**

5    **top of my head is probably slightly higher, but**

6    **I would like to do that, look at it more**

7    **completely.**

176

P. Woodfork - 6/21/19



24          Q.     Has MLB since 2012 done anything to

25     eliminate that bias?

```
 1                    P. Woodfork - 6/21/19
 2        A.    I think we've -- we don't hire.  MLB
 3   doesn't hire the Minor League umpires, so we
 4   just watch to see where umpires are coming, from
 5   which schools they're coming from and it seems
 6   to be a balance.
 7        Q.    So the answer is nothing, correct?
 8             MR. LUPION:  Objection, objection,
 9         mischaracterizes testimony.
10   BY MR. MURPHY:
11        A.    Again, we haven't seen a bias on
12   selecting your own umpires.
13        Q.    So --
14        A.    I'm sorry, that attended --  that
15   attended your school.
16        Q.    So Freedman is wrong in this bullet
17   point?
18             MR. LUPION:  Objection.
19        A.    Again, that is how he listed it, and
20   again, from 2012, or 2011, we haven't seen that.
21        Q.    15072, the first bullet point, I
22   understand PUBC is now called Minor League
23   Baseball, right?
24        A.    I don't know the acronym, but it's
25   something like Minor League Baseball
```

```
 1              P. Woodfork - 6/21/19
 2   Development, maybe.
 3       Q.    Right.
 4       A.    You can call it either one.
 5       Q.    O.K.
 6              Is the first bullet point true that
 7   "PUBC," or Minor League Baseball, and like you
 8   said, for these questions I'm just going to say
 9   PUBC --
10       A.    That's fine.
11       Q.    -- "is responsible for the
12   development and evaluation of the Minor League
13   umpires."
14              Is that still true?
15       A.    From rookie ball through AA.
16       Q.    Right.
17       A.    As far as I know.
18       Q.    So Major League Baseball only gets
19   involved with Minor League umpires at the AAA
20   level, correct?
21       A.    In development and evaluation, Minor
22   League umpires.
23       Q.    AAA.
24              ███████████████████████████
    ██  ███████████████████████████████
```

179



P. Woodfork - 6/21/19

```
 1
 2  ████████████████
    █         █    ██████████████████████████
    █      █████████████████████████
    █         █    ████████████████████████
    █      ████████████████████████████████████
    █      ██████████████████████████████████
    █      ████
    █              ██████████████  ████████████
    █         ████████████████
    █      ████████████████
    █         █    ██████████████████████████
    █      █████████████████████████████
    █      ██████████████████████████████████
    █      █████████████████████
```

16        Q.    Minor Leagues' umpires, Minor League

17   umpires, do not make a lot of money, correct?

18              MR. LUPION:  Objection.

19        A.    Again, Minor League umpires,

20   according to this, at the time made between 12

21   and 15,000, maximum 20,000, depending on where

22   you're working.  Obviously some AAA umpires make

23   more that if they're callup umpires.

24        Q.    Would you agree that Minor League

25   salaries and $27 per day for meal money excludes

P. Woodfork - 6/21/19

1  
2  a whole host of people of color that are unable

3  to make it to AAA?

4       MR. LUPION:  Objection.

5       **A.    I think that the salary excludes**

6  **people who can't handle it socioeconomically, I**

7  **think that's regardless of race.   There's an**

8  **exclusion, but it's negotiated by Minor League**

9  **Baseball and their Umpire Union.**





```
 1                    P. Woodfork - 6/21/19

 2



 7          Q.    The salaries that Minor League

 8    umpires and rookie -- is there low A and high A?

 9          A.    There is low A and high A.

10          Q.    O.K.

11          A.    And rookie and rookie advanced.

12          Q.    Right, rookie, rookie advanced, low

13    A, high A, AA, does Major League Baseball

14    subsidize their salary during the regular season

15    in the Minor Leagues?

16          A.    We do not subsidize their salaries

17    in the regular season.

18          Q.    I'm sorry?

19          A.    Major League Baseball does not

20    subsidize their salary in the regular season.

21
```

```
 1              P. Woodfork - 6/21/19
 2   don't know off the top of my head where he was
 3   on special events experience.
 4       Q.    How about overall quality of
 5   performance on the field, would you say he's
 6   above average?
 7       A.    During what time?
 8       Q.    Between 2011 and 2016.
 9       A.    I think his performance on the field
10   at times can be above average and I think it can
11   be below average at times as well.
12       Q.    But you know what the concept of an
13   average is, right?  Is he above average during
14   those years on these quality performance with
15   the plate and on the base path?
16            MR. LUPION:  Objection.  Asked and
17          answered.
18       A.    You have to be more specific in the
19   year and time of his performance.
20       Q.    Are you familiar with Angel's
21   performance as it relates to year by year?
22       A.    As much as I am the seven six, I
23   would need to look at his reviews --
24       Q.    Right.
25       A.    -- and, again, for a specific year.
```

                    **P. Woodfork - 6/21/19**

1

2         Q.    Next to last bullet point on the

3    right, "Seniority is awarded with a few younger

4    umpires each year often given an opportunity so

5    that they can gain experience."

6               This was 2013, is that true still

7    today?

8               MR. LUPION:  Object to the form.

9         **A.    I think this is an argument we were**

10   **having in 2013, over expected -- over evaluation**

11   **of seniority, especially trying to get younger**

12   **and more objective -- more objective in our**

13   **criteria from 2013 to 2014, I think or from 2011**

14   **I think when this was done; 2014, we were able**

15   **to become more objective.**

16        Q.    And that decision would hurt Angel

17   Hernandez, Alfonso Marquez, and Kerwin Danley in

18   particular, would you agree?

19              MR. LUPION:  Objection.

20        **A.    I would say that in coming off of**

21   **straight seniority or heavily influenced**

22   **seniority decision would affect people with more**

23   **seniority.**

24        Q.    Even then in 2013, go to the next

25   page, those three were more senior than Danley

```
 1                    P. Woodfork - 6/21/19
 2    and Barrett -- I mean, Danley and Hernandez had
 3    more experience than Barrett and Culbreth,
 4    correct?
 5         A.    I don't know their service off the
 6    top of my head, but I take your word for it.
 7         Q.    And this switch to go away from
 8    seniority has certainly affected white umpires
 9    far less than the minority umpires, would you
10    agree?
11              MR. LUPION:  Objection.
12         A.    I would say the thought of seniority
13    being the driving force and the lone force of
14    decision-making has impacted people with more
15    seniority regardless of race.
16         Q.    You would agree that you have passed
17    over Danley, Marquez and Angel Hernandez, for
18    crew chief when they have had more years than
19    many of the white umpires that you've selected
20    since you've been there?
21              MR. LUPION:  Object to the form.
22         A.    I would say that we, again, we
23    believe that we selected the umpires that we
24    feel are best -- that are going to perform the
25    best in the crew chief position.  And some of
```

1            **P. Woodfork - 6/21/19**

2    those are, I'll take your word for it, have less

3    seniority than those three that you stated.



```
1              P. Woodfork - 6/21/19
2    ███████████████  ████████████████
█  ██   █████████████████████████
█  █████████████
█  ██   █████████████████████████████████
█  ██   ███████████████████████████
█  ████████████████████████████
```

8          Q.    All right, let's go to 15092.

9              "Supervisors and field observers

10  regularly evaluate umpire performance through

11  games in-person."

12              In 2011 when you started, the

13  percentage was 60.2 percent, in 2012 was 57

14  percent.

15              Can one take from those percentages

16  that the Office of the Commissioner felt it

17  important enough that umpires get reviewed by

18  in-person supervisors and observers?

19              MR. LUPION:  Object to the form.

20          **A.    I'm sorry, I didn't understand that**

21  **question.**

22          Q.    The amount of games in 2011 and

23  2012, and throughout this whole graph, 2008

24  through 2012, they're there over half the time.

25              Does that reflect that Major League

1             P. Woodfork - 6/21/19

2    Baseball thought that it's important to evaluate

3    an umpire with someone at the field watching

4    them work in-person?

5         A.    I think, you know, again, during

6    this time period, observations and supervisor

7    presence is important for evaluation as well as

8    the supervisors' communication with the umpires.

9         Q.    But in spite of all of these

10   observed games with supervisors and field

11   observers presenting written reports for each

12   game, you don't lock at them, right?

13        A.    In 2011, I spend more time looking

14   at them.  As I got, as I said, as I got in in

15   2018, I looked at them much less or I don't look

16   at them at all in 2018, or '19.

17        Q.    Would you go to 15098.

18              Are the clubs aware of the buffer

19   zone?

20        A.    Yes.

21        Q.    Of the players?

22        A.    I can't specifically answer.  I

23   don't know if they're aware.  The clubs have

24   been communicated with.

25        Q.    Does Major League Baseball tell the

```
 1                   P. Woodfork - 6/21/19
 2    media about this buffer zone?
 3         A.    I can't answer for all of Major
 4    League Baseball, but when asked about it, I have
 5    spoken that there's a buffer zone.
 6         Q.    Did you read the report from that
 7    Boston professor a couple of months ago?
 8         A.    I did.
 9         Q.    And do you know where he got his
10    information from?
11         A.    I do not.
12         Q.    Did he say he got the information
13    from --
14         A.    Excuse me, I don't recall.
15         Q.    Do you remember that he got the
16    information from information provided by Major
17    League Baseball?
18         A.    I don't recall, but I know that the
19    raw data is put there.
20         Q.    All right.
21               Did, I'm sorry, what was the
22    reaction of Major League Baseball to that
23    professor's report?
24               MR. LUPION:  Object to the form.
25         A.    I mean, I don't recall what Major
```

```
 1                  P. Woodfork - 6/21/19
 2    League Baseball.  You know, my reaction to it
 3    was that there were liberties taken in it and it
 4    didn't include obviously, our -- the adjustments
 5    that are made for umpires.
 6           Q.    And the reason why is because that's
 7    not public, correct, the adjustments are not
 8    made public --
 9           A.    No.
10           Q.    -- am I right?
11           A.    The ZE scores are not made public.
12           Q.    15102.  I already asked the question
13    about plate judgment and base judgment as
14    related to the crew chiefs that you've selected
15    since 2011.
16                 Would you agree that Angel Hernandez
17    submits timely umpire reports to the Office?
18           A.    I don't recall.
19           Q.    Would you agree that he stays in
20    communication with the Office when he's supposed
21    to?
22           A.    As far as I know, during the time
23    period that I can recall, yes.
24           Q.    Well, from 2011 to 2016, how's that?
25    Do you know of any problems that he had with
```

```
 1                    P. Woodfork - 6/21/19
 2   communications with the Office?
 3        A.    I don't recall.
 4        Q.    Are you aware of what his
 5   supervisors have said to him repeatedly about
 6   Pace of Game Procedures?
 7        A.    I don't recall.
 8        Q.    What does Field Proficiency mean?
 9        A.    MLB Field Judgment.
10        Q.    Wouldn't that be how they move on
11   the field?
12        A.    Oh, sorry, eight items on there,
13   that could be -- I'd have to read the exactly
14   field proficiency effect; confused it with base
15   judgment, I thought that what they were
16   referring to up there.
17        Q.    Would you agree that Angel Hernandez
18   is one of the most physically fit umpires that
19   you have on staff?
20             MR. LUPION:  Object to the form.
21        A.    I would have to look.
22        Q.    But that's something that umpires
23   are reviewed by Major League Baseball, correct,
24   they want them to be in good shape?
25        A.    We hope our umpires are in good
```

```
 1                    P. Woodfork - 6/21/19
 2   shape.
 3         Q.     All right.
 4                And you've seen on midyear and
 5   end-of-year evaluations, with certain umpires,
 6   that comments are, stay on your offseason
 7   program, you've seen those?
 8         A.     I've seen comments regarding staying
 9   on your -- remain physically fit to continue
10   with your mobility and other field movements,
11   yes.
12         ████    ██████
     ██  ████████████████████████
     ██  ██████████████████████████
     ██  ████████████████████████
     ██  ████████████████
     ██       ██████████████████
     ██       ██████████  ████████████
     ██    ██  ██████████████████
20         Q.     Would you go to 15108.
21                Who is the one person in the Office
22   of Commissioner -- or let me change the
23   question.
24                Is there a person or persons at the
25   Office of the Commissioner whose job it is to
```

```
 1                    P. Woodfork - 6/21/19
 2    director, Minor League development to push the
 3    umpire camps.  And I depend a lot on our chief
 4    diversity officer previously, and our new one,
 5    René Tirado and Wendy Lewis, I try -- and other
 6    options.  I also spoke to a bunch of leagues,
 7    other leagues on how to try to recruit and
 8    develop or at least recruit umpire diversity, as
 9    well.
10            So I would say that, again, as part
11    of the job responsibility of heavy umpiring
12    department, Joe, myself, you know, as well as
13    depending on or are working with our chief
14    diversity officer.
15         Q.    So that would be you and Rich Rieker
16    based upon your answer?
17            MR. LUPION:  Object to the form,
18         mischaracterizes the witness' testimony.
19         A.    I think everyone has that
20    responsibility in our department.  I apologize
21    if I wasn't clear on that, but again from Joe
22    down to myself to Rich Rieker in working with
23    our chief diversity officer.
24         Q.    Who was the chief diversity officer?
25         A.    René Tirado.
```

```
 1              P. Woodfork - 6/21/19
 2        Q.    Could you spell her last name?
 3        A.    Not unless I type it in to my phone,
 4   I'm going to butcher it and she is going to be
 5   upset, but T-I-R-R-A-D-O, close?  That's what I
 6   type and it comes up.
 7        Q.    Is she in a particular department?
 8        A.    I don't know her exact department,
 9   she -- as far as I know, as far as I know, I
10   understand she is in HR.  But I don't know if
11   she stands alone or she sits with the HR people.
12        Q.    Does she get involved in the
13   promotion process of umpires?
14        A.    No.
15        Q.    How about in the selection of World
16   Series?
17        A.    No.
18
```



P. Woodfork - 6/21/19

[redacted]

1                    P. Woodfork - 6/21/19





P. Woodfork - 6/21/19

1            P. Woodfork - 6/21/19



17        Q.     All right.

18               If you would go to 15131, so I can

19    orient you, you'll see that it says

20    Recommendations.

21        **A.     Yes.**

22        Q.     Next page, 15132.

23               One of the things that is

24    recommended by Mr. Freedman is strategic

25    partnerships with armed forces, universities and

```
 1                    P. Woodfork - 6/21/19
 2    social organizations to shore up pipeline of
 3    diversity candidates.
 4                    What, if anything, has been done
 5    with the armed forces besides --
 6                    MR. LUPION:  Object.
 7         Q.    -- inviting them to the camps?
 8                    MR. LUPION:  Object to the form.
 9              The witness can answer.
10         A.    That's been our major step with the
11    armed forces, that we have reached out to them,
12    tried to, besides the camps, which how much has
13    been our major focus, others have been, when we
14    play in Ft. Bragg or other places, try to reach
15    out to them for additional candidates to come to
16    umpire school.  It has been helpful that
17    Richard, who's son, is in the military and helps
18    promote for us as well.  But again, we have not
19    showed -- we show some inroads there but
20    continue to need to put effort in there.
21         Q.    Universities?
22         A.    I've spoken at universities about
23    umpiring opportunities.  We've also tried to
24    reach out when players are released as an
25    opportunity today through our continuing
```

```
 1                    P. Woodfork - 6/21/19
 2      educational for players that umpiring is an
 3      opportunity for them as well as going back to
 4      school or doing that.
 5                    I've spoken at Howard and other
 6      universities to try to speak about diversity and
 7      umpiring as an option for candidates.
 8           Q.    How about social organizations?
 9           A.    I can't give you, to my knowledge or
10      my recollection, what we've done with social
11      organizations.
12           Q.    Has Major League Baseball created a
13      marketing campaign to promote the umpires?
14           A.    Not to my knowledge.
15           Q.    Have they created a marketing
16      campaign to promote the umpiring program?
17           A.    Marketing and promotion of our
18      umpire camps to try to promote our umpiring
19      program.
20           Q.    Those are one day camps, right?
21           A.    They're five one-day camps and then
22      the finishing school.
23                    I apologize, during what time
24      period, Kevin?
25           Q.    How about now?
```

```
 1                    P. Woodfork - 6/21/19
 2        A.     That's speaking to now.
 3        Q.     That's what I thought you said.
 4               If you would take a look real
 5   quickly at 15075.
 6               MS. PHILION:  What number?
 7        A.     15075?
 8               MR. LUPION:  Going backwards.
 9   BY MR. MURPHY:
10        Q.     This just relates to something he
11   said.
12               "Barely one-third of MLB umpires
13   have graduated from a four-year college," is
14   that seen as a negative?
15        A.     I don't see it as a negative.  I
16   think it's a life experience that can be an add
17   to your experience, it can be a positive, but I
18   don't think it's a negative.  Obviously you
19   don't have to go to a four-year college to be an
20   umpire.
21        Q.     15141, has this been implemented,
22   "Post season and special event assignments,
23   along with the" Association -- I'm sorry, "along
24   with the associated compensation should be given
25   to the highest performing umpire."
```

```
 1                  P. Woodfork - 6/21/19
 2                  Has Major League Baseball done that
 3        since 2013?
 4            A.    I think we've strived since 2011 to
 5        put the highest performing umpires overall in to
 6        the post season.
 7            Q.    15146.
 8                  "Given the long-term nature of
 9        umpire development, the only way to approach
10        MLB's diversity issue is through lower level
11        recruitment of minorities."
12                  Besides the camps and the finishing
13        school once they leave there, they are subject
14        to the decisions made by Minor League Baseball,
15        whether they get advance or whether they go
16        home, correct?
17                  MR. LUPION:  Object to the form, you
18            can answer.
19            A.    Up until AA, their evaluation
20        development is up to the Minor League.
21            Q.    Up until AAA, right?
22            A.    Excuse me, through AA.
23            Q.    Through AA?
24            A.    Sorry.
25            Q.    Correct.
```

```
 1                   P. Woodfork - 6/21/19
 2              So, if Major League Baseball gets
 3    the overwhelming white umpires coming into AAA,
 4    there's just nothing they can do about it,
 5    right?
 6         A.    No, again, the -- Minor Baseball
 7    hires the umpires, as we discussed, through the
 8    umpire schools.  I think we try to promote a
 9    diverse group through our programming, through
10    our programs, as well as through our partnership
11    with, not only just underrepresented groups, but
12    also women, our partnership with Baseball for
13    All to try to get them candidates to come.  The
14    ones we select are from who Minor Baseball has
15    hired.
16              Once we're done with this document,
17    I would like to take a quick break to run to the
18    bathroom, but I don't want -- no one else has to
19    leave.
20         Q.    Do you know what the percentage of
21    African American umpires are in AAA?
22         A.    Not off the top of my head, no.
23         Q.    Do you know what the percentage of
24    Hispanic umpires are in AAA at this time?
25         A.    Not off the top of my head.
```

```
 1                P. Woodfork - 6/21/19

 2            I think we were just giving a heads

 3   -- giving him a heads-up on who was named the

 4   crew chiefs in the 2017 season.

 5       Q.    But he said, "Good by me," does that

 6   mean he approved them?

 7       A.    I don't know what he meant by that,

 8   but it looked like we already named them.

 9       Q.    Well, you already named -- well,

10   yup, yup, yup, yup.

11       A.    I'm utterly shocked on the record

12   that I sent it to the supervisors before I sent

13   it to the Commissioner.

14            (Plaintiff's Exhibit 149, email from

15            McKendry to Woodfork, Wagner, dated

16            1/3/2018, Bates stamped DEF 8050 through

17            8067, marked for identification, as of

18            this date.)

19   BY MR. MURPHY:

20       Q.    O.K., 149.

21            This is an email, Matt McKendry to

22   you, copy to Raquel, subject 2018 Potential Crew

23   Chiefs, attachments, 2018 Crew Chief Potential

24   Hires.

25            "Please See the attached deck
```

1                    P. Woodfork - 6/21/19

2     containing information regarding the potential

3     crew chief hires for 2018, the candidates and

4     their total number of games worked as a crew

5     chief are as follows:"  Then it lists it.  And

6     then you will you'll see the potential crew

7     chief for 2018, and you'll see these sheets.

8                    We did not receive anything like

9     this before 2018, is this something that was put

10    into effect that was new?

11                   MR. LUPION:  Object to the form.

12         **A.    I don't recall what we put together**

13    **previously for our documents on crew chief.**

14         Q.    Do you recall whether anything like

15    this with the picture of the umpire and the

16    career information and the crew chief games

17    worked exceeds DNM votes, have you ever seen

18    anything like this comparison prior to 2018 in

19    this form?

20         **A.    For crew chiefs?**

21         Q.    Yes.

22         **A.    Not that I recall.**

23         Q.    On this list of candidates, Angel

24    Hernandez had the most crew chief games,

25    correct?

```
 1                  P. Woodfork - 6/21/19
 2        A.     Correct.
 3        Q.     And the selection in 2018 for crew
 4   chief was which umpire?
 5        A.     2018, if I recall correctly, was
 6   Mark Wegner.
 7        Q.     Right.
 8               Did you review this packet of
 9   information before you gave your recommendation
10   to Mr. Torre?
11               MR. LUPION:  Object to the form.
12        A.     I don't believe so.
13               MR. MURPHY:  I think the objection
14         was that I may have presumed that you did
15         give your recommendation to Mr. Torre, is
16         that the nature of it?
17               MR. LUPION:  No, actually, well
18         that's one basis for the objection.
19               The objection also is it assumed
20         that he reviewed that document in
21         connection with formulating his
22         recommendation.
23               MR. MURPHY:  I think that was my
24         question, I think that was my question.
25   BY MR. MURPHY:
```

```
 1                    P. Woodfork - 6/21/19
 2        Q.    All right.
 3              In these years, in these selections,
 4   2013, Barrett, Culbreth, Joyce; 2014, Nelson
 5   Miller; 2015, Vanover, Meals; 2017, Emmel,
 6   Everitt, Holbrook, in any of those years, did
 7   you ever recommend to Joe Torre a minority
 8   candidate for crew chief?
 9              MR. LUPION:  Object to the form.
10              You can answer.
11        A.    I think we discussed this before, I
12   don't recall recommending.
13        Q.    It's a positive thing for an umpire
14   to get an exceeds from a supervisor or observer,
15   would you agree?
16        A.    It's positive for them to get an
17   exceeds from supervisor, observer, director.
18        Q.    The process of preparing the midyear
19   and the year-end, the last couple of years, how
20   often do you edit umpires' midyear and year-end
21   evaluations?
22              MR. LUPION:  Object to the form.
23        A.    It would be -- what do you moan by
24   how much?
25        Q.    Here is what I would like to know.
```

```
 1                   P. Woodfork - 6/21/19
 2              I know the form for the midyear and
 3      the end of the year because I showed it to you
 4      at the beginning.
 5         A.    Yes.
 6         Q.    You know, at least a couple of weeks
 7      before the midyear, the comment section is
 8      blank.
 9              Who is the first one to write on the
10      computer the comments that then get shared with
11      the others?
12              MR. LUPION:  Object to the form.  If
13          you understand the question, you can
14          answer.
15         A.    I was going to ask a question, but
16      to be specific, who opens up the document first
17      or who opens up the process?
18         Q.    Yes, who starts the process of
19      putting content in those comment boxes.
20         A.    It depends -- I would say it depends
21      on the box, what -- what area of the review
22      we're discussing.
23         Q.    Do the supervisors have a right to
24      put their input in those boxes?
25              MR. LUPION:  Object to the form.
```

```
 1                   P. Woodfork - 6/21/19
 2        A.    Supervisors add context to certain
 3   areas, certain areas of the review, they've
 4   added to.
 5        Q.    O.K., teach me the process.
 6        A.    So this may take a little while.
 7        Q.    Who first -- maybe I?
 8        A.    Actually I've got to walk it
 9   through.
10        Q.    Maybe I can narrow it down.
11              Who first provides content?
12        A.    I think the review process is opened
13   up, again, it depends on which category we're
14   talking about.  We're talking about the year-end
15   review, obviously, there's a lot of boxes.  It
16   opens up to the umpire supervisor first.  He may
17   add examples on a form, some may try to write
18   sentences for certain areas of it.  Other
19   people, Matt McKendry, Raquel Wagner, might add
20   the objective information to the ZE area.
21              The objective information of replay,
22   someone from replay may add the paragraph from
23   replay or send in the paragraph from replay that
24   needs to be added.
25              The administrative might come from,
```

```
 1                  P. Woodfork - 6/21/19
 2     the information might come from the sources
 3     added by Matt, maybe Raquel.  It's really --
 4     it's a live document as it moves through the
 5     process.
 6                  And then, by the time, you know, it
 7     gets to myself, it's usually been cleaned up,
 8     making editorial, making sure there's
 9     consistency in the one thing that is difficult
10     for the entire group is the consistency across
11     the board, that all 76 we're trying to treat and
12     grade equally and fairly among themselves.
13                  So I think those are all steps when
14     it comes to me.  So, I may have questions,for
15     Matt, for a supervisor, how he landed somewhere,
16     the confirmation that everything that's in those
17     reviews should have been spoken about to the
18     umpire.  Again, that's the goal.  I know getting
19     feedback from umpires, that's not always the
20     case, but I get a lot of verbal communication
21     with umpires is important because, as you
22     mentioned before, they're being seen by a number
23     of different people, but that conference call,
24     those discussions are one and that supervisor's
25     responsibility is to keep his umpire up-to-date
```

```
 1                   P. Woodfork - 6/21/19
 2     on, both, positive and negative.
 3              And then that document comes from
 4     myself, edit it, make sure for consistency and
 5     grading and then I provide copies, I'll take
 6     this year if it's easier, this year?
 7          Q.   Yes.
 8          A.   I provide -- sorry?
 9          Q.   I was confused at something, and if
10     you keep going, I might forget.
11              You add content?
12          A.   I might forget where I was.
13              MR. LUPION:  I'll remind you.
14     BY MR. MURPHY:
15          Q.   You add content by your edits, am I
16     right?
17          A.   I would say I try not to, again, if
18     I'm adding content or most part, I'm editing.
19     If it's added content, it's something that I
20     feel we've missed.  I talk to the supervisor,
21     did we miss something or do that, but for the
22     most part, I spend more time editing it to make
23     sure it's just consistent and logical than I do
24     editing the content.
25          Q.   Is Mr. Torre --
```

```
 1                    P. Woodfork - 6/21/19

 2        A.    I'll get to the last couple of steps

 3   and then that may answer some of your questions.

 4        Q.    O.K., very good.

 5        A.    And then as it gets to that version

 6   we'll send out to Joe as well as Randy Marsh, an

 7   overall review as Randy is our director Major

 8   League Umpiring operations, and he'll take a

 9   look at all 76, to make sure that we're, you

10   know -- again, that we haven't missed anything

11   and Joe will take a look as well.

12        Q.    And Randy and Joe may edit.

13        A.    They'll usually -- call discuss, if

14   they have an edit, myself, or Matt may add that

15   edit physically, especially, the year-end kind

16   of, you know, bumps up to Christmas and not

17   everyone is in the office?

18        Q.    So this form is on the Halogen

19   system?

20        A.    This form is on the Halogen system.

21        Q.    And is there any way to determine

22   the various edits and who made them on that

23   system?

24        A.    Not to my knowledge.

25        Q.    So if something is written by a
```

```
 1                  P. Woodfork - 6/21/19
 2    supervisor, and it gets edited with some
 3    changes, it's basically overwritten?
 4              MR. LUPION:  Object to the form.
 5         A.    I think if there is -- I should
 6    apologize, the supervisor then gets copies of
 7    the reviews as well when they're done.  Discuss
 8    with him, I think if there's any content, large
 9    content changes, it's discussed with him
10    previously before; in other words, at that time
11    that we're making them, or we feel a need to
12    edit or add content to discuss with him so he's
13    part of the process throughout.
14         Q.    Like you, when I type or I send a
15    text, and I want to change it, that lovely
16    reverse taking stuff out, changing the sentence.
17              My question is:  If Eddie Montague
18    says your situation management throughout the
19    year has been very good, hope you continue that
20    during the year, and that gets changed to
21    something like, you need to improve your
22    situation management with managers and players,
23    and you need to improve.
24              Is there any way on the Halogen
25    system to be able to see what the supervisor
```

230

```
 1                    P. Woodfork - 6/21/19
 2    actually wrote that was overwritten?
 3                MR. LUPION:  Objection.  Assumes
 4         facts.
 5    BY MR. MURPHY:
 6         A.    Again, as I said, you know, who I --
 7    not to my knowledge could you view back and see
 8    who changed.
 9         Q.    All right.
10                And is that still true today?
11         A.    As far as I know, we're moving away
12    from the Halogen system.
13         Q.    And this has been true since 2011
14    correct?
15                MR. LUPION:  Objection.
16         Q.    The way the system works, the
17    process?
18         A.    The system itself, as far as I
19    recall, the system itself has worked the same
20    since 2011.
21         Q.    All right.
22         A.    The Halogen system.
23         Q.    And the system has been the same up
24    to and including 2019?
25         A.    The Halogen system?
```

```
 1              P. Woodfork - 6/21/19
 2      Q.    Yes.
 3      A.    As I said, the Halogen system as far
 4  as I know hasn't changed.
 5      Q.    O.K.
 6      A.    As far as I can recall.
```



```
24      Q.    Have you edited any of Angel's draft
25  midyear and end-of-year since 2011?
```

```
 1                P. Woodfork - 6/21/19
 2        A.    Again, I don't recall in the
 3   process, I'm sure I've edited every umpire's,
 4   especially in 2011 again, where it was more
 5   early on in 2011, 12012, I was actually adding
 6   the content on behalf of the supervisors.
 7        Q.    When you were hired originally by
 8   the Office of the Commissioner in the Labor
 9   Department, who hired you?
10             MR. LUPION:  Objection.  Asked and
11         answered.
12   BY MR. MURPHY:
13        Q.    Was it Jimmie Lee Solomon?
14        A.    No.
15        Q.    O.K.
16        A.    It was again, Frank Coonelly and
17   John Ricco.
18        Q.    Now, earlier, in the testimony I
19   think you said that you considered yourself to
20   be, I don't know how you put it, but a diversity
21   candidate yourself or something to that effect.
22             Do you recall what you said --
23        A.    I don't recall saying that.
24        Q.    Do you remember going in to the
25   umpire locker room in Arizona and telling Angel
```