

## 2002 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | | Date of Summary: | **July 18, 2002** |
|---|---|---|---|---|
| | Total Games Observed: **33** | Plate: **8** | Bases **25** | |

### Exceeds Standard Ratings:

| Date | Observer | Category | | Date | Observer | Category |
|---|---|---|---|---|---|---|
| 4/7/2002 | Christman | Four-Umpire Mechanics | | | | |
| 4/7/2002 | Christman | Hustle | | | | |
| 6/14/200 | Blum | Hustle | | | | |
| 6/28/200 | Springstead | Fraternization | | | | |
| 6/29/200 | Springstead | Fraternization | | | | |
| 6/30/200 | Springstead | Fraternization | | | | |

### Does Not Meet Standard Ratings:

| Date | Observer | Category |
|---|---|---|

### Incorrect Calls:

| Date | Observer | Type of Call |
|---|---|---|

### Administrative Comments:

| Date | Rating | Reason | Comments |
|---|---|---|---|
| 6/12/200 | Meets Standard | Incident Report Late | Had difficult travel day 6/13.  Report (Bret Boone equipment violation) received 11:20 PM following day.  Phoned late in day to advise report would be late. |

### Incident/Situation Comments:

| Date | Rating | Type of Situation | Comments |
|---|---|---|---|

**EXHIBIT**

**19**

exhibitsticker.com



## 2002 Mid-Season Evaluation Summary

| | | | | |
|---|---|---|---|---|
| Umpire: | **Hernandez, Angel** | | Date of Summary: | **July 18, 2002** |
| | Total Games Observed: **33** | Plate: **8** | Bases **25** | |

### Exceeds Standard Ratings:

| Date | Observer | Category | Date | Observer | Category |
|---|---|---|---|---|---|
| 4/7/2002 | Christman | Four-Umpire Mechanics | | | |
| 4/7/2002 | Christman | Hustle | | | |
| 6/14/200 | Blum | Hustle | | | |
| 6/28/200 | Springstead | Fraternization | | | |
| 6/29/200 | Springstead | Fraternization | | | |
| 6/30/200 | Springstead | Fraternization | | | |

### Does Not Meet Standard Ratings:

| Date | Observer | Category | Date | Observer | Category |
|---|---|---|---|---|---|
| | | | | | |

### Incorrect Calls:

| Date | Observer | Type of Call |
|---|---|---|
| | | |

### Administrative Comments:

| Date | Rating | Reason | Comments |
|---|---|---|---|
| 6/12/200 | Meets Standard | Incident Report Late | Had difficult travel day 6/13.  Report (Bret Boone equipment violation) received 11:20 PM following day.  Phoned late in day to advise report would be late. |

### Incident/Situation Comments:

| Date | Rating | Type of Situation | Comments |
|---|---|---|---|
| | | | |

**CONFIDENTIAL**



# 2002 Year-End Evaluation Report

| Umpire: | **Hernandez, Angel** | | Date of Report: | **July 9, 2003** |
|---|---|---|---|---|
| | Total Games Observed in 2002: | **69** | Plate: **15** | Bases **54** |

## 2nd Half 2002 Exceeds Standard Ratings:

| Date | Observer | Category |
|---|---|---|
| 7/22/200 | Rieker | Focus |
| 7/23/200 | Rieker | Focus |
| 7/24/200 | Rieker | Focus |
| 9/17/200 | Rieker/Gutierr | Focus |
| 9/17/200 | Gutierrez | Demeanor |
| 9/18/200 | Gutierrez | Demeanor |
| 9/19/200 | Gutierrez | Demeanor |
| 9/19/200 | Gutierrez | Style & Form of Calls |
| 9/24/200 | Dernier | Hustle |

## 2nd Half 2002
## Does Not Meet Standard Ratings:

| Date | Observer | Category |
|---|---|---|

## 2nd Half 2002 Incorrect Calls Observed:

| Date | Observer | Type of Play |
|---|---|---|
| 9/19/200 | Gutierrez | Force Play |

**CONFIDENTIAL**

## 2002 Year-End Evaluation Report

| | |
|---|---|
| Umpire: **Hernandez, Angel** | Date of Report: **July 9, 2003** |
| Total Games Observed in 2002: **69** | Plate: **15**  Bases **54** |

### 2002 Annual Ratings for Administrative Componet Criteria:

Handling of Ejections, Warnings, and Other Incidents:      **MEETS STANDARD**

Submitting Umpire Reports:      **MEETS STANDARD**

Communication With Office:      **MEETS STANDARD**

### 2002 Cumulative Evaluation of Strike Zone Accuracy:

Your efforts to call the "rule book" strike zone were extremely obvious. As good a job calling strikes at the upper and lower limits as any umpire on the staff. Adherence to the corners was also obvious, not an easy adjustment given your past style. Quite impressive. ONLY AREA IN NEED OF IMPROVEMENT: Occasionally calling strikes too high in zone.

*(2002 QuesTec UIS Scores are attached.)*

### 2002 General Evaluative Comments:

The Office of the Commissioner is satisfied with your overall performance during the 2002 season.

Personal and Confidential



# 2003 Mid-Season Evaluation Summary

| | | | |
|---|---|---|---|
| Umpire: **Hernandez, Angel** | | Date of Summary: **July 8, 2003** | |
| Total Reports Received: **22** | Plate Games: **6** | Base Games **16** | |

*Attached is your 2003 Mid-Season Evaluation Summary.  This report contains a summary of all Exceed Standard and Does Not Meet Standard ratings submitted by Observers through games of June 29, 2003.  Summaries of Incorrect Calls, Situation Evaluations, and Administrative Evaluation reports submitted through June 29 are also included.  The last page shows your 2003 QuesTec statistics through games of June 29, as well as general comments regarding your strike zone.*

## Evaluation Reports Received Through June 29, 2003

| Date Observed | Observer | Position | Visitor | Home |
|---|---|---|---|---|
| 4/18/2003 | Newman | 2B | SF | LA |
| 4/18/2003 | Russell | 2B | SF | LA |
| 4/19/2003 | Newman | 1B | SF | LA |
| 4/20/2003 | Newman | HP | SF | LA |
| 4/22/2003 | Hardy | 3B | BOS | TEX |
| 4/23/2003 | Hardy | 2B | BOS | TEX |
| 4/24/2003 | Hardy | 1B | BOS | TEX |
| 4/29/2003 | Rieker | 1B | NYM | STL |
| 4/30/2003 | Rieker | HP | NYM | STL |
| 5/1/2003 | Rieker | 3B | NYM | STL |
| 5/9/2003 | Nichols | HP | HOU | PHI |
| 5/10/2003 | Nichols | 3B | HOU | PHI |
| 5/11/2003 | Nichols | 2B | HOU | PHI |
| 5/30/2003 | Gutierrez | 2B | CIN | FLA |
| 5/31/2003 | Gutierrez | 1B | CIN | FLA |
| 6/1/2003 | Gutierrez | HP | CIN | FLA |
| 6/20/2003 | Newman | 1B | CIN | ARI |
| 6/21/2003 | Newman | HP | CIN | ARI |
| 6/22/2003 | Newman | 3B | CIN | ARI |
| 6/23/2003 | Christman | 2B | LA | SF |
| 6/24/2003 | Christman | 1B | LA | SF |
| 6/25/2003 | Christman | HP | LA | SF |

Hernandez, Angel



## 2003 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Date of Summary: | **July 8, 2003** |
|---|---|---|---|

## Exceeds Standard Ratings

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|---|---|---|---|---|---|---|
| 5/30/2003 | Gutierrez | CIN | FLA | 2B | Demeanor | Exceeds |

**Observer's Comments:**  Has far above-average presence on the field.  He looked confident and loaded with energy throughout the game even though he had few calls to make. He showed excellent effort regarding "pace of game" by giving clear signals which were not only noticeable and helpful to plate umpire Holbrook, but probably to the players themselves.  Also, he made a conscious effort to "not" start inning before 2:05.
His enthusiasm for the game was magnified in the way he always called "time"  following the plate umpire's call(this looked sharp!)
Hernandez brought forth an incredible amount of energy to this ballgame.

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|---|---|---|---|---|---|---|
| 5/31/2003 | Gutierrez | CIN | FLA | 1B | Style and Form of Calls | Exceeds |

**Observer's Comments:**  Hernandez appears highly polished in all areas ref. his mechanics.  Most noticeable tonight was his routine "out" call which looks compact, smooth, and strong.  Also, during the play listed above in O.B.R.I., he gave a visible, convincing signal leaving little doubt ref. the outcome of the play.

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|---|---|---|---|---|---|---|
| 5/31/2003 | Gutierrez | CIN | FLA | 1B | Demeanor | Exceeds |

**Observer's Comments:**  Presence on the field at first base is phenomenal probably due to his appearance, his apparent confidence, his style, and his mannerisms in-between pitches.

**CONFIDENTIAL**



Hernandez, Angel
**Exceeds Standard**

## 2003 Mid-Season Evaluation Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/1/2003 | Gutierrez | CIN | FLA | HP | Demeanor | Exceeds |

**Observer's Comments:**   Once again, presence and confidence on the field was far above-average.  Looked interested/totally involved and "in charge" of game from the first pitch to the last.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/1/2003 | Gutierrez | CIN | FLA | HP | Style and Form of Calls | Exceeds |

**Observer's Comments:**   Superior natural talent with an instantly recognizable style behind the plate.  Appears to have excellent eye-hand coordination which allows him to umpire with ease.  Although his strike call is basic, it looks smooth and strong, and strike three looks well-coordinated, compact, and powerful.
Also, in the top of the 9th while enforcing a balk call where the pitcher stepped home on a pick-off, he looked outstanding in the way he signalled "balk" and the mechanic he used to award the runner 2nd base.



<div align="right">
Hernandez, Angel
**Situations/Incidents**
</div>

## 2003 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Date of Summary: | **July 8, 2003** |
| --- | --- | --- | --- |

## Situation/Incident Summary

| Date | Evaluated By | Incident Type | Rating | Comments |
| --- | --- | --- | --- | --- |
| 4/25/20 | Nelson | Warning | **Meets** | W17. Warning to Shane Reynolds. Angel read the "flags" well. This was a good spot to put in a warning. |
| 5/18/20 | Nelson | Ejection | **Meets** | E68. Ejection of Lee Elia. Everything was done right here, including warning Elia to stop. No problem. Good ejection. |
| 5/19/20 | Nelson | Ejection | **Meets** | E70. Ejection of Jerry Manuel. This crew handled this difficult situation perfectly. This was outstanding crew work. Manuel was given every opportunity to stay in game and received all the proper explanations. This was great work, Angel. |
| 5/27/20 | Nelson | Equipment Violation | **Meets** | EQ8. Great strike call. Great tolerance with a player that is hard to tolerate. Very nice work. |
| 6/24/20 | Rieker | Ejection | **Meets** | E129. Ejection of Odalis Perez for comments directed at Hernandez at end of inning following a balk call on Perez. Ejection warranted and professional demeanor shown. |



Hernandez, Angel
**Situations/Incidents**

## 2003 Mid-Season Evaluation Summary

| 6/24/20 | Rieker | Ejection | **Meets** | E128.  Ejection of Jim Tracy for arguing a step balk.  Proper ejection of Tracy after he ignored your warning.  Ejection of Perez also warranted.  Very calm and professional demeanor shown. |

**CONFIDENTIAL**

**DEF015538**

Personal and Confidential



# 2003 Year-End Evaluation

| Umpire: | **Hernandez, Angel** | | Report Date: | **December 1, 2003** |
|---|---|---|---|---|
| Total Game Reports Received: | **67** | Plate Games: **17** | Base Games | **50** |

*Attached is your 2003 Year-End Evaluation. This report contains a summary of all Exceed Standard and Does Not Meet Standard ratings submitted by Observers during the 2003 season. Summaries of Incorrect Calls, Situation Evalua-tions, and Administrative Evaluation reports submitted in 2003 are also included. The last page shows your UIS statistics for the 2003 season, as well as general comments regarding your strike zone. Year-end general evaluative comments from the Office of the Commissioner appear on the following page.*

## 2003 Evaluation Reports Received

| Date Observed | Observer | Position | Visitor | Home |
|---|---|---|---|---|
| 4/18/2003 | Newman | 2B | SF | LA |
| 4/18/2003 | Russell | 2B | SF | LA |
| 4/19/2003 | Newman | 1B | SF | LA |
| 4/20/2003 | Newman | HP | SF | LA |
| 4/22/2003 | Hardy | 3B | BOS | TEX |
| 4/23/2003 | Hardy | 2B | BOS | TEX |
| 4/24/2003 | Hardy | 1B | BOS | TEX |
| 4/29/2003 | Rieker | 1B | NYM | STL |
| 4/30/2003 | Rieker | HP | NYM | STL |
| 5/1/2003 | Rieker | 3B | NYM | STL |
| 5/9/2003 | Nichols | HP | HOU | PHI |
| 5/10/2003 | Nichols | 3B | HOU | PHI |
| 5/11/2003 | Nichols | 2B | HOU | PHI |
| 5/30/2003 | Gutierrez | 2B | CIN | FLA |
| 5/31/2003 | Gutierrez | 1B | CIN | FLA |
| 6/1/2003 | Gutierrez | HP | CIN | FLA |
| 6/20/2003 | Newman | 1B | CIN | ARI |
| 6/21/2003 | Newman | HP | CIN | ARI |
| 6/22/2003 | Newman | 3B | CIN | ARI |
| 6/23/2003 | Christman | 2B | LA | SF |
| 6/24/2003 | Christman | 1B | LA | SF |
| 6/25/2003 | Christman | HP | LA | SF |
| 6/30/2003 | Nichols | HP | CHI | PHI |
| 7/1/2003 | Nichols | 3B | CHI | PHI |
| 7/2/2003 | Nichols | 2B | CHI | PHI |
| 7/3/2003 | Fette | 1B | DET | KC |
| 7/3/2003 | Palermo | 1B | DET | KC |
| 7/4/2003 | Fette | HP | DET | KC |
| 7/4/2003 | Palermo | HP | DET | KC |
| 7/5/2003 | Fette | 3B | DET | KC |
| 7/5/2003 | Palermo | 3B | DET | KC |
| 7/6/2003 | Fette | 3B | DET | KC |
| 7/6/2003 | Palermo | 3B | DET | KC |
| 7/11/2003 | Russell | HP | MIN | ANA |
| 7/17/2003 | Garcia | 3B | TOR | BOS |
| 7/17/2003 | O'Connor | 3B | TOR | BOS |
| 7/18/2003 | Garcia | 2B | TOR | BOS |
| 7/18/2003 | O'Connor | 2B | TOR | BOS |

Personal and Confidential



# 2003 Year-End Evaluation

| 7/19/2003 | Garcia | 1B | TOR | BOS |
|---|---|---|---|---|
| 7/19/2003 | O'Connor | 1B | TOR | BOS |
| 7/20/2003 | Garcia | HP | TOR | BOS |
| 7/20/2003 | O'Connor | HP | TOR | BOS |
| 7/25/2003 | Gutierrez | 3B | PHI | FLA |
| 7/26/2003 | Gutierrez | 2B | PHI | FLA |
| 8/11/2003 | Newman | 2B | CLE | MIN |
| 8/12/2003 | Newman | 1B | CLE | MIN |
| 8/13/2003 | Newman | HP | CLE | MIN |
| 8/18/2003 | Garcia | 3B | KC | NYY |
| 8/19/2003 | Garcia | 2B | KC | NYY |
| 8/20/2003 | Garcia | 1B | KC | NYY |
| 8/22/2003 | Russell | HP | NYM | LA |
| 8/23/2003 | Russell | 3B | NYM | LA |
| 8/25/2003 | Newman | 1B | SD | ARI |
| 8/26/2003 | Newman | HP | SD | ARI |
| 8/27/2003 | Newman | 3B | SD | ARI |
| 9/12/2003 | McKean | 1B | CWS | BOS |
| 9/12/2003 | O'Connor | 1B | CWS | BOS |
| 9/13/2003 | McKean | HP | CWS | BOS |
| 9/13/2003 | O'Connor | HP | CWS | BOS |
| 9/14/2003 | McKean | 3B | CWS | BOS |
| 9/14/2003 | O'Connor | 3B | CWS | BOS |
| 9/16/2003 | McKean | 3B | FLA | PHI |
| 9/16/2003 | Nichols | 3B | FLA | PHI |
| 9/17/2003 | McKean | 2B | FLA | PHI |
| 9/17/2003 | Nichols | 2B | FLA | PHI |
| 9/18/2003 | McKean | 1B | FLA | PHI |
| 9/18/2003 | Nichols | 1B | FLA | PHI |

## 2003 General Evaluative Comments

You have great passion for being a Major League umpire, Angel.  You have done all that the Office of the Commissioner has asked as far as policies and procedures (strike zone, pace of game, handling situations, beanball situations, etc.) are concerned.  You work very hard at your job and take great pride in what you do on the field; this is evident and is to be commended.  Continue to listen to Supervisors' advice and you will become even better at your profession.  Try not to consider suggestions as criticism, but rather as positive feedback to help you improve.  Keep up the good work and your good work ethic.

Hernandez, Angel



## 2003 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Date of Report: | **December 1, 2003** |
|---|---|---|---|

### Exceeds Standard Ratings

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|---|---|---|---|---|---|---|
| 5/30/2003 | Gutierrez | CIN | FLA | 2B | Demeanor | Exceeds |

**Observer's Comments:** Has far above-average presence on the field.  He looked confident and loaded with energy throughout the game even though he had few calls to make. He showed excellent effort regarding "pace of game" by giving clear signals which were not only noticeable and helpful to plate umpire Holbrook, but probably to the players themselves.  Also, he made a conscious effort to "not" start inning before 2:05.
His enthusiasm for the game was magnified in the way he always called "time"  following the plate umpire's call(this looked sharp!)
Hernandez brought forth an incredible amount of energy to this ballgame.

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|---|---|---|---|---|---|---|
| 5/31/2003 | Gutierrez | CIN | FLA | 1B | Demeanor | Exceeds |

**Observer's Comments:** Presence on the field at first base is phenomenal probably due to his appearance, his apparent confidence, his style, and his mannerisms in-between pitches.

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|---|---|---|---|---|---|---|
| 5/31/2003 | Gutierrez | CIN | FLA | 1B | Style and Form of Calls | Exceeds |

**Observer's Comments:** Hernandez appears highly polished in all areas ref. his mechanics.  Most noticeable tonight was his routine "out" call which looks compact, smooth, and strong.  Also, during the play listed above in O.B.R.I., he gave a visible, convincing signal leaving little doubt ref. the outcome of the play.

**DEF015541**



Hernandez, Angel
**Exceeds Standard**

## 2003 Mid-Season Evaluation Summary

| 6/1/2003 | Gutierrez | CIN | FLA | HP | Demeanor | Exceeds |

**Observer's Comments:**   Once again, presence and confidence on the field was far above-average.  Looked interested/totally involved and "in charge" of game from the first pitch to the last.

| 6/1/2003 | Gutierrez | CIN | FLA | HP | Style and Form of Calls | Exceeds |

**Observer's Comments:**   Superior natural talent with an instantly recognizable style behind the plate.  Appears to have excellent eye-hand coordination which allows him to umpire with ease.  Although his strike call is basic, it looks smooth and strong, and strike three looks well-coordinated, compact, and powerful.
Also, in the top of the 9th while enforcing a balk call where the pitcher stepped home on a pick-off, he looked outstanding in the way he signalled "balk" and the mechanic he used to award the runner 2nd base.

| 7/3/2003 | Palermo | DET | KC | 1B | Reactions to Development of Plays | Exceeds |

**Observer's Comments:**   Angel had an obstruction play at first base with the B-R rounding 1B and running into the 2B. He reacted immediately to call the obstruction and then kept the ball in play until all action had stopped. He then signaled the B-R to stay at 1B. Everything was done correctly and with precision. This was great reaction to what can be a very difficult play to judge correctly. Very well done.

| 7/4/2003 | Fette | DET | KC | HP | Situation Management | Exceeds |

**Observer's Comments:**   Tigers 9th inning Young takes a called third strike, hesitates giving Hernandez some heat, Hernandez does not react to that blast and as Young walks away he must have said the magic word because Hernandez ejected him.  It was handled smoothly.



Hernandez, Angel
**Exceeds Standard**

## 2003 Mid-Season Evaluation Summary

| 7/17/2003 | Garcia | TOR | BOS | 3B | Official Baseball Rules and Interpretations | Exceeds |
|---|---|---|---|---|---|---|

**Observer's Comments:**  Called obstruction in the 3rd inning on a runner rounding 2nd base in the 3rd inning while there was a play at the plate.Kept the runner at 2nd base.GREAT JOB!!!!!

| 7/19/2003 | Garcia | TOR | BOS | 1B | Four-Umpire Mechanics | Exceeds |
|---|---|---|---|---|---|---|

**Observer's Comments:**  Good rotation in the 6th inning with runners at 1st and 2nd,base hit to left-field,3rd base umpire went out,took batter-runner to 2nd base.-Good job working the Four-Man-System.Because of the small ball park sometimes you have to make certain concessions that are not covered in the manual,Angel did an excellent job of making sure the bases were covered.

| 7/25/2003 | Gutierrez | PHI | FLA | 3B | Demeanor | Exceeds |
|---|---|---|---|---|---|---|

**Observer's Comments:**  Epitomizes what it means to look interested/enthusiastic in the game during play while being relaxed in between pitches and innings, making him appear polished and confident.  His presence appears far above average because of his apparent ability and the way he carries himself on the field.

| 7/26/2003 | Gutierrez | PHI | FLA | 2B | Style and Form of Calls | Exceeds |
|---|---|---|---|---|---|---|

**Observer's Comments:**  Had four fairly close steal plays and looked smooth and convincing on all of them, and his mechanics were powerful.  He has excellent eye/hand coordination and far above average natural talent.

**CONFIDENTIAL**



Hernandez, Angel
**Exceeds Standard**

## 2003 Mid-Season Evaluation Summary

| 7/26/2003 | Gutierrez | PHI | FLA | 2B | Demeanor | Exceeds |

**Observer's Comments:**   Presence on the field and the way he carries himself is far above average.

**DEF015544**



## 2003 Year-End Evaluation

| Umpire: | **Hernandez, Angel** | Date of Report: | **December 1, 2003** |
|---|---|---|---|

## Incorrect Calls Summary

| Date of Game | Observer | Visitor | Home | Type of Play | Umpire's Position | Status |
|---|---|---|---|---|---|---|

**NONE**



# 2003 Year-End Evaluation

| Umpire: | **Hernandez, Angel** | Date of Report: | **December 1, 2003** |
|---|---|---|---|

## Does Not Meet Standard Ratings

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|---|---|---|---|---|---|---|

**NONE**

## 2003 Year-End Evaluation

| Umpire: | **Hernandez, Angel** | Date of Report: | **December 1, 2003** |
|---|---|---|---|

## Situation/Incident Summary

| Date | Evaluated By | Incident Type | Rating | Comments |
|---|---|---|---|---|
| 4/25/20 | Nelson | Warning | **Meets** | W17. Warning to Shane Reynolds. Angel read the "flags" well. This was a good spot to put in a warning. |
| 5/18/20 | Nelson | Ejection | **Meets** | E68. Ejection of Lee Elia. Everything was done right here, including warning Elia to stop. No problem. Good ejection. |
| 5/19/20 | Nelson | Ejection | **Meets** | E70. Ejection of Jerry Manuel. This crew handled this difficult situation perfectly. This was outstanding crew work. Manuel was given every opportunity to stay in game and received all the proper explanations. This was great work, Angel. |
| 5/27/20 | Nelson | Equipment Violation | **Meets** | EQ8. Great strike call. Great tolerance with a player that is hard to tolerate. Very nice work. |
| 6/24/20 | Rieker | Ejection | **Meets** | E129.  Ejection of Odalis Perez for comments directed at Hernandez at end of inning following a balk call on Perez.  Ejection warranted and professional demeanor shown. |



## 2003 Year-End Evaluation

| 6/24/20 | Rieker | Ejection | **Meets** | E128.  Ejection of Jim Tracy for arguing a step balk.  Proper ejection of Tracy after he ignored your warning.  Ejection of Perez also warranted.  Very calm and professional demeanor shown. |
| --- | --- | --- | --- | --- |
| 7/4/200 | Rieker | Ejection | **Meets** | E152.  Ejection of Dmitri Young for agruing/profanity on called third strike.  Good job letting Young walk away and letting him eject himself.  Make sure in the future you write a more complete report--in this case, Trammel came out of the dugout to talk with you after the ejection, etc. Good job keeping calm and professional! |

**DEF015548**

Hernandez, Angel
**Administrative**



## 2003 Year-End Evaluation Summary

| Umpire: | **Hernandez, Angel** | Date of Report: | **December 1, 2003** |

## Adminstrative Evaluation Summary

| Date | Evaluated By | Administrative Type | Rating |
| --- | --- | --- | --- |

**NONE**

**DEF015549**

Personal and Confidential



# 2004 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Date of Summary: | **August 23, 2004** |
|---|---|---|---|
| Total Reports Received: | **25** | Plate Games: **6** | Base Games **19** |

*Attached is your 2004 Mid-Season Evaluation Summary. This report contains a summary of all Exceed Standard and Does Not Meet Standard ratings submitted by Observers through games of July 11, 2004. Summaries of Incorrect Calls, Situation Evaluations, and Administrative Evaluation reports submitted through July 11 are also included. The last page shows your 2004 UIS statistics through games of July 11, as well as general comments regarding your strike zone.*

## Evaluation Reports Received Through July 11, 2004

| Date Observed | Observer | Position | Visitor | Home |
|---|---|---|---|---|
| 4/12/2004 | McKean | 1B | CIN | PHI |
| 4/15/2004 | McKean | HP | CIN | PHI |
| 4/16/2004 | McKean | 3B | NYY | BOS |
| 4/17/2004 | McKean | 2B | NYY | BOS |
| 4/18/2004 | McKean | 1B | NYY | BOS |
| 4/19/2004 | McKean | HP | NYY | BOS |
| 4/20/2004 | Rieker | 3B | ARI | MIL |
| 4/21/2004 | Rieker | 2B | ARI | MIL |
| 4/22/2004 | Connors | 1B | ARI | MIL |
| 4/23/2004 | Nichols | HP | TOR | BAL |
| 4/24/2004 | Nichols | 3B | TOR | BAL |
| 4/25/2004 | Nichols | 2B | TOR | BAL |
| 5/11/2004 | Garcia | HP | TEX | TB |
| 5/12/2004 | Garcia | 3B | TEX | TB |
| 5/13/2004 | Garcia | 2B | TEX | TB |
| 5/21/2004 | Christman | 3B | KC | OAK |
| 5/22/2004 | Christman | 2B | KC | OAK |
| 5/23/2004 | Christman | 1B | KC | OAK |
| 5/31/2004 | Newman | HP | SF | ARI |
| 6/1/2004 | Newman | 3B | SF | ARI |
| 6/2/2004 | Newman | 2B | SF | ARI |
| 6/3/2004 | Newman | 1B | SF | ARI |
| 6/11/2004 | Hardy | 2B | STL | TEX |
| 6/12/2004 | Hardy | 1B | STL | TEX |
| 6/13/2004 | Hardy | HP | STL | TEX |

Hernandez, Angel



## 2004 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Date of Summary: | **August 23, 2004** |
|---|---|---|---|

## Exceeds Standard Ratings

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|---|---|---|---|---|---|---|
| 4/21/2004 | Rieker | ARI | MIL | 2B | Hustle | Exceeds |

**Observer's Comments:**  Your work here illustrates "movement with a purpose during a play to get into proper position to cover such play".  You are CONSTANTLY and on EVERY PLAY trying, and getting into, the best position possible to see every play and potential play clearly.   This was true whether the play was at 2B, the outfield, or on rotations.  Keep up this outstanding effort!

| 4/23/2004 | Nichols | TOR | BAL | HP | MLB Procedures | Exceeds |
|---|---|---|---|---|---|---|

**Observer's Comments:**  Did a fabulous job enforcing pace of game standards,the best I have observed.

| 5/13/2004 | Garcia | TEX | TB | 2B | Reactions to Development of Plays | Exceeds |
|---|---|---|---|---|---|---|

**Observer's Comments:**  Good anticipation for play at 2nd base in the 1st inning,ball hit down the left-field line off the bat of a left-handed hitter,double,GOOD POSITION!!!!!!!2-In the 1st inning with runners at 1st and 2nd base,base hit to center-field,throw to the plate,throw back to 2nd base.GOOD CALL,Good position behind the base and then got a great angle for the play.GREAT JOB!!!!3-Good reaction to play at 2nd base in the 3rd inning,with runners at 1st and 2nd base,ground ball to the 1st baseman,throw to 2nd base,good look at fielders hands.GOOD JOB!!!!4-Good reaction and position for steal play in the 3rd inning.GOOD JOB!!!5-Good job handling run-down in the 4th inning,runner slid around tag at 2nd base.6-Good anticipation for play at 2nd base in the 6th inning,ground ball to 3rd base,wild throw to 1st base,throw to 2nd base by the catcher.GREAT POSITION!!!!!!!!



Hernandez, Angel
**Exceeds Standard**

## 2004 Mid-Season Evaluation Summary

| 5/13/2004 | Garcia | TEX | TB | 2B | Official Baseball Rules and Interpretations | Exceeds |
|---|---|---|---|---|---|---|

**Observer's Comments:**  In the 1st inning with runners at 1st and 3rd base,the pitcher attempted a pick-off throw to 1st base,the ball came out of the pitcher's hand but he had stepped off the rubber.Great job of watching the pitcher's back foot and recognizing the situation.Great mechanic by this crew.

| 5/23/2004 | Christman | KC | OAK | 1B | Focus | Exceeds |
|---|---|---|---|---|---|---|

**Observer's Comments:**  Umpire Hernandez showed excellent focus is this game.  He had many close force plays at first base and not only got them correct, but had signals in all of his calls.

**CONFIDENTIAL**                                                                          **DEF015552**



## 2004 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Date of Summary: | **August 23, 2004** |
|---|---|---|---|

## Does Not Meet Standard Ratings

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|---|---|---|---|---|---|---|

**NONE**



## 2004 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Date of Summary: | **August 23, 2004** |
|---|---|---|---|

## Incorrect Calls Summary

| Date of Game | Observer | Visitor | Home | Type of Play | Umpire's Position | Status |
|---|---|---|---|---|---|---|

**NONE**

**CONFIDENTIAL**



## 2004 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Date of Summary: | **August 23, 2004** |
|---|---|---|---|

### Situation Evaluations

| Date | Evaluated By | Incident Type | Rating | Comments |
|---|---|---|---|---|
| 5/2/200 | Rieker | Ejection | **Meets** | E24.  Ejection of Albert Pujols for profanity directed at umpire regarding balls and strikes.  No warning necessary when he makes that comment.  Proper ejection. |
| 6/25/20 | Rieker | Warning | **Meets** | W33.  Warnings issued to both clubs following bench-clearing provoked by words between Doug Mientkiewicz and Gary Bennett following hard slide into 2nd base by Bennett.  Good job issuing preventative warnings here. |
| 7/7/200 | Rieker | Ejection | **Meets** | E116, E117.  Ejection of Ivan Rodriguez for arguing balls and strikes from dugout after warning, followed by ejection of Alan Trammel for arguing balls and strikes related to Rodriguez' ejection.   Proper ejections after warnings. |
| 7/10/20 | Rieker | Other | **Meets** | O15.  Hernandez and Frank Robinson had words after completion of game regarding Hernandez calling a ball on Montreal pitcher Ayala in the top of the 9th inning.  Robinson began yelling at Hernandez as Hernandez was walking off the field, and Hernandez approached Robinson in the dugout.  Words exchanged.  Don't know what Robinson was trying to do here.  Meets standard. |

**DEF015555**



## 2004 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Date of Summary: | **August 23, 2004** |

## Adminstrative Evaluation Summary

| Date | Evaluated By | Administrative Type | Rating |
|------|--------------|---------------------|--------|

**NONE**

Personal and Confidential



# 2004 Year-End Evaluation

| Umpire: | **Hernandez, Angel** | | | Report Date: | **December 1, 2004** |
|---|---|---|---|---|---|
| | Total Game Reports Received: | **56** | Plate Games: **16** | Base Games | **40** |

*Attached is your 2004 Year-End Evaluation. This report is a cumulative summary of all Exceed Standard and Does Not Meet Standard ratings submitted by Observers during the 2004 season. Summaries of Incorrect Calls, Situation Evaluations, and Administrative Evaluation reports submitted in 2004 are also included. Annual rating for each criteria of the Administrative Component of your evaluation appear on the next-to-last page. The final page shows your UIS statistics for the 2004 season as well as general comments regarding your strike zone. Year-end general evaluative comments from the Office of the Commissioner appear on the next page.*

## 2004 Evaluation Reports Received

| Date Observed | Observer | Position | Visitor | Home |
|---|---|---|---|---|
| 4/12/2004 | McKean | 1B | CIN | PHI |
| 4/15/2004 | McKean | HP | CIN | PHI |
| 4/16/2004 | McKean | 3B | NYY | BOS |
| 4/17/2004 | McKean | 2B | NYY | BOS |
| 4/18/2004 | McKean | 1B | NYY | BOS |
| 4/19/2004 | McKean | HP | NYY | BOS |
| 4/20/2004 | Rieker | 3B | ARI | MIL |
| 4/21/2004 | Rieker | 2B | ARI | MIL |
| 4/22/2004 | Connors | 1B | ARI | MIL |
| 4/23/2004 | Nichols | HP | TOR | BAL |
| 4/24/2004 | Nichols | 3B | TOR | BAL |
| 4/25/2004 | Nichols | 2B | TOR | BAL |
| 5/11/2004 | Garcia | HP | TEX | TB |
| 5/12/2004 | Garcia | 3B | TEX | TB |
| 5/13/2004 | Garcia | 2B | TEX | TB |
| 5/21/2004 | Christman | 3B | KC | OAK |
| 5/22/2004 | Christman | 2B | KC | OAK |
| 5/23/2004 | Christman | 1B | KC | OAK |
| 5/31/2004 | Newman | HP | SF | ARI |
| 6/1/2004 | Newman | 3B | SF | ARI |
| 6/2/2004 | Newman | 2B | SF | ARI |
| 6/3/2004 | Newman | 1B | SF | ARI |
| 6/11/2004 | Hardy | 2B | STL | TEX |
| 6/12/2004 | Hardy | 1B | STL | TEX |
| 6/13/2004 | Hardy | HP | STL | TEX |
| 7/15/2004 | Blum | 3B | CWS | OAK |
| 7/16/2004 | Blum | 2B | CWS | OAK |
| 7/17/2004 | Blum | 1B | CWS | OAK |
| 7/18/2004 | Blum | HP | CWS | OAK |
| 8/3/2004 | Russell | HP | PIT | LA |
| 8/4/2004 | Russell | 3B | PIT | LA |
| 8/5/2004 | Russell | 2B | PIT | LA |
| 8/6/2004 | Newman | 1B | ATL | ARI |
| 8/7/2004 | Newman | HP | ATL | ARI |
| 8/8/2004 | Newman | 3B | ATL | ARI |
| 8/10/2004 | Hardy | 2B | NYY | TEX |

Hernandez, Angel

Personal and Confidential



## 2004 Year-End Evaluation

| | | | | |
|---|---|---|---|---|
| 8/11/2004 | Hardy | 1B | NYY | TEX |
| 8/12/2004 | Hardy | HP | NYY | TEX |
| 8/13/2004 | McKean | 3B | MIN | CLE |
| 8/23/2004 | Springstead | 2B | MIL | CHI |
| 8/24/2004 | Springstead | 1B | MIL | CHI |
| 8/25/2004 | Springstead | HP | MIL | CHI |
| 8/26/2004 | Springstead | 3B | HOU | CHI |
| 9/3/2004 | Blum | HP | ARI | SF |
| 9/4/2004 | Blum | 3B | ARI | SF |
| 9/5/2004 | Blum | 2B | ARI | SF |
| 9/6/2004 | Blum | 1B | BOS | OAK |
| 9/7/2004 | Blum | HP | BOS | OAK |
| 9/8/2004 | Blum | 3B | BOS | OAK |
| 9/10/2004 | Hardy | 1B | TOR | TEX |
| 9/11/2004 | Hardy | HP | TOR | TEX |
| 9/12/2004 | Hardy | 3B | TOR | TEX |
| 9/17/2004 | Gutierrez | HP | ATL | FLA |
| 9/18/2004 | Gutierrez | 3B | ATL | FLA |
| 9/19/2004 | Gutierrez | 2B | ATL | FLA |
| 9/29/2004 | Nichols | HP | PIT | PHI |

### 2004 General Evaluative Comments

You had another outstanding year, Angel, and this was reflected in your assignment to the LCS.  You continue to handle situations in a professional manner and possess an outstanding work ethic.  You remain engaged for each pitch, and you do an exemplary job of implementing MLB policies and procedures.  Maintain your current level of enthusiasm, eagerness, and interest, as these are some of your strong assets.  We look for your leadership qualities to continue developing next season. Keep up the good work!

Hernandez, Angel

## 2004 Year-End Evaluation

| Umpire: | **Hernandez, Angel** | Date of Summary: | **December 1, 2004** |
|---|---|---|---|

## Exceeds Standard Ratings

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|---|---|---|---|---|---|---|
| 4/21/2004 | Rieker | ARI | MIL | 2B | Hustle | Exceeds |

**Observer's Comments:** Your work here illustrates "movement with a purpose during a play to get into proper position to cover such play".  You are CONSTANTLY and on EVERY PLAY trying, and getting into, the best position possible to see every play and potential play clearly.   This was true whether the play was at 2B, the outfield, or on rotations.  Keep up this outstanding effort!

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|---|---|---|---|---|---|---|
| 4/23/2004 | Nichols | TOR | BAL | HP | MLB Procedures | Exceeds |

**Observer's Comments:** Did a fabulous job enforcing pace of game standards,the best I have observed.

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|---|---|---|---|---|---|---|
| 5/13/2004 | Garcia | TEX | TB | 2B | Official Baseball Rules and Interpretations | Exceeds |

**Observer's Comments:** In the 1st inning with runners at 1st and 3rd base,the pitcher attempted a pick-off throw to 1st base,the ball came out of the pitcher's hand but he had stepped off the rubber.Great job of watching the pitcher's back foot and recognizing the situation.Great mechanic by this crew.

Hernandez, Angel
**Exceeds Standard**



## 2004 Year-End Evaluation

| 5/13/2004 | Garcia | TEX | TB | 2B | Reactions to Development of Plays | Exceeds |

**Observer's Comments:**   Good anticipation for play at 2nd base in the 1st inning,ball hit down the left-field line off the bat of a left-handed hitter,double,GOOD POSITION!!!!!!!2-In the 1st inning with runners at 1st and 2nd base,base hit to center-field,throw to the plate,throw back to 2nd base.GOOD CALL,Good position behind the base and then got a great angle for the play.GREAT JOB!!!!3-Good reaction to play at 2nd base in the 3rd inning,with runners at 1st and 2nd base,ground ball to the 1st baseman,throw to 2nd base,good look at fielders hands.GOOD JOB!!!!4-Good reaction and position for steal play in the 3rd inning.GOOD JOB!!!5-Good job handling run-down in the 4th inning,runner slid around tag at 2nd base.6-Good anticipation for play at 2nd base in the 6th inning,ground ball to 3rd base,wild throw to 1st base,throw to 2nd base by the catcher.GREAT POSITION!!!!!!!!

| 5/23/2004 | Christman | KC | OAK | 1B | Focus | Exceeds |

**Observer's Comments:**   Umpire Hernandez showed excellent focus is this game.  He had many close force plays at first base and not only got them correct, but had signals in all of his calls.

| 9/17/2004 | Gutierrez | ATL | FLA | HP | Style and Form of Calls | Exceeds |

**Observer's Comments:**   Signals were polished far beyond the above criteria.  His well above average coordination and style make him one of the very best umpires in this league in this category.  All of his mechanics were naturally polished to an extreme and it appeared impossible to find any flaws in his work.  The most impressive aspects of his work were his consistent timing on pitches, his basic but powerful and distinctive called strike mechanic, and his explosive called strike three mechanic.  Another good example of what set him apart from "meets standard" was something as simple as his aggressive and stylish "yes he did, strike" mechanic on an attempted check swing in the bot. of the 5th (LOWELL-batter).  Absolutely phenomenal display of talent.



Hernandez, Angel
**Exceeds Standard**

## 2004 Year-End Evaluation

| Umpire: | **Hernandez, Angel** | Date of Summary: | **December 1, 2004** |
|---|---|---|---|

## Exceeds Standard Ratings

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|---|---|---|---|---|---|---|
| 4/21/2004 | Rieker | ARI | MIL | 2B | Hustle | Exceeds |

**Observer's Comments:**   Your work here illustrates "movement with a purpose during a play to get into proper position to cover such play".  You are CONSTANTLY and on EVERY PLAY trying, and getting into, the best position possible to see every play and potential play clearly.   This was true whether the play was at 2B, the outfield, or on rotations.  Keep up this outstanding effort!

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/23/2004 | Nichols | TOR | BAL | HP | MLB Procedures | Exceeds |

**Observer's Comments:**   Did a fabulous job enforcing pace of game standards,the best I have observed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/13/2004 | Garcia | TEX | TB | 2B | Official Baseball Rules and Interpretations | Exceeds |

**Observer's Comments:**   In the 1st inning with runners at 1st and 3rd base,the pitcher attempted a pick-off throw to 1st base,the ball came out of the pitcher's hand but he had stepped off the rubber.Great job of watching the pitcher's back foot and recognizing the situation.Great mechanic by this crew.

**CONFIDENTIAL**                                                                                            **DEF015561**



Hernandez, Angel
**Exceeds Standard**

## 2004 Year-End Evaluation

| 5/13/2004 | Garcia | TEX | TB | 2B | Reactions to Development of Plays | Exceeds |

**Observer's Comments:**   Good anticipation for play at 2nd base in the 1st inning,ball hit down the left-field line off the bat of a left-handed hitter,double,GOOD POSITION!!!!!!!2-In the 1st inning with runners at 1st and 2nd base,base hit to center-field,throw to the plate,throw back to 2nd base.GOOD CALL,Good position behind the base and then got a great angle for the play.GREAT JOB!!!!3-Good reaction to play at 2nd base in the 3rd inning,with runners at 1st and 2nd base,ground ball to the 1st baseman,throw to 2nd base,good look at fielders hands.GOOD JOB!!!!4-Good reaction and position for steal play in the 3rd inning.GOOD JOB!!!5-Good job handling run-down in the 4th inning,runner slid around tag at 2nd base.6-Good anticipation for play at 2nd base in the 6th inning,ground ball to 3rd base,wild throw to 1st base,throw to 2nd base by the catcher.GREAT POSITION!!!!!!!!

| 5/23/2004 | Christman | KC | OAK | 1B | Focus | Exceeds |

**Observer's Comments:**   Umpire Hernandez showed excellent focus is this game.  He had many close force plays at first base and not only got them correct, but had signals in all of his calls.

| 9/17/2004 | Gutierrez | ATL | FLA | HP | Style and Form of Calls | Exceeds |

**Observer's Comments:**   Signals were polished far beyond the above criteria.  His well above average coordination and style make him one of the very best umpires in this league in this category.  All of his mechanics were naturally polished to an extreme and it appeared impossible to find any flaws in his work.  The most impressive aspects of his work were his consistent timing on pitches, his basic but powerful and distinctive called strike mechanic, and his explosive called strike three mechanic.  Another good example of what set him apart from "meets standard" was something as simple as his aggressive and stylish "yes he did, strike" mechanic on an attempted check swing in the bot. of the 5th (LOWELL-batter).  Absolutely phenomenal display of talent.

**CONFIDENTIAL**



## 2004 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Date of Summary: | **December 1, 2004** |
|---|---|---|---|

## Does Not Meet Standard Ratings

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|---|---|---|---|---|---|---|

**NONE**



## 2004  Year-End Evaluation

| | |
|---|---|
| Umpire: **Hernandez, Angel** | Date of Summary:  **December 1, 2004** |

## Incorrect Calls Summary

| Date of Game | Observer | Visitor | Home | Type of Play | Umpire's Position | Status |
|---|---|---|---|---|---|---|

**NONE**

---

**CONFIDENTIAL**

## 2004 Year-End Evaluation

| Umpire: | **Hernandez, Angel** | Date of Summary: | **December 1, 2004** |
|---|---|---|---|

### Situation Evaluations

| Date | Evaluated By | Incident Type | Rating | Comments |
|---|---|---|---|---|
| 5/2/200 | Rieker | Ejection | **Meets** | E24.  Ejection of Albert Pujols for profanity directed at umpire regarding balls and strikes.  No warning necessary when he makes that comment.  Proper ejection. |
| 6/25/20 | Rieker | Warning | **Meets** | W33.  Warnings issued to both clubs following bench-clearing provoked by words between Doug Mientkiewicz and Gary Bennett following hard slide into 2nd base by Bennett.  Good job issuing preventative warnings here. |
| 7/7/200 | Rieker | Ejection | **Meets** | E116, E117.  Ejection of Ivan Rodriguez for arguing balls and strikes from dugout after warning, followed by ejection of Alan Trammel for arguing balls and strikes related to Rodriguez' ejection.   Proper ejections after warnings. |
| 7/10/20 | Rieker | Other | **Meets** | O15.  Hernandez and Frank Robinson had words after completion of game regarding Hernandez calling a ball on Montreal pitcher Ayala in the top of the 9th inning.  Robinson began yelling at Hernandez as Hernandez was walking off the field, and Hernandez approached Robinson in the dugout.  Words exchanged.  Don't know what Robinson was trying to do here.  Meets standard. |

**CONFIDENTIAL**

## 2004 Year-End Evaluation

| Umpire: | **Hernandez, Angel** | Date of Summary: | **December 1, 2004** |
|---|---|---|---|

## Adminstrative Evaluation Summary

| Date | Evaluated By | Administrative Type | Rating |
|---|---|---|---|

**NONE**

**CONFIDENTIAL**



## 2004 Year-End Evaluation

| Umpire: | **Hernandez, Angel** | Date of Summary: | **December 1, 2004** |
|---|---|---|---|

## Adminstrative Component Ratings

*From MLB Umpire Manual: "For each criteria of the Administrative Component, an annual rating ("Meets Standard," "Exceeds Standard," or "Does Not Meet Standard") will appear on the umpire's year-end evaluation and will be taken into consideration in the umpire's overall performance assessment."*

## Adminstrative Components

### 1. Ejections and Situation Handling As Evaluated by the Office of the Commissioner

Standard: Ejections and other incidents are handled in the manner described in Sections III and IV in the Conduct and Responsibilities portion of the MLB Umpire Manual.*

*While the Field Observer makes an assessment of situation management on the Field Evaluation Form, the Committee felt the responsibility for definitive judgment regarding an umpire's overall proficiency in handling situations is a function of the Umpiring Department of the Office of the Commissioner. Because the Vice President of Umpiring and staff have access to videotapes, written reports, and the relevant facts to assist in making such judgment, this area of umpire performance is therefore included in the Administrative Component of the System.

*Annual Rating*
- ☐ Exceeds Standard
- ☑ Meets Standard
- ☐ Does Not Meet Standard

### 2. Submitting Umpire Reports

Standard: Incident Reports are: (i) filed in a timely fashion; (ii) thorough and comprehensible; (iii) accurately descriptive of the incident. (See Section XIV in the Conduct and Responsibilities portion of this Manual.)

*Annual Rating*
- ☐ Exceeds Standard
- ☑ Meets Standard
- ☐ Does Not Meet Standard

### 3. Communication with Office

Standard: Umpire fulfills administrative requests (e.g., requests for hotel locations, spring training requests, uniform requests, etc.) in a timely fashion. Umpire (if assigned) checks daily for MLB e-mail and responds within the appropriate time period.

*Annual Rating*
- ☐ Exceeds Standard
- ☑ Meets Standard
- ☐ Does Not Meet Standard

| Umpire | Supervisor Year-End Comments |
|---|---|
| **Hernandez, Angel** | You had another outstanding year, Angel, and this was reflected in your assignment to the LCS.  You continue to handle situations in a professional manner and possess an outstanding work ethic.  You remain engaged for each pitch, and you do an exemplary job of implementing MLB policies and procedures.  Maintain your current level of enthusiasm, eagerness, and interest, as these are some of your strong assets.  We look for your leadership qualities to continue developing next season.  Keep up the good work! |







**CONFIDENTIAL**                                                                                    **DEF015568**



**MAJOR LEAGUE BASEBALL**
*Umpiring Department*

December 15, 2005

**PERSONAL AND CONFIDENTIAL**

Mr. Angel Hernandez
17769 64th Pl N
Loxahatchee, FL  33470-3228

Dear Angel:

Attached is your 2005 Year-End Evaluation.  This report contains a summary of all "Exceeds Standard" and "Does Not Meet" ratings submitted by Observers for the 2005 season.  Incorrect Calls, Situation Evaluations, and Administrative Evaluations submitted in 2005 are also included.  Annual ratings for each criteria of the Administrative Component of your evaluation appear on the next-to-last page.  The final page of this report shows your 2005 UIS statistics, comments for each game, and general comments and statistics regarding your strike zone performance during the 2005 season.

Please note that this year we have enhanced the UIS report in a number of ways to better assist each umpire.  For example, we have included a new statistic called the "High Strike Index."  This number will assist you in understanding how well you are calling high strikes.  Details of this index appear on your UIS report.  In the comments section we have included a brief summary of your performance regarding the outside corner and low strikes.  (The three areas of emphasis for the 2005 season were the high strike, low strike, and outside corner.)

General evaluative comments from the Office of the Commissioner appear on the second page of this report.  It is important to note that these comments represent a consensus of the entire supervisory staff and not just the opinion of any one supervisor in particular.  Thus, it will serve you well to note their comments.

We hope this report assists you in your overall development.  If you have any questions regarding the content of your report or your performance this season, please be sure to schedule a conference with a supervisor, supervisor(s), or myself during the 2006 Annual Umpire Meeting.

Best wishes for a successful 2006 season.

Sincerely,

*Mike Port/rl*

Mike Port
Vice President, Umpiring

Attachment
cc:  Umpire Supervisors

Personal and Confidential



# 2005 Year-End Evaluation

| Umpire: | **Hernandez, Angel** | | Report Date: | **December 15, 2005** |
|---|---|---|---|---|
| Total Game Reports Received: | **47** | Plate Games: **14** | | Base Games: **33** |

*Attached is your 2005 Year-End Evaluation. This report is a cumulative summary of all Exceed Standard and Does Not Meet Standard ratings submitted by Observers during the 2005 season. Summaries of Incorrect Calls, Situation Evaluations, and Administrative Evaluation reports submitted in 2005 are also included. Annual ratings for each criteria of the Administrative Component of your evaluation appear on the next-to-last page. The final page shows your UIS statistics for the 2005 season as well as general comments and particulars regarding your strike zone. Year-end general evaluative comments from the Office of the Commissioner appear on the next page.*

## 2005 Evaluation Reports Received

| Date Observed | Observer | Position | Visitor | Home |
|---|---|---|---|---|
| 4/11/05 | McKean | 1B | NYY | BOS |
| 4/13/05 | McKean | HP | NYY | BOS |
| 4/14/05 | McKean | 3B | NYY | BOS |
| 4/25/05 | Russell | HP | ARI | LA |
| 4/26/05 | Russell | 3B | ARI | LA |
| 4/29/05 | Christman | 1B | SEA | OAK |
| 4/30/05 | Christman | HP | SEA | OAK |
| 5/1/05 | Christman | 3B | SEA | OAK |
| 5/6/05 | Christman | 3B | WSH | SF |
| 5/7/05 | Christman | 2B | WSH | SF |
| 5/8/05 | Christman | 1B | WSH | SF |
| 5/9/05 | Russell | HP | CLE | LAA |
| 6/24/05 | Buck | 2B | CHI | CWS |
| 6/25/05 | Buck | 1B | CHI | CWS |
| 6/26/05 | Buck | HP | CHI | CWS |
| 7/1/05 | O'Connor | HP | TOR | BOS |
| 7/3/05 | O'Connor | 2B | TOR | BOS |
| 8/8/05 | Connors | 1B | STL | MIL |
| 8/9/05 | Connors | HP | STL | MIL |
| 8/11/05 | McKean | 2B | TEX | NYY |
| 8/12/05 | McKean | 1B | TEX | NYY |
| 8/13/05 | McKean | HP | TEX | NYY |
| 8/14/05 | McKean | 3B | TEX | NYY |
| 8/16/05 | Mele | 2B | PIT | NYM |
| 8/17/05 | Mele | 1B | PIT | NYM |
| 8/18/05 | Mele | HP | PIT | NYM |
| 8/19/05 | Gutierrez | 3B | LA | FLA |
| 8/21/05 | Gutierrez | 1B | LA | FLA |
| 8/23/05 | Garcia | 3B | CIN | WSH |
| 8/24/05 | Garcia | 2B | CIN | WSH |
| 8/25/05 | Garcia | 1B | CIN | WSH |
| 8/26/05 | McKean | HP | LAA | TB |
| 8/27/05 | McKean | 3B | LAA | TB |
| 8/28/05 | McKean | 2B | LAA | TB |
| 8/30/05 | Palermo | HP | MIN | KC |
| 9/2/05 | McKean | 2B | STL | HOU |

Hernandez, Angel

DEF015570

Personal and Confidential



# 2005 Year-End Evaluation

| 9/3/05 | McKean | 1B | STL | HOU |
|---|---|---|---|---|
| 9/4/05 | McKean | HP | STL | HOU |
| 9/12/05 | Russell | 3B | COL | LA |
| 9/15/05 | Hardy | HP | SEA | TEX |
| 9/16/05 | Hardy | 3B | SEA | TEX |
| 9/17/05 | Hardy | 2B | SEA | TEX |
| 9/18/05 | Hardy | 1B | SEA | TEX |
| 9/26/05 | Christman | 1B | LAA | OAK |
| 9/27/05 | Christman | HP | LAA | OAK |
| 9/28/05 | Christman | 3B | LAA | OAK |
| 9/29/05 | Christman | 2B | LAA | OAK |

## 2005 General Evaluative Comments

Congratulations on an outstanding season, Angel, as reflected in your postseason assignments of both the Division Series and World Series. You did a fine job as interim crew chief filling in for Charlie Reliford this season. Your work ethic is superb, and your cooperation with the supervisory staff and with the umpire program is very much appreciated—particularly your work with the less-experienced umpires. Keep up the good work and continued success.

Hernandez, Angel



Hernandez, Angel
**Exceeds Standard**

# 2005 Year-End Evaluation

| Umpire: | **Hernandez, Angel** | Report Date: | **December 15, 2005** |
|---|---|---|---|

# Exceeds Standard Ratings

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|---|---|---|---|---|---|---|
| 4/11/05 | McKean | NYY | BOS | 1B | Focus | Exceeds |

**Observer's Comments:** Angel actually did a good job with POG even though he was the 1B umpire. He worked with the home team dugout by getting them out on the field and ready to play. He deserves an exceeds as does the whole crew in this game.

| 5/8/05 | Christman | WSH | SF | 1B | Demeanor | Exceeds |
|---|---|---|---|---|---|---|

**Observer's Comments:** I really like Umpire Hernandez and his body language during and after plays. Between innings he gives positive body language and looks like he really enjoys his job as an umpire. This was a difficult close game....plus there were weather concerns with a rain delay in the beginning and another rain delay in the seventh inning.

| 5/9/05 | Russell | CLE | LAA | HP | Situation Management | Exceeds |
|---|---|---|---|---|---|---|

**Observer's Comments:** As per Play Analysis Form, Other Plays, (2 outs, top of 4th inning) Angel made the right decision, foul ball, on a play that could have easily been called HBP. In spite of the Cleveland manager's (Wedge) objection to the call, Angel promptly, appropriately and professionally handled the situation.

**CONFIDENTIAL**                                    **DEF015572**



# 2005 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Report Date: | **December 15, 2005** |
|---|---|---|---|

## Does Not Meet Standard Ratings

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|---|---|---|---|---|---|---|

**NONE**

CONFIDENTIAL



## 2005 Year-End Evaluation

| Umpire: | **Hernandez, Angel** | Report Date: | **December 15, 2005** |
|---|---|---|---|

## Incorrect Calls Summary

| Date of Game | Observer | Visitor | Home | Type of Play | Umpire's Position | Status |
|---|---|---|---|---|---|---|
| 9/18/05 | Hardy | SEA | TEX | Force Plays | 1B | Incorrect |

**Observer's Comments:**  It took three diferent angle to see this out call.  The trow bounced on a 6-3 throw and it took slow mo on the third video to say the call was missed.  Very, Very close.

| 5/8/05 | Christman | WSH | SF | Force Plays | 1B | Incorrect |
|---|---|---|---|---|---|---|

**Observer's Comments:**  This was an infield ground ball and a very close play at first base.  Batter/runner Vizquel slid into first base and Umpire Hernandez had a "safe" call.  The video replay showed an extrememly close play, but it also showed that Vizquel should have been called "out"...incorrect call.

| 6/24/05 | Buck | CHI | CWS | Steals | 2B | Incorrect |
|---|---|---|---|---|---|---|

**Observer's Comments:**  Runner Rowand ruled safe on steal. Close play but video review shows a tag before runner reached the base.



# 2005 Year-End Evaluation

| Umpire: | **Hernandez, Angel** | | Report Date: | **December 15, 2005** |
|---|---|---|---|---|

## Situation Evaluations

| Date | Evaluated By | Incident Type | Rating | Comment |
|---|---|---|---|---|
| 5/9/05 | Rieker | Ejection | **Meets** | Ejection of Eric Wedge for arguing foul ball call. This is a very tough call but Wedge deserved to go. Proper ejection after warning. |
| 6/26/05 | Rieker | Equipment Violation | **Meets** | Equipment violation issued to Joe Crede for throwing helmet in disgust after striking out (was questioning whether third strike was caught or not). Good job looking to partner for help. |
| 7/27/05 | Rieker | Ejection | **Meets** | Ejection of Doug Mientkiewicz for continuing to argue balls and strikes between innings after being warned to stop (had been called out on strikes for the second out of the inning). Professionally handled. |
| 8/9/05 | Rieker | Ejection | **Meets** | Ejection of Ned Yost for coming onto the field and arguing a step balk. Proper ejection after warning. |



# 2005 Year-End Evaluation

| 8/17/05 | Rieker | Equipment Violation | **Meets** | Equipment violation issued to Jose Reyes for throwing helmet to ground in disgust after being called out at 1st base. |

| 8/22/05 | Rieker | Equip Violation/Ejection | **Meets** | Equipment violation issued to Alex Gonzalez for throwing bat to ground after being called out on strikes to end the inning.<br>Ejection of Alex Gonzalez for directing profanity at umpire while arguing balls and strikes after being issued equipment violation. |

**DEF015576**



# 2005 Year-End Evaluation

| Umpire: | **Hernandez, Angel** | Report Date: | **December 15, 2005** |
|---|---|---|---|

## Adminstrative Evaluation Summary

| Date | Evaluated By | Administrative Type | Rating |
|---|---|---|---|

**NONE**



# 2005 Year-End Evaluation

| Umpire: | **Hernandez, Angel** | Report Date: | **December 15, 2005** |
|---|---|---|---|

# Adminstrative Component Ratings

*"For each criteria of the Administrative Component, an annual rating ("Meets Standard," "Exceeds Standard," or "Does Not Meet Standard") will appear on the umpire's year-end evaluation and will be taken into consideration in the umpire's overall performance assessment." [MLB Umpire Manual, "Umpire Evaluation and Training System," page 4.]*

## Adminstrative Components

### 1. Ejections and Situation Handling As Evaluated by the Office of the Commissioner

Standard: Ejections and other incidents are handled in the manner described in Sections III and IV in the Conduct and Responsibilities portion of the MLB Umpire Manual.*

*While the Field Observer makes an assessment of situation management on the Field Evaluation Form, the Committee felt the responsibility for definitive judgment regarding an umpire's overall proficiency in handling situations is a function of the Umpiring Department of the Office of the Commissioner. Because the Vice President of Umpiring and staff have access to videotapes, written reports, and the relevant facts to assist in making such judgment, this area of umpire performance is therefore included in the Administrative Component of the System.

*Annual Rating*
- ☐ Exceeds Standard
- ☑ Meets Standard
- ☐ Does Not Meet Standard

### 2. Submitting Umpire Reports

Standard: Incident Reports are: (i) filed in a timely fashion; (ii) thorough and comprehensible; (iii) accurately descriptive of the incident. (See Section XIV in the Conduct and Responsibilities portion of this Manual.)

*Annual Rating*
- ☐ Exceeds Standard
- ☑ Meets Standard
- ☐ Does Not Meet Standard

### 3. Communication with Office

Standard: Umpire fulfills administrative requests (e.g., requests for hotel locations, spring training requests, uniform requests, etc.) in a timely fashion. Umpire checks daily for MLB e-mail and responds within the appropriate time period.

*Annual Rating*
- ☐ Exceeds Standard
- ☑ Meets Standard
- ☐ Does Not Meet Standard

### 4. Pace of Game Procedures

Standard: Umpire complies with all Pace of Game procedures as outlined in Section 4.1 of the MLB Umpire Manual.

*Annual Rating*
- ☐ Exceeds Standard
- ☑ Meets Standard
- ☐ Does Not Meet Standard

CONFIDENTIAL

# 2005 Year-End UIS Report
12/15/2005

*Includes all 2005 games.*

Adjustments made for: (1) Pitches in dirt recorded as Strikes by UIS; (2) Extreme catcher reaches recorded as Strikes by UIS.

*Confidential*

**Umpire: Hernandez**

Overall Percentage: 92.76%    Adjusted Overall %: **94.85%**

**Umpire Called STRIKE: UIS Recorded BALL — UIS tracked pitch as...**
**Umpire Called BALL: UIS Recorded STRIKE — Umpire ruled pitch was...**

| Date | Location | Vis. | Home | Total Pitches | C | A | HB | N | % | Stance | Total Adj. | Missed Pitches | Adj.% | S:total | S:out | S:ave in out | S:in | S:ave in low | S:high | S:low | B:total | B:out | B:in | B:high | B:adj low | B:actual low | B:catcher infl | Individual Game Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/13/05 | Boston | NYY | BOS | 153 | 118 | 20 | 1 | 15 | 90.20% | SQ | 3 | 12 | 92.16% | 12 | 12 | 4.2 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 1 | Mech: High. Tr: O. %: E. |
| 4/17/05 | Shea | FLA | NYM | 155 | 123 | 20 | 7 | 1 | 92.26% | SQ | 3 | 9 | 94.19% | 4 | 2 | 4.0 | 2 | 3.5 | 0 | 0 | 8 | 1 | 0 | 0 | 7 | 3 | 4 | Tr: L. %: E. |
| 5/9/05 | Anaheim | CLE | ANA | 134 | 111 | 15 | 4 | 8 | 94.03% | SQ | 2 | 6 | 95.52% | 2 | 1 | 3.0 | 1 | 3.0 | 0 | 0 | 6 | 0 | 3 | 0 | 1 | 0 | 1 | 2 | %: E. |
| 7/1/05 | Boston | TOR | BOS | 192 | 165 | 11 | 3 | 16 | 91.67% | SQ | 3 | 13 | 93.23% | 8 | 4 | 4.9 | 0 | 0.0 | 0 | 0 | 8 | 0 | 2 | 2 | 1 | 0 | 2 | 1 | Tr: O. %: E. |
| 7/4/05 | Cleveland | DET | CLE | 137 | 123 | 6 | 0 | 16 | 94.16% | SQ | 1 | 7 | 94.89% | 5 | 5 | 4.4 | 0 | 0.0 | 0 | 0 | 3 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | First game of DH. Tr: O. %: E. Pitch 85 bad graphic (changed to C). |
| 7/18/05 | Anaheim | OAK | ANA | 135 | 112 | 15 | 4 | 8 | 94.07% | SQ | 2 | 6 | 95.56% | 6 | 6 | 4.4 | 0 | 0.0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | Tr: O. %: E. |
| 8/9/05 | Milwaukee | STL | MIL | 142 | 126 | 10 | 3 | 6 | 95.77% | SQ | 3 | 3 | 97.89% | 2 | 2 | 4.0 | 0 | 0.0 | 0 | 0 | 4 | 0 | 0 | 1 | 2 | 2 | 0 | 1 | %: E. Pitch 165 no video (changed to C). |
| 8/13/05 | NYY | TEX | NYY | 132 | 115 | 8 | 0 | 9 | 93.18% | SQ | 2 | 7 | 94.70% | 4 | 4 | 3.6 | 0 | 0.0 | 0 | 0 | 5 | 0 | 2 | 1 | 2 | 2 | 0 | 1 | Tr: O. %: E. |
| 8/18/05 | Shea | PIT | NYM | 135 | 121 | 7 | 0 | 7 | 94.81% | SQ | 4 | 3 | 97.78% | 1 | 1 | 4.0 | 0 | 0.0 | 0 | 0 | 6 | 0 | 0 | 0 | 4 | 3 | 1 | 1 | %: E. |
| 8/26/05 | Tampa | ANA | TB | 179 | 152 | 10 | 0 | 17 | 90.50% | SQ | 6 | 11 | 93.85% | 1 | 1 | 4.0 | 0 | 0.0 | 0 | 0 | 10 | 0 | 0 | 3 | 3 | 2 | 1 | 0 | Tr: O. %: E. |
| 9/4/05 | Houston | STL | HOU | 121 | 109 | 5 | 3 | 9 | 94.21% | SQ | 3 | 4 | 96.69% | 1 | 1 | 4.0 | 0 | 0.0 | 0 | 0 | 6 | 0 | 1 | 1 | 0 | 0 | 0 | 3 | %: E. |
| 9/24/05 | Arizona | SD | ARI | 179 | 145 | 16 | 1 | 18 | 89.94% | SQ | 5 | 13 | 92.74% | 9 | 9 | 4.0 | 0 | 0.0 | 0 | 0 | 9 | 1 | 1 | 0 | 4 | 2 | 2 | 3 | Tr: O. %: E. |
| 9/27/05 | Oakland | ANA | OAK | 70 | 60 | 6 | 1 | 4 | 94.29% | SQ | 2 | 2 | 97.14% | 2 | 1 | 4.0 | 1 | 6.0 | 0 | 0 | 2 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | %: E. System problems; limited pitches recorded. |
| **Totals** | | | | 1864 | 1580 | 149 | 24 | 135 | 92.76% | | 39 | 96 | 94.85% | 4 (Avg/Game) | 4.0 | | | | | | 4 (Avg/Game) | | | | 0.4 | 1.3 | 2 2 1 / 18 | High Strike Index → 14 |

# Samples: 13
Ave. # pitches missed per game: 7

High Strike Index → **14**

---

**2005 OVERALL RATING**

☑ Exceeds Standard
☐ Meets Standard
☐ Does Not Meet Standard

Exceeds Standard: 92% or higher.
Meets Standard: 90% to 91.99%.
Does Not Meet Standard: Below 90%.

---

**2005 Year-End Strike Zone Comments:**

Overall: 94.85%. High Strike Index: 14. Outside Strikes: 4 per game, average distance outside: 4.0 inches. Average # Low Strikes missed per game: 1.

Consistently adheres to overall strike zone. Is to be commended for continued application of strike zone.

---

Check mark(s) indicate area(s) for improvement in strike zone accuracy for this umpire:

☐ High
☐ Low
☐ In
☐ Out

---

**Trend (Tr) Codes:**
Out: Calling strikes on pitches outside the strike zone.
I: Calling strikes on inside pitches.
L: Not calling strikes on pitches low in the strike zone.
H: Not calling strikes on pitches high in the strike zone.

**Percentage (%) Codes:**
E: Exceeds Standard.
S: Meets Standard.
B: Below (Does Not Meet) Standard.

**High Strike Zone Codes:**
HB: Number of High Buffer Zone strikes called.

**High Strike Index:**
Number that gives indication how well umpire is calling high strikes. The higher the number, the more more aggressively umpire is calling high strikes. 2005 staff High Strike Index scores ranged from 29 to –26; staff average was –5. Negative numbers indicate additional work needed in calling high strikes. The index is computed by subtracting the number of missed high strikes from the number of High Buffer Zone strikes.

DEF015579

Personal and Confidential



# 2006 Mid-Season Evaluation Summary

| | | | |
|---|---|---|---|
| Umpire: **Hernandez, Angel** | | Date of Summary: **August 1, 2006** | |
| Total Games Observed Through 7/2/06: **51** | Plate Games: **15** | Base Games: **36** | |

*Attached is your 2006 Mid-Season Evaluation Summary. This report contatins a summary of all Exceed Standard and Does Not Meet Standard ratings submitted by Observers through games of July 2, 2006. Summaries of Incorrect Calls, Situation Evaluations, and Administrative Evaluation reports submitted through July 2 are also included. The last page shows your 2006 UIS statistics through games of July 2, as well as general comments regarding your strike zone.*

## 2006 Evaluation Reports Received Through Games of July 2, 2006

| Date Observed | Observer | Position | Visitor | Home |
|---|---|---|---|---|
| 4/11/06 | Gutierrez | 1B | SD | FLA |
| 4/12/06 | Gutierrez | HP | SD | FLA |
| 4/13/06 | Gutierrez | 3B | SD | FLA |
| 4/14/06 | McKean | 1B | KC | TB |
| 4/15/06 | McKean | HP | KC | TB |
| 4/16/06 | McKean | 3B | KC | TB |
| 4/18/06 | Christman | 3B | DET | OAK |
| 4/19/06 | Christman | 2B | DET | OAK |
| 4/20/06 | Christman | 1B | DET | OAK |
| 4/21/06 | Russell | HP | ARI | LA |
| 4/22/06 | Russell | 3B | ARI | LA |
| 4/23/06 | Russell | 2B | ARI | LA |
| 4/24/06 | Jones | HP | CWS | SEA |
| 4/25/06 | Jones | 3B | CWS | SEA |
| 4/26/06 | Jones | 2B | CWS | SEA |
| 5/1/06 | Gutierrez | 2B | PHI | FLA |
| 5/2/06 | Gutierrez | 1B | PHI | FLA |
| 5/3/06 | Garcia | HP | TOR | BOS |
| 5/3/06 | O'Connor | HP | TOR | BOS |
| 5/4/06 | Garcia | 3B | TOR | BOS |
| 5/4/06 | O'Connor | 3B | TOR | BOS |
| 5/5/06 | Garcia | 2B | ATL | NYM |
| 5/6/06 | Garcia | 1B | ATL | NYM |
| 5/7/06 | Garcia | HP | ATL | NYM |
| 5/16/06 | Christman | 1B | SEA | SEA |
| 5/17/06 | Christman | HP | SEA | OAK |
| 5/18/06 | Christman | 3B | SEA | OAK |
| 5/19/06 | Palermo | 2B | STL | KC |
| 5/20/06 | Palermo | 1B | STL | KC |
| 5/21/06 | Palermo | HP | STL | KC |
| 5/26/06 | Springstead | 1B | CWS | TOR |
| 5/27/06 | Springstead | HP | CWS | TOR |
| 5/28/06 | Springstead | 3B | CWS | TOR |
| 6/10/06 | Rieker | 1B | CHI | CIN |
| 6/11/06 | Rieker | HP | CHI | CIN |
| 6/14/06 | Nichols | 2B | NYM | PHI |