Personal and Confidential



# 2006 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | | Date of Summary: | **August 1, 2006** |
|---|---|---|---|---|
| Total Games Observed Through 7/2/06: | **51** | Plate Games: | **15** | Base Games: **36** |

*Attached is your 2006 Mid-Season Evaluation Summary. This report contatins a summary of all Exceed Standard and Does Not Meet Standard ratings submitted by Observers through games of July 2, 2006. Summaries of Incorrect Calls, Situation Evaluations, and Administrative Evaluation reports submitted through July 2 are also included. The last page shows your 2006 UIS statistics through games of July 2, as well as general comments regarding your strike zone.*

## 2006 Evaluation Reports Received Through Games of July 2, 2006

| Date Observed | Observer | Position | Visitor | Home |
|---|---|---|---|---|
| 4/11/06 | Gutierrez | 1B | SD | FLA |
| 4/12/06 | Gutierrez | HP | SD | FLA |
| 4/13/06 | Gutierrez | 3B | SD | FLA |
| 4/14/06 | McKean | 1B | KC | TB |
| 4/15/06 | McKean | HP | KC | TB |
| 4/16/06 | McKean | 3B | KC | TB |
| 4/18/06 | Christman | 3B | DET | OAK |
| 4/19/06 | Christman | 2B | DET | OAK |
| 4/20/06 | Christman | 1B | DET | OAK |
| 4/21/06 | Russell | HP | ARI | LA |
| 4/22/06 | Russell | 3B | ARI | LA |
| 4/23/06 | Russell | 2B | ARI | LA |
| 4/24/06 | Jones | HP | CWS | SEA |
| 4/25/06 | Jones | 3B | CWS | SEA |
| 4/26/06 | Jones | 2B | CWS | SEA |
| 5/1/06 | Gutierrez | 2B | PHI | FLA |
| 5/2/06 | Gutierrez | 1B | PHI | FLA |
| 5/3/06 | Garcia | HP | TOR | BOS |
| 5/3/06 | O'Connor | HP | TOR | BOS |
| 5/4/06 | Garcia | 3B | TOR | BOS |
| 5/4/06 | O'Connor | 3B | TOR | BOS |
| 5/5/06 | Garcia | 2B | ATL | NYM |
| 5/6/06 | Garcia | 1B | ATL | NYM |
| 5/7/06 | Garcia | HP | ATL | NYM |
| 5/16/06 | Christman | 1B | SEA | SEA |
| 5/17/06 | Christman | HP | SEA | OAK |
| 5/18/06 | Christman | 3B | SEA | OAK |
| 5/19/06 | Palermo | 2B | STL | KC |
| 5/20/06 | Palermo | 1B | STL | KC |
| 5/21/06 | Palermo | HP | STL | KC |
| 5/26/06 | Springstead | 1B | CWS | TOR |
| 5/27/06 | Springstead | HP | CWS | TOR |
| 5/28/06 | Springstead | 3B | CWS | TOR |
| 6/10/06 | Rieker | 1B | CHI | CIN |
| 6/11/06 | Rieker | HP | CHI | CIN |
| 6/14/06 | Nichols | 2B | NYM | PHI |

**EXHIBIT**

**20**

Personal and Confidential



# 2006 Mid-Season Evaluation Summary

| 6/15/06 | Nichols | 1B | NYM | PHI |
|---|---|---|---|---|
| 6/16/06 | Gutierrez | HP | TOR | FLA |
| 6/17/06 | Gutierrez | 3B | TOR | FLA |
| 6/20/06 | Springstead | 1B | ARI | TB |
| 6/21/06 | Springstead | HP | ARI | TB |
| 6/22/06 | Springstead | 3B | ARI | TB |
| 6/23/06 | Buck | 2B | HOU | CWS |
| 6/24/06 | Buck | 1B | HOU | CWS |
| 6/25/06 | Buck | HP | HOU | CWS |
| 6/26/06 | Mele | 3B | ATL | NYY |
| 6/27/06 | Mele | 2B | ATL | NYY |
| 6/28/06 | Mele | 1B | ATL | NYY |
| 6/30/06 | Rieker | HP | KC | STL |
| 7/1/06 | Rieker | 3B | KC | STL |
| 7/2/06 | Rieker | 2B | KC | STL |

Hernandez, Angel



# 2006 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Report Date: | **August 1, 2006** |
| --- | --- | --- | --- |

## Exceeds Standard Ratings

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
| --- | --- | --- | --- | --- | --- | --- |
| 4/11/06 | Gutierrez | SD | FLA | 1B | Focus | Exceeds |

**Observer's Comments:**  In he top of the 2nd inning w/ 0 outs, Piazza hit a chopper in front of home plate. As Piazza ran to 1st, the ball struck Piazza on his left shoulder out of plate umpire Marsh's view. Hernandez immediately ran from his position and helped his partner by emphatically signaling "OUT" for interference on the play. Marsh immediately echoed Hernandez' call emphatically as well. This is the type of situation that is often left up to the umpire making the call to seek help after an argument or otherwise. By being extremely focused and taking initiative to get the call right as the play unfolded, Hernandez saved his crew from having to possibly confer after the play. Outstanding work!

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
| --- | --- | --- | --- | --- | --- | --- |
| 4/12/06 | Gutierrez | SD | FLA | HP | Style and Form of Calls | Exceeds |

**Observer's Comments:**  His well above average coordination, style and strength in mechanics placed him as "exceptional" on this date. From his wide open and ready box stance to his ball/strike/other calls, he was extremely smooth and natural. Called strike three is without a doubt one of the strongest/best-looking in the league because of its style and explosiveness.

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
| --- | --- | --- | --- | --- | --- | --- |
| 4/20/06 | Christman | DET | OAK | 1B | Style and Form of Calls | Exceeds |

**Observer's Comments:**  Umpire Hernandez had many close calls at first base in this game and consistently exhibited clear, crisp and decisive calls. He also increased his intensity as the plays became closer. He had a couple of check swing/no swing calls and again was very decisive with his clear signals. I thought he had a great game and consistent series.



Hernandez, Angel
**Exceeds Standard**

# 2006 Mid-Season Evaluation Summary

| 4/20/06 | Christman | DET | OAK | 1B | Focus | Exceeds |

**Observer's Comments:** Umpire Hernandez showed outstanding focus in this game. He had many close calls at first base and had them all correct. He ten close force plays, a balk, two catch/no catch plays, fair/foul and a pick play. He had a busy day and handle them all with poise.

| 5/17/06 | Christman | SEA | OAK | HP | Style and Form of Calls | Exceeds |

**Observer's Comments:** Umpire Hernandez had three tag plays at home plate and was correct on all three. One of the plays was a bit unusual. The A's had a runner on second base and two outs and batter, Kielty, got a base hit to right field. Kielty never stopped running and was caught in a run down between first and second base. The A's runner at second base had stopped at third base and then tried to score during the run down and was tagged out going towards the plate. The play went 9-3-6-5. I thought all of Umpire Hernandez's signals were clear, concise and decisive throughout this game. Umpire Hernandez is a true veteran of league and tonight, in my opinion, was one of his best games.

| 6/14/06 | Nichols | NYM | PHI | 2B | MLB Procedures | Exceeds |

**Observer's Comments:** Angel did the best job I have witnessed manipulating the resumption of play when warmups were completed early. He timed his signals to resume play with the home plate umpire almost perfectly each time so that the first pitch of the inning would be right on standard. He was into doing the pace of game management very seriuosly and worked hard with his signals consistently to do it correctly.

| 6/16/06 | Gutierrez | TOR | FLA | HP | Style and Form of Calls | Exceeds |

**Observer's Comments:** He showed exceptional talent and far above average mechanics once again on this date. From stance to call he appeared to have outstanding cohesiveness in all of his mechanics and a very distinctive, convincing style that looked totally natural. To top it off, because of talent coupled with his consistent, lively hustle, this was without a doubt one of the best-looking plate jobs in this category I have observed this year.

**DEF015583**



Hernandez, Angel
**Exceeds Standard**

# 2006 Mid-Season Evaluation Summary

| 6/21/06 | Springstead | ARI | TB | HP | Situation Management | Exceeds |

**Observer's Comments:**   PREVENTED A POSSIBLE EJECTION BY EXPLAINING PLAY.(BALK CALL)

| 6/25/06 | Buck | HOU | CWS | HP | Focus | Exceeds |

**Observer's Comments:**   EXCELLENT focus in this very challenging game. Score was extremely lopsided, then the White Sox came up with 8 runs in the last three innings to tie the score. The game ended up going 13 innings, and Angel stayed extremely focused throughout the whole thing. In addition to managing things at the plate, Angel was focused enough to realize that the batter-runner should be placed at third after a fan interference call down the rightfield line in the top of the 13th inning (no outs, Everett the hitter). Not a placement that is usually made, but absolutely the right one in this circumstance. Great job.

| 7/3/06 | Mele | PIT | NYM | 1B | Reactions to Development of Plays | Exceeds |

**Observer's Comments:**   There were two unusual and uncommon plays in this game that I thought were handled exceptionally by ump Hernandez, warranting an exceeds rating..........In the top of the 6th, no outs and no one on, Bay hit a ground ball to deep third base.  The throw to first pulled the first baseman off the bag.  As Bay tried to avoid the fielder, he appeared safe at first.  Ump Hernandez did not make a safe or out call.  The first baseman then went behind the bag and tagged Bay.  Angel called Bay out as Bay never touched the bag as he passed first base.  Excellent timing on the play and as the Pirate manager came out to question the call, the discussion was calm........Also, in the top of the 8th, 1 out, runners on first and second, Bay hit a ball over the leftfielder's head.  The leftfielder quickly caught the ball on a bounce as he banged into the wall.  The 3B ump, out on the play, clearly signalled no catch.  There was some confusion with the runner from first and also the batter Bay.



## 2006 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Report Date: | **August 1, 2006** |
|---|---|---|---|

## Does Not Meet Standard Ratings

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|---|---|---|---|---|---|---|

**NONE**

**DEF015585**



# 2006 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Report Date: | **August 1, 2006** |
|---------|----------------------|--------------|--------------------|

## Incorrect Calls Summary

| Date of Game | Observer | Visitor | Home | Type of Play | Umpire's Position | Status |
|--------------|----------|---------|------|--------------|-------------------|--------|
| 5/1/06 | Gutierrez | PHI | FLA | Force Plays | 2B | Incorrect |

**Observer's Comments:**  runner on 1st, grounder to 3rd, throw to 2nd for force play, called "out"

**CONFIDENTIAL**



## 2006  Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Report Date: | **August 1, 2006** |
|---|---|---|---|

## Situation Evaluations

| Date | Evaluated By | Incident Type | Rating | Comment |
|---|---|---|---|---|
| 5/1/06 | Port | Ejection | **Meets** | Ejection of Charlie Manuel for profanities directed at umpire during argument regarding call at 2nd base. |
| 5/7/06 | Port | Warning | **Meets** | Warnings issued to Bartolome Fortunato and both clubs after Fortunato intentionally struck Edgar Renteria in the back with a pitch (Cliff Floyd HBP twice earlier in the game). |
| 5/7/06 | Port | Ejection | **Meets** | Ejection of Paul LoDuca for slamming ball to ground in disgust of call at the plate. The self-control evidenced by Umpire Hernandez in light of the emotion of the situation was most appropriate and professional. |
| 5/24/06 | Lepperd | Ejection | **Meets** | Ejection of Ron Gardenhire (4th) for aruging previous calls in game as well as arguing obstruction call at 2nd base. |



## 2006 Mid-Season Evaluation Summary

| 6/7/06 | Lepperd | Warning | **Meets** | Warnings issued to John Smoltz and both clubs after Smoltz intentionally hit Ryan Zimmerman with a pitch. (Atlanta's Jeff Francoeur HBP in B2.) |
|---|---|---|---|---|
| 6/21/06 | Lepperd | Ejection | **Meets** | Ejection of Bob Melvin for arguing balls and strikes. (Melvin had also argued a step-balk earlier in the game.) |

**DEF015588**



## 2006 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Report Date: | **August 1, 2006** |
|---------|----------------------|--------------|--------------------|

## Adminstrative Evaluation Summary

| Date | Evaluated By | Administrative Type | Rating |
|------|--------------|---------------------|--------|

**NONE**

**DEF015589**

CONFIDENTIAL



# 2006 Mid-Season UIS Report

Includes games through 7/2/2006.

Adjustments made for: (1) Pitches in dirt recorded as Strikes by UIS; (2) Extreme catcher reaches recorded as Strikes by UIS.

Confidential

**Umpire:** Hernandez

Overall Percentage: 92.80%     Adjusted Overall %: **95.09%**

| Date | Location | Vis. | Home | Total Pitches | C | A | HB | N | Raw % | Total Adj. | Missed Pitches | Adj.% | Umpire Called STRIKE / UIS Recorded BALL | | | | | | | Umpire Called BALL / UIS Recorded STRIKE | | | | | | | | Game Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | total | out | ave. inches outside | in | ave. inches inside | high | low | total | out | in | high | low | low low | actual low | catcher infl. | |
| 4/15/06 | Tampa | KC | TB | 128 | 109 | 12 | 0 | 7 | 94.53% | 3 | 4 | 96.88% | 0 | 0 | 0.0 | 0 | 0.0 | 0 | 0 | 7 | 1 | 0 | 1 | 3 | 1 | 1 | 2 | Mech: OK. %: E. Pitch 246 video from behind (changed to C). |
| 5/7/06 | Shea | ATL | NYM | 196 | 161 | 18 | 2 | 17 | 91.33% | 5 | 12 | 93.88% | 9 | 9 | 5.0 | 0 | 0.0 | 0 | 0 | 8 | 1 | 1 | 1 | 5 | 4 | 1 | 1 | Tr: O. %: E. Pitches 426, 487 bad graphic (changed to C). |
| 5/12/06 | Houston | COL | HOU | 143 | 131 | 4 | 0 | 8 | 94.41% | 3 | 5 | 96.50% | 0 | 0 | 0.0 | 0 | 0.0 | 0 | 0 | 8 | 1 | 1 | 3 | 2 | 1 | 1 | 2 | %: E. Pitches 113, 200 bad graphics (changed to C). |
| 5/17/06 | Oakland | SEA | OAK | 160 | 133 | 14 | 0 | 13 | 91.88% | 3 | 10 | 93.75% | 6 | 3 | 4.3 | 3 | 4.0 | 0 | 0 | 7 | 0 | 0 | 3 | 2 | 1 | 1 | 2 | %: E. |
| 6/21/06 | Tampa | ARI | TB | 110 | 85 | 11 | 0 | 14 | 87.27% | 4 | 10 | 90.91% | 7 | 6 | 5.0 | 1 | 4.0 | 0 | 0 | 7 | 0 | 1 | 2 | 1 | 1 | 2 | 3 | Tr: O. %: S. |
| 6/25/06 | CWS | HOU | CWS | 180 | 159 | 14 | 0 | 7 | 96.11% | 3 | 4 | 97.78% | 3 | 3 | 4.3 | 0 | 0.0 | 0 | 0 | 4 | 0 | 1 | 0 | 0 | 0 | 0 | 4 | %: E. Pitch 419 no video (changed to C). |
| | | | | 917 | 778 | 73 | 2 | 66 | 92.80% | 21 | 45 | 95.09% | 25 | 4 | 3.1 Avg/Game | 0.7 | 1.3 Avg/Game | 0 | 0 | 41 | 2 | 4 | 8 | 2 | Avg/Game | 1 | 1 | 14 | |

High Index → -6

# Samples: 6

Ave. # pitches missed per game: 8

---

**Check mark(s) below indicate current area(s) of emphasis for this umpire.**

☑ High
☐ Low
☐ Inside
☐ Outside

**General Mid-Season Comments:**

Solid performance in adhering to the overall strike zone. Looking for improvement at the high end, where pitches in the top portion of the strike zone should be called strikes as defined.

High Index: − 6.

---

**Trend (Tr) Codes:**

O: Calling strikes on pitches outside the strike zone and/or calling balls on pitches that are strikes on the outside corner.
I: Calling strikes on inside pitches.
L: Not calling strikes on pitches low in the strike zone.
H: Not calling strikes on pitches high in the strike zone.

**Percentage (%) Codes:**

E: Exceeds Standard.
S: Meets Standard.
B: Below (Does Not Meet) Standard.

**Other Codes:**

HB: High Buffer. Number of pitches called strikes in the high buffer zone (N's) that were changed to A's. The higher the number, the more aggressively the umpire is calling HIGH STRIKES.

actual low: Number of low strikes missed. The lower the number, the more accurately the umpire is calling LOW STRIKES.

High Index: Indication of how well umpire is calling high strikes. Positive numbers indicate higher proficiency in calling high strikes. Lower (negative) numbers indicate poorer proficiency in calling high strikes. The higher the number (positive), the higher the umpire's proficiency in calling high strikes.
The index is calculated by subtracting the number of legitimate high strikes called balls by the umpire from the number of high buffer zone strikes called by the umpire.

CONFIDENTIAL

DEF015590

Personal and Confidential



# 2007 Mid-Season Evaluation Summary

| | | | | |
|---|---|---|---|---|
| Umpire: | **Hernandez, Angel** | | Date of Summary: | **August 1, 2007** |
| Total Games Observed Through 7/15/07 | **39** | Plate Games: **10** | | Base Games: **29** |

*Attached is your 2007 Mid-Season Evaluation Summary. This report contains a summary of all Exceed Standard and Does Not Meet Standard ratings submitted by Observers through games of July 15, 2007. Summaries of Incorrect Calls, Situation Evaluations, and Administrative Evaluation reports submitted through July 15 are also included. The last page of this summary shows your 2007 UIS statistics through games of July 15.*

## 2007 Game Observations Through July 15, 2007

| Date Observed | Observer | Position | Visitor | Home |
|---|---|---|---|---|
| 4/9/07 | McKean | 1B | TB | TEX |
| 4/10/07 | McKean | HP | TB | TEX |
| 4/11/07 | McKean | 3B | TB | TEX |
| 4/13/07 | Russell | 2B | SD | LAD |
| 4/14/07 | Russell | 1B | SD | LAD |
| 4/15/07 | Russell | HP | SD | LAD |
| 4/17/07 | Christman | 3B | LAA | OAK |
| 4/18/07 | Christman | 2B | LAA | OAK |
| 4/23/07 | Palermo | 2B | CWS | KC |
| 4/24/07 | Palermo | 1B | CWS | KC |
| 5/1/07 | Garcia | 2B | MIN | TB |
| 5/2/07 | Garcia | 1B | MIN | TB |
| 5/3/07 | Garcia | HP | MIN | TB |
| 5/8/07 | Russell | HP | CLE | LAA |
| 5/9/07 | Russell | 3B | CLE | LAA |
| 5/11/07 | Russell | 1B | CIN | LAD |
| 5/12/07 | Russell | HP | CIN | LAD |
| 5/13/07 | Russell | 3B | CIN | LAD |
| 5/16/07 | Buck | 1B | NYY | CWS |
| 5/16/07 | Buck | 2B | NYY | CWS |
| 5/25/07 | Hardy | 1B | BOS | TEX |
| 5/26/07 | Hardy | HP | BOS | TEX |
| 5/27/07 | Hardy | 3B | BOS | TEX |
| 6/18/07 | Russell | 2B | HOU | LAA |
| 6/19/07 | Russell | 1B | HOU | LAA |
| 6/20/07 | Russell | HP | HOU | LAA |
| 6/22/07 | Rippley | 3B | MIN | FLA |
| 6/23/07 | Rippley | 2B | MIN | FLA |
| 6/24/07 | Rippley | 1B | MIN | FLA |
| 6/25/07 | Mele | HP | STL | NYM |
| 6/26/07 | Mele | 3B | STL | NYM |
| 6/27/07 | Mele | 2B | STL | NYM |
| 6/29/07 | Mele | 1B | OAK | NYY |
| 6/30/07 | Mele | HP | OAK | NYY |
| 7/1/07 | Mele | 3B | OAK | NYY |
| 7/2/07 | Buck | 3B | BAL | CWS |
| 7/3/07 | Buck | 2B | BAL | CWS |
| 7/4/07 | Buck | 1B | BAL | CWS |

Hernandez, Angel
**DEF015606**

Personal and Confidential



# 2007 Mid-Season Evaluation Summary

| 7/5/07 | Buck | HP | BAL | CWS |
|--------|------|-----|-----|-----|

Hernandez, Angel
DEF015607



# 2007 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | | Report Date: | **August 1, 2007** |

## Exceeds Standard Ratings

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|---|---|---|---|---|---|---|
| 4/18/07 | Christman | LAA | OAK | 2B | Style and Form of Calls | Exceeds |

**Observer's Comments:** Umpire Hernandez had a couple of very tough force plays at second base.  On both plays, he kept his eyes focused on the play until the play ended.  Because of this he not only got the plays correct, but he had excellent clear, concise and very decisive signals.  He increased his intensity on these calls and "sold" both calls...great signals and even better judgement. I thought he had a very good game.

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|---|---|---|---|---|---|---|
| 4/18/07 | Christman | LAA | OAK | 2B | Hustle | Exceeds |

**Observer's Comments:** Throughout this game, Umpire Hernandez exhibited solid hustle getting into the outfield and other areas on the field to be in position to make his calls.  This happened a couple of times on long doubles to the outfield.  He repeatedly hustled out into the outfield......a solid positive impression of good hustle.

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|---|---|---|---|---|---|---|
| 5/11/07 | Russell | CIN | LAD | 1B | Reactions to Development of Plays | Exceeds |

**Observer's Comments:** As per Play Analysis form, Fair/Foul, Angel was in good position to immediately make the correct call, "fair."  Great job!

**DEF015608**



Hernandez, Angel
**Does Not Meet Standard**

# 2007 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Report Date: | **August 1, 2007** |
|---------|----------------------|--------------|--------------------|

## Does Not Meet Standard Ratings

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|--------------|----------|---------|------|-------------------|----------|--------|

**NONE**



# 2007 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | | Report Date: | **August 1, 2007** |
|---|---|---|---|---|

## Incorrect Calls Summary

| Date of Game | Observer | Visitor | Home | Type of Play | Umpire's Position | Status |
|---|---|---|---|---|---|---|
| 5/1/07 | Garcia | MIN | TB | Tag Plays | 2B | Incorrect |

**Observer's Comments:** With runners at 1st and 2nd base,fly ball to center-field,throw to 3dr base.Taking the runner from 2nd base into 3rd base.Stayed with the runner too long.

| Date of Game | Observer | Visitor | Home | Type of Play | Umpire's Position | Status |
|---|---|---|---|---|---|---|
| 7/4/07 | Buck | BAL | CWS | Catch/No Catch | 1B | Incorrect |

**Observer's Comments:** Diving attempted catch by centerfielder; ruled a catch. Video review showed that the centerfielder short-hopped the ball, although it would have been very difficult for Angel to tell this from his angle on the field (centerfielder diving at an angle almost directly at Angel).

**CONFIDENTIAL**

**DEF015610**



# 2007 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Report Date: | **August 1, 2007** |
|---|---|---|---|

## Situation Evaluations

| Date | Evaluated By | Incident Type | Rating | Comment |
|---|---|---|---|---|
| 5/2/07 | Port | Ejection | **Meets** | Ejection of Ron Gardenhire for arguing safe call at 1st base. Good self-control and deameanor shown by umpire Hernandez. |
| 6/0/07 | Port | Equipment Violation | **Meets** | Equipment violation issued to Melvin Mora for throwing helmet in disgust of call (no foul ball) following crew consultation. |



# 2007 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Report Date: | **August 1, 2007** |
|---|---|---|---|

## Adminstrative Evaluation Summary

| Date | Evaluated By | Administrative Type | Rating |
|---|---|---|---|

**NONE**

DEF015612

CONFIDENTIAL

# 2007 Mid-Season UIS Report

*Includes games through 7/15/2007.*

| Adjustments made for: (1) Pitches in dirt recorded as Strikes by UIS; (2) Extreme catcher reaches recorded as Strikes by UIS. |

*Confidential*

**Umpire:** Hernandez

Overall Percentage: 93.79%    Adjusted Overall %: **96.80%**

| Date | Location | Vis. | Home | Total Pitches | C | A | HB | N | % | Stance | Total Adj. | Missed Pitches | Adj.% | Umpire Called STRIKE: UIS Recorded BALL / UIS tracked pitch as... | | | | | | | Umpire Called BALL: UIS Recorded STRIKE / Umpire ruled pitch was... | | | | | | | | Game Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | total | out | ave. inches outside | in | ave. inches inside | high | low | total | out | in | high | low low | adj. low low | adj. actual low | catcher infl. | |
| 5/3/07 | Tampa | MIN | TB | 131 | 111 | 12 | 1 | 8 | 93.89% | SQ | 4 | 4 | 96.95% | 2 | 2 | 3.3 | 0 | 0.0 | 0 | 0 | 6 | 0 | 0 | 1 | 1 | 0 | 1 | 4 | Trends: None. %: Exceeds. |
| 5/8/07 | Anaheim | CLE | LAA | 137 | 119 | 11 | 0 | 7 | 94.89% | SQ | 3 | 4 | 97.08% | 1 | 1 | 0.0 | 1 | 3.5 | 0 | 0 | 6 | 0 | 1 | 1 | 3 | 2 | 1 | 1 | Trends: None. %: Exceeds. Outstanding job on outside corner! |
| 5/17/07 | CWS | NYY | CWS | 116 | 102 | 1 | 0 | 13 | 88.79% | SQ | 6 | 7 | 93.97% | 2 | 2 | 3.5 | 0 | 0.0 | 0 | 0 | 11 | 0 | 1 | 0 | 8 | 4 | 4 | 2 | Trends: Low. %: Exceeds. |
| 6/20/07 | Anaheim | HOU | LAA | 166 | 149 | 10 | 0 | 7 | 95.78% | SQ | 2 | 5 | 96.99% | 1 | 1 | 2.5 | 1 | 3.4 | 0 | 0 | 5 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | Trends: None. %: Exceeds. |
| 6/30/07 | NYY | OAK | NYY | 154 | 133 | 9 | 0 | 12 | 92.21% | SQ | 8 | 4 | 97.40% | 0 | 0 | 0.0 | 0 | 0.0 | 0 | 0 | 12 | 0 | 3 | 1 | 6 | 6 | 0 | 2 | Trends: None. %: Exceeds. Fantastic job on the outside corner! |
| 7/5/07 | CWS | BAL | CWS | 167 | 143 | 14 | 2 | 10 | 94.01% | SQ | 5 | 5 | 97.01% | 2 | 2 | 3.0 | 0 | 0.0 | 0 | 0 | 8 | 0 | 1 | 1 | 2 | 1 | 1 | 4 | Trends: None. %: Exceeds. |
| | | | | 871 | 757 | 57 | 5 | 57 | 93.46% | | 30 | 32 | 96.67% | 9 | | | | | 0 | 0 | 48 | 1 | 7 | 5 | 4 | 2 | 1 | 14 | |
| | | | | | | | | | | | | | | | 1 | 2.6 | 0.3 | 1.2 | | | | | | | | | | | |
| | | | | | | | | | | | | | | | Avg/Game | | Avg/Game | | | | | | | | Avg/Game | | | | |

# Samples: 6

Ave. # pitches missed per game: 5

**Trend (Tr) Codes:**
O: Calling strikes on pitches outside the strike zone.
I: Calling strikes on inside pitches.
L: Not calling strikes on pitches low in the strike zone.
H: Not calling strikes on pitches high in the strike zone.

**Percentage (%) Codes:**
E: Exceeds Standard.
S: Meets Standard.
B: Below (Does Not Meet) Standard.

**Other Codes:**
HB: High Buffer. Number of pitches called strikes in the high buffer zone (N's) that were changed to A's. The higher the number, the more aggressively the umpire is calling HIGH STRIKES.

actual low: Number of low strikes missed. The lower the number, the more accurately the umpire is calling LOW STRIKES.

DEF015613

Personal and Confidential



# 2008 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Date of Summary: | **August 1, 2008** |
|---|---|---|---|
| Total Games Observed Through 7/15/08: | **42** | Plate Games: **10** | Base Games: **32** |

*Attached is your 2008 Mid-Season Evaluation Summary.  This report contains  a  summary of all Exceed Standard and Does Not Meet Standard ratings submitted by Observers through games of July 15, 2008.  Summaries of Incorrect Calls, Situation Evaluations, and Administrative Evaluation reports submitted through July 15 are also included.  The last page of this summary shows your 2008 UIS statistics through games of July 15, 2008.*

## 2008 Game Observations Through July 15, 2008

| Date Observed | Observer | Position | Visitor | Home |
|---|---|---|---|---|
| 3/31/08 | Reed | 1B | HOU | SD |
| 4/1/08 | Reed | HP | HOU | SD |
| 4/2/08 | Reed | 3B | HOU | SD |
| 4/3/08 | Reed | 2B | HOU | SD |
| 4/4/08 | Russell | 1B | TEX | LAA |
| 4/5/08 | Russell | HP | TEX | LAA |
| 4/6/08 | Russell | 3B | TEX | LAA |
| 4/7/08 | Springstead | 2B | ATL | COL |
| 4/8/08 | Springstead | 1B | ATL | COL |
| 4/9/08 | Springstead | HP | ATL | COL |
| 4/11/08 | Palermo | 3B | MIN | KC |
| 4/12/08 | Palermo | 2B | MIN | KC |
| 4/21/08 | Buck | HP | NYM | CHI |
| 4/22/08 | Buck | 3B | NYM | CHI |
| 5/2/08 | Nichols | 1B | SF | PHI |
| 5/3/08 | Nichols | HP | SF | PHI |
| 5/4/08 | Nichols | 3B | SF | PHI |
| 5/6/08 | Rippley | 3B | MIL | FLA |
| 5/7/08 | Rippley | 2B | MIL | FLA |
| 5/8/08 | Rippley | 1B | MIL | FLA |
| 5/13/08 | Malone | HP | PIT | STL |
| 5/14/08 | Malone | 3B | PIT | STL |
| 5/15/08 | Malone | 2B | PIT | STL |
| 5/16/08 | Hardy | 1B | HOU | TEX |
| 5/17/08 | Hardy | HP | HOU | TEX |
| 5/18/08 | Hardy | 3B | HOU | TEX |
| 6/2/08 | Christman | 2B | DET | OAK |
| 6/3/08 | Christman | 1B | DET | OAK |
| 6/4/08 | Christman | HP | DET | OAK |
| 6/5/08 | Russell | 3B | CHI | LAD |
| 6/6/08 | Russell | 2B | CHI | LAD |
| 6/7/08 | Russell | 1B | CHI | LAD |
| 6/8/08 | Russell | HP | CHI | LAD |
| 6/9/08 | Russell | 3B | TB | LAA |
| 6/10/08 | Russell | 2B | TB | LAA |
| 6/11/08 | Russell | 1B | TB | LAA |
| 6/27/08 | Buck | 2B | COL | DET |
| 6/28/08 | Buck | 1B | COL | DET |

Hernandez, Angel
DEF015626

Personal and Confidential



# 2008 Mid-Season Evaluation Summary

| 6/29/08 | Buck | HP | COL | DET |
|---------|------|-----|-----|-----|
| 6/30/08 | Buck | 3B | CLE | CWS |
| 7/1/08 | Buck | 2B | CLE | CWS |
| 7/2/08 | Buck | 1B | CLE | CWS |



# 2008 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Report Date: | **August 1, 2008** |
|---|---|---|---|

## Exceeds Standard Ratings

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|---|---|---|---|---|---|---|
| 4/9/08 | Springstead | ATL | COL | HP | Situation Management | Exceeds |

**Observer's Comments:**   - OUTSTANDING -

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|---|---|---|---|---|---|---|
| 6/29/08 | Buck | COL | DET | HP | Situation Management | Exceeds |

**Observer's Comments:**   Did not take the bait when questioned by pitcher after two pitches he wanted for strikes (top 1, 1 out, Helton the hitter). Pitcher walked off mound in disgust. Angel yelled out that the pitches were off the plate but did a great job in not escalating the situation. Also very professional in shutting down someone in the Tiger dugout during this same half-inning (after Holliday's at-bat). Angle also had a very low-key discussion with the pitcher when he came out for the top of the second inning that seemed to work, as there were no further problems in this regard.

Another good job of handling situation with Tiger manager after Angel did not grant tim-out request from hitter, bottom 1, 0 outs, runners on first and third, Guillen the hitter. The manager was yelling from the dugout, and Angel firmly reminded him of the directive from MLB regarding the calling of time. Again, handled the situation without escalating it.



## 2008 Mid-Season Evaluation Summary

| | |
|---|---|
| Umpire:  **Hernandez, Angel** | Report Date:  **August 1, 2008** |

## Does Not Meet Standard Ratings

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|---|---|---|---|---|---|---|

**NONE**

**DEF015629**



## 2008 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Report Date: | **August 1, 2008** |
|---------|----------------------|--------------|--------------------|

## Incorrect Calls Summary

| Date of Game | Observer | Visitor | Home | Type of Play | Umpire's Position | Status |
|--------------|----------|---------|------|--------------|-------------------|--------|

**NONE**

**DEF015630**



# 2008 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Report Date: | **August 1, 2008** |
|---|---|---|---|

## Situation Evaluations

| Date | Evaluated By | Incident Type | Rating | Comment |
|---|---|---|---|---|
| 5/16/08 | Port | Ejection | **Meets** | Ejection of Cecil Cooper (2nd) for arguing play at plate and "insisting" he be thrown out of the game. No video of actual ejection, but professional demeanor shown by umpire Hernandez in what is available. |
| 5/27/08 | Port | Ejection | **Meets** | Ejection of Julio Lugo for arguing check-swing decision (no swing) from shortstop position after being warned to stop.   Ejection of Terry Francona for arguing Lugo's ejection and inappropriate comments. (Not all of Lugo shown on video). |
| 6/4/08 | Port | Equipment Violation | **Meets** | Equipment violation issued to Magglio Ordonez for throwing bat after being called out on strikes to end the inning. |
| 7/8/08 | Lepperd | Ejection | **Meets** | Ejection of Odalis Perez for arguing balk call.  Abusive language following ejection.  Had to be restrained. |



Hernandez, Angel
**Administrative**

# 2008 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Report Date: | **August 1, 2008** |
|---------|----------------------|--------------|--------------------|

## Adminstrative Evaluation Summary

| Date | Evaluated By | Administrative Type | Rating |
|------|--------------|---------------------|--------|

**NONE**

**CONFIDENTIAL**

# 2008 Mid-Season UIS Report

*Includes games through 7/15/2008.*

| Adjustments made for: (1) Pitches in dirt recorded as Strikes by UIS; (2) Extreme catcher reaches recorded as Strikes by UIS. |

*Confidential*



Umpire:  **Hernandez**

Overall Percentage:  **94.22%**          Adjusted Overall %:  **96.04%**

| | | | | | | | | | | | | Umpire Called STRIKE: UIS Recorded BALL UIS tracked pitch as... | | | | | | | | Umpire Called BALL: UIS Recorded STRIKE Umpire ruled pitch was... | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Location | Vis. | Home | Total Pitches | C | A | HB | N | % | Stance | Total Adj. | Missed Pitches | Adj.% | total | out | ave. inches outside | in | ave. inches inside | high | low | total | out | in | high | adj. low low | actual low | catcher infl. | Game Comments |
| 4/5/08 | Anaheim | TEX | LAA | 126 | 111 | 5 | 0 | 10 | 92.06% | SQ | 0 | 10 | 92.06% | 5 | 4 | 3.5 | 0 | 0.0 | 0 | 1 | 5 | 0 | 3 | 0 | 2 0 | 2 | 0 | Trends: Outside. % Meets. |
| 4/25/08 | Cleveland | NYY | CLE | 106 | 85 | 10 | 1 | 11 | 89.62% | SQ | 7 | 4 | 96.23% | 2 | 1 | 3.5 | 1 | 3.4 | 0 | 0 | 9 | 1 | 0 | 0 | 8 7 | 1 | 0 | Trends: None. % Exceeds. |
| 5/31/08 | Arizona | WSH | ARI | 110 | 91 | 10 | 1 | 9 | 91.82% | SQ | 2 | 7 | 93.64% | 6 | 6 | 3.4 | 0 | 0.0 | 0 | 0 | 3 | 0 | 1 | 0 | 2 2 | 0 | 0 | Trends: Outside. % Exceeds. |
| 6/4/08 | Oakland | DET | OAK | 158 | 134 | 18 | 0 | 6 | 96.20% | SQ | 2 | 4 | 97.47% | 2 | 2 | 3.5 | 0 | 0.0 | 0 | 0 | 4 | 1 | 0 | 0 | 3 2 | 1 | 0 | Trends: None. % Exceeds. |
| 6/13/08 | Houston | NYY | HOU | 157 | 148 | 7 | 0 | 2 | 98.73% | SQ | 1 | 1 | 99.36% | 0 | 0 | 0.0 | 0 | 0.0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 1 | 1 | 0 | Trends: None. % Exceeds. |
| | | | | 657 | 569 | 50 | 2 | 38 | 94.22% | | 12 | 26 | 96.04% | 15 | 3 2.8 Avg/Game | | 0.2 0.7 Avg/Game | | 0 | 1 | 23 | 2 | 4 | 0 | 3 2 1 Avg/Game | | 0 | |

# Samples:  5
Ave. # pitches missed per game:  5

**Trend (Tr) Codes:**
  **O:** Calling strikes on pitches outside the strike zone.
  **I:** Calling strikes on inside pitches.
  **L:** Not calling strikes on pitches low in the strike zone.
  **H:** Not calling strikes on pitches high in the strike zone.

**Percentage (%) Codes:**
  **E:** Exceeds Standard.
  **S:** Meets Standard.
  **B:** Below (Does Not Meet) Standard.

**Other Codes:**
  **HB:** High Buffer.  Number of pitches called strikes in the high buffer zone (N's) that were changed to A's.  The higher the number, the more aggressively the umpire is calling HIGH STRIKES.

  *actual low:* Number of low strikes missed.  The lower the number, the more accurately the umpire is calling LOW STRIKES.

**CONFIDENTIAL**

DEF015633

Personal and Confidential



# 2009 Mid-Season Evaluation Summary

| | | | | |
|---|---|---|---|---|
| Umpire: | **Hernandez, Angel** | | Date of Summary: | **July 15, 2009** |
| Total Games Observed Through 7/5/09: | **39** | Plate Games: **10** | Base Games: | **29** |

*Attached is your 2009 Mid-Season Evaluation Summary. This report contatins a summary of all Exceed Standard and Does Not Meet Standard ratings submitted by Observers through games of July 5, 2009. Summaries of Incorrect Calls, Situation Evaluations, and Administrative Evaluation reports submitted through July 5 are also included. The last page of this summary shows your 2009 ZE System statistics through games of July 5.*

## 2009 Game Observations Through July 5, 2009

| Date Observed | Observer | Position | Visitor | Home |
|---|---|---|---|---|
| 4/10/09 | Young | 2B | CHI | MIL |
| 4/11/09 | Young | 1B | CHI | MIL |
| 4/12/09 | Young | HP | CHI | MIL |
| 4/14/09 | Katzenmeier | 2B | STL | ARI |
| 4/15/09 | Katzenmeier | 1B | STL | ARI |
| 4/17/09 | Russell | HP | COL | LAD |
| 4/18/09 | Russell | 3B | COL | LAD |
| 4/19/09 | Russell | 2B | COL | LAD |
| 4/27/09 | Garcia | 1B | TEX | BAL |
| 4/28/09 | Garcia | HP | LAA | BAL |
| 4/29/09 | Garcia | 3B | LAA | BAL |
| 5/8/09 | O'Connor | 3B | TB | BOS |
| 5/9/09 | O'Connor | 2B | TB | BOS |
| 5/10/09 | O'Connor | 1B | TB | BOS |
| 5/12/09 | Springstead | HP | SD | CHI |
| 5/13/09 | Springstead | 3B | SD | CHI |
| 5/14/09 | Springstead | 2B | SD | CHI |
| 5/19/09 | McKean | 2B | TEX | DET |
| 5/20/09 | McKean | 1B | TEX | DET |
| 5/21/09 | McKean | HP | TEX | DET |
| 5/25/09 | Garcia | HP | TB | CLE |
| 5/26/09 | Garcia | 3B | TB | CLE |
| 5/27/09 | Garcia | 2B | TB | CLE |
| 5/28/09 | Garcia | 1B | TB | CLE |
| 6/5/09 | Malone | 2B | COL | STL |
| 6/6/09 | Malone | 1B | COL | STL |
| 6/7/09 | Malone | HP | COL | STL |
| 6/8/09 | Malone | 3B | COL | STL |
| 6/13/09 | Young | 1B | CWS | MIL |
| 6/14/09 | Young | HP | CWS | MIL |
| 6/23/09 | Garcia | HP | SD | SEA |
| 6/24/09 | Garcia | 3B | SD | SEA |
| 6/25/09 | Garcia | 2B | SD | SEA |
| 6/26/09 | Katzenmeier | 1B | LAA | ARI |
| 6/27/09 | Katzenmeier | HP | LAA | ARI |
| 6/28/09 | Katzenmeier | 3B | LAA | ARI |
| 7/3/09 | Christman | 3B | HOU | SF |
| 7/4/09 | Christman | 2B | HOU | SF |
| 7/5/09 | Christman | 1B | HOU | SF |



Hernandez, Angel
**Exceeds Standard**

## 2009 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | | Report Date: | **July 15, 2009** |
|---|---|---|---|---|

## Exceeds Standard Ratings

| Date of Game | Observer | Visitor | Home | Umpire's Position | Category | Rating |
|---|---|---|---|---|---|---|
| 5/8/09 | O'Connor | TB | BOS | 3B | Reactions to Development of Plays | Exceeds |

**Observer's Comments:** Bottom 6. 2 outs. Runner on 1st. 1-2 count. Boston's Ellsbury swung at and foul-tipped the pitch. The catcher, Hernandez, caught the ball very near the ground. Home Plate Umpire Bill Welke called the ball 'foul', ruling that it hit the ground before Hernandez caught it. Both the pitcher and catcher pointed to 3rd base Umpire Hernandez as if they were asking for an appeal. Umpire Hernandez was taking a couple steps toward the plate with his closed fist out to the side (indicating that the ball was caught). Umpire Welke then called Ellsbury 'out' ruling that the ball was caught. 3rd base coach Hale calmly approached Umpire Hernandez to discuss the play as Boston's manager Francona came out and questioned Umpire Welke. Umpire Hernandez and Hale remained very calm and composed as they talked about the play. It appeared as though Umpire Hernandez simply explained the protocol on such a situation. Umpire Hernandez handled the situation extremely well right from the start. As soon as the foul-tip occurred he put out his fist, attempting to assist Umpire Welke with the call. His mechanics were very clear, yet he did

| 5/25/09 | Garcia | TB | CLE | HP | Focus | Exceeds |
|---|---|---|---|---|---|---|

**Observer's Comments:** Very focused and showed consistent concentration throughout the game.There were over 400 pitches in this game and Angel did not go off his strike zone.GOOD JOB!!!!!Read Supervisors Comments!



## 2009 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Report Date: | **July 15, 2009** |
|---|---|---|---|

## Incorrect Calls Summary

| Date of Game | Observer | Visitor | Home | Type of Play | Umpire's Position | Status |
|---|---|---|---|---|---|---|
| 4/11/09 | Young | CHI | MIL | Force Plays | 1B | Incorrect |

**Observer's Comments:**   Back end of double play ruled safe incorrectly.

**DEF015646**



Hernandez, Angel
**Situation Evaluations**

# 2009 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Report Date: | **July 15, 2009** |
|---|---|---|---|

## Situation Evaluations

| Date | Evaluated By | Incident Type | Rating | Comment |
|---|---|---|---|---|
| 4/28/09 | Port | Ejection | **Meets** | Ejection of Dave Trembley for arguing balk call. Told umpire that the umpire would have to eject him, which the umpire did. Very solid self control and demeanor. |



## 2009 Mid-Season Evaluation Summary

| Umpire: | **Hernandez, Angel** | Report Date: | **July 15, 2009** |
|---|---|---|---|

## Adminstrative Evaluation Summary

| Date | Evaluated By | Administrative Type | Rating |
|---|---|---|---|

**NONE**

CONFIDENTIAL

# 2009 ZE System Mid-Season Evaluation

*Includes games through 7/5/2009.*

*Confidential*

| Adjustments made for: (1) Pitches in dirt recorded as Strikes by ZE System; (2) Extreme catcher reaches recorded as Strikes by ZE System; (3) High Buffer pitches. |
|---|

**Umpire:** Hernandez, Angel

**Overall Percentage:** 93.89%    **Adjusted Overall %:** 96.25%

| | | | | | | | | | | | **Umpire Called STRIKE: ZE Recorded BALL** ZE tracked pitch as... | | | | | | **Umpire Called BALL: ZE Recorded STRIKE** Umpire ruled pitch was... | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Location | Vis. | Home | Total Pitches | C | A | HB | N | % | Stance | Total Adj. | Missed Pitches | Adj.% | total | out | ave. inches outside | in | ave. inches inside | high | low | total | out | in | high | low | adj. low | actual low | catcher infl. | *(Started 5/1/09.)* LH Trend RH Trend | Game Comments *(See original scoresheet for complete game comments for each game.)* |
| 4/8/09 | Cincinnati | NYM | CIN | 222 | 198 | 11 | 0 | 13 | 94.14% | SQ | 4 | 9 | 95.95% | 4 | 4 | 3.6 | 0 | 0.0 | 0 | 1 | 8 | 5 | 0 | 1 | 3 | 1 | 2 | 3 | | Trends: Outside.  %: Exceeds.  3 pitches did not track (outside trac |
| 4/12/09 | Milwaukee | CHI | MIL | 190 | 177 | 5 | 0 | 8 | 95.79% | SQ | 1 | 7 | 96.32% | 1 | 1 | 6.9 | 0 | 0.0 | 0 | 0 | 7 | 2 | 0 | 4 | 0 | 0 | 0 | 1 | | Trends: High.  %: Exceeds. |
| 4/17/09 | Los Angeles Dodger | COL | LAD | 183 | 161 | 9 | 2 | 13 | 92.90% | SQ | 7 | 6 | 96.72% | 6 | 4 | 3.1 | 0 | 0.0 | 2 | 0 | 7 | 1 | 0 | 0 | 4 | 3 | 1 | 2 | | Trends: Outside.  %: Exceeds. |
| 4/28/09 | Baltimore | LAA | BAL | 171 | 151 | 8 | 0 | 12 | 92.98% | SQ | 2 | 10 | 94.15% | 7 | 5 | 4.4 | 2 | 4.2 | 0 | 0 | 5 | 1 | 0 | 2 | 1 | 1 | 0 | 1 | | Trends: Outside.  %: Exceeds. |
| 5/2/09 | Washington | STL | WSH | 112 | 100 | 4 | 0 | 8 | 92.86% | SQ | 0 | 8 | 92.86% | 6 | 6 | 4.3 | 1 | 4.1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | | Trends: Outside.  %: Exceeds. |
| 5/7/09 | New York Mets | PHI | NYM | 165 | 142 | 9 | 0 | 14 | 91.52% | SQ | 4 | 10 | 93.94% | 6 | 3 | 3.7 | 3 | 2.5 | 0 | 0 | 8 | 2 | 0 | 1 | 1 | 0 | 1 | 4 | | Trends: Outside.  %: Exceeds. |
| 5/12/09 | Chicago Cubs | SD | CHI | 166 | 145 | 6 | 0 | 15 | 90.96% | SQ | 3 | 12 | 92.77% | 8 | 7 | 3.9 | 1 | 4.2 | 0 | 0 | 7 | 0 | 3 | 0 | 1 | 0 | 1 | 3 | ✓ | Trends: Outside, Inside.  %: Exceeds.  All outside strikes were to l |
| 5/16/09 | Pittsburgh | COL | PIT | 146 | 129 | 7 | 1 | 10 | 93.15% | SQ | 8 | 2 | 98.63% | 2 | 1 | 4.7 | 0 | 0.0 | 1 | 0 | 8 | 0 | 0 | 1 | 5 | 5 | 0 | 2 | | Trends: None.  %: Exceeds.  Very good game; very good job on th |
| 5/21/09 | Detroit | TEX | DET | 143 | 131 | 8 | 0 | 4 | 97.20% | SQ | 2 | 2 | 98.60% | 0 | 0 | 0.0 | 0 | 0.0 | 0 | 0 | 4 | 0 | 0 | 2 | 0 | 0 | 0 | 1 | | Trends: None.  %: Exceeds.  Very good game.  Outstanding job on |
| 5/25/09 | Cleveland | TB | CLE | 237 | 210 | 12 | 2 | 15 | 93.67% | SQ | 7 | 8 | 96.62% | 4 | 0 | 0.0 | 1 | 3.0 | 3 | 0 | 11 | 0 | 2 | 3 | 5 | 4 | 1 | 1 | | Trends: High.  %: Exceeds. |
| 5/29/09 | New York Mets | FLA | NYM | 175 | 158 | 10 | 0 | 7 | 96.00% | SQ | 3 | 4 | 97.71% | 4 | 0 | 0.0 | 0 | 0.0 | 0 | 0 | 7 | 2 | 2 | 0 | 1 | 1 | 0 | 2 | | Trends: None.  %: Exceeds. |
| 6/3/09 | Toronto | LAA | TOR | 143 | 127 | 5 | 0 | 11 | 92.31% | SQ | 5 | 6 | 95.80% | 3 | 3 | 3.4 | 0 | 0.0 | 0 | 0 | 8 | 0 | 1 | 1 | 3 | 2 | 1 | 3 | | Trends: None.  %: Exceeds.  Pitches 71, 82, and 151 changed to |
| 6/7/09 | St. Louis | COL | STL | 146 | 130 | 9 | 1 | 7 | 95.21% | SQ | 2 | 5 | 96.58% | 5 | 2 | 2.6 | 0 | 0.0 | 1 | 2 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 3 | | Trends: None.  %: Exceeds.  1 pitch did not track for unknown reas |
| 6/10/09 | Washington | CIN | WSH | 199 | 174 | 12 | 8 | 13 | 93.47% | SQ | 9 | 4 | 97.99% | 10 | 2 | 4.4 | 2 | 4.4 | 0 | 8 | 3 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | | Trends: None.  %: Exceeds.  Pitches 80 and 158 changed to C.  1 |
| 6/14/09 | Milwaukee | CWS | MIL | 159 | 143 | 6 | 0 | 10 | 93.71% | SQ | 1 | 9 | 94.34% | 1 | 1 | 4.4 | 0 | 0.0 | 0 | 0 | 5 | 0 | 1 | 0 | 1 | 1 | 0 | 5 | | Game Trends: None.  %: Exceeds.  1 pitch did not track (outside tr |
| 6/23/09 | Seattle | SD | SEA | 146 | 126 | 9 | 2 | 10 | 93.15% | SQ | 8 | 2 | 98.79% | 3 | 1 | 2.2 | 0 | 0.0 | 2 | 0 | 7 | 0 | 1 | 0 | 1 | 1 | 0 | 5 | | Game Trends: None.  %: Exceeds.  Option Game.  29 called pitc |
| 6/27/09 | Arizona | LAA | ARI | 151 | 137 | 13 | 0 | 1 | 99.34% | SQ | 1 | 0 | 100.00% | 0 | 0 | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | Game Trends: None.  %: Exceeds. |
| 7/1/09 | Oakland | DET | OAK | 139 | 118 | 8 | 0 | 13 | 90.65% | SQ | 4 | 8 | 93.53% | 3 | 3 | 3.2 | 0 | 0.0 | 0 | 0 | 10 | 2 | 1 | 1 | 5 | 3 | 2 | 1 | | Game Trends: Outside.  %: Exceeds.  1 pitch did not track due to c |
| | | | | 3,012 | 2,677 | 151 | 16 | 184 | 93.89% | | 71 | 113 | 96.25% | 75 | | 3.0 Avg/Game | | 1.2 Avg/Game | 17 | 3 | 109 | 11 | 13 | 20 | | 2 | 1 Avg/Game | 34 | | |

# Samples: 18

Ave. # pitches missed per game: 6

High Index → -4

**LH Trend:** Trend observed in this game on left-handed batters. (Began tracking 5/1/09).

**RH Trend:** Trend observed in this game on right-handed batters. (Began tracking 5/1/09).

**HB:** High Buffer.  Number of pitches called strikes in the high buffer zone (N's) that were changed to A's.  The higher the number, the more aggressively the umpire is calling HIGH STRIKES.

**High Index:** Number of strikes in the high end of the zone that were called balls subtracted from the number of High Buffers called. The higher the number, the more aggressively the umpire is calling HIGH STRIKES.

**actual low:** Number of low strikes missed.  The lower the number, the more accurately the umpire is calling LOW STRIKES.

CONFIDENTIAL

DEF015649