Angel Hernandez - April 26, 2019

Page 64

```
 1    conversations, none of these individuals at any point
 2    in time told you that the reason why you were taken
 3    out of the World Series or not promoted to crew chief
 4    was because of your color, race or national origin,
 5    correct?
 6         A.    No.   That never came up.
 7               MR. MURPHY:   Neil, we've been going at it
 8         for an hour and 20.   Can we take a brief break?
 9               MR. ABRAMSON:   Sure.
10               MR. MURPHY:   Thank you, sir.
11               MR. ABRAMSON:   Off the record.
12               THE VIDEOGRAPHER:   Off the video record at
13         9:22 a.m.
14               (A recess was taken.)
15               THE VIDEOGRAPHER:   Back on the video
16         record at 9:31 a.m.
17         Q.    (By Mr. Abramson)   Mr. Hernandez, it's our
18    understanding that there were no chief openings in
19    2012.  Do you know whether that -- you agree with
20    that or not?
21         A.    I have -- I have no idea.
22         Q.    Okay.   Do you recall whether you applied
23    for a crew chief opening in 2012?
24         A.    I don't recall.
25         Q.    Do you recall the next time you applied
```

EXHIBIT 35

Angel Hernandez - April 26, 2019

```
1      for a chief opening?
2          A.    I don't, but I -- it was four times --
3          Q.    Four times.
4          A.    -- I think I -- yes, I applied for it.
5          Q.    Okay.  We believe -- and I'll ask you if
6      you know one way or the other.  We believe that you
7      again applied for a crew chief in 2013.  Does that
8      sound familiar?
9          A.    Okay.
10         Q.    Does it sound right to you or --
11         A.    Sure, okay.
12         Q.    Do you recall at that time the process for
13     crew chief selection?
14         A.    Do I -- did I know the process?
15         Q.    Yes.
16         A.    Same as from what I understood it was.
17         Q.    Okay.  Do you recall who was
18     involved -- all your -- withdrawn.
19     ███ █ ████████████████████████████
       █████████████████████████████████
       ███████████████ ██████████████ ████
       █████████████
       █ ████████████████████████████
       █████████████████████████████████
       ███████████████████
```

```
1        A.      They pick and choose.
2        Q.      Who -- who's the "they," do you know?
3        A.      Ring of supervisors/executives.
4        Q.      Was this something that you had -- that
5     you wanted to be active -- acting crew chief?
6        A.      You -- as an umpire, you work hard with
7     your years of service.  They -- they see -- they see
8     you perform, and they put you in charge of that, yes;
9     and that's something I guess you work for, yes.
10       Q.      Is there a compensation adjustment for
11    being active crew chief -- acting -- interim crew
12    chief?  I'm sorry.
13       A.      As well as crew chiefs, yes, as well as
14    the full-time contract that crew chiefs -- yes, it's
15    the same, same amount.
16       Q.      Okay.  Thank you.  I'm going to tell you
17    what we have as the record of you functioning as the
18    interim crew chief, and I want to see if this is
19    correct, okay.  We have you as an interim crew chief
20    for 21 days in 2011?
21       A.      I didn't know the number of days, but
22    I -- I believe you.
23       Q.      98 days in 2013?
24       A.      Okay.
25       Q.      Do you recall whether you were an interim
```

Angel Hernandez - April 26, 2019

Page 86

```
 1     crew chief in 2013?
 2          A.    Yes, yes.
 3          Q.    That you were interim crew chief in 2014?
 4          A.    Okay.
 5          Q.    Is that right?
 6          A.    Sounds right.
 7          Q.    In 2015, right?
 8          A.    Yes, sir.
 9          Q.    2016?
10          A.    Yes, sir.
11          Q.    Is there a -- is there a -- have you been
12     interim crew chief since 2016?
13          A.    Well, I was the number two guy.  When the
14     chief goes home for vacation, you just assume that
15     position.
16          Q.    Okay.
17          A.    So it could go way back.  I've never kept
18     track of number of days that I've been in that
19     position to run a crew.
20          Q.    Okay.
21          A.    The total number of days, I guess, over my
22     career.
23          Q.    And are your -- having been an interim
24     crew chief, would you say that your responsibilities
25     as crew chief are different than being on the crew --
```