EXHIBIT

143