Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

May 6, 2020

Adam M. Lupion
Member of the Firm
d +1.212.969.3358
f 212.969.2900
alupion@proskauer.com
www.proskauer.com

**VIA ECF AND FIRST CLASS MAIL**

Hon. Gabriel W. Gorenstein
Chief U.S. Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 6B
New York, New York 10007-1312

Re:   *Angel Hernandez v. The Office of the Commissioner of Baseball, et al.*
      18 Civ. 9035 (JPO) (GWG)

Dear Judge Gorenstein:

We represent Defendants The Office of the Commissioner of Baseball and MLB Baseball Blue, Inc. (together, "MLB") in the above-referenced matter. Pursuant to Section 2.B. of Your Honor's Individual Practices, we write to inform the Court that MLB's Motion to Compel Production (Doc. #136) is fully submitted. We identify below the documents filed by the parties in connection with MLB's Motion.

1. MLB's Letter Requesting Conference Pursuant to Rule 2.A (Doc. #136, 136-1 through 136-5), which the Court accepted as MLB's moving submission (*see* Doc. #143).

2. Plaintiff's Opposition to Motion to Compel Production (Doc. #145, 145-1 through 145-9).

3. MLB's Reply Memorandum in Further Support of Motion to Compel Production (Doc. #146).

4. Plaintiff's Sur-Reply in Further Opposition to Motion to Compel Production (Doc. #147, 147-1).

Respectfully submitted,

*Adam M. Lupion*
Adam M. Lupion

cc:   All Counsel (via ECF and electronic mail)