# Lewis DiBiasi Zaita & Higgins
### Attorneys at law

PAUL Z. LEWIS ✶ † ○
JOHN P. DI BIASI ◇ ✶ † ★
NICHOLAS J. ZAITA ✶ †
JOHN L. HIGGINS, III ✶
ANNE E. PENIX ✶ ○
MICHAEL E. AUERBACH ✶ †
ANTHONY J. MELON ✶ †

OF COUNSEL
GEORGE F. MACKEY ✶ †
ALYSE D. TERHUNE ✶ †

✶ NJ BAR
△ FL BAR
○ DC BAR
◇ PA BAR
† NY BAR
★ TX BAR

NEW JERSEY OFFICE
82 EAST ALLENDALE ROAD
SADDLE RIVER, N.J. 07458
(201) 934-9800
TELECOPIER: (201) 934-8681

NEW YORK OFFICE
420 LEXINGTON AVENUE
SUITE 300
NEW YORK, N.Y. 10107
(212) 772-0943

TEXAS OFFICE
1000 HERITAGE CENTER CIRCLE
AUSTIN, TX 78664
(512)865-4076

WWW.LDZHLAW.COM

REPLY TO: NJ

April 24, 2020

nzaita@ldzhlaw.com

**VIA ECF**
Hon. Gabriel W. Gorenstein
Chief U.S. Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Courtroom 6B
New York, NY 10007-1312

RE:   *Angel Hernandez v. The Office of The Commissioner Of Baseball, et al.*
      No. 18 Civ. 09035 (JPO) (GWG)

Dear Judge Gorenstein:

    We are co-counsel for Plaintiff Angel Hernandez in the above-captioned matter.  It is with great sadness that we inform the Court that Paul Z. Lewis, Managing Partner of our firm and an attorney of record on this matter, passed away on April 3, 2020.

    Attached please find a Proposed Order of Withdrawal of Mr. Lewis as an attorney of record from the matter and all electronic filings. Our firm and the undersigned continues to represent Mr. Hernandez in this matter.

Respectfully submitted,

*/s/ Nicholas J. Zaita*
Nicholas J. Zaita
LEWIS DIBIASI ZAITA & HIGGINS
*Attorney for Plaintiff*

cc: All Counsel (via ECF)