UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
ANGEL HERNANDEZ, :
: 18 Civ. 9035 (JPO) (GWG)
Plaintiff, :
:
-against- : ORDER
:
THE OFFICE OF THE COMMISSIONER OF :
BASEBALL AND MAJOR LEAGUE BASEBALL :
BLUE, INC., :
:
Defendants. :
---------------------------------------------------------------- x

     I hereby Order the Withdrawal as counsel of record for the Plaintiff Angel Hernandez, Paul Z. Lewis of the firm Lewis DiBiasi Zaita & Higgins. Mr. Lewis shall be removed from all Notices of Electronic Filings (NEF). All other counsel for the Plaintiff, including Nicholas J. Zaita of the same firm, remain of record.

Dated: May 14, 2020            **IT IS SO ORDERED:**

                                                  _____
                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge