# EXHIBIT E

```
 1              5/6/19 - M. McKendry
 2   side, we did a lot of interactions on ground
 3   rules and issues that come up at the ball park.
 4        Q.    Did anything that you did in the
 5   capacity as field operations department person
 6   relate to the evaluation of performance of
 7   umpires?
 8        A.    We would give feedback on how
 9   situations were handled on the field in the --
10   from the perception of the on-field operations
11   department.  And I did assist with some of the
12   logistics on sending out QuesTec information
13   which the umpires were graded on; that was their
14   strike zone system during that period.
15        Q.    Spell QuesTec for us.
16        A.    Q-U-E-S, capital T-E-C.
17        Q.    And you indicated that that was
18   something that the umpires were evaluated
19   against during that period?
20        A.    Yes.
21        Q.    And when did that change?
22        A.    We transitioned from QuesTec to
23   SportsVision I believe somewhere in the 2009
24   season or so.  But I'm not completely sure on
25   the dates.
```

EXHIBIT

4

```
 1                    5/6/19 - M. McKendry
 2        Q.     And did the SportsVision system at
 3   some point give way to another system?
 4        A.     It did.
 5        Q.     What was that?
 6        A.     That is the ZE system which we
 7   currently use for strike zone evaluation.
 8        Q.     And when did ZE go in to effect?
 9        A.     Again, I'm going to be estimating,
10   but I want to say that was like 2011 or so --
11   actually it was a little bit later, let me
12   correct myself.  I think that happened I want to
13   say 2015, something like that.
14        Q.     Why did Major League Baseball change
15   from the SportsVision system to the ZE system?
16        A.     You'll have to ask the folks on the
17   technical side.  I think it had to do with
18   technical improvements, but that would just be
19   speculation.
20        Q.     Who would those people be?
21        A.     I'm not sure specifically who you
22   should speak to, but I know Jason Gaedtke, who
23   runs our tech side now is probably the person
24   who would oversee all of that.
25        Q.     Do you know why Major League
```

5/6/19 - M. McKendry

**A.**   Yes.

Q.   And who does that analysis?

**A.   We have employees who work formerly at BAM, I don't know the specific name of the entity that they're under, I think they're under the Baseball Commissioner now, who are assigned to ZE to do analysis of.**

Q.   Do you know who any of those individuals are?

**A.   I do.**

Q.   Who are they?

**A.   Perry Pierce is the lead of that group.  Dan Goodman is our lead scorer and he has been with the group since the transition to SportsVision.  Scott Miller is another scorer who has been there several years, and Ed Zeine is also a scorer who has been there for several years.**

Q.   Can you spell Ed Zeine for me?

**A.   Z-E-I-N-E, I believe.**

Q.   Is the data that is considered by Mr. Pierce, Mr. Goodman, Mr. Miller, Mr. Zeine, the same underlying data that the public sees?

MR. LUPION:  Object to the form.

| 1 | 5/6/19 - M. McKendry |

BY MR. LANDEN:

2

3     **A.     Yes, the same underlying data.**

4         Q.    Do they have any additional

5  underlying data that they consider beyond that

6  which the public sees?

7     **A.     They have access to the centerfield**

8  **camera, which is just another tool that they use**

9  **to make sure that the lines are set properly;**

10 **that's not something that is pushed out to the**

11 **public.**

12        Q.    When you say, "that the lines are

13 set properly," what are you referring to?

14    **A.     The lines of the strike zone.**

15        Q.    Vertical, horizontal or both?

16    **A.     The vertical lines.**

17        Q.    And do the vertical lines change

18 with the respective batters going into the

19 batter's box?

20    **A.     They do.**

21        Q.    Who makes the assessment as to the

22 appropriate location for the vertical lines of

23 the strike zone in regard to the position that

24 is reflected in what the public sees?

25    **A.     There is an algorithm in the system**

5/6/19 - M. McKendry

that when the ball is halfway to home plate

based on a certain number of plate appearances

prior for the individual that's at bat, then it

will set a default strike zone size, and then

that will be what is seen on the information

that's pushed out in that raw data.

     Q.    So it's your testimony then that

that occurs when the ball was half way to the

plate?

     A.    Yes.

     Q.    So does it change from pitch to

pitch?

     A.    Yes.

     Q.    And is that based on the stance or

position of the batter?

     A.    Yes.

     Q.    Who or what is measuring the stance

of the batter to make the adjustment from pitch

to pitch?

     A.    The stance -- I'm not sure, I was

trying to think if I knew for sure and I do not.

     Q.    Do you know who is in charge of

that?

     A.    I think Perry Pierce and that group

```
 1                5/6/19 - M. McKendry

 2    would be able to answer your technical questions

 3    on that.

 4         Q.    In terms of that which is available

 5    to the public directly from Major League

 6    Baseball sources, does it reflect the adjustment

 7    in the vertical aspect of the strike zone on

 8    each pitch?

 9              MR. LUPION:  Objection.

10              You can answer.

11    BY MR. LANDEN:

12         A.    No, it does not.

13         Q.    O.K.

14              Why not?

15         A.    To have -- it takes us an additional

16    screening process that could not be done

17    instantaneously to verify that -- the heights of

18    those marks.

19         Q.    O.K., so the data that is

20    determining the vertical aspect of the strike

21    zone is determined when the ball is halfway in

22    its flight to the plate?

23         A.    That's correct.

24         Q.    That data is gathered, but not

25    applied until some later point in time, correct?
```

1          5/6/19 - M. McKendry

2     A.     **For evaluation purposes, yes.**

3     Q.     When is that evaluation -- excuse

4  me, when is the data gathered for purposes of

5  evaluations?

6     A.     **After the game, there's a post game**

7  **auditing process that happens overnight.  And**

8  **then the lines are adjusted as each pitch is**

9  **reviewed, each called pitch.  And then the**

10 **following morning, our scorers will go through**

11 **each one of those games and look through with**

12 **focus on anything that is an incorrect lead call**

13 **pitch or a -- anything where there's question on**

14 **the tracking, et cetera, they'll review those**

15 **pitches before we release any information out to**

16 **the umpires.**

17    Q.     Is that process explained to the

18 umpires?

19    A.     **Yes, it has been explained to the**

20 **umpires many times.**

21    Q.     By whom?

22    A.     **Various people including myself.**

23    Q.     When by you?

24    A.     **The last time that I explained it to**

25 **the umpires was at their annual meeting in**

2  January of 2019.

3        Q.    And is it your understanding that

4  the public is aware of the change in the strike

5  zone from pitch to pitch for evaluation

6  purposes?

7             MR. LUPION:  Objection.

8  BY MR. LANDEN:

9        A.    I'm not sure if the public is aware.

10       Q.    Do you have any reason to believe

11  that Major League Baseball or the Office of the

12  Commissioner has disseminated that information

13  to the public that the strike zone changes from

14  pitch to pitch for evaluation purposes?

15       A.    Any time that -- well, I can't say

16  for sure every time, but when a representative

17  of the Commissioner's office speaks to a media

18  member regarding the strike zone and how it's

19  used for evaluation purposes, they will explain

20  the additional auditing piece that goes into it.

21  I know that The Commissioner has on instances.

22  I know that Peter Woodfork has.  I know that

23  anyone who is involved with the strike zone

24  system has mentioned that.

25       Q.    O.K., when did The Commissioner do

```
 1                    5/6/19 - M. McKendry
 2    that?
 3          A.     I'm not sure of specific dates.
 4          Q.     To whom did The Commissioner do
 5    that?
 6          A.     I'm not sure of the specific people.
 7          Q.     Under what circumstances did The
 8    Commissioner do that?
 9          A.     Normally when the strike zone comes
10    up during his conversations with media members
11    at the beginning of each season, he'll travel
12    around and go on a bunch of television
13    broadcasts and he will speak to the on-air
14    personality and answer whatever questions they
15    ask.  The strike zone tends to be a topic that
16    comes up, and he will speak in generalities
17    based on the information about the strike zone.
18          Q.     What about Mr. Woodfork and under
19    what circumstances did he provide that
20    information to the public?
21          A.     Again, I'm not sure of specific
22    instances, but I know it has been a topic when
23    he has spoken to the media.
24          Q.     Are you aware of any other personnel
25    who have provided that information to the public
```

1                    5/6/19 - M. McKendry

2    or the media other than The Commissioner or Mr.

3    Woodfork?

4         A.    Off the top of my head, the only

5    other people who were in that position where

6    they would speak about stuff like that would be

7    the -- whoever was in charge of the umpires at

8    that point, but I don't know if -- I don't know

9    specific instances for any of those folks.

10        Q.    You believe that it occurred but you

11   don't know --

12        A.    Correct.

13        Q.    -- with who or when?

14        A.    Correct.

15        Q.    Now in terms of the horizontals,

16   side-to-side --

17        A.    Yes.

18        Q.    -- aspect of the strike zone, is

19   that fixed?

20        A.    Yes, that is set based on the width

21   of home place plate.

22        Q.    And is that modified or considered

23   in any different light other than the vertical

24   aspect that the public sees when the data is

25   initially disseminated to them?

5/6/19 - M. McKendry

1

2      A.      **There is a two-inch buffer placed on**
3  **either side to cover any error in the tracking.**
4      Q.      What do you mean by a two-inch
5  buffer?
6      A.      **Umpires are -- if a ball is measured**
7  **to be within a two-inch buffer on either side of**
8  **home plate, they are given credit for that --**
9  **that is called an acceptable pitch.**
10     Q.      And what's the basis for the
11 two-inch margin?
12     A.      **It was -- I believe, and I'm not 100**
13 **percent confident because I was not involved in**
14 **the process at this point, but I believe it is**
15 **based off of what the error rate was when they**
16 **instituted the system.**
17     Q.      So when the system was instituted,
18 was it your understanding that it was only
19 accurate to within 2 inches?
20             MR. LUPION:  Object to the form.
21     A.      **I don't know the specific error rate**
22 **that was within the system.**
23     Q.      Who would know that information?
24     A.      **I'm not sure.**
25     Q.      Is any of the information about the

```
 1                      5/6/19 - M. McKendry
 2   -- let me rephrase.
 3              In terms of the tracking of the
 4   baseball, and whether it intersects the strike
 5   zone, at what point is the strike zone measured?
 6   To clarify, front of the plate, middle of the
 7   plate, back of the plate or three-dimensional
 8   shape.
 9        A.    If the baseball is within the strike
10   zone at any point over the width of the plate,
11   of the span of the plate, it is measured as a
12   strike.
13        Q.    And the box that is visually
14   portrayed and video representations of the
15   plate, is that portrayed on the basis of the
16   front of the plate, the middle of the plate, the
17   back of the plate or something else?
18              MR. LUPION:  Objection.
19   BY MR. LANDEN:
20        A.    My understanding is that visual
21   square that's on most telecasts is at the front
22   of the plate, but I am not sure.
23        Q.    What about the one supplied by Major
24   League Baseball itself?
25              MR. LUPION:  Objection.
```

1                5/6/19 - M. McKendry

2  BY MR. LANDEN:

3        **A.     The graphic is -- the graphic is**

4  **dependent on the end user of the product, they**

5  **create a graphic which works within their**

6  **broadcast, but the information that's supplied**

7  **is uniform from the Commissioner's office.**

8        Q.   Do you the television networks that

9  disseminate images of the games have their own

10  tracking system or are they using Major League

11  Baseball's?

12            MR. LUPION:  Objection.

13        **A.     They current -- all of the**

14  **information that is put out currently on strike**

15  **zone information is from the Major League**

16  **Baseball data feed.**

17        Q.   And you qualified your answer by

18  saying "currently."

19            When, if at any point, did that

20  change?

21        **A.     I do not know specifically when it**

22  **did change, but I know there were multiple pitch**

23  **tracking systems previously.**

24        Q.   And what were those?

25        **A.     I do not know the names of the**

1          **5/6/19 - M. McKendry**

2          Q.    You've already explained how the ZE

3    system works in terms of balls and strikes.

4          Is there a -- let's put it this way:

5    Can you describe in simple terms what data is

6    gathered to feed into the SURE system?

7          **A.    The SURE system is based off of**

8    **logging of games, as they go on. So anything**

9    **that is defined as a close play is marked and**

10   **filtered into a bucket of plays that are**

11   **evaluated for each individual umpire for every**

12   **game.**

13         Q.    Who makes the decision about whether

14   it's close?

15         **A.    Raquel oversees that process right**

16   **now.**

17         Q.    Who oversaw it before?

18         **A.    Steve Mara oversaw that process**

19   **prior to her.**

20         Q.    When did he transition out and she

21   transition in?

22         **A.    When I got the position as director**

23   **of umpire operations or umpire administration at**

24   **the time, Steve transitioned in to my previous**

25   **role in the on-field operations department and**

```
1                    5/6/19 ~ M. McKendry
2    BY MR. LANDEN:
3           A.     He has a similar set up to
4    Mr. Marsh.
5           Q.     Does Mr. Rieker have an office
6    dedicated to his use at the headquarters on Park
7    Avenue?
8           A.     No, he does not.
9           Q.     Does Mr. Letendre have an office
10   dedicated to his use at Park Avenue?
11          A.     No, he does not.
12          Q.     Where does Mr. Letendre typically
13   perform his duties?
14                 MR. LUPION:  Object to the form.
15          A.     Again, various locations depending
16   on the function of his work.
17          Q.     What individual or individuals are
18   charged with the responsibility of making the
19   adjustments to the balls and strikes during the
20   overnight period that you've previously
21   described?
22                 MR. LUPION:  Object to the form.
23          A.     Are you speaking about the ZE
24   system?
25          Q.     Yes.
```

```
 1                      5/6/19 - M. McKendry
 2                 Let me try to clarify the
 3     question --
 4          A.    Yes.
 5          Q.    -- if I may.
 6                 And again, couple of lead-ins to
 7     make sure we're talking about the same thing.
 8                 It's my understanding that the raw
 9     information comes out of the ZE system and
10     somebody reviews that, right?
11          A.    That's correct.
12          Q.    And after taking in to consideration
13     the two-inch buffer that you previously
14     described, somebody makes a determination as to
15     what pitches are considered acceptable from a
16     balls-and-strikes standpoint?
17          A.    That's correct.
18          Q.    Who are the individuals who perform
19     that function in the 2019 season moving
20     backwards?
21          A.    I do not -- I do not know the
22     specific names of those individuals who do the
23     initial overnight auditing process.
24          Q.    Where are they located?
25          A.    I am not sure specifically where
```

1           5/6/19 - M. McKendry

2   **they are located when they perform their duties.**

3       Q.    Where is the data housed?  And I

4   recognize in the world that involves pod

5   computing, et cetera, that that could be an

6   amorphous concept, but is there a central data

7   bank or data storage facility at which that

8   information is compiled?

9       **A.    I have no idea.**

10      Q.    So you don't know who they are and

11  you don't know where they do it?

12          MR. LUPION:  Object to the form.

13  BY MR. LANDEN:

14      **A.    No, I do not.**

15      Q.    O.K.

16          Who would know who they are and

17  where they do it?

18          MR. LUPION:  Object to the form.

19      **A.    Someone who is on the technical side**

20  **of the ZE system would have a better idea of**

21  **specific names and locations of information.**

22      Q.    Do you know whether or not the

23  people who make that assessment work for the

24  Office of The Commissioner?

25          MR. LUPION:  Object to the form.

1        5/6/19 - M. McKendry

2        **A.     That is my understanding.**

3        Q.     Do you know who came up with the

4   idea of it being a two-inch buffer around the

5   strike zone?

6             MR. LUPION:  Object to the form.

7        **A.     I do not.**

8        Q.     I'm trying to find a way to state it

9   generically.

10            You describe a two-inch is buffer,

11  what's the right word for that?  I just want to

12  have a common source of reference.

13       **A.     Buffer is the terminology that we**

14  **use.**

15       Q.     So, how long has the two-inch buffer

16  been in existence?

17       **A.     Since I've started in the umpiring**

18  **department in 2012, we have had the two-inch**

19  **buffer.**

20       Q.     And to make sure I'm understanding

21  correctly, is the two-inch buffer on the

22  vertical up and down aspect of the play, side to

23  side of the play or both?

24            MR. LUPION:  Object to the form, you

25       can answer.

1         5/6/19 - M. McKendry

2    BY MR. LANDEN:

3         A.    The two-inch buffer as discussed is

4    on the outer edges of the plate, it is also on

5    the top of the strike zone, and there is a

6    buffer on the bottom of the strike zone as well.

7         Q.    O.K., and is the buffer on the

8    bottom of the strike zone different from the

9    buffer at the top of the strike zone?

10        A.    It is.

11        Q.    What is it?

12        A.    There is an inch and a half space at

13   the bottom of the strike zone where if the ball

14   hits that bottom portion of the strike zone, and

15   does not remain within the strike zone for the

16   entirety of the play, then -- and the umpire

17   calls that pitch a ball, it is considered an

18   acceptable pitch.

19        Q.    In the aspects of the data about

20   balls and strikes that are disseminated to the

21   public by MLB, there is routinely a circle

22   located on a graphic to indicate the location of

23   the pitch, right?

24              MR. LUPION:  Object to the form.

25        A.    Which system are we talking about?

```
1                    5/6/19 - M. McKendry
2           Q.    O.K., let's start with ZE --
3           A.    O.K.
4           Q.    -- and work our way backwards if we
5      need to make sure that we're clear on this.
6                 The 2 inches top and sides and the
7      one-and-a-half inches at the bottom, is that
8      applied to the data gathered by the ZE system?
9           A.    That is included in the ZE system,
10     yes.
11          Q.    O.K.
12                So it's not -- let me see if I
13     understand correctly.
14                It's not that the ZE system data
15     comes in and then someone as a human agent has
16     to go around and try to figure out if at all it
17     failed to reach the strike zone as calculated by
18     the ZE system if it was within two inches of
19     doing so; rather, if I understand you correctly,
20     the ZE system itself makes the determination as
21     to whether it was within 2 inches of the
22     vertical or horizontal axes of the strike zone
23     as defined by the ZE system?
24                MR. LUPION:  I'm just going to
25           interpose an objection, compound question.
```

```
 1                      5/6/19 - M. McKendry

 2         It was a long question so I'm going to ask

 3         for a read back, please.

 4             MR. LANDEN:  Actually recognizing

 5         your point, let me try to break that in to

 6         pieces to avoid that.

 7             MR. LUPION:  So you're going to

 8         withdraw that question?

 9             MR. LANDEN:  I will withdraw that

10         question and instead pose the following

11         series of questions.

12   BY MR. LANDEN:

13         Q.   Does the ZE system itself include a

14   determination as to whether a given pitch is a

15   ball or strike?

16         A.   It does.

17         Q.   Does the ZE system indicate in its

18   output that a pitch is a strike if it touches;

19   that is, the circumference of the ball, touches

20   the vertical axis of the plate between the upper

21   and lower limits of the strike zone?

22         A.   It does.

23         Q.   Does it also indicate that a ball is

24   -- excuse me -- that the pitch -- let me

25   rephrase.
```

```
 1                5/6/19 - M. McKendry

 2              Does it also indicate that the pitch

 3     is a strike if the circumference of the ball

 4     intersects with an area 2 inches on either side

 5     of the plate?

 6         A.     It does not.

 7         Q.     Who makes the determination as to

 8     whether that was a strike or a ball if it went

 9     within 2 inches of either side of the plate?

10              MR. LUPION:  Object, object to the

11          form.  At what point in time?

12              MR. LANDEN:  Well, at any point in

13          time, if there's a  --

14     BY MR. LANDEN:

15         Q.     Let me clarify.

16              The umpire himself makes a

17     determination as to whether it is a ball or

18     strike?

19         A.     That is correct.

20         Q.     On the field?

21         A.     That is correct.

22         Q.     For purposes of the output that is

23     provided to media sources and the public by MLB,

24     who or what makes a determination as to whether

25     a pitch that's within 2 inches of the vertical
```

```
 1                    5/6/19 - M. McKendry
 2    axes of the plate will be indicated as a ball or
 3    strike?
 4             MR. LUPION:  Object to the form.
 5    BY MR. LANDEN:
 6         A.    I'm a little confused based on that
 7    question or where specifically you're looking
 8    for me to answer.  Like, what part of the
 9    process are you looking for an answer from know?
10         Q.    There's a pitch has been thrown, the
11    pitch was off the plate conventionally viewed
12    and that it did not intersect the vertical axes
13    of the plate.
14         A.    O.K.
15         Q.    Instead it was, let's say,
16    one-and-a- half inches inside.
17         A.    O.K.
18         Q.    A visual representation goes out
19    through various MLB media indicating the
20    location of the pitch, right?
21         A.    Correct.
22         Q.    And it shows it as being inside or
23    outside a rectangular box that is represented in
24    those media as the strike zone, correct?
25         A.    That's correct.
```

**5/6/19 - M. McKendry**

1

2    Q.    Does the box itself take in to

3    account the 2 inches that you have described

4    such that it would -- that the pitch would be

5    indicated visually in those exported media as

6    being inside the strike zone?

7              MR. LUPION:   I'm going to object, I

8         don't understand the question, so...

9         **A.    I understand this one.**

10        **It does not.**

11   Q.    So the box that's visually

12   represented in what MLB disseminates as data --

13        **A.    Yes.**

14   Q.    -- is based on the actual limits of

15   the strike zone from side to side and from top

16   to bottom?

17        **A.    That's correct.**

18   Q.    The pitch that therefor is indicated

19   in the visual media that are disseminated by

20   Major League Baseball in realtime would therefor

21   show a pitch that is an inch and a half inside

22   or outside as outside the rectangle, right?

23        **A.    That's correct.**

24   Q.    That would be considered a strike by

25   Major League Baseball or not?

```
 1                    5/6/19 - M. McKendry
 2              MR. LUPION:  Object to the form.
 3         A.    Considered -- my question is
 4    considered when?  Like again, I'm not -- I'm not
 5    sure -- did the umpire call it a strike?
 6         Q.    Let's go through each of the
 7    permutations.
 8         A.    O.K.
 9         Q.    The umpire has said ball?
10         A.    O.K.
11         Q.    Is at the moment that the umpire
12    said ball, as it was an inch and a half outside
13    of the rectangle from side to side, does Major
14    League Baseball consider the call to have been
15    incorrect?
16         A.    No.  If the pitch was an inch and a
17    half outside of the strike zone, and it was
18    measured as an inch and a half outside of strike
19    zone in the auditing process, it would be marked
20    as a correct call if the umpire called it a
21    ball.
22         Q.    If, same scenario --
23         A.    Yup.
24         Q.    -- the pitch has been made, it is an
25    inch and a half outside the strike zone as
```

```
 1              5/6/19 - M. McKendry
 2   defined by the vertical axes of the play --
 3        A.     Yup.
 4        Q.     -- and the umpires called it a
 5   strike, does Major League Baseball consider that
 6   an appropriate call?
 7              MR. LUPION:  I'm going to interpose
 8         an objection, when?
 9              MR. LANDEN:  Let's start with ever.
10   BY MR. LANDEN:
11        A.     Following the auditing process, if a
12   pitch measured an inch and a half off the strike
13   zone inside or outside, it would be in the
14   buffer and it would be considered an acceptable
15   pitch.
16        Q.     When you use the term, "Acceptable,"
17   there, do I understand correctly, that the
18   umpire's judgment that this should be considered
19   a strike is upheld, but it would also be upheld
20   and considered appropriate if the umpire had
21   called it a ball?
22              MR. LUPION:  Objection.
23   BY MR. LANDEN:
24        A.     That is correct, if it was called a
25   ball, it -- he would get it correct.  If it was
```

```
 1                    5/6/19 - M. McKendry
 2    called a strike, he would get an acceptable.
 3         Q.    Who, if anyone -- let me rephrase.
 4              Who made the decision that it is an
 5    inch and a half from the bottom of the strike
 6    zone?
 7         A.    I do not know.
 8         Q.    When was that decision made?
 9         A.    I do not know.
10         Q.    Has it been that way since you got
11    in to your current position in 2012?
12         A.    Yes, that is my understanding.
13         Q.    In terms of the visual
14    representation of where pitches are located that
15    is disseminated by Major League Baseball in
16    realtime; realtime being defined as within a
17    second or two of throwing the pitch, there's a
18    slight lag, right?
19         A.    Correct.
20         Q.    But within a second or two,
21    something appears in the media disseminated by
22    Major League Baseball indicating the location of
23    the pitch?
24         A.    The graphics depicted on broadcast,
25    et cetera.
```

1                5/6/19 - M. McKendry

2    somewhere in between?

3        A.    I do not specifically, no.

4        Q.    Who would know that?

5        A.    I would be guessing but --

6              MR. LUPION:  Don't guess.

7        A.    O.K., yes.

8        Q.    To whom would you require if you

9    wanted to know the answer to that question?

10       A.    I would ask Perry Pierce.

11       Q.    How long is the data stored

12   regarding the results of the raw data

13   observations on the ZE system?

14       A.    I do not know.

15       Q.    Where is it kept?

16       A.    I do not know.

17       Q.    Is it kept?

18       A.    I do not know.

19       Q.    Looking at the earlier systems and

20   immediately before the ZE system, is that data

21   maintained today?

22             MR. LUPION:  Object to the form.

23       A.    I'm not sure.

24       Q.    Let's move back in time.  We're

25   before ZE now?

```
 1                   5/6/19 - M. McKendry
 2        A.    O.K.
 3        Q.    O.K.
 4              I've asked you a series of questions
 5   about how ZE measures the strike zone.
 6        A.    O.K.
 7        Q.    Did QuesTec measure the strike zone
 8   in a similar way?
 9              MR. LUPION:  Object to the form.
10        A.    ZE is a radar based system and
11   QuesTec was a camera based system.
12        Q.    Did -- I think you said it was
13   SportsVision was the one in between?
14        A.    In between, yes.
15        Q.    Was it radar or was it camera?
16        A.    Camera based.
17        Q.    Did it measure -- let me do these in
18   pieces.
19              Did the SportsVision system also
20   generate a visual representation as the location
21   of a pitch relative to the streak zone similar
22   to the way ZE does?
23              MR. LUPION:  Object to the form.
24        A.    Could you -- could you rephrase
25   that?
```

1          5/6/19 - M. McKendry

2     Q.   O.K., let me break it in pieces.

3          We already established that ZE has a

4    rectangle?

5     A.   Yup.

6     Q.   And it generates --

7     A.   Yes.

8     Q.   -- a circle showing the location of

9    each pitch?

10    A.   Yes.

11         MR. LUPION:  Let him finish before

12     you nod or give a verbal yes.

13    Q.   Now, did the SportsVision system

14   also generate a visual representation in the

15   form of a circle as to the location of a pitch

16   in relation to the strike zone?

17    A.   **There was a graphical representation**

18   **of where the pitch was in relation to the strike**

19   **zone in the SportsVision system.**

20    Q.   The manner in which it was derived

21   was based on cameras rather than radar, right?

22    A.   **That is correct.**

23    Q.   But the output, the visual output

24   was also a circle indicating the location of the

25   pitch relative to the strike zone, right?

```
 1                    5/6/19 - M. McKendry
 2        A.    That is correct.
 3        Q.    Having gone back, QuesTec was a
 4   predecessor product, it too, was trying a visual
 5   graphical representation of the location of the
 6   pitch, right?
 7        A.    That's correct.
 8        Q.    It like SportsVision, and unlike ZE,
 9   was based on a camera system, right?
10        A.    That's correct.
11        Q.    It also provided an output showing
12   the location of the pitch relative to the strike
13   zone, right?
14        A.    That's correct.
15        Q.    Was there any change in the manner
16   in which the output from those three systems was
17   reported to the public when the transition from
18   one system to the other took place?
19             MR. LUPION:  Object to the form.
20             Can we take -- we're talking about three
21             different systems and you're talking about
22             transition so --
23             MR. LANDEN:  We'll do one at a time.
24   BY MR. LANDEN:
25        Q.    When it changed from QuesTec to
```

```
 1                    5/6/19 - M. McKendry
 2    BY MR. LANDEN:
 3         A.    I am not aware.
 4         Q.    In terms of the ZE outputs, again,
 5    just trying to make sure we're in the same time
 6    frame again, we're in the ZE period.
 7         A.    O.K.
 8         Q.    Is any disclosure made to any media
 9    outlets that a given pitch was considered
10    acceptable by Major League Baseball that had
11    been graphically represented as being outside
12    the strike zone?
13              MR. LUPION:  Object to the form.
14         A.    No.
15         Q.    Why not?
16         A.    I think that's covered in our
17    Collective Bargaining Agreement on what we're
18    disclosing about pitch locations and
19    correctness.
20         Q.    Do the players know?
21              MR. LUPION:  Object to the form, do
22         the players know what?
23              MR. LANDEN:  I'll rephrase to
24         clarify.
25    BY MR. LANDEN:
```

1          5/6/19 - M. McKendry

2     Q.    Has MLB disclosed to the players

3 that a pitch that is within 2 inches of the

4 strike zone will be considered acceptable if it

5 is called a strike?

6     **A.    I do not specifically know how that**

7 **has been disseminated to the players.**

8     Q.    Do you know that it has been

9 disseminated to the players?

10    **A.    I do not specifically know if that**

11 **and when that has been disseminated to the**

12 **players.**

13    Q.    Who, if anyone, would know if that

14 has ever been disseminated to the players?

15    **A.    I would ask Peter Woodfork if I was**

16 **going to ask anyone.**

17    Q.    Has it been disclosed to managers

18 and coaches of the various teams that

19 participate in the Major League Baseball, that

20 the pitch that is within 2 inches of the either

21 side or the top of the strike zone will be

22 considered an acceptable pitch?

23    **A.    I believe it has been.**

24    Q.    When?

25    **A.    Each spring we hold meetings with**

```
 1              5/6/19 - M. McKendry
 2    Major League coaching staffs and I believe it is
 3    one of the talking points in those meetings, but
 4    I'm not 100 percent sure.
 5         Q.    Who presents the information that
 6    you're referring to at the spring meetings?
 7         A.    Which year?
 8               MR. LUPION:   The witness --
 9         A.    Which year?
10         Q.    Let's start with this year.
11         A.    This past year, those meetings were
12    handled by Peter Woodfork, Joe Torre, Chris
13    Young, and occasionally, representative, other
14    representatives from the umpires or directors or
15    supervisors depending on the location.
16         Q.    Do you have any reason to believe
17    that it was discussed at the spring meeting this
18    year; that is, the two-inch buffer?
19         A.    I believe -- I believe it was, but
20    I'm not 100 percent confident of the agenda for
21    those meetings.
22         Q.    Just make sure that we're complete.
23               Do you have reason to believe that
24    the one-and-a-half inch buffer at the bottom of
25    the strike zone has been disclosed to the
```

5/6/19 - M. McKendry

players?

MR. LUPION: Object to the form.

**A.      I believe it has been, but I am not**
**100 percent sure on time and place and a method**
**with which it was disseminated.**

Q.      Is it your understanding that the
one-and-a-half inch buffer at the bottom of the
strike zone has been disclosed to the players --
excuse me -- to the managers and coaches of the
various baseball teams?

**A.      I believe that it has been, but**
**again, I don't know specifically when.**

Q.      Prior to 2019, who if anyone do you
believe or understand -- strike that.

Prior to 2019, who disseminated
information about the two-inch buffer or the
one-and-a-half-inch buffer to the managers and
coaches?

MR. LUPION: Object to the form.

You can answer.

BY MR. LANDEN:

**A.      Again, it would depend on who**
**communicated with those groups and when they**
**communicated with those groups.**

```
1                       5/6/19 - M. McKendry
2            Q.    Before 2019, who if anyone disclosed
3     information about the two-inch buffer or the
4     one-and-a-half-inch buffer to the players or
5     representatives of the players?
6                 MR. LUPION:  Object to the form.
7            A.    Again, it would depend on what
8     conversations were being had, when they were
9     being had and who was the representative at the
10    Commissioner's office at that time.
11           Q.    Do you have any reason to believe
12    that information about the two-inch buffer was
13    disclosed to representatives of Major League
14    Baseball Players Association?
15           A.    I believe it was, but I cannot
16    verify that, either the time or the specific
17    instance.
18           Q.    Do you know -- let me rephrase.
19                 Was the one-and-a-half-inch buffer
20    disclosed to the Major League Baseball Players
21    Association at any point in time?
22           A.    Again, I believe it was, but I don't
23    know a specific time or place.
24           Q.    Was the two-inch buffer disclosed to
25    the media at any point in time?
```

1      5/6/19 - M. McKendry

2  **A.  I believe it has been, but again, I**

3 **don't know the specific time or method for it.**

4  Q.  Has the one-and-a-half-inch buffer

5 been disclosed to the media at any point in

6 time?

7  **A.  I believe it has been; I'm not sure**

8 **when or how it was disseminated.**

9  Q.  Has the two-inch buffer ever been

10 disclosed to the public directly through any MLB

11 communication outlets?

12    MR. LUPION:  Object to the form.

13  **A.  I do not know.**

14  Q.  Has the one-and-a-half-inch buffer

15 been disclosed to the public for any MLB

16 communication outlets?

17  **A.  I do not know.**

18  Q.  Is the existence of the two-inch

19 buffer or the one-and-a-half-inch -- let me

20 rephrase.

21    Is the existence of a two-inch

22 buffer a secret?

23  **A.  No.**

24    MR. LUPION:  Object to the form.

25  **A.  No.**

```
 1                  5/6/19 - M. McKendry
 2         Q.    Is the existence of the
 3    one-and-a-half-inch buffer a secret?
 4              MR. LUPION:  Objection.
 5         A.    No.
 6         Q.    Are there any restrictions on the
 7    ability of anyone affiliated or associated with
 8    Major League Baseball to describe or discuss the
 9    two-inch buffer?
10              MR. LUPION:  Object to the form.
11         A.    I do not believe so but I'm not
12    sure.
13         Q.    Is there any contractual limitation
14    placed on media outlets relating to their
15    ability to disclose the existence of the
16    two-inch buffer?
17              MR. LUPION:  Object to the form.
18         A.    I don't know.
19         Q.    Is there any restriction on the
20    ability of media outlets to describe or discuss
21    one-and-a-half-inch buffer?
22         A.    I do not know.
23              MR. LANDEN:  We are going to take a
24    lunch break at this point.
25              THE VIDEOGRAPHER: Going off camera,
```

```
 1                    5/6/19 - M. McKendry
 2              AFTERNOON SESSION, 1:07 P.M.
 3
 4              THE VIDEOGRAPHER:  One moment.
 5              We're back on camera, the time is
 6         1:07.
 7
 8   MATTHEW McKENDRY, resumed the stand and
 9         testified further as follows:
10
11   EXAMINATION - CONTINUED
12   BY MR. LANDEN:
13         Q.   Sir, in your testimony before the
14   lunch break, you had been describing that there
15   are certain pitches that are deemed acceptable,
16   yes?
17         A.   Yes.
18         Q.   And those are indicated to be
19   acceptable not in realtime but shortly
20   thereafter?
21              MR. LUPION:  Object to the form of
22         the question.
23         A.   I --
24              MR. LUPION:  I think -- I don't want
25         to speak, but I think it depends on what
```

```
 1              5/6/19 - M. McKendry
 2         the umpire called.
 3              MR. LANDEN:  That's fine as a matter
 4         of clarification.
 5   BY MR. LANDEN:
 6         Q.    Is it fair to say that some pitches
 7   are indicated to be acceptable called as strikes
 8   even if the umpire had called them balls?
 9              MR. LUPION:  I'm going to object
10         again, indicated when?  And in what
11         format?
12              MR. LANDEN:  O.K.
13   BY MR. LANDEN:
14         Q.    Does somebody make a determination
15   that some pitches that are outside the strike
16   zone, as you have described it, will be treated
17   as acceptable calls by the umpire?
18         A.    There is an evaluation process that
19   happens overnight where the pitches are audited,
20   and they are assigned various grades.
21         Q.    What grades are you referring to?
22         A.    Correct, incorrect, acceptable, and
23   adjusted.
24         Q.    Let's take each of those in turn.
25         A.    O.K.
```

1

2       Q.    And for purposes of the following

3  line of questions, let's assume that each of the

4  pitches that I'm referring to was called a

5  strike by the umpire.  O.K.?

6       A.    O.K.

7       Q.    What are the criteria used in the

8  overnight audit for determining that a pitch

9  that was called a strike by the umpire was

10  quote, "correct," end quote.

11       **A.    A pitch that is within the measured**

12  **strike zone.**

13       Q.    If a pitch has been called a strike

14  by the umpire, what are the criteria for

15  determining that it was acceptable?

16       **A.    A pitch that would fall within one**

17  **of the buffer zones surrounding the strike zone.**

18       Q.    Assuming that the pitcher has --

19  excuse me, assuming that the umpire has called

20  the pitch a strike, what are the criteria under

21  which the particular pitch would be deemed

22  adjusted?

23       **A.    For a pitch that was called a**

24  **strike?**

25             **I have to think about that for the**

1          5/6/19 - M. McKendry

2     correct scenario.  So give me a moment.

3          Q.     Sure.

4          A.     (Pause in proceedings.}

5                 I can't think of a scenario where we

6     would adjust a pitch from a -- that was called a

7     -- that was called a strike.

8          Q.     And under what circumstances would a

9     pitch that was called a strike be deemed quote

10    "incorrect"?

11         A.     A pitch that did not touch the

12    strike zone, or one of the buffers surrounding

13    the strike zone.

14         Q.     Now, changing to the scenario in

15    which the umpire has called it a ball.

16         A.     O.K.

17         Q.     Under what circumstances would a

18    pitch be deemed correct?

19         A.     When a pitch does not touch the

20    strike zone.

21         Q.     Under what circumstances is the

22    pitch deemed incorrect?

23         A.     When a pitch falls within the strike

24    zone.

25         Q.     Make sure that we're clear, at any

```
 1                    5/6/19 - M. McKendry
 2   point in going over the plate?
 3        A.    That's correct.
 4        Q.    Under what circumstances if a pitch
 5   has been called a ball is it deemed acceptable?
 6        A.    For a pitch that hits the lower end
 7   of the strike zone and does not remain within
 8   the bottom of the strike zone.
 9        Q.    Can you elaborate on that last
10   phrase a little bit please, does not stay within
11   --
12        A.    It does not -- it is not within the
13   strike zone for the entirety of it crossing the
14   plate.  So you have a curve ball that clips the
15   very front-end of the strike stone and then ends
16   up on the ground, technically, that hit the
17   strike zone and would be called a strike if
18   called correct, but since it just clipped the
19   front of the strike zone, ended up on the
20   ground, it is acceptable for the umpire to call
21   that pitch a ball.
22        Q.    And under what circumstances if the
23   umpire called it a ball would a pitch be
24   adjusted?
25        A.    That would be a pitch that contacts
```

| 1 | 5/6/19 - M. McKendry |

2  the strike zone, but for the reasons the office

3  believes it is reasonable for the umpire not to

4  call that pitch a strike, things like catcher's

5  influence, if the catcher dropped the pitch or

6  did not present it properly, reached across the

7  strike zone, things of that nature?

8      Q.    When you say presented it properly,

9  what do you mean?

10     A.    If the catcher set up on the inside

11 part of the plate, and then reached all the way

12 across violently and appeared to push the ball

13 out of the strike zone, if it is something that

14 did not give the appearance of being a strike.

15     Q.    Can you give any other examples?

16           MR. LUPION:   Examples of what?

17           MR. LANDEN:   Of adjusted pitches.

18 BY MR. LANDEN:

19     A.    That's -- catcher's influence is the

20 majority of our adjusted pitches, vast majority.

21     Q.    Are there statistics maintained by

22 MLB as to the proportion of the pitches that are

23 adjusted?

24     A.    Yes.

25     Q.    Who maintains those?

```
 1                    5/6/19 - M. McKendry
 2        A.     Not that I'm aware of.
 3        Q.     Once the evaluation has been done
 4   through the audit process, are pitches ever
 5   recategorized from one category to another as
 6   between and among correct, incorrect, acceptable
 7   or adjusted?
 8               MR. LUPION:  Object to form.
 9   BY MR. LANDEN:
10        A.     There is an appeals process where an
11   umpire or their union representative can submit
12   pitches that they believe are not scored
13   correctly.
14        Q.     Are any pitches recategorized on the
15   initiative of the Office of The Commissioner
16   itself after the overnight audit process that
17   you described?
18               MR. LUPION:  Object to the form.
19        A.     Other than through the appeals
20   process, no.
21        Q.     Can you -- can -- let me rephrase.
22               Has the Office of The Commissioner
23   ever appealed a determination by one of the
24   auditors?
25               MR. LUPION:  Objection.
```

5/6/19 - M. McKendry

1

2    **A.    The Office of The Commissioner is**

3    **not involved in the appeals process, we don't**

4    **appeal pitches.**

5        Q.    So any appeal that takes place is

6    initiated either by the union for the umpires or

7    by an individual umpire, correct?

8        **A.    That's correct.**

9        Q.    Are you aware of any circumstances

10   in which an umpire's stated pitch accuracy is

11   adjusted after the overnight audit other than

12   through the appeals process?

13            MR. LUPION:  Object to the form.

14            Can you clarify what you mean by

15        "stated pitch accuracy"?

16            MR. LANDEN:  O.K.

17   BY MR. LANDEN:

18       Q.    Is it fair to say, sir, that the

19   umpire gets a report as an individual who is

20   behind the plate, that umpire guess a report

21   indicating the either number or proportion of

22   the pitches that he called correct, incorrect,

23   acceptable or adjusted?

24       **A.    Yes, that's correct.**

25       Q.    And he gets that the next day,

```
 1                    5/6/19 - M. McKendry
 2   generally?
 3        A.      Generally, yes.
 4        Q.      And it's transmitted by whom?
 5        A.      It's automated so the umpire
 6   receives it once the game is finalized by our
 7   scoring group.
 8        Q.      And does that report indicate to the
 9   umpire who was behind the plate that he got a
10   given percentage of pitches correct?
11        A.      It does, yes.
12        Q.      Does it also do it by number of
13   pitches?
14        A.      It will give, yes, general
15   information like the number of pitches that were
16   called during the game.
17        Q.      So I'm making up one just to convey
18   the idea to see if we have this correct.
19              The data might show that the pitcher
20   -- excuse me -- that the umpire called 99 out
21   100 pitches correctly?
22        A.      Correct, yes, it would show that.
23        Q.      And it would show 99 percent?
24        A.      Correct.
25        Q.      And it might then show that the
```

1                    5/6/19 - M. McKendry

2    umpire had one pitch incorrect?

3        A.    Correct.

4        Q.    And in which case that would show as

5    1 percent if that was the total 100 pitches,

6    O.K.?

7        A.    Yes.

8        Q.    If there are changes in terms of

9    those pitches deemed acceptable or adjusted, are

10   those also shown on that report?

11       A.    Yes, they are.

12   `    Q.    Individually?

13       A.    I believe so, but I don't have the

14   layout of those reports in front of me.

15       Q.    Back to the -- in the context now of

16   the report that you have just described, is

17   there a scenario in which the proportion of

18   pitches identified as correct, incorrect,

19   acceptable or adjusted are changed subsequent to

20   the audit process other than as a result of an

21   appeal?

22            MR. LUPION:  Object to the form.

23   BY MR. LANDEN:

24       A.    I do not recall that ever happening.

25       Q.    When a pitch is deemed acceptable

1          5/6/19 - M. McKendry
2     because it's within the buffer zone as you
3     previously testified, why is it deemed
4     acceptable?
5          **A.    The design of that acceptable range**
6     **is to account for what could be error involved**
7     **in the tracking of the baseball, and to give the**
8     **benefit of the doubt to the umpire.**
9          Q.    In regard to the setting of the
10    parameters for the plate, who is responsible for
11    establishing the side-to-side edges of plate in
12    the radar system as currently employed by Major
13    League Baseball?
14               MR. LUPION:  Object to the form.
15         **A.    Are you asking specifically who is**
16    **on site to verify the size of the plate?**
17         Q.    Well, who -- not necessarily about
18    in terms of the size of the plate, the size of
19    the plate is uniform, isn't it?
20         **A.    Correct.**
21         Q.    I'm asking about the, who sets up
22    the -- who calibrates, I suppose is the best way
23    to put it, let me rephrase.
24               Who calibrates the system for
25    determining the parameters of the plate from

```
 1                    5/6/19 - M. McKendry
 2        A.    Not that I'm aware of.
 3        Q.    O.K.
 4              Is there a midyear evaluation of
 5   each umpire?
 6        A.    There is.
 7        Q.    Who does that?
 8        A.    That's a collaborative effort among
 9   the umpiring department.
10        Q.    And in the year 2019, 2019 season,
11   who are those within the umpiring department
12   that are collaborating on that process?
13        A.    We have not been through the midyear
14   evaluation process yet for the 2019 season.
15        Q.    Fair.
16              Who did it 2018?
17        A.    2018, it was the supervisors who had
18   coverage over Major League crews, the directors,
19   as listed previously, myself, Raquel Wagner,
20   Peter Woodfork, Joe Torre.
21        Q.    What information is considered in
22   generating the mid season evaluations?
23        A.    ZE reports, SURE results, field
24   evaluations, incident evaluation reports.   The
25   umpire's functioning as a replay official, the
```

5/6/19 - M. McKendry

umpire's handling of administrative duties;
including his interaction with the Office and
his peers and the Clubs.  And I think that's
pretty comprehensive.

Q.    In performing this collaborative
function in 2018, how was the collaboration
effectuated?  I'll use this as an example, were
there regular meetings, was there a conference
call, exchange of emails, what's the manner or
means by which the collaboration was
effectuated?

**A.    There's no meeting to go through the**
**midyear evaluation process.  We will discuss the**
**timing of the process on our weekly conference**
**call with the department, but each individual**
**group handles their portion of the evaluation**
**either in our evaluation system, which up until**
**'18 was the Halogen system, or, submits it**
**separately via email.**

Q.    Now, you referred to I believe
"their portion."  Who, as among the various
individuals that you've described, are
responsible for concerning what portion of the
personnel?

1          5/6/19 - M. McKendry

2          A.     The -- each crew of umpires is

3    assigned a supervisor, and that crew supervisor

4    will do the initial draft of the evaluation for

5    the umpires on their crews omitting some

6    categories that are handled by other members.

7          Q.     So, for example, if a given

8    supervisor has responsibility for the crew that

9    Angel Hernandez has been serving, that

10   supervisor does the initial draft but would not

11   have the, necessarily, the information needed to

12   assess performances replay official?

13         A.     That's correct.

14         Q.     So they would leave that blank?

15         A.     That's correct.

16         Q.     And who compiles the information

17   from the various supervisors into an actual

18   midyear report?

19         A.     Myself, Raquel Wagner, Peter

20   Woodfork all have periods of time where we will

21   go through each individual report and add

22   information from ourselves or from other

23   sources.

24         Q.     And to the extent that you are

25   adding information from yourself, what is the

5/6/19 - M. McKendry

source of the initial information that you are adding?

A.     Depends on what the category is.

Q.     Well, what categories of information do you have information to supply in regard to a given umpire's midyear evaluation?

A.     The timing of the midyear evaluation process is done on a rolling basis as games are still being played.  Those evaluations run through June 30.  So the crew supervisor will submit his evaluation of the umpire's performance prior to June 30th.  So there's a period of time where we are getting additional information from the crew supervisor that they would like or they think would be worthwhile including in that evaluation process.

And then there are other categories; for example, what you said about replay officials, that they're not privy to, their performance, and we'll get that from someone else, Justin, for example.

Q.     So you're the one who gets that information from the other source?

A.     Correct.

```
 1                   5/6/19 - M. McKendry
 2          Q.   What information do Wagner or
 3    Woodfork receive from other sources that are
 4    then considered in connection with the midyear
 5    evaluations?
 6               MR. LUPION:  Object to the form.
 7          Maybe we can take those one at a time.
 8               MR. LANDEN:  O.K.
 9    BY MR. LANDEN:
10          Q.   What information does Wagner get
11    from any other source to include in the midyear
12    evaluation?
13          A.   On a day-to-day basis, she oversees
14    the SURE system, so she will run reports on the
15    SURE system and add in information on plays on
16    bases.
17          Q.   What type of information is added to
18    the midyear evaluation by Ms. Wagner?
19          A.   General proofreading, language
20    edits, adding supporting examples from field
21    evaluations, things of that nature.
22          Q.   And what information, if any, is
23    gathered by Mr. Woodfork that is added into the
24    analysis for the midyear evaluations?
25          A.   Mr. Woodfork oversees the umpiring
```

1                    5/6/19 - M. McKendry

2    department, so he has some general information

3    based on his knowledge of overseeing the umpires

4    and the staff as a whole.

5         Q.    Well, does Mr. Woodfork fill out

6    game evaluations for individual games?

7         A.    He does not.

8         Q.    What category or categories of

9    information does Mr. Woodfork add to the process

10   based on his general knowledge?

11        A.    His personal interactions with

12   umpires, his observation on their handling of

13   situations on and off the field.

14        Q.    Does he have any other information

15   that he adds, Mr. Woodfork adds, at the midyear

16   evaluation other than what you just testified

17   about?

18        A.    Nothing that I can think of off the

19   top of my head.

20        Q.    Are assessments made relative to

21   various categories as to whether an umpire

22   meets, exceeds, or fails to meet various

23   criteria?

24        A.    Yes, that would be the rating system

25   for each individual category.

1                    5/6/19 - M. McKendry

2    point --

3              MR. LUPION:  Object.

4         Q.   -- correct?

5              MR. LUPION:  Objection.

6         A.   No, not necessarily.

7         Q.   Under what circumstances do umpires

8    receive a determination of meets although they

9    have received multiple exceeds in the time

10   period before the midyear evaluation?

11        A.   All of the ratings are decided on a

12   case-by-case basis based on the individual

13   circumstances surrounding them.  Just because

14   one observer may deem something to have exceeded

15   standards on that given day doesn't necessarily

16   moan that when looked at the entire scope of the

17   umpire's work during that half of the season or

18   in relation to the work of all of the other 76

19   Major League umpires, that that would exceed the

20   standard expected of a Major League umpire.

21        Q.   In making the assessment that you

22   just described, what human beings make that

23   determination as to whether the exceeds in the

24   first half of the season are worthy, taken in

25   context, of an exceeds on the midyear

```
 1                    5/6/19 - M. McKendry
 2         Q.    Does each umpire have an evaluation
 3    compilation in which the information relative to
 4    their midyear evaluation is aggregated?
 5              MR. LUPION:  Object to the form.
 6         A.    Could you restate the question,
 7    please, to be more specific about what you're --
 8         Q.    O.K., let's take Angel Hernandez?
 9         A.    O.K.
10         Q.    As to Angel Hernandez, if you are
11    considering the information that's about to lead
12    to a final midyear grade, is the information
13    from the various sources that you have
14    described, gathered or compiled in one place?
15              MR. LUPION:  Object to the form.
16         A.    The evaluation for each individual
17    umpire is kind of a living and breathing
18    document throughout the process.  So it is
19    originally submitted by the supervisor and it is
20    edited at various steps along the way.
21         Q.    Is it maintained in Microsoft Word
22    form?
23         A.    No, it's in Halogen system.
24         Q.    So in the Halogen system for Angel
25    Hernandez for the first half of 2018, using that
```

```
 1                  5/6/19 - M. McKendry

 2    as an example, is the information showing the

 3    initial supervisors' grades for evaluations on

 4    various criteria maintained in the Halogen

 5    system as such?

 6         A.    I do not believe so; I think it's

 7    just the final form that is sent to the umpire

 8    that is maintained in Halogen.

 9         Q.    So the changes that are made from

10    the original supervisors' grades to the ultimate

11    midyear evaluation grades is overwritten?

12              MR. LUPION:  Object to the form.

13    BY MR. LANDEN:

14         A.    The only document that's saved in

15    Halogen right now that you could go back and

16    look at from the 2018 process is the final

17    evaluation that's sent to the umpire.

18         Q.    And that means that the original

19    supervisor' grades have been overwritten, right?

20              MR. LUPION:  Objection.

21         A.    The only form that's in there is the

22    final form.

23              MR. MURPHY:  I didn't hear, I'm

24         sorry.

25         A.    The only form that's in there is the
```

```
 1                    5/6/19 - M. McKendry
 2   final form.
 3   BY MR. LANDEN:
 4        Q.    Do you know whether the record of
 5   the inputs that were received from various
 6   participants in the process that you've
 7   described are maintained in any other form
 8   outside the Halogen system?
 9        A.    I don't believe there's anything
10   that's consistently maintained from year to
11   year; each individual year is treated
12   differently at points.
13        Q.    Now, we've been discussing the
14   process as it relates to the first half of the
15   year 2018.
16              When you reach that, the end of the
17   process, who makes the final call in terms of
18   what grade to give on each of the criteria?
19        A.    Ultimately, it is a collaboration of
20   Joe Torre and Peter Woodfork.
21        Q.    Does one have more say than the
22   other in that process?
23        A.    Peter reports to Joe, so...
24        Q.    So is it fair to say that as to the
25   midyear evaluations of umpires in 2018, the
```

```
 1              5/6/19 - M. McKendry
 2        can.
 3              MR. LUPION:  And maybe we can take a
 4        break; I don't want to do it when there's
 5        a question pending.
 6              MR. LANDEN:  Let's just finish this
 7        little round and then we'll take a break,
 8        O.K., just to make sure that can we have
 9        continuity on this point.
10              MR. LUPION:  Sure.
11   BY MR. LANDEN:
12        Q.    As to the year-end evaluations,
13   you've described the process for 2018, what, if
14   anything, was different in any of the years
15   between 2012 and 2017?
16        A.    In 2014 was the end of the
17   Collective Bargaining Agreement and I believe
18   there was a change, there were some changes to
19   the form in -- that changed the Bargaining
20   Agreement.
21        Q.    Anything else?
22        A.    Not that I can think of right now.
23        Q.    And as to the midyear evaluations,
24   you've described the process of how it works for
25   the year 2018.  Is there any difference between
```

1                    5/6/19 - M. McKendry
2    the manner in which it was done in 2018, and the
3    way it was done in the years 2012 through 2017?
4        **A.    In the form of -- in the format of**
5    **the process, no, not really.**
6        Q.    Was there any other change other
7    than in the format of the process?
8        **A.    Other than potential changes to the**
9    **form itself based on the Bargaining Agreement**
10   **changes, no.**
11       Q.    O.K.
12            MR. LANDEN:  Let's take a break.
13            THE VIDEOGRAPHER:  Going off camera,
14       the time 2:18.
15            (Whereupon, a recess was taken.)
16            THE VIDEOGRAPHER:  We're back on
17       camera, the time is 2:37.
18   BY MR. LANDEN:
19       Q.    Sir, during your earlier answers you
20   were describing the Halogen system, how long has
21   the Halogen system been in effect or operation?
22       **A.    I believe we started using Halogen**
23   **for umpire evaluations in 2010 season, but that**
24   **was prior to me starting with the umpiring**
25   **department so I can't be 100 percent sure.**

```
 1                    5/6/19 - M. McKendry
 2           MR. LUPION:  Object to the form.
 3      A.      To submit their portion of the
 4   midyear and year-end evaluation process, they
 5   have to complete it within the Halogen system.
 6      Q.      So to clarify, the actual input of
 7   the grades into the Halogen system by the
 8   supervisors is done directly by the supervisors
 9   themselves, correct?
10      A.      That's correct.
11      Q.      Have the respective supervisors'
12   evaluations of the various umpires continue to
13   be overwritten after this lawsuit began?
14           MR. LUPION:  Object to the form.
15   BY MR. LANDEN:
16      A.      Our process for how we handle
17   evaluations has not changed in my entire time in
18   the umpire department.
19      Q.      And that includes time, both, before
20   and after the filing of this lawsuit, right?
21           MR. LUPION:  Objection, asked and
22        answered.
23      A.      I don't know specifically the dates
24   on when it was filed, but I would assume it
25   would fall within that time slot.
```

1                    5/6/19 - M. McKendry

2    chief positions and are considered for crew

3    chief positions are discussed.  And we always

4    try to hire the person who we feel is best for

5    that role given all of the circumstances

6    regardless of their background.

7          Q.    Is it your understanding that there

8    has never been an African American crew chief

9    assigned on a permanent basis in Major League

10   Baseball?

11                MR. LUPION:  Object to the form.

12   BY MR. LANDEN:

13         A.    Are you talking about a specific

14   time period or --

15         Q.    Let me ask it a different way.

16         A.    Sure.

17         Q.    Can you name any African American

18   who has held the position of permanent crew

19   chief in Major League Baseball?

20                MR. LUPION:  Objection.

21         A.    On a permanent basis, I cannot name

22   one off the top of my head.

23         Q.    Can you name anyone who has held the

24   position of permanent crew chief in Major League

25   Baseball who is born in another country other

```
 1                    5/6/19 - M. McKendry
 2    than the United States of America?
 3              MR. LUPION:  Objection.
 4         A.    I don't know off the top of my
 5    head -- actually yes, yes, I can.  Jim McKeon
 6    was born in Canada.
 7         Q.    And anybody else?
 8         A.    Off the top of my head, no.
 9         Q.    Can you identify anyone who has been
10    appointed to a permanent crew chief position in
11    Major League Baseball who's Hispanic or Latino
12    origin?
13              MR. LUPION:  Objection.
14         A.    Yes, Richie Garcia was a crew chief.
15         Q.    Was he the only one?
16         A.    He's the only one that I can think
17    of right now.
18         Q.    And isn't it true that he was
19    ultimately terminated?
20              MR. LUPION:  Objection.
21         A.    I don't remember the circumstances;
22    I know he was involved in 1999.
23         Q.    So there has been no Latino or
24    Hispanic permanent crew chief at any time from
25    2000 to the present?
```

```
 1                     5/6/19 - M. McKendry
 2        A.     So I'm making an assumption that
 3   that's what we're referencing in the Does Not
 4   Meet column.
 5        Q.     Some does the indicator of a number
 6   on exceeds or DNM, reflect how many exceeds or
 7   DNMs there were in that particular umpire's
 8   entire season on an individual game basis?
 9        A.     I believe so, I believe it's based
10   on individual field observations or situation
11   management issues.
12        Q.     Now, in regards to the exceeds in
13   2012, back on 8064,                  had three
14   exceeds, right?
15        A.     Correct.
16        Q.     Angel Hernandez had six, right?
17        A.     Correct.
18        Q.     In 2013,               had two, Angel
19   Hernandez had three exceeds, right?
20        A.     Correct.
21        Q.     In 2014, Angel had one exceeds and
22   -- excuse me,               had one exceeds, and
23   Angel Hernandez had four exceeds?
24        A.     Correct.
25        Q.     2015,              and Angel
```

```
 1                    5/6/19 - M. McKendry
 2    Hernandez had one exceeds?
 3         A.     That's correct.
 4         Q.     And in 2016, they both had two
 5    exceeds?
 6         A.     That's correct.
 7         Q.     And in 2017, ████████ had one
 8    exceeds, and Angel Hernandez had two exceeds,
 9    correct?
10         A.     That is correct.
11         Q.     This particular form of presentation
12    as reflected in the potential crew chiefs for
13    2018, is that format the same format that was
14    used for the decision-making process regarding
15    promotion to crew chief in the years 2012 and
16    thereafter?
17                    MR. LUPION:  Objection.
18    BY MR. LANDEN:
19         A.     I do not recall that specific format
20    being used as a tool in the decisions making
21    process in previous years.  I know that some of
22    the information that's included on that form
23    would've been considered.
24         Q.     Did you do such a compilation or
25    comparison in any of the other years even if it
```

```
 1                    5/6/19 - M. McKendry

 2              MR. LUPION:  Objection.

 3         A.    At the time that crew chief

 4    decisions were made, they were not the best

 5    candidate for that appointment.

 6         Q.    Were they qualified for that

 7    appointment?

 8              MR. LUPION:  Objection.

 9         A.    It would really depend on an

10    individual -- each individual case.

11         Q.    Is Kerwin Danley qualified to be a

12    permanent crew chief?

13              MR. LUPION:  Objection.

14         A.    Kerwin Danley is qualified to be

15    considered a permanent crew chief and when we

16    have another opening, hopefully, he will apply

17    and we will completely vet him at that time.

18         Q.    My question is whether he's

19    qualified to be a crew chief, not whether he's

20    qualified to apply to be a crew chief?

21              MR. LUPION:  The witness answered

22          your question.

23    BY MR. LANDEN:

24         Q.    That's what I'm asking, go ahead and

25    answer if he's qualified to be a crew chief, not
```

```
 1                      5/6/19 - M. McKendry
 2   whether he's qualified to apply to be a crew
 3   chief?
 4             MR. LUPION:  I'm going to object to
 5         the question.  If the witness wants to
 6         change his testimony, he can or stick with
 7         his testimony.
 8        A.    Kerwin Danley serves as an interim
 9   crew chief for us at points throughout the year.
10   And, we would not put him in a role as an acting
11   crew chief if we didn't think that it was -- he
12   was someone who we would consider as a crew
13   chief candidate if a position opened up.
14        Q.    What about Mr. Marquez, is he
15   qualified to be a crew chief?
16             MR. LUPION:  Objection.
17        A.    I'll give you the same answer that I
18   gave for Kerwin, if there are opportunities for
19   him to be an interim crew chief, we would allow
20   him to be an interim crew chief during the year
21   and if a full-time opportunity opened up, we
22   would consider him against the other candidates
23   that are under consideration.
24        Q.    I'm trying to see if we can approach
25   this in a way that you will actually answer the
```

```
 1                    5/6/19 - M. McKendry
 2    question I've asked.
 3              MR. LUPION:  Objection.  And you're
 4         bordering on badgering.  The witness
 5         answered the question.
 6              MR. LANDEN:  The witness has not
 7         answered the question that I asked.
 8              MR. LUPION:  The witness, in fact,
 9         answered the question.  You asked if he
10         was qualified to be a crew chief and if
11         you read the testimony, he said if there
12         was an interim crew chief opening, they
13         permit Mr. Danley and Mr. Marquez to
14         function as interim crew chiefs.
15              MR. LANDEN:  O.K., let me phrase it
16         in a way that will perhaps clarify.
17    BY MR. LANDEN:
18         Q.    Is Mr. Marquez qualified to be a
19    permanent crew chief?
20              MR. LUPION:  Object.
21         A.    He's qualified he -- he's qualified
22    to serve as an interim crew chief.  If we had an
23    opening and he applied to be a crew chief, we
24    would consider him to be a crew chief.
25         Q.    That is not my question.
```

```
 1                    5/6/19 - M. McKendry
 2       A.    O.K.
 3            Q.    The question is a yes-or-no question
 4    as to whether Alfonso Marquez is qualified to be
 5    a permanent crew chief?
 6                 MR. LUPION:  Object to the form.
 7    BY MR. LANDEN:
 8            Q.    If you want to explain your answer,
 9    feel free but it's yes or no, is he qualified or
10    isn't he?
11                 MR. LUPION:  Objection.  Don't
12            answer if you can't answer on a yes-or-no
13            basis.
14       A.    I feel comfortable with the answer
15    that I've given.
16            Q.    Is Kerwin Danley qualified to be a
17    permanent crew chief?
18                 MR. LUPION:  Objection.
19       A.    Again, I feel comfortable with the
20    answer that I've given.
21            Q.    I don't think you've answered that
22    question.  I've asked that question before.
23                 MR. LUPION:  There's no question
24            pending right now.
25                 MR. LANDEN:  There is a question
```

```
 1                      5/6/19 - M. McKendry
 2           pending right now.  I'm asking the witness
 3           to answer the question.
 4  BY MR. LANDEN:
 5      Q.    Is Kerwin Danley qualified to be a
 6  permanent crew chief?
 7               MR. LUPION:  Asked and answered.
 8           The witness said he's relying on his
 9           previous testimony to that question.
10               MR. LANDEN:  That question has not
11           been previously asked.  You, counsel, made
12           the distinction between permanent and
13           interim crew chief.  I'm asking now
14           specifically about permanent to clarify
15           the record on that point.
16      Q.    It's a question about permanent, is
17  it qualified or isn't he?
18               MR. LUPION:  Objection.
19      A.    We are not making a decision on a
20  permanent crew chief right now.  There's no crew
21  chief opening.  If there was an interim crew
22  chief opportunity available right now, we would
23  consider placing Kerwin Danley or Alfonso
24  Marquez in that role.
25      Q.    Because they're qualified, right?
```

1

2          MR. LUPION:  Objection.

3      A.      They're qualified to serve as an

4  interim crew chief.

5          Q.      They're qualified to be permanent

6  crew chief, aren't they?

7          MR. LUPION:  Objection.

8      A.      They've qualified to serve as

9  interim crew chief right now.  When we make a

10  decision on a permanent crew chief, then we'll

11  evaluate them as a permanent crew chief.

12          Q.      Has Alfonso Marquez been qualified

13  to be a permanent crew chief at any point in

14  time between 2012 and the present?

15          MR. LUPION:  Objection.

16      A.      Alfonso Marquez has been qualified

17  to be considered for the crew chief openings as

18  they arrive.

19          Q.      And is that because --

20      A.      There were better candidates for

21  those positions when they became open.

22          Q.      Let me try to put this in -- is it

23  your understanding that someone can be qualified

24  for a position and not be the best candidate?

25          MR. LUPION:  Object to the form.

# EXHIBIT F

```
 1                    P. Woodfork - 6/21/19
 2    salary arbitration, which was roughly a month or
 3    two, and I was not consulting for anyone and I
 4    started a new job in March of 2011.
 5         Q.    And who did you go to work for in
 6    2011?
 7         A.    Office of the Commissioner.
 8         Q.    Who hired you at the Office of the
 9    Commissioner?
10         A.    I was hired -- I was hired by Rob
11    Manfred and Joe Torre.
12         Q.    What was your title?
13         A.    Senior Vice President Baseball
14    Operations.
15         Q.    Who did you report to?
16         A.    Joe Torre.
17         Q.    How long did you stay in the
18    position of Senior Vice President of Baseball
19    Operations?
20         A.    I carried that title through April
21    of 2018.
22         Q.    Did your title change?
23         A.    Yes.
24         Q.    Now what is it?
25         A.    Senior Vice President of On-Field
```

EXHIBIT

5

```
 1                    P. Woodfork - 6/21/19

 2        A.    I met with counsel.

 3        Q.    When was that?

 4        A.    Within the last -- I met yesterday,

 5   and two -- roughly two weeks ago.

 6        Q.    Starting in 2011 through the

 7   present, who at the Office of the Commissioner

 8   decides which umpires go to the World Series?

 9        A.    The process of World Series

10   selection happens through a meeting, a number of

11   meetings -- a meeting, usually a set meeting, in

12   2000 -- excuse me, I'm going to start 2011.

13        Q.    Yes.

14        A.    I think it's changed slightly over

15   time, but predominantly the process is the group

16   meets, the supervisors, directors, Joe Torre,

17   myself, other umpire department members discuss

18   the umpires in a meeting, multiple days usually.

19   Umpires are asked -- I mean supervisors are

20   asked usually previously to come up with their

21   umpires that they think is deserving of the post

22   season, that post season process.  And then

23   there's phone calls after that, make sure

24   everyone is kind of on the same page, the

25   supervisors, the directors, myself, usually Joe
```

```
 1                    P. Woodfork - 6/21/19

 2   Torre, and that sets your post season.

 3                    Those post season umpires that work

 4   in the Division Series are usually the ones that

 5   are -- have the opportunity to work in or are

 6   eligible to work in the World Series.  Those

 7   World Series umpires are then discussed, those,

 8   excuse me, those Division Series umpires are

 9   then discussed with the group, supervisors,

10   directors, again, to see who the best and most

11   deserving of the World Series.  I discuss it

12   with Joe Torre among those groups.  There's

13   recommendations that come, and Joe after

14   discussions with myself, Joe usually -- is the

15   final decision maker.

16        Q.    And is Joe the final decision-maker

17   in the promotion of crew chiefs?

18        A.    A similar process --

19        Q.    I'm not interested in the process.

20              I just want to know is Joe Torre the

21   final decision-makers in promoting crew chiefs?

22        A.    Joe gets recommendations from,

23   again, the group, and Joe and I discuss it and

24   Joe makes the final decision.

25        Q.    Why are there no minority crew
```

1           P. Woodfork - 6/21/19

2          **A.     The game evaluation reports are a**

3   **one-day snapshot; the evaluation of an umpire**

4   **comes from many different inputs.  Those game**

5   **reports again are not something that, in the**

6   **process of determining crew chief, I can say**

7   **that I'm looking at.**

8          Q.    I understand that one-game

9   evaluation is one snapshot of one game.

10         What I'm saying is:  Do you take the

11  collective amount of the game evaluations in to

12  your consideration when promoting an umpire to

13  crew chief?

14         **A.     Again, looking at -- I do not look**

15  **at game evaluations.  The game evaluations as a**

16  **separate document while determining the crew**

17  **chief process.**

18         Q.    Does Mr. Torre?

19         **A.     I can't answer for Joe; you need to**

20  **ask him that question.**

21         Q.    Well, you work with him.

22         Do you know what he considers when

23  he's deciding who should be promoted to crew

24  chief?

25         **A.     Again, I know we discussed, we -- I**

P. Woodfork - 6/21/19

1

2    have not discussed with Joe Torre game

3    evaluations.

4        Q.    That's not my question.

5        A.    I guess I don't understand your

6    question.

7        Q.    Do you know what Joe Torre considers

8    when he decides whose going to become a crew

9    chief?

10       A.    IN my discussion with Joe, i talk to

11   Joe, Joe focuses on leadership.  The documents

12   that he's -- the game evaluations are not

13   something that I discuss with Joe.

14       Q.    Is that the only thing that Joe

15   focused, on leadership, when he decides who is

16   going to be promoted for crew chief?

17       A.    Joe looks at -- my apologies for

18   that.  Joe looks at the umpire; leadership is

19   part of that skill set that's important.

20   Obviously, consistency, things that go in to

21   leadership, accountability, you know, umpire,

22   being there working, he does look at, you know,

23   experience, positive experience in the role to

24   be a crew chief, all things, among other things,

25   the total evaluation of the umpire.

P. Woodfork - 6/21/19

1    Q.    Leadership is how an umpire conducts

2    himself on and off the field, correct?

3            MR. LUPION:  Objection to form.

4    BY MR. MURPHY:

5    A.    Leadership, you know, how I perceive

6    leadership, you know, is their your overall

7    performance, how you handle situations, how you

8    -- results, your ownership or accountability,

9    being a or remaining a positive influence on

10   those around, all of those things help to make

11   up leadership.

12           Again, leadership is, you know,

13   those things that, it's a little different, I

14   know, for each person, but leadership skills

15   that we promote are staying above the fray,

16   handling situations, being a positive influence.

17           Those are just some of the examples.

18   Q.    Handling situations means handling

19   situations on the field, right?

20   A.    In all situations, show leadership

21   in handling situations on the field, handling

22   situations off the field, dealing with clubs on

23   and off -- clubs on the field, rain situations,

24   these are all parts of leadership.

```
 1                  P. Woodfork - 6/21/19
 2              MR. LUPION:  The question was:  Did
 3         you look at game evaluation reports.
 4              In connection with what?
 5   BY MR. MURPHY:
 6         Q.   Did you --
 7         A.   Can I say something first?
 8         Q.   Yes.
 9              MR. LUPION:  No, no, no, there's no
10         question pending.  So there's no question
11         pending.
12              You're entitled to a clear answer,
13         counsel is going to try to formulate -- a
14         clean question, counsel is going to try to
15         formulate a clear question.
16         A.   I'm not trying to be difficult.
17              MR. LUPION:  Don't.  There's no
18         question pending:
19              THE WITNESS:  I understand --
20              MR. LUPION:  You don't have to
21         explain yourself.  There's no question
22         pending.
23   BY MR. MURPHY:
24         Q.   Between 2012 and the present, do you
25   look at midyear and end-of-year evaluations of
```

```
 1                  P. Woodfork - 6/21/19
 2   umpires when you decide what your opinions is
 3   going to be on the promotion of crew chiefs?
 4        A.    Again, during the process, I feel
 5   like from my viewpoint I have a strong feeling
 6   of umpires.  I've seen midyear evaluations
 7   previously.  I've seen year-end evaluations
 8   through the process, which is usually coinciding
 9   with the process of looking at crew chief
10   reviews.
11             So, again, I know the information; I
12   don't specifically put them in front of me.
13        Q.    How do you know the information if
14   you don't see it?
15        A.    As I said --
16             MR. LUPION:  Objection to form.
17   BY MR. MURPHY:
18        Q.    Go ahead.
19        A.    Again, as I said, I think
20   previously, I've seen the midyear evaluations,
21   reviewed them all before they've gone out.  The
22   yearend evaluations are usually in that process.
23   So I've viewed them.  Again, the specific
24   question is if I'm viewing them as I'm making my
25   decision, usually not.
```

35

```
 1              P. Woodfork - 6/21/19
 2   own decision as to who should be promoted to
 3   crew chief?
 4        A.    Again, I -- I think it, I'm not
 5   doing a good job of explaining it and I
 6   apologize for that.
 7        Q.    It may be just that I'm dense --
 8        A.    I don't think --
 9        Q.    -- if that's the case?
10            MR. LUPION:  We don't need to engage
11         in this, the witness was about to answer.
12            MR. MURPHY:  I was trying to be
13         gracious.  I was trying to gracious.
14            MR. LUPION:  You're always gracious.
15            MR. MURPHY:  I try to be.
16   BY MR. MURPHY:
17        A.    I will say on the record, I will say
18   on the record, I don't think you're dense.
19        Q.    I appreciate it?
20        A.    I am probably not doing a great job
21   of explaining it.
22        Q.    I appreciate it.
23        A.    I think the process is more fluid
24   than the -- the one day you're established as a
25   crew chief or you apply as a crew chief, this
```

```
 1                    P. Woodfork - 6/21/19
 2     information, as I said, I look at part of the
 3     midyear process, part of the yearend process and
 4     part of the daily, weekly phone calls that we
 5     have to discuss umpiring, discuss our umpires'
 6     performance, all of that continual information,
 7     it's continuous.  And we're making our
 8     decisions.
 9                    It's not a slash one moment, one day
10     decision; this is a fluid decision that happens
11     over time.  People improve and you provide
12     feedback and you understand these things.  And I
13     think that's probably the disconnect we're
14     having.
15                    I reviewed, I understand the midyear
16     reviews, I understand the umpires, I understand
17     how they're performing on a day-to-day basis.
18     And I think that's the difference, or struggle
19     that maybe I'm having explaining.
20          Q.    That one I understood, thank you.
21          A.    It takes me a little while.
22          Q.    Major League Baseball hires
23     supervisors and observers to watch umpires
24     during the game, correct?
25          A.    Correct.
```

```
 1                    P. Woodfork - 6/21/19
 2    BY MR. MURPHY:
 3         A.    Other supervisors or observers file
 4    game reports on games that Angel Hernandez has
 5    worked.
 6         Q.    What is the criteria to be selected
 7    to be World Series?
 8              MR. LUPION:  Are we done with this
 9         document?
10              MR. MURPHY:  You can put it to your
11         left side and you'll be done, or your
12         right side.
13              MR. LUPION:  I'm going to put it to
14         my right side.
15              You can put that document away.
16         A.    Do you want it back?
17              MR. LUPION:  Just leave it in front
18         of the court reporter.
19    BY MR. MURPHY:
20         A.    Excuse me.
21         Q.    What is the criteria for selecting
22    World Series umpires?
23         A.    Again, as I said, the process goes
24    through, we're looking at performance, both, in
25    the current season and past performance and
```

```
 1                  P. Woodfork - 6/21/19
 2    consistency in the umpires.
 3                  One, you know, obviously in the post
 4    season, the one kind of requirement or at least
 5    historically what we have done is that you have
 6    worked in the Division Series.
 7         Q.    But it's not solely merit based, am
 8    I right?
 9                  MR. LUPION:  Objection to form.
10         A.    I feel like we believe it is.  I
11    mean, the detail process, but it may not be --
12    it may not be your highest performing umpire
13    that works in the World Series that year based
14    on all factors.  There may be other factors like
15    the World Series previously, needs time off,
16    didn't want to work back to back World Series,
17    want to make sure that other -- that other
18    series are strong.  Championship Series is an
19    important series as well, the Division Series is
20    obviously important, Wild Card is important, so
21    there is some balance that goes in to
22    evaluation.
23                  That being said, they're high
24    performing umpires all the way around that work
25    the World Series.
```

```
 1                    P. Woodfork - 6/21/19
 2              MR. MURPHY:  It wasn't answered.
 3    BY MR. MURPHY:
 4         A.    Angel has earned the opportunity to
 5    run that crew.  There are times when Angel
 6    successfully performs in that, and there are
 7    other times where he seems to struggle.
 8         Q.    Would you appoint someone to be an
 9    interim crew chief that was not capable of
10    running a crew?
11         A.    I think the goal -- the interim crew
12    chief at times, depending on how many we're
13    working with, is to give people an opportunity
14    to show people that they can manage the crew,
15    that they can run that crew.
16              So at times, you're taking people
17    that may or may not; you're not 100 percent sure
18    how it's going to turn out and I think it's that
19    opportunity that we need to provide to employees
20    to see if they can be successful.
21              So again, the hope is that that
22    person can run a crew.
23         Q.    Is Kerwin Danley capable of running
24    a crew?
25         A.    Kerwin Danley is serving as an
```

```
1              P. Woodfork - 6/21/19
2   interim crew chief right now, I think he's been
3   working successfully.
4        Q.   And is Alfonso Marquez capable of
5   running a crew?
6        A.   Alfonso has been an interim crew
7   chief; fairly recently given that opportunity.
8        Q.   Has Laz Diaz ever been given the
9   opportunity to run a crew?
10       A.   I would have to double-check, but
11  I'm pretty sure Laz Diaz has been given the
12  opportunity to run a crew.
13       Q.   And how about CB Bucknor?
14       A.   I don't know.
15       Q.   Did Major League Baseball ever
16  recognize at any time between 2011 and 2016,
17  that it had a diversity problem within the
18  umpire staff?
19            MR. LUPION:  Objection to form.
20       A.   How would you define your problem?
21       Q.   Lack of minorities.
22       A.   Again, I think we recognize that we
23  didn't -- our goal is to have greater minority
24  representation, I do think we represent, we
25  recognize that we need to get greater minority
```

```
 1                    P. Woodfork - 6/21/19
 2   discussed by the directors could go in to this.
 3   Information that -- you know, was discussed on
 4   the conference calls on performance.
 5        Q.    Would Matt McKendry have the right
 6   to provide input into these comments in 2011?
 7        A.    Matt McKendry, as far as I remember
 8   was not in this department in 2011; that being
 9   said --
10        Q.    You answered the question.
11              Did you --
12        A.    I haven't fully answered the
13   question if you wouldn't mind.
14              He was working in Situation
15   Management so he might have provided information
16   on Situation Management that could've been
17   reviewed by umpires, supervisors or directors
18   that comment on it.
19        Q.    Did you have the right to provide
20   input?
21        A.    I would review and provide input.
22        Q.    Joe Torre?
23        A.    Joe would review.
24        Q.    Did he provide content?
25        A.    I don't recall on this.
```

```
1                P. Woodfork - 6/21/19

2        Q.    Randy Marsh would be able to as

3    well, am I right?

4        A.    As a director, he could've provided

5    content that went in to this.

6        Q.    Are your answers the same for the

7    subsequent years of 2012, 2013, 2014, 2015, and

8    2016 as it relates to the individuals you just

9    mentioned?

10              MR. LUPION:  Objection to form.

11   BY MR. MURPHY:

12       A.    More broadly, supervisors,

13   directors.  Change is obviously dynamic on

14   different categories are filled out -- could be

15   filled out by different people in the

16   administrative component.  So additional people

17   could've provided information or feedback on --

18       Q.    Who are those people?

19              MR. LUPION:  I don't think the

20        witness was done again, Kevin. I know you

21        might be looking to make a flight, but the

22        witness is entitled to give you a complete

23        answer.

24       A.    That could provide -- administrators

25   on administrative issues could be providing
```

```
 1                  P. Woodfork - 6/21/19
 2   feedback.  That would be, you know, Cathy Davis,
 3   Raquel Wagner, Alex Bermudez, again on the
 4   administrative component, they would provide
 5   information and feedback.
 6                  On the plate judgment, it could be
 7   our ZE people, you know, objective data, the
 8   supervisors and the directors.  Bruce Froemming,
 9   our special consultant, special advisor.
10        Q.    The administrative components, do
11   you have any personal information on who
12   provided the information in the second sentence
13   that says, "You need to work on your
14   communication skills with on- field personnel
15   particularly because your approach has fostered
16   a club perception that you try to put yourself
17   in the spotlight by seeing things that other
18   umpires do not."
19        A.    I do not recall.
20        Q.    If you see the comment on top of
21   1505, you received a number of exceeds for game
22   and situation management, balk calls.
23                  Do you believe that that statement
24   is in conflict with fostering a club perception
25   that you try to put yourself in the spotlight by
```

P. Woodfork - 6/21/19

2        A.    Again, I think there are obviously

3    some that think there's a perception problem.    I

4    think he's, you know, shown improvement this

5    year.   Once again, it's the consistency that

6    will determine it.   But I think he has shown

7    consistency this year provided being given an

8    opportunity to be a crew chief.   And again, it's

9    a fluid process, you know, that's the

10   consistency we're looking for.

```
 1                    P. Woodfork - 6/21/19
 2    that?"
 3                    And at the time, what position was
 4    Mr.  Hahn in with the Chicago White Sox?
 5         A.    I don't recall.
 6         Q.    And you responded for Angel's
 7    midyear evaluation, "Note that Joe spoke with
 8    Angel," actually you didn't respond to him, you
 9    were just doing it to yourself with a copy to
10    Matt, start over.
11                    "For Angel's midyear evaluation,
12    note that Joe spoke with Angel on March 29 by
13    phone, and informed him that Angel should not be
14    speaking with players or clubs concerning the
15    instant replay equipment."
16                    MR. LUPION:  "Directly."
17                    MR. MURPHY:  "Directly concerning
18          the instant replay equipment."
19                    Thank you.
20    BY MR. MURPHY:
21         Q.    That phone call on March 29, was
22    that to all of the umpires?
23         A.    I don't recall.
24                    (Plaintiff's Exhibit 134, email from
25          McKendry, to Raquel Wagner, dated
```

```
 1              P. Woodfork - 6/21/19

 2         23/23/2017, Bates stamped DEF 8127 through

 3         8131, marked for identification, as of

 4         this date.)

 5   BY MR. MURPHY:

 6       Q.    All right, this one is Defendant's

 7   Exhibit 8127, Matt McKendry to Raquel Wagner.

 8             What are our her job duties?

 9       A.    She is a manager in umpire

10   operations, maybe a senior manager.

11       Q.    What does a senior manager do?

12       A.    Supports the department, she works

13   on SURE administration.  She supports the

14   observer group.  She works on administrative

15   issues, proofreads, edits, perform, develops

16   documents, she is --

17       Q.    O.K.

18             MR. LUPION:  I don't think he was

19        done.

20             MR. MURPHY:  I apologize.

21       A.    Sorry, PowerPoint presentations.

22       Q.    Very good.

23             MR. LUPION:  Are you done with your

24        answer?

25             THE WITNESS:  And other factors, if
```

```
 1                    P. Woodfork - 6/21/19
 2          that's makes it easier.
 3    BY MR. MURPHY:
 4          Q.    In this -- well, did you receive a
 5    copy of this email about the time it was sent?
 6          A.    Not to my recollection.
 7          Q.    Matt tells Raquel, "As discussed
 8    please research these," midyear -- "As
 9    discussed, please research these umpires' mid
10    year and year-end evals from the last five
11    seasons for information to support the decision
12    not to appoint them as a crew chief this
13    offseason.  Below are some initial thoughts on
14    each umpire's drawbacks.  See the attached
15    letter to Angel Hernandez and use it as your
16    template."
17                Is that the way MLB has notified
18    umpires who didn't get the crew chief position,
19    by pointing out reasons why they weren't
20    appointed?
21                MR. LUPION:  Object to the form.
22    BY MR. MURPHY:
23          A.    I think in this, from what I can
24    tell, this was to send the letters to the
25    umpires that were requested by the Umpire
```

1          **P. Woodfork - 6/21/19**

2    **Association.  Each umpire, my experience from my**

3    **recollection, is notified verbally prior to the**

4    **letter.**

5          Q.   Are these reasons being provided

6    after the decision was made?

7               MR. LUPION:  Object to the form.

8    BY MR. MURPHY:

9          **A.   I think they're provided when the**

10   **decision is made and hopefully consistent with**

11   **what's in their evaluations.**

12         Q.   With their game evaluations or

13   midyear?

14         **A.   With their midyear evaluations.**



23         Q.   If an umpire gets hurt, as was the

24   case with ▮▮▮▮▮▮▮ in his career in the

25   last couple of years, does that get held against

```
 1                  P. Woodfork - 6/21/19

 2    him in the decision to become a crew chief?

 3         A.    I think for umpires that are not on

 4    the field, it's tough to evaluate them.  So

 5    missed time is something that's taken in to

 6    account because you miss the evaluation period

 7    or the opportunity.

 8         Q.    And if you turn to the next page, it

 9    lists the umpires' actual seniority.

10                Do you see that?

11         A.    Yes.

12         Q.    And Hernandez, Danley, two minority

13    umpires, were the top two in seniority, would

14    you agree?

15         A.    Yes.

16                MR. LUPION:  Object to the form.

17                (Plaintiff's Exhibit 135, email from

18           McKendry, to Woodfork, 9/18/17, Bates

19           stamped DEF 14681 through 14687, marked

20           for identification, as of this date.)

21                MR. MURPHY:  This should be 134

22           right.

23                MS. REPORTER:  135.

24                MR. LUPION:  135.

25    BY MR. MURPHY:
```

1     **P. Woodfork - 6/21/19**

2     question?

3          Q.    Am I correct that these are just

4     summaries of the reaction of the umpires when

5     told that they did not make crew chiefs?

6          **A.    These are, yes, I mean, Randy's**

7     **notes on his conversations on crew chief.**

8          Q.    O.K.

&#9608;     ████████████████████████████

&#9608;   ██████████████████████████████████

&#9608;     ████████████

12         MR. LUPION:  Object to the form.

13         **A.    Randy says that Angel went, quote,**

14    **"off on the crew chief position for a while,"**

15    **and same with** ████████

16         Q.    And do you interpret that to be that

17    Angel was upset about not being selected as crew

18    chief?

19         **A.    I read that as he was -- he went off**

20    **about it so that has a negative connotation to**

21    **me.**

22         Q.    Turn to the next page, if you would,

23    sir.

&#9608;          ██████████████   ███████████████

&#9608;   ████████████████████████████████████

151

1                    P. Woodfork - 6/21/19



15        A.    I don't have an example for you.

16              (Plaintiff's Exhibit 140, email from

17        Rieker to Woodfork, dated 10/16/15, Bates

18        stamped DEF 7912, marked for

19        identification, as of this date.)

20   BY MR. MURPHY:

21        Q.    O.K., 7912, Rich Rieker and Peter

22   Woodfork, subject -- well, WS total stands for

23   World Series?

24        A.    I don't recall this email.

25        Q.    "I do not know the totals; they are

```
 1                    P. Woodfork - 6/21/19
 2   just suggestions."
 3              Do you know what that means?
 4        A.    I don't recall this email.  I assume
 5   he's talking about voting for World Series.
 6        Q.    "Put you who and Joe want in from
 7   the suggestions."
 8              What does that mean?
 9              MR. LUPION:  Objection.
10        A.    I don't know.  You'd have to ask
11   Rich, he's the one who sent this email.
12        Q.    We didn't see any response to this
13   that you didn't understand Rich.  So, "Take
14   Angel out if you want," do you know what that
15   means?
16        A.    Again, I don't recall this email.
17        Q.    This is October 16, 2015.
18              The playoffs would be well under
19   way, correct?
20        A.    It's the same date we had our,
21   quote-unquote, debacle, or close to it, my
22   birthday.
23        Q.    With ██████████
24        A.    Yes.
25        Q.    All right.
```

153

```
 1                    P. Woodfork - 6/21/19
 2              Was Angel being considered in 2015
 3    for the World Series?
 4         A.    I don't recall.
 5         Q.    Am I right that the only decision
 6    that would be left to be made on October 16,
 7    2015, would be who from the Division Series is
 8    going into the World Series, correct?
 9         A.    Seems like the time frame that you
10    would be deciding World Series assignments.
11         Q.    Because the subject says, "World
12    Series totals."
13              So was Angel on a list to be
14    selected for World Series and then taken off?
15              MR. LUPION:  Objection.
16    BY MR. MURPHY:
17         A.    I don't recall the discussion around
18    the World Series in 2015.  I don't think we have
19    a list that's on or off.
20         Q.    Keep that either in your mind or
21    handy as you look at the next one, if you would,
22    please.
23              (Plaintiff's Exhibit 141, Document
24         Bates stamped DEF 15451, marked for
25         identification, as of this date.)
```

154

```
1                    P. Woodfork - 6/21/19
2    BY MR. MURPHY:
3         Q.    This is 141, Defendants' Exhibit
4    15451.
5               MR. LUPION:  Bates number.
6               MR. MURPHY:  Yes, sorry, Bates; it's
7          Exhibit No. 141.
8               My apologies.
9    BY MR. MURPHY:
10        Q.    This is a text from you, is that
11   right?
12        A.    I assume that this is pulled from my
13   text messages and you're providing me that,
14   so...
15        Q.    And you sent the text to Joe Torre,
16   correct?
17        A.    That appears to be Joe's cell phone
18   number.
19        Q.    "Angel is going to be" -- first look
20   at the date, the date is the same day as the
21   Rich Rieker email on Exhibit 140.
22              Do you see that?
23        A.    I do.
24        Q.    And you tell Joe Torre in the
25   afternoon, "Angel is going to be a no for Rob.
```

1                   P. Woodfork - 6/21/19

2   I am headed home to have my birthday dinner, and

3   will be on my cell."

4          So you can see that I already knew

5   when your birthday was.

6          How did you know that Angel was

7   going to be a no for Rob?

8      **A.    I don't recall sending the text.**

9      Q.    You may not recall typing out a text

10  on your phone.  Do you recall the content and

11  what you were conveying to Joe Torre?

12     **A.    I can see here on the piece of paper**

13  **what the content says, but I don't recall the**

14  **situation or the discussion we were having.**

15     Q.    Did the Commissioner tell you that

16  he did not want Angel in the World Series?

17     **A.    Not to my recollection.**

18     Q.    Is this based on previous knowledge

19  about what the Commissioner feels about Angel

20  Hernandez?

21     **A.    This was, again, based on probably**

22  **my presumption, my presumption, I took a**

23  **presumption on the situation.  I don't recall**

24  **having conversation with the Commissioner about**

25  **Angel Hernandez and the World Series in 2015.**

1      **P. Woodfork - 6/21/19**

2          Q.    You don't say in the body, I believe

3      Angel is going to be a no for Rob; you say

4      affirmatively that, "Angel is going to be a no

5      for Rob."

6          **A.    I think if -- sorry.  You can ask**

7      **the question, I apologize.**

8          Q.    I'm just asking you:  What

9      information did you have that caused you to send

10     that information to Joe Torre?

11         **A.    I don't recall sending it; I don't**

12     **recall having any more information than I've**

13     **already stated to you.**

14             **I know that we're coming off of a**

15     **tough series in Toronto, I think I probably took**

16     **an assumption that situation management and**

17     **those types of issues were going to be at the**

18     **forefront for the World Series.**

19         Q.    I see.

20             So is what you're saying is that the

21     selection of the World Series umpires would've

22     been affected by what happened with ████████

23         **A.    I'm not saying that; I'm just saying**

24     **I think that that situation would be that we**

25     **were looking for all the time the umpires**

1                  **P. Woodfork - 6/21/19**

2        Q.    Do you recognize that the types of

3   things that Kinsler said about Mr. Hernandez can

4   harm him from an integrity standpoint?

5            MR. LUPION:  Object to the form.

6        **A.    Like I said, I don't remember the**

7   **exact comments that were made by Mr. Kinsler; I**

8   **do remember that he crossed the line.**

9        Q.    Mr. Kinsler was not suspended, am I

10  correct?

11       **A.    Correct.**

12       Q.    And did Joe Torre agree with what

13  you said here?

14       **A.    I don't recall.**

15           **(Plaintiff's Exhibit 144, email from**

16       **McKendry, to Woodfork, dated 9/15/13,**

17       **Bates stamped DEF 15068, marked for**

18       **identification, as of this date.)**

19  BY MR. MURPHY:

20       Q.    This is Exhibit 144, Bates stamp

21  15066.  It's an email from Matt McKendry to

22  Mr. Woodfork, subject post season, "Here is the

23  information you were asked about last night."

24           Would you explain to me what you

25  were asked about and who did the asking.

```
 1                    P. Woodfork - 6/21/19
 2          A.     I don't recall.
 3          Q.     Is there one thing that these
 4    umpires have in common?
 5          A.     These are the people of color that
 6    are umpires, people of diversity.
 7          Q.     Right.
 8                 Do you know why you were asked --
 9          A.     Again --
10          Q.     -- about this information?
11          A.     -- I don't recall.
12          Q.     When it says season, "2013 Number on
13    Staff: 7.  Number Assigned:  2."
14                 Would you explain what those numbers
15    are, sir?
16          A.     I didn't do the umpire -- I didn't
17    write this email, but from what I can infer from
18    it, it seems like there's seven on staff and two
19    assigned to the post season.
20          Q.     I see.  Seven on staff means seven
21    minority umpires?
22          A.     Again, if I take -- if I an infer
23    from it.  I didn't write the email, so I can't
24    say that 100 percent.  But we did, if I do
25    recall correctly, we did make two hires that,
```

163

```
 1                P. Woodfork - 6/21/19
 2    between '12 and '13 of people of color.
 3         Q.    You will note that in 2004, Chuck
 4    Meriwether umpired the World Series, correct?
 5         A.    According to this email.
 6         Q.    Do you know who had Joe Torre's
 7    current position back then in 2004?
 8         A.    I do not.
 9         Q.    Angel Hernandez had the World Series
10    in 2005, do you see that?
11         A.    Yes.
12         Q.    Marquez had the World Series in
13    2006, do you see that did?
14         A.    Yes.
15         Q.    Danley had the World Series in 2008,
16    and so did Laz Diaz, do you see that?
17         A.    Yes.
18         Q.    Evidently, the people in your
19    positions previously thought that Marquez, Diaz,
20    Hernandez and Danley, were capable enough to
21    umpire the World Series, would you agree?
22              MR. LUPION:  Object to the form.
23    BY MR. MURPHY:
24         A.    Agree that those umpires worked the
25    World Series during these years.
```

P. Woodfork - 6/21/19

Q.     Would you agree that by selecting

them, they were confident that they could handle

the World Series stage?

          MR. LUPION:  Objecting to the form.

     **A.     I don't know what thought process**

**they put in TO their selections.**

          Q.     But in spite of the fact that the

individuals that were in the position to select

World Series candidates prior to the people

coming onboard in 2011 thought that these

candidates, Hernandez and Danley, could be in

the World Series, you, Joe Torre, and the others

have thought that they're not worthy enough to

be in the World Series, correct?

          MR. LUPION:  Objection.

BY MR. MURPHY:

     **A.     You're asking me about the two**

**years, the three years on this sheet, '11, '12,**

**and '13?**

          Q.     '14, '15, and '16, too.

     **A.     You're asking me about the three**

**years that are on this sheet, Marquez worked the**

**World Series and he tried again.  We put the**

**umpires that we feel best are going to perform.**

```
 1                    P. Woodfork - 6/21/19
 2    humiliates them that they have less years than
 3    the crew chief they work under?
 4              MR. LUPION:  Objection.  Asked and
 5         answered.  You can answer again.
 6         A.    Yes, I'm not going to project or try
 7    to predict what their response is; I know that,
 8    as you said, they respect people that they work
 9    with regardless of race.
10         Q.    But you have had memos about the
11    conversations with the umpires in Arizona where,
12    both, ██████ and Hernandez conveyed that they
13    were upset about being passed over, so when it
14    comes to how they feel about certain things, you
15    are, in fact, made aware at times, correct?
16              MR. LUPION:  Objection.
17         A.    I am aware that they're upset about
18    not being selected as crew chiefs.
19                   (Plaintiff's Exhibit 146, email from
20              Freedman to Woodfork, Sword, 2013 Umpiring
21              Department Overview DEF 15067 through
22              15149, marked for identification, as of
23              this date.)
24    BY MR. MURPHY:
25         A.    Kevin, that's a big one, I'm going
```

```
 1                P. Woodfork - 6/21/19
 2   to run to the restroom before we get to that.
 3                MR. MURPHY:  Sure.
 4                (Whereupon, a recess was taken.)
 5                THE VIDEOGRAPHER:  Off the record,
 6        time 1:56.
 7                (Whereupon, a recess is taken.)
 8                THE VIDEOGRAPHER:  Stand by, please.
 9                The time 2:08 p.m., back on the
10        record.
11   BY MR. MURPHY:
12        Q.    In front of you, I have a document
13   15067 to 15149.
14                Do you recognize this document?
15        A.    Yes.
16        Q.    Is this something you reviewed in
17   preparation for your deposition?
18        A.    I did see this, yes.
19        Q.    Scott Freedman in August of 2013,
20   what position did he hold with Major League
21   Baseball?
22        A.    I don't recall his exact position.
23   He worked in the Labor Relations and Strategy
24   Department.
25        Q.    Did he have any particular expertise
```

```
 1              P. Woodfork - 6/21/19
 2   as it related to Minor League and Major League
 3   umpiring that would cause you to ask him to do
 4   this?
 5              MR. LUPION:  Object to the form.
 6        A.    I'm not -- I don't recall him being
 7   any more than researching information for us.
 8        Q.    And --
 9        A.    Actually, can I take that -- can I
10   add to that?  I think actually, in this case, in
11   Scott's case, this was actually just an update
12   of a document that -- of a presentation that
13   previously had been done.
14        Q.    And do you know, when was that
15   previous presentation done?
16        A.    If I recall correctly, 2011.
17        Q.    Sorry?
18        A.    If I recall correctly, it was 2011
19   is my best.
20   REQ
21              MR. MURPHY:  I'm going to request
22         that document and there was one other, the
23         Employee Handbook that has a diversity
24         policy that he mentioned earlier.
25   BY MR. MURPHY:
```

170

```
 1                    P. Woodfork - 6/21/19
 2        Q.    All right, who asked Mr. Freedman to
 3   do this update?
 4        A.    I don't recall.
 5        Q.    By that answer, does that eliminate
 6   you from being the person who asked Scott
 7   Freedman to do the update?
 8        A.    I don't recall directly asking Scott
 9   Freedman to do this update.
10        Q.    O.K.
11              Who is Morgan Sword?
12        A.    Morgan is a peer in the labor
13   relations department who Scott Freedman reported
14   to.
15        Q.    Did Freedman also do the original
16   version in 2011?
17        A.    I don't recall who worked on the
18   original one.  I know it was done through the
19   Strategy and Labor Group, which has a number of
20   people in it.
21        Q.    This report told Major League
22   Baseball that there was a diversity problem
23   within the umpire staff, correct?
24              MR. LUPION:  Objection.  The
25         document speaks for itself.
```

```
 1                    P. Woodfork - 6/21/19
 2         A.    I don't recall the specifics of each
 3   -- I don't recall the specifics of each page of
 4   this document.
 5         Q.    All right, but that wasn't about a
 6   specific page.
 7               Isn't it true that this report told
 8   Major League Baseball that there was a diversity
 9   problem within the umpire staff?
10               MR. LUPION:  Object to the form; the
11          document speaks for itself.
12         A.    Again, I don't recall the specifics
13   of it; I can read through it and see specifics;
14   I know it did discuss diversity and diversity
15   numbers.
16         Q.    And that those diversity numbers
17   were inadequate, correct?
18               MR. LUPION:  Object to the form.
19          Document speaks for itself.
20   BY MR. MURPHY:
21         A.    Again, I think it showed the
22   numbers, how you interpret those numbers, and I
23   felt we could have improvement in that area.
24         Q.    All right.
25               We're going to go through some of
```

```
 1                    P. Woodfork - 6/21/19
 2     these pages.  I will show you a page or two to
 3     orient you?
 4          A.    O.K.
 5          Q.    So, let's start at 15068, it's
 6     called an Umpiring Department Overview and then
 7     15069, you'll see the Table of Contents.  It
 8     starts with the Demographics and Life of an
 9     Umpire.
10                 On 15070, he has listed that of the
11     total number of umpires, only 7 percent were
12     people of color, correct?
13          A.    7 percent of minorities?
14          Q.    Yes.
15          A.    Yes.
16          Q.    And would you agree that that's not
17     an acceptable number?
18                 MR. LUPION:  Object to the form.
19          A.    I would say that our diversity
20     efforts, we need to increase that number, that
21     is a goal.
22          Q.    So by saying that you need to
23     increase the number, this number was not
24     acceptable, would you agree?
25                 MR. LUPION:  Object to the form.
```

173

```
1                P. Woodfork - 6/21/19

2          Mischaracterizes testimony.

3       A.    I would say that the number is the

4    number of how many -- the percentage of diverse

5    umpires we had at the time, and that the goal

6    was to increase that number.

7       Q.    In 2013, were you satisfied that the

8    amount of umpires of color were only 7 percent?

9       A.    I think we needed to, again, looking

10   at the number, we needed to increase that

11   number.

12      Q.    Does that mean that you were not

13   satisfied?

14      A.    It's not satisfaction -- for me,

15   that's not how I -- I'm more analytic.  I look

16   at that number, it's not, for me it was not high

17   enough and it's something we need to improve on.

18      Q.    Between 2013 and the present, has

19   that number gone up or done?

20      A.    Percentagewise, I would have to look

21   at it.  I don't know off the top of my head what

22   the percentage is.  I think between -- think the

23   number, total number has increased.

24      Q.    15071, while the total number of

25   minority umpires has increased, so has the
```

# EXHIBIT G

Message

| | |
|---|---|
| **From**: | Freedman, Scott [scott.freedman@mlb.com] |
| **Sent**: | 8/1/2013 7:28:50 PM |
| **To**: | Woodfork, Peter [peter.woodfork@mlb.com] |
| **CC**: | Sword, Morgan [morgan.sword@mlb.com] |
| **Subject**: | 2013 Umpiring Department Overview |
| **Attachments**: | 2013 Umpiring Department Overview.pptx |

Peter:

Attached please find an updated version of the Umpiring Department Overview.  Please let us know if you have any questions or need anything else.

Thanks,

Scott

**EXHIBIT**

6

DEF015067



# Umpiring Department Overview

Confidential - Attorneys' Eyes Only

DEF015068

PRIVILEGED AND CONFIDENTIAL

# Table of Contents

- **Demographics and life of an umpire**
- Umpire oversight and development
- Umpire health and fitness
- Benchmarking officiating in other leagues
- Recommendations



1

DEF015069

PRIVILEGED AND CONFIDENTIAL

# Active Umpire Demographics

## MLB Umpire Demographics



47 Years Old

15 Seasons

10 Seasons

47

15

10

Age        Service     Minor League
                       Experience

## Umpiring Staff Breakdown

| Number of Umpires | 68 |
|---|---|
| Umpires per Crew | 4 |
| Umpires with Playoff Experience | 59 |
| Umpires with WS Experience | 31 |
| Base Salary Range | ███████ |
| Minority % | 7% |

Source: MLB Umpire Database

Confidential - Attorneys' Eyes Only



2

# Pathway to the Majors: Candidate Selection

| Candidate Selection | Training & Development | Major League Hiring |
|---|---|---|

- Many aspiring umpires will attend one of the **MLB sponsored umpiring camps;** top students from the umpiring camps are **given scholarships to the Wendelstedt/Evans** professional umpiring schools

- While the MLB umpiring camps are not required, all umpire candidates **must attend either the Wendelstedt or Evans umpiring school**

- The cost of attending an umpiring school is only **$3,000 for a five week course** and includes tuition and housing

- The **best candidates** from the professional umpiring schools are then **sent to the Professional Baseball Umpires Corp (PBUC) evaluation course**

- After the PBUC evaluation course, many attendees will be **placed into openings in the lower level minor leagues**

- **PBUC has created their own school** in January 2012, but there remain issues regarding how to eliminate bias from the candidate selection process



*Low tuition and admissions standards create low barriers to entry*



3

Confidential - Attorneys' Eyes Only

# Pathway to the Majors: Training & Development

**Candidate Selection**

**Training & Development**

**Major League Hiring**

- **PBUC,** not Major League Baseball, **is responsible for the development and evaluation of the minor league umpires** from Rookie Ball through AA; umpires are given two years at each level, and after two years, are either promoted or let go

- **MLB supervisors** are responsible for evaluation and development at the AAA level

- Umpires spend an **average of 10.5 years** in the minor leagues before they are given a Major League opportunity

- The average salary for a minor league umpire ranges from $12,000-$15,000 for six months of work; the **maximum salary is $21,000**

- The **non-stop travel** endured as a minor league umpire includes overnight car rides, cheap motels, and months away from home – only $27 per day is allocated for meal money

- Though the season only lasts 4-6 months per year, an **umpire's difficult schedule precludes many additional employment opportunities**



*Umpires experience poor conditions with little emphasis put on training and development*



4

DEF015072

PRIVILEGED AND CONFIDENTIAL

# Pathway to the Majors: Major League Hiring

**Candidate Selection** → **Training & Development** → **Major League Hiring**

- Umpires are hired at the **"absolute and exclusive"** discretion of the Commissioner's Office (Article 4.A.3)

- An umpire can only be offered a Major League position when one becomes available; given the **low turnover rate**, this can be quite rare

- Umpires will often work **hundreds of Major League games before actually being given a position** as a Major League umpire

- **19** Minor League Umpires are on the 2012 AAA-call up list; **very few will have the opportunity for a full time major league position** in the near future

- Evaluation of potential new hires can be **very subjective**; quantitative data such as AAA evaluations and ZE scores is sometimes used, but **supervisor recommendations hold the most weight**

- Once hired, there is still a **probationary period** of up to 3 years where an umpire can be terminated without cause, but because most umpires are credited with 2 years of service upon being hired, the probationary period is effectively **shortened to a single year**

*Umpires hired in their mid-30s lose some of their most productive years in the minor leagues*



5

Confidential - Attorneys' Eyes Only

DEF015073

# Current MLB Umpires are drawn from across the US, but are heavily concentrated in the Midwest

PRIVILEGED AND CONFIDENTIAL



Outside the US: 3

Source: MLB Umpire Database

Confidential - Attorneys' Eyes Only

DEF015074



# Barely One Third of MLB Umpires Have Graduated from a Four-Year College

**MLB Umpires by Highest Level of Education Completed**
Current Staff



**NON-College Graduates: 45 Total**

**College Graduates: 23 Total**

Average Service: 15 Years

Average Service: 15 Years

Confidential - Attorneys' Eyes Only

PRIVILEGED AND CONFIDENTIAL

DEF015075

# The Average MLB Umpire Spends over Ten Seasons in the Minor Leagues

**Career Trajectory of the Average MLB Umpire, 2001-2012**





PRIVILEGED AND CONFIDENTIAL

# Major League Umpires Miss an Average of 20 Days Per Season, Allowing Triple-A Umpires an Opportunity to Work Major League Games

PRIVILEGED AND CONFIDENTIAL

## MLB Umpires' Days Missed by Category



963

Other — 29

Union Business — 3

Vacation — 98

*MLB Umpires are entitled to 28 days of vacation with pay (in addition to the all star break) during each season*

Injury/Illness — 832

*MLB Umpires are entitled to up to one year of disability (including salary and medical/hospital expenses) for work related injuries, and up to 90 days paid leave for non-work related injuries*

2002-2012 Average

Source: MLB Umpire Database, Basic Agreement



9

Confidential - Attorneys' Eyes Only

DEF015077

PRIVILEGED AND CONFIDENTIAL

# However, Translating the Call-ups to Full-Time Employment Takes Years

## Major League Days by AAA Call-up Umpires, 2012

| Umpire | League | Total Days 2012 | Total Days Prior Years Through 2012 |
|---|---|---|---|
| Alan Porter | IL | 144 | 300 |
| Vic Carapazza | IL | 142 | 304 |
| Mike Muchlinski | PCL | 130 | 465 |
| D.J. Reyburn | PCL | 130 | 387 |
| Chris Conroy | IL | 130 | 213 |
| Manny Gonzalez | IL | 122 | 175 |
| Mike Estabrook | IL | 120 | 595 |
| Lance Barrett | PCL | 105 | 173 |
| Cory Blaser | PCL | 104 | 226 |
| Angel Campos | PCL | 76 | 549 |
| Jordan Baker | PCL | 72 | 72 |
| David Rackley | IL | 50 | 103 |
| Toby Basner | IL | 19 | 19 |
| Clint Fagan | PCL | 16 | 21 |
| John Tumpane | PCL | 10 | 84 |
| Mark Ripperger | PCL | 9 | 54 |
| Mark Lollo | IL | 2 | 10 |
| Hal Gibson | PCL | 0 | 0 |
| Adam Hamari | IL | 0 | 0 |

*The average MLB umpire works 249 Major League Games before being officially hired; for umpires hired after 1999, this number rises to 581 Major League Games*

Source: MLB Umpire Database

Confidential - Attorneys' Eyes Only



10

DEF015078

Case 1:1?-cv-00?35?-???? Document 1??-3? Filed 0?/??/?0 Page 129 of 199

PRIVILEGED AND CONFIDENTIAL



## MLB Umpire Special Events Compensation



$6,500 — ASG
$16,750 — Division Series
$20,000 — League Championship Series
$23,500 — World Series

**Special Events Compensation Pool**

- $30,000 per umpire
- Paid to all 68 members of the umpiring staff regardless of assignment to special event



11

Source: Basic Agreement, Addendum A

Confidential - Attorneys' Eyes Only

DEF015079

# Low Churn in the Umpiring Staff Has Caused an Aging Workforce and Increased Cost, Yet This Trend Has Reversed Course Since 2010

PRIVILEGED AND CONFIDE...



**Average Umpire Service, 2000-2013**
In Years

**Average Umpire Age, 2000-2013**
In Years



Source: MLB Umpire Database

Confidential - Attorneys' Eyes Only

DEF015080

# Because of Their Service-Based Pay, the Aging Umpiring Unit is Becoming Increasingly More Expensive

Case 1:14-cv-00665-PCC-WCG Document 54-23 Filed 06/22/20 Page 135 of 859

PRIVILEGED AND CONFIDENTIAL



| | |
|---|---|
| ▉▉▉▉▉▉ | **Annual Cost of No Umpire Retirements** |
| ▉▉▉▉▉▉ | **Savings from One Umpire Retirement** |
| **3** | **Retirements Needed Per Year to Break Even** |

*Early retirement windows with enhanced benefits have been successful in spurring retirements; however, the final early retirement window is from Oct-Dec 2012 after which retirements are expected to slow*



13

Source: Basic Agreement Addendum A, LRD Analysis

Confidential - Attorneys' Eyes Only

# Special Events Assignments Often Go to the Most Senior Umpires

## Umpires Selected for Special Events by Service



### Special Events Selection

- The Commissioner's Office is given "absolute and exclusive discretion" in assigning umpires for special events

- A number of criteria are taken into account when choosing the umpires for special events
  — Seniority
  — Special event experience
  — Supervisor Evaluations that include assessment of leadership skills, overall quality of performance, and fulfillment of duties and responsibilities

- Selection is heavily influenced by the supervisors' subjective recommendations

- Seniority is rewarded, with a few younger umpires each year also given an opportunity so that they can gain experience

- A suggested quantitative weighted ranking method was not popular with the supervisors



14

Source: MLB Umpire Database, CBA Article 15.B.2

Confidential - Attorneys' Eyes Only

DEF015082

PRIVILEGED AND CONFIDENTIAL

# Crew Chief Assignments Also Go to the Most Senior Umpires

## Crew Chief Assignment Guidelines

> "*In the appointment of crew chiefs, the Commissioner's Office may rely on whatever factors it deems appropriate; seniority may be considered, but does not control the selection*" – Basic Agreement Article 4.C.1-2

- In addition to seniority, factors that should be considered include:

  - *Leadership Skills* – situation management, on-field presence/demeanor, hustle, focus, integrity, etc.
  - *Overall Quality of Performance* – ZE score, base judgment accuracy, agility and positioning
  - *Fulfillment of duties and responsibilities* – attendance and the umpire's adherence to the Umpire Manual, the Official Playing Rules, and the Basic Agreement
  - *Demonstrated Initiative to Train and Mentor Junior Umpires*

## 2013 MLB Crew Chiefs

| Last Name | First Name | Service | Service Rank |
|-----------|-----------|---------|--------------|
| West | Joe | 35 | 1 |
| McClelland | Tim | 30.5 | 2 |
| Hirschbeck | John | 29.5 | 3 |
| Welke | Tim | 29 | 4 |
| Davis | Gerry | 29 | 4 |
| DeMuth | Dana | 29 | 4 |
| Scott | Dale | 27 | 7 |
| Darling | Gary | 26 | 8 |
| Joyce | Jim | 25 | 9 |
| Layne | Jerry | 24 | 10 |
| Winters | Mike | 23 | 11 |
| Gorman | Brian | 21 | 12 |
| Kellogg | Jeff | 20.5 | 13 |
| Hallion | Tom | 20 | 14 |
| Cederstrom | Gary | 19 | 15 |
| Culbreth | Fieldin | 16 | 16 |
| Barrett | Ted | 16 | 16 |

*Despite the freedom of selection provided in the basic agreement, of the 17 crew chiefs for the 2013 season, only 2 rank outside of the top 15 when ranked according to service*



15

Source: MLB Umpire Database, CBA Article 4.C.1-2

Confidential - Attorneys' Eyes Only

# The "Class of 1999" Represents 40% of the Umpiring Staff and Will Create Several Problems as Its Umpires Accumulate Service and Salary

PRIVILEGED AND CONFIDENTIAL

**Current Umpires by Year of Hire**



| Key Questions | ▪ How will **crew chief assignments, special event assignments, and playoff assignments** be determined with so many Umpires at the same level of service? |
|---|---|
| | ▪ How much **extra money** will it cost to pay all of these umpires as they become more senior? |
| | ▪ What will happen if all 28 umpires decide to **retire around the same time**? |
| | ▪ How will MLB handle the **increased influence** this group will have as more senior umpires begin to retire? |



16

Source: MLB Umpire Database

Confidential - Attorneys' Eyes Only

DEF015084

# The Most Senior Umpires Have a Strong Influence on Umpire Culture

PRIVILEGED AND CONFIDENTIAL

**Strict Hierarchy**

- Joe West who has the **most service** of any current umpire (35 years) is **president of the union**
- Crew assignments are **given with service time in mind**, and the **crew chief** is always the **member of the crew with the most experience**
- Crew chiefs get to **pick their own schedule** based on seniority

**Aversion to Technology**

- Adoption of new technology (SURE, ZE) is **hindered by the older umpires**
- The older umpires are not as familiar with computers, and often **display a distrust** for the results of the high tech evaluation systems
- **Junior members** of the crew are often **assigned as the technology experts** so that the senior members of the crew do not have to learn the systems

**Fear of Change**

- **Change is difficult** for the majority of umpires
- After tens of years umpiring, **most umpires have rigid routines**; they do not feel comfortable deviating from their traditional systematic processes
- **Poor communication and collaboration** skills among the umpires make it even more difficult to institute change; **junior umpires** who are not as set in their ways **are not given the opportunity to express their views** by their more senior counterparts



17

DEF015085

PRIVILEGED AND CONFIDENTIAL

# Summary

- The candidate **selection and development** process is **difficult, time consuming, and involves poor conditions and low pay**

- Umpiring camps with limited qualifications keep **barriers to entry low**, and the pay and conditions experienced in the minor leagues ensure that **only candidates with very few alternative options** will set out to become Major League Umpires

- Minor League umpires suffer from a **lack of focus on training and development,** and even the **best umpires are forced to put in their time in the minors regardless of whether or not they deserve to be in the Major Leagues**

- Once selected, there is **little incentive for outstanding performance**, as almost all **rewards are tied to service time**

- The class of 1999 has created a **demographics problem** that has already impacted culture, development, and performance and will continue to do so as these umpires become more senior

- The combination of the AL and NL in 2000 did nothing to quash a rivalry that has continued to result in **mistrust and a lack of collaboration** among the umpires to this day

18

## Table of Contents

- Demographics and life of an umpire
- **Umpire oversight and development**
- Umpire health and fitness
- Benchmarking officiating in other leagues
- Recommendations



19

Confidential - Attorneys' Eyes Only

DEF015087

# Umpire Oversight & Development

- MLB has put in place a number of different **people, systems, and processes** to help oversee, evaluate, and develop Major League Umpires

  - (A) Umpiring Department
  - (B) Supervisor/Observer Network
  - (C) Technologically Advanced Training and Evaluation Systems
  - (D) Evaluation, Training, Discipline, and Situation Handling Processes

- The **investment and effort** MLB has made in the above areas **is admirable**, and has **laid the groundwork for future success**

- However, there **remains some concern** about whether the existing people, systems, and processes have been able to **significantly impact umpire behavior** that is often deeply ingrained by the time an umpire reaches the Major Leagues

20

Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

# A Lack of Structure Historically Contributed to the Department's Struggles



**A**

**Mike Port**
VP, Umpiring

As of Fall 2010

**Charlie Relaford**

**Bruce Froemming**
Special Assistant

**Freddie Hernandez**
Coordinator, Video

**Tom Lepperd**
Director, Administration

**Mark Letendre**
Director, Umpire Medical Services

**Cathy Davis**
Specialist

**Stephen Mara**
Administrator

**Cris Jones**

**Randy Marsh**

**Steve Palermo**

**Rich Rieker**

**Larry Young**

**Umpire Supervisors**

**Organizational Issues**

- Lack of accountability and hierarchy
- No dedicated focus on specific areas (e.g. training & evaluation)
- Inefficient or redundant processes when quick responses are needed
- Poor communication with umpiring crews
- Minimal ability to manage administrative personnel

23

PRIVILEGED AND CONFIDENTIAL

DEF015091

Case 1:14-cv-00059-...  Document...  Filed...  Page 142 of 199

PRIVILEGED AND CONFIDENTIAL

**Observed Games by Year**



| | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|
| | 1,313 | 1,365 | 1,357 | 1,463 | 1,389 |
| **% of Games Reviewed** | 54.1% | 56.2% | 55.8% | 60.2% | 57% |
| **Observers/ Supervisors** | 18 | 18 | 18 | 19 | 19 |

**In-Game Evaluation Process**

- Supervisors and Observers attend games to evaluate umpires in person

- Umpires are graded in categories such as Effort and Professionalism, Game and Situation Management, Field Proficiency, and Administrative Components

- Umpires receive a grade in each category of either Exceeds Expectations, Meets Expectations, or Does Not Meet Expectations

**Aggregated Evaluations**

- Each Umpire receives a mid-season and end of season evaluation

- Supervisors aggregate all of the in-game reports an umpire has received throughout the season and assign an overall grade to each category



24

Confidential - Attorneys' Eyes Only

DEF015092

Case 1:12-cv-03704-SAS-DCF Document 437 Filed 05/28/20 Page 143 of 199

# However, the Lack of Differentiation Among Observer and Supervisor Grades Reduces Their Usefulness

PRIVILEGED AND CONFIDENTIAL

**Distribution of Grades Among Umpires, 2012**



2012 End of Season Evaluations

- ▮ Does Not Meet Expectations
- ▮ Exceeds Expectations
- ▮ Meets Expectations

**Lack of Differentiation**

- Culture among Umpires is to avoid differentiation whether positive or negative

- As former umpires, supervisors' interests are often aligned with those of the umpires

- Observers are also friendly with the umpires and are hesitant to give out subpar grades

- Without "supervisors of the supervisors", there has not been a clear directive to ensure a proper distribution of grades

*Supervisors and observers know umpiring, but not management; increased training is required*



25

Source: 2012 Umpire End-of-Season Evaluations

Confidential - Attorneys' Eyes Only

DEF015093

# Additionally, the Umpires Only Receive Formal Feedback Twice Per Year

**Timeline of Formal Umpire Performance Reviews**



*While informal feedback is given throughout the year, there are long gaps between formal evaluations that reduce their impact on performance.*



26

Confidential - Attorneys' Eyes Only

DEF015094

# MLB Has Invested Significant Resources in Technologically Advanced Training and Evaluation Systems

Case 1:12-cv-03704-DLC Document 16297 Filed 06/08/20 Page 145 of 199

PRIVILEGED AND CONFIDENTIAL

## Key Umpiring Technology

### System for Umpire Review & Evaluation (SURE)

- Compiles all close calls from every MLB game (excluding balls and strikes)
- Video clips of each play are tagged with identifying information (umpire involved, outs, inning) and then made available to umpires and umpire administration personnel

### Zone Evaluation System (ZE)

- Tracks umpire performance in calling balls and strikes
- All pitches in each game are recorded by the system and given a classification of ball or strike
- The system classification is compared with the Umpire's call on the field to determine whether the umpire made the correct call

### BEST

- 3-D virtual video training system used to help umpires with calling balls and strikes
- Using a pair of goggles hooked up to a computer, umpires can select a specific pitcher and practice calling balls and strikes using pitches from the selected pitcher

27

Confidential - Attorneys' Eyes Only

DEF015095

Case 1:1ta:sv-00003599-PSSGWCS Document 56237 Filed 00/05/20 Page 146 of 869



**MLB Network Loggers** → MLB Network loggers review the day's games and identify any close plays for the SURE system

Plays are transferred from Network to SURE

**BOC Administrator** → BOC Administrator identifies play type, outs, and runners on base, and filters any plays that should be excluded

If game was not reviewed in person, plays are released to be reviewed by the Supervisor

**Umpire Supervisors** → The Supervisors review games at which there was no Supervisor/Field Observer present grading each play as correct/inconclusive or incorrect

Reviews are sent within SURE to the individual umpires

**MLB Umpires** → Umpires log into SURE to view the results of the Supervisor's reviews



28

# Ⓒ The ZE System Provides a Wealth of Data on Ball/Strike Calls to Both Umpires and Administrators

## 1. Pitch Tracking



Fig 3

- 3 cameras, installed in every park, capture 30 images per pitch to track each ball's trajectory
- The images are used to create an equation of motion for the ball
- A central computer then determines the exact location of the ball when it crossed the front of the plate
  — The system is accurate within less than an inch
- A PITCHf/x operator sets the top and bottom of the strike zone before every pitch
  — Sides of strike zone are set automatically by cameras

## 2. Central Review



ZE System

- Each game's data is processed centrally by MLBAM each night
- Auditors review each game's data nightly and make adjustments as needed
  — E.g. Balls crossing the plate in the strike zone but caught near the ground by the catcher
- Each umpire is given a score and can view video of each pitch the following day

## 3. Umpire Feedback & Reporting

- The umpiring department works with each umpire to understand their scores and address any issues with the system
- The LRD produces a weekly report of top scoring umpires, strike zone tendencies and differences between ballparks
- ZE scores are used as part of the umpires' mid-season and year-end evaluations



29

Confidential - Attorneys' Eyes Only

PRIVILEGED AND CONFIDENTIAL

# Umpires Are Afforded a "Buffer" to Protect Them on Extremely Close Pitches

## Pitch Buffer Illustration



**A borderline pitch originally called a ball by umpire and marked incorrect would be marked correct if it falls within the pitch buffer**

## Pitch Buffer Adjustment Process

**System scores the pitch without pitch buffer**

*Incorrect/ Acceptable*                                    *Correct*

**Pitch moved around buffer zone and rescored at each point**

**Pitch marked correct. Umpire's score cannot be impacted negatively.**

**If pitch is correct (or acceptable) at any point in the buffer, pitch marked correct (or acceptable)**

**If pitch remains incorrect around entire buffer, pitch scored incorrect**

**The pitch buffer and other adjustments add roughly <u>five percentage points</u> to umpires' ZE scores**



30

Note: Size of buffer exaggerated for purposes of illustration

Confidential - Attorneys' Eyes Only
DEF015098

PRIVILEGED AND CONFIDENTIAL

(C) **The ZE Buffer is One of a Number of System Adjustments that Result in a Very Inflated ZE Score**

**2012 ZE Data**

| | |
|---|---|
| **2012 ZE Final Results: 362,404 "Adjusted" Correct Pitches** ▶ | **2012 Final Adjusted Score of 95.8%** |
| **Remove 4,867 pitches manually adjusted by auditors** ▶ | **ZE Score Drops to 94.5%** |
| **Remove 17,737 pitches considered acceptable due to built in buffer** ▶ | **ZE Score Drops to 89.8%** |
| **Remove ~10,000 pitches[1] marked correct due to built in "Ball Buffer"** ▶ | **ZE Score Drops to 87.1%** |

*After taking out all of the adjusted and buffered pitches that are credited to the umpire, the number of correct pitches drops from 362,404 to 329,800 and the ZE score drops from 95.8% to 87.1%*

[1] Ball buffer effect estimated based on historical (2008) results



31

 DEF015099

# BEST is a Virtual Reality Training Tool for Ball/Strike Calls

© (top left marking)

PRIVILEGED AND CONFIDENTIAL

## Realistic Training

- Umpires only work behind the plate once or twice a week and can use BEST to stay sharp between games

- Umpires can use BEST to view pitches from the actual pitcher who they will be seeing during the game, much like the players watch video of a pitcher before they face him

- BEST serves as a great way to practice and prepare for a game in a low pressure, non evaluative environment

32

DEF015100

PRIVILEGED AND CONFIDENTIAL

# C · A Number of Barriers Remain Before the Full Potential of These Advanced Systems Can Be Achieved

## Key Umpiring Technology (Issues)

### System for Umpire Review & Evaluation (SURE)

- **Supervisor comments are often lacking,** making it difficult for an umpire to work out where and how he can improve
- **Supervisors grade leniently,** resulting in very few incorrect plays for the umpires to learn from
- With no mandate to log in and check the system, **some umpires almost never view their plays**

### Zone Evaluation System (ZE)

- ZE system scores clearly differentiate between umpires, **but a high ZE score does not have any measurable impact on special event selection, compensation, or end of season evaluations**
- ZE scores are **inflated by a number of adjustments and buffers** and do not present a true view of accuracy
- Many **umpires blame the system for bad scores,** and will often argue that the system is calibrated incorrectly or that their version of the strike zone is preferred by players and managers

### BEST

- **Only 5 BEST consoles exist** making it impossible for Umpires to have regular access
- Working on the BEST system before games **upsets the set pregame routine** that umpires have developed over the years

> *The complete lack of integration between the systems described above as well as other IT systems used by umpires (Portal, Halogen, Umpire Access Database, etc.) adds to the difficulty of managing umpire evaluation/training*



33

DEF015101

# Umpires are Graded on a Number of Different Evaluation Criteria

## Evaluation Criteria

- Field Performance
  - Field Proficiency
  - Effort and Professionalism
  - Game and Situation Management
- Administration
  - Ejections and Situation Handling
  - Submitting Umpire Reports
  - Communication with Office
  - Application of Pace of Game Procedures
- Judgment
  - Plate Judgment
  - Base Judgment



34

PRIVILEGED AND CONFIDENTIAL

DEF015102

PRIVILEGED AND CONFIDENTIAL

# **The Basic Agreement Outlines an Evaluation and Training System That Gives Management More Discretion Than in Years Past But Has Complications** (D)



* "For example, the Vice President of Umpiring may determine that a trend exists when different Observers rate an umpire deficient in the same area of performance", Basic Agreement, Addendum C



35

Confidential - Attorneys' Eyes Only

DEF015103


Case 1:...Document... Filed... Page 154 of 199

**(D) Umpires Are Not Always Given Clear Direction When Controversial Situations Arise**

> "*An umpire shall not speak with a member of the media regarding a controversial, play, call, or ejection in a game for a period of 15 minutes following the completion of the game. After the fifteen minute post-game cooling off period, a crew chief (or another crew member…) may on the day of the game discuss a rule interpretation, an unusual play, or a controversial call, play, or ejection with a pool reporter.*" – Basic Agreement Article 9E

- Umpires are **encouraged to speak to the press** following games, so as to avoid the impression they are hiding from the media

- While speaking to the press, umpires must be **very careful about what they say**
  - General comments and rules explanations are acceptable
  - Details about who said what to whom are not acceptable
  - Additionally, umpires "shall not make public comments that create an appearance of lack of impartiality toward a player or Club, that are critical of the Commissioner of Baseball, or that otherwise are inimical to the best interests of baseball" (Article 9.E.3)

- **PR support can be provided** if deemed necessary, but the umpire bears the majority of the communication responsibility

> *When a controversial situation arises, the umpires involved in the controversy are often the only people available to answer questions; enhanced PR training is required*

36

Confidential - Attorneys' Eyes Only

DEF015104

PRIVILEGED AND CONFIDENTIAL

**(D) The Commissioner's Office has Broad Management Rights With Regards to Umpire Discipline and the Protection of Umpire Integrity**

## Umpire Discipline

- No disciplinary decision is subject to arbitration before a neutral arbitrator
  - <u>Discipline of 6 days or less or $1,000 fine</u>: Appeal determined by SVP and General Counsel of Labor
  - <u>Discipline of greater than 6 days or $1,000 fine</u>: Neutral Factfinder appointed to provide **non-binding** findings with respect to basic facts of the matter and appeal independently determined by SVP and General Counsel of Labor
  - <u>Termination</u>: Appeal determined by SVP and General Counsel of Labor; if upheld, a Neutral Factfinder may be appointed to provide **non-binding** findings with respect to basic facts of the matter to be used in connection with a further appeal to the Commissioner for an independent determination.

- All decisions by the Commissioner and the SVP and General Counsel of Labor are final and binding

## Umpire Integrity

- The Basic Agreement and Major League Rules contain numerous policies intended to protect the integrity of MLB and the image of umpires as impartial arbiters
  - Public statement limitations (Article 9.E.3)
  - No gambling on baseball (MLR 21)
  - No gifts from players or other Club personnel (MLR 21)
  - No requests for autographs or memorabilia (Article 9.C.4)
  - No requests for tickets from Clubs (Article 20.A.1-3)
  - No requesting, taking, selling or authenticating any Club or BOC property (balls, bats, line-up cards, etc.) (Article 9.C.5)
  - "Each umpire shall render skilled services as a baseball umpire, with diligence and fidelity... conform to high standards of personal conduct; and maintain the integrity of the international game of baseball." (Article 9.A)



37

PRIVILEGED AND CONFIDENTIAL

**(D) Umpire Discipline has not been a Major problem, but Punishments have not Deterred Repeat Offenders**



**Incidents by Discipline Type, 2003-Present**



| Warning | Fine | Suspension | Probation | Termination |
|---------|------|------------|-----------|-------------|
| 10 | 27 | 9 | 1 | 1 |

### Discipline

- 10 Umpires* account for more than half of the incidents

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- Longest suspension was for 10 days
- 12 of the 48 incidents were appealed
- Umpires are disciplined for both on and off the field incidents



38

Confidential - Attorneys' Eyes Only

DEF015106

Case 1:... Document... Filed... Page 157 of 199

# D. While Umpires are Disciplined for both On-and Off-Field Incidents, On-Field Incidents are Often Higher Visibility

**Player Ejections 2006-2012**



### On Field Incidents

- Every time there is an incident, the umpire's role and conduct is evaluated by the SVP of Umpiring, with discipline following if necessary

- Umpire discipline is generally not announced in order to avoid undermining the umpire's authority on the field

- On the flip side, umpires have a contractual right to know if a player is suspended and/or fined for an incident involving an umpire (Article 5.E)

PRIVILEGED AND CONFIDENTIAL

39

## Summary

- A **significant budget** is allocated to umpiring, but the department has historically lacked structure

- The majority of the budget is allocated to salary and travel, with **very little allocated to training and evaluation**

- A large network of observers and supervisors is able to cover a high number of games, but **lack of grade differentiation** among umpires is a problem

- Umpires do receive consistent informal feedback, but **formal feedback is often delayed**

- A number of impressive technologies have been built to aid in the evaluation and training of the umpires, but they have **not been fully accepted** by the umpires, and are **not always utilized** to the full extent

- While significant time has gone into formalizing the evaluation and training process, there is still **significant room for interpretation and subjective judgment**

- Certain umpires **repeatedly become involved in incidents requiring discipline** in spite of past punishments



40

Confidential - Attorneys' Eyes Only

DEF015108

# Table of Contents

- Demographics and life of an umpire
- Umpire oversight and development
- **Umpire health and fitness**
- Benchmarking officiating in other leagues
- Recommendations

PRIVILEGED AND CONFIDENTIAL



41

DEF015109

# In Theory, MLB Places a Strong Emphasis on Fitness

*Medical*

- Pre-employment physicals include a **treadmill stress test** and **nutritional consult**
- A **functional activity assessment** is given per the CBA
- Umpires have access to an Umpire Employee Assistance Program, Executive Health Access, and a Lifestyle Management Program

*Conditioning*

- Umpires are given individually customized in-season **performance books**, individual **stretch tubing kits**, a computer based pedometer **walking program,** and instruction on **post-travel stretching**
- Each umpire room contains a number of **fitness devices** including foam rollers, gymnic balls, stretching equipment, and core body temperature cooling equipment
- Umpires have access to **customized functional conditioning**

*Nutrition*

- Umpires can consult with two **registered dieticians**
- Each umpire is given a **healthy eating restaurant guide**



42

Confidential - Attorneys' Eyes Only

DEF015110

Case 1:18-cv-09035-JPC-GWG   Document 136-37   Filed 04/25/20   Page 43 of 199

# However, only 4 of the current MLB Umpires are considered to be of "Normal" weight based on their Body Mass Index

**Active Umpires by Body Mass Index Range**



**Center for Disease Control BMI/Weight Status**

| BMI | Weight Status |
|-----|---------------|
| Under 18.5 | Underweight |
| 18.5-24.9 | Normal |
| 25.0-29.9 | Overweight |
| 30.0 + | Obese |

*The National Institute of Health notes that being overweight or obese can put one at risk for heart disease, type II diabetes, and certain cancers*



43

Source: National Institute of Health; http://www.cdc.gov/healthyweight/assessing/bmi/adult_bmi/

Confidential - Attorneys' Eyes Only

DEF015111



Confidential - Attorneys' Eyes Only

DEF015112



Confidential - Attorneys' Eyes Only

# Summary

- MLB umpires are generally viewed as being in **worse shape than their peers** in the other major sports leagues

- While the MLB has set up a number of positive programs related to physical fitness, a **large proportion of umpires remain unfit**

- A number of umpire injuries are inevitable, but **increased focus on umpire safety and wellness** should help keep umpires on the field

- As concussion awareness continues to increase, a greater emphasis must be placed on **protecting an umpire's head**, and ensuring that he **follows the proper protocol** following a blow to the head

46

Confidential - Attorneys' Eyes Only

DEF015114

PRIVILEGED AND CONFIDENTIAL

# Table of Contents

- Demographics and life of an umpire
- Umpire oversight and development
- Umpire health and fitness
- **Benchmarking officiating in other leagues**
- Recommendations



47

DEF015115

# Benchmarking Against Other Leagues

PRIVILEGED AND CONFIDENTIAL

**1** National Basketball Association

**2** National Football League

**3** National Hockey League

Confidential - Attorneys' Eyes Only

# NBA Referee Demographics

## NBA 2012 League Averages



47 Years Old

13 Seasons

11 Seasons

Age  NBA Tenure  Non-NBA Experience*

## Additional 2012 Statistics

| | |
|---|---|
| Number of Referees | 62 |
| Referees per Crew | 3 |
| Referees with Playoff Experience | 39 |
| Referees with Finals Experience | 18 |
| Base Salary Range | ██████ |
| Minority % | 48% |

* Includes high school, D-League, WNBA, NCAA, and CBA
Source: 2012-2013 NBA Officials Media Guide

Confidential - Attorneys' Eyes Only

49

DEF015117

# NBA Administrative Overview



**Becoming a Referee**

- Applicants are first invited to a **summer identification camp** from which approximately 50 successful candidates are selected
- The successful candidates are placed in a development program where they **officiate** NBA **summer league games** and participate in **classroom sessions**
- After multiple camps/sessions, **top performers** will work NBA pre-season and early regular season games for **further assessment**

**Education**

- A **Private website** helps facilitate **daily communication** with the league; officials are sent daily plays and must take a weekly rules test
- The league sends out **training tapes** (40-50 plays) as well as **video clips** to cover specific developmental concerns
- Referees must meet on game days to **review game reports**, **game summaries, and case studies**

**Evaluation**

- The league employs **three supervisors and three observers** to assess and report on referee performance
- The **supervisors** work to diagnose each individual's areas for improvement and enhance his/her training and development in those areas
- **Observers** watch games live and via video, and serve primarily as data gatherers; they do not have regular communication with the officials

Source: 2012-2013 NBA Officials Media Guide



50

Confidential - Attorneys' Eyes Only

DEF015118

# A Recent Scandal Revealed Gambling Activity Was Common Among Referees, So the NBA Took Reformative Action

Case 1:13-cv-00005-PSGWS Document 5627 Filed 04/28/00 Page 169 of 8995

PRIVILEGED AND CONFIDENTIAL



**Former Referee Tim Donaghy**

## The "Donaghy" Scandal (2007)

- Tim Donaghy, an NBA referee for 13 seasons was found guilty of betting on NBA games and supplying confidential NBA information to bettors

- Donaghy's confession was prompted by news of an FBI investigation into point shaving allegations in the NBA

- In response, the NBA commissioned an investigation by Lawrence Pedowitz into their rules, policies and procedures related to gambling

## The Pedowitz Report (2008)

**Key Findings**

- No referee other than Donaghy bet on NBA games or leaked confidential information to gamblers

- However, 52 of 57 NBA referees had violated the league's gambling policies during the 2006-7 season

- Although the league sent "a clear and consistent message" to referees on gambling policies, it stood to improve in its enforcement of those policies
    — E.g. game monitoring, rules compliance, etc.

**Recommendations**

- Clarify rules with regards to referees and gambling

- Enhance referee background checks

- Adopt new rules to minimize disclosure of confidential League information to gamblers:
    — Referee assignments made public on day-of-game
    — Referees prohibited from discussing with trainers or other team employees the condition of any player

- Require referees to clear outside employment with the NBA

- Restrict public access to referees by outlawing cell phone use within an hour of the game and restricting access to the officials' locker room



51

Case 1:14-cv-09003-PPC-GWG Document 54237 Filed 00/02/20 Page 170 of 199

## New/Modified Departments

### Referee Operations

- Broken off from Basketball Operations due to expanded role; hired Army Major General (Ret.) Ronald L. Johnson to run the department

- Receives information on a regular basis from sports bookmakers about:
  - Unusual betting lines or line movement
  - Rumors about things such as injury reports or referee schedules
  - Where the "smart money" is being wagered

- Monitors and looks for data patterns suggesting inappropriate conduct, including:
  - Referee calls and non-calls
  - Line movements

### Compliance

- Devoted to gambling investigation and education

- Oversees the confidential tip-line
  - Allows league and team employees to anonymously raise questions and report problems concerning gambling and game integrity issues
  - Helps identify problems that might otherwise go undetected and address potentially serious issues at an early stage while they are relatively minor and easy to resolve

- Runs compliance education for players, referees and team officials

- Collects and publishes complaints of referee bias against particular teams and players from players and Club personnel



52

# Benchmarking Against Other Leagues

PRIVILEGED AND CONFIDENTIAL

1. National Basketball Association
2. National Football League
3. National Hockey League

Confidential - Attorneys' Eyes Only

# NFL Referee Demographics

## NFL 2012 League Averages



51 Years Old

11 Seasons

No Data

Age*   NFL Tenure   Non-NFL Experience

## Additional 2012 Statistics

| | |
|---|---|
| **Number of Referees** | 121 |
| **Referees per Crew** | 9 |
| **Referees with Playoff Experience** | No Data |
| **Referees with Finals Experience** | No Data |
| **Base Salary Range** | ▮▮▮ |
| **Minority %** | 40%** |

*2007 Average
**Estimated by Rich Rieker as of 1/10/2010
Source: "For NFL Officials, Scrutiny Begins Long Before Kickoff", USA Today, 2007; "Refs Pumped for Super Bowl - And All Games" ABC News, 2007; www.footballrefs.com, 2012 NFL Record and Fact Book


54

PRIVILEGED AND CONFIDENTIAL

PRIVILEGED AND CONFIDENTIAL

## ② NFL Administrative Overview



**Becoming a Referee**

- Minimum of **10 years of experience** in officiating football, at least five of which must be at the **collegiate or minor professional level**
- Candidates must belong to an accredited **football officials association** or have previous **experience as a player or coach**
- NFL **tracked and supervised Arena League officials** until the league went under in 2009; majority now come from the college ranks

**Education**

- Crews **meet the day before the game** to watch **video of key calls** from the previous week's game
- Each crew receives a **report with notes and comments** on individual plays in the week following each game

**Evaluation**

- The department has a **command center** on game days where they monitor all close plays and keep meticulous data on calls, pace of game, and other officiating related items
- **VP of officiating and seven supervisors meet each Monday** to evaluate all of the weekend's games
- Officials are given a **chance to respond** to any call ruled incorrect; the VP and supervisors **review each of these plays a second time** and vote on whether to uphold or overturn the judgment
- Officials are then given a **weekly grade** which is used to determine postseason assignments, as well as which officials are in danger of dismissal – **3-4 referees are fired each year** for fitness/performance related reasons

Source: "For NFL Officials, Scrutiny Begins Long Before Kickoff", USA Today, 2007; "NFL Officials Constantly Face Further Review", Washington Post, 2008; "Refs Fell Loss of Honing Skills in NFL", http://sports.espn.go.com/extra/afl/news/story?id=4379404. Meeting at NFL 6/3/2011.



55

Confidential - Attorneys' Eyes Only

DEF015123

Case 1:15-cv-09096-RCC Document 1627 Filed 06/02/20 Page 58 of 100

PRIVILEGED AND CONFIDENTIAL

## Development

- All NFL referees has at least a bachelor's degree

- Bird dog scouts are stationed across the country to help identify high potential officiating prospects in high school, college, and semi-pro football
  - Scouts funnel high prospects to good jobs in big-conference college football
  - Emphasis is put on placing the prospects in good jobs quickly, so that they can get their minimum 10 year experience requirement out of the way as soon as possible

- The NFL maintains an active and positive relationship with college football
  - 4 of the current NFL officials are college officiating commissioners for major college conferences

- Diversity is a major focus from the lowest levels of officiating to the top levels
  - By having a high number of minority prospects throughout each level, the NFL is able to avoid hiring a less experienced candidate simply because they are a minority

Source: Ray Anderson (NFL)

Confidential - Attorneys' Eyes Only



56

DEF015124

# Benchmarking Against Other Leagues

PRIVILEGED AND CONFIDENTIAL

**1** National Basketball Association

**2** National Football League

**3** National Hockey League

Confidential - Attorneys' Eyes Only

DEF015125

③ PRIVILEGED AND CONFIDENTIAL

# NHL Referee Demographics

**NHL 2012 League Averages**



43 Years Old

14 Seasons

No Data

Age          NHL Tenure          Non-NHL Experience

**Additional 2012 Statistics**

| Number of Referees | 77 |
|---|---|
| Referees per Crew | 4 |
| Referees with Playoff Experience | 31 |
| Referees with Finals Experience | No Data |
| Base Salary Range | ███████ |
| Minority % | 1% |

Source: http://www.nhlofficials.com/ - Official Site of the NHL Officials Association

Confidential - Attorneys' Eyes Only
DEF015126



# NHL Administrative Overview



**Becoming a Referee**

- **Experience** is key; beginning at the lowest level and working towards higher level games is encouraged
- Applicants should attend **official training schools and camps** where they can be instructed by former and current NHL officials
- The NHL maintains a group of **17 NHL prospects** who work in minor leagues across North America in order to gain experience

**Education**

- All officials attend an **offseason training camp** in Fort Erie, Ontario before the season begins
- Officials are updated on a **wide variety of matters** from skating techniques to rule changes

**Evaluation**

- All officials must pass a **fitness test** where "if you don't pass, you don't work"
- **Supervisors** attend games and grade the officials with **grades determining who will officiate in the playoffs.**
- Some reports claim that officials are graded on each game, but a 2009 NYT article reported that "officials are only evaluated about 5 times a season."



59

Source: http://www.nhlofficials.com/; New York Times, 2009, "NHL Referee Says Union Work Lead to Dismissal"

Confidential - Attorneys' Eyes Only

DEF015127

# There Are a Number of Distinct Differences Between MLB and the Other Major Professional Sports Leagues

PRIVILEGED AND CONFIDENTIAL

| | **MLB** | **Other Leagues** |
|---|---|---|
| **Playoff Selection** | ▪ With the exception of the World Series, **playoff assignments do not appear to be very selective** – 87% of MLB Umpires have been selected for the playoffs | ▪ Playoff assignments are given to the **best officials** by incorporating various **performance metrics and evaluations** |
| **Training/ Evaluation** | ▪ **Limited** ongoing **training** for umpires<br><br>▪ Evaluation **systems exist**, but evaluations may not be fully integrated with in-person feedback and instruction<br><br>▪ Umpires will often **resist any additional training or evaluation efforts** | ▪ **Training camps, targeted video instruction, and actual written/physical tests** are all used for training and evaluation<br><br>▪ **Poor evaluations have repercussions** which can sometimes include dismissal |
| **New Candidate Development** | ▪ **Multiple years in the minor leagues** under conditions that bear little resemblance to those faced in the Major Leagues<br><br>▪ **Poor conditions and very low pay**<br><br>▪ **Brutal schedule** precludes most umpires from outside job opportunities | ▪ Will often gain experience officiating **big time college sports** where the media glare and pressure can match the conditions of the professional leagues<br><br>▪ Can make **decent money officiating** and may also often have the **opportunity to hold down an additional job** |



60

DEF015128

# Other Major Sports Leagues Put Significant Emphasis on the Physical Fitness of Their Officiating Crews

PRIVILEGED AND CONFIDENTIAL

## NHL

- Officials must **pass a fitness test** before the beginning of the season

- Test includes **VO2 Max test** on a stationary bike, a **strength evaluation**, and a **caliper test** measuring % of body fat to mass ratio

## NFL

- NFL Referees must take and pass a **physical exam and stress** test in order to work

- NFL Referees are instructed to be in **top physical condition** as officiating one NFL game is the equivalent of running 6-7 miles

## NBA

- The NBA **assesses its referees three times a year** to measure their fitness, weight, and body fat.

- NBA officials must **stay under a designated weight** or risk having their workload sharply diminished

*These sports involve significant physical exertion over the course of a game; in effect, the officials are working out while officiating*



61

Source: Kalamazoo Gazette: "Ron Winter gives WMU students backstage pass; NBA former Vice President of Basketball Ops, Rod Thorn; Official Website of NHL Officials; Howard Beck, NY Times, Feb 7 2010

Confidential - Attorneys' Eyes Only

DEF015129

PRIVILEGED AND CONFIDENTIAL

# The Profile of a Typical MLB Umpire Differs Substantially From Other Leagues' Equivalents

|  | **NFL** | **NBA** | **MLB** |
|---|---|---|---|
| **Example** | Tony Corrente | Dick Bavetta | Wally Bell |
| **Education** | ▪ B.A. from Cal-State Fullerton ▪ MA from Azusa Pacific University | ▪ BA from St. Francis College ▪ MBA from the New York Institute of Finance | ▪ Austintown Fitch High School |
| **Professional Development** | ▪ Big West and WAC official from 81-95 ▪ Officiated in numerous bowl games including the Rose Bowl | ▪ 9 years officiating high school and the Eastern League (forerunner to the CBA) | ▪ 8 years in the minor leagues (NYP, SAL, CAR, SL, DRL,AAA-Alliance, INT) |
| **Alternative Work Experience** | ▪ High School Social Science Teacher ▪ Former baseball coach | ▪ Stockbroker at Salomon Brothers before NBA career | ▪ None |

*Many officials in other leagues are highly educated and successful in other professional fields.*



62

DEF015130

# Table of Contents

- Demographics and life of an umpire
- Umpire oversight and development
- Umpire health and fitness
- Benchmarking officiating in other leagues
- **Recommendations**



63

PRIVILEGED AND CONFIDENTIAL

DEF015131

## Action Plan: A Two-Pronged Approach

**(A)** **Elevate the performance and perception of the current umpiring staff**

— Improve the evaluation process across a number of dimensions:

— A more standardized, quantitative rubric

— Enhanced and interoperable technology tools

— Re-organized administrative and supervisor staff to streamline department functions and encourage more effective communication with umpires

— Leverage more comprehensive evaluations to manage umpires more effectively

— Discipline and eventually terminate low-performing umpires

— Provide recognition opportunities and additional compensation for top umpires

— Potentially hire external consultants (e.g. Sibson) to apply industry best practices to umpire management

**(B)** **Invest in people, infrastructure and strategic partnerships to improve the organizational culture for the next generation of umpires**

— Take a more active role in identifying, hiring and retaining top umpire prospects through increased compensation and targeted "fast-tracking"

— Ensure consistency in evaluation criteria between major and minor leagues to streamline development

— Explore opening an MLB-run "finishing" school for top prospects

— Strategic partnerships with armed forces, universities and social organizations to shore up pipeline of diversity candidates

— Create marketing campaign to promote the umpires and the umpiring program



64

DEF015132

# A Assemble Comprehensive Analytical Framework for Evaluating Umpires Based on the Criteria Set Forth in the Basic Agreement

**Field Evaluation Component**

Effort & Professionalism

Game & Situation Management

Field Proficiency

**Administrative Component**

Ejections & Situation Handling

Submitting Umpire Reports

Communication with Office

Application of Pace of Game Procedures

**Judgment Component**

Plate Judgment

Base Judgment





65

Source: Umpire Basic Agreement

Confidential - Attorneys' Eyes Only

DEF015133

PRIVILEGED AND CONFIDENTIAL

# (A) Leverage Technology Tools for Training and Evaluation, Focusing on Improving Interoperability and Building a Centralized Administrative Console

### *Summary of Umpire IT Systems*

| | Development & Maintenance Responsibility | Data Access Point |
|---|---|---|
| **SURE** | MLB Network | MLB Network |
| **ZE** | BAM/Sportvision | Offline Access Database |
| **UIS** | BOC / Baseball Operations | BOC Portal |
| **BEST** | Third-party? | Third-party? |
| **Halogen Performance Evaluations** | BOC / Labor Relations | Halogen |



- "One-stop" privacy and access controls
- Centralized reporting and data warehousing
- Flexible architecture to incorporate additional information going forward
  — E.g., personal information, background checks, drug testing, calendar/scheduling

Confidential - Attorneys' Eyes Only

DEF015134

# Expand the Use of Instant Replay Beyond Fair/Foul and Trap Plays

## Number of Missed Calls by Type, 2012



Average of 1 missed call per 5.9 games

Initial agreement with MLBPA would only have covered 8.7% of missed calls

| Force Play | Tag Play | Steal | Fair / Foul | HBP Ruling | Pickoff | Interference / Obstruction | Catch / No Catch | Foul Tip | Caught/Dropped 3rd Strike | Boundary Call |
|---|---|---|---|---|---|---|---|---|---|---|
| 197 | 68 | 66 | 25 | 15 | 14 | 12 | 11 | 5 | 2 | 0 |
| 0.7% | 1.9% | 3.2% | 0.3% | 1.0% | 0.5% | 3.2% | 1.1% | 0.3% | 0.1% | 0.0% |



67

Confidential - Attorneys' Eyes Only

DEF015135



# Address Strategic Issues Related to Replay

| Who Initiates the Replay? | Where Does the Review Occur? | What Video is Reviewed? |
|---|---|---|
| Manager | Central replay center (e.g., MLBAM, Western Ops) | Broadcast feeds only |
| Manager + Some Umpire-Initiated Plays (e.g., scoring plays, 9th inning) | | Broadcast feeds + Composite of all camera feeds |
| On-field Umpire | In-park (e.g., press box, broadcast truck) | 6 best camera feeds |
| Off-field Replay Official | | All camera feeds |

PRIVILEGED AND CONFIDENTIAL

68



# Balance Strategic Issues with Implementation & Cost

PRIVILEGED AND CONFIDENTIAL

|  | Broadcast Only | Broadcast (+ add'l angles) | 6 Best Feeds | All Feeds |
|---|---|---|---|---|
| **Manager** | Central: $18M<br>In-Park: $51M | Central: $27M<br>In-Park: $58M | Central: $33M<br>In-Park: $61M | Central: $78M<br>In-Park: $89M |
| **Manager** (+ umpire-int'd) | Central: $19M<br>In-Park: $51M | Central: $29M<br>In-Park: $58M | Central: $35M<br>In-Park: $61M | Central: $80M<br>In-Park: $89M |
| **Umpire** | Central: $19M<br>In-Park: $51M | Central: $29M<br>In-Park: $58M | Central: $35M<br>In-Park: $61M | Central: $80M<br>In-Park: $89M |
| **Off-field Official** | Central: $37M<br>In-Park: $51M | Central: $46M<br>In-Park: $58M | Central: $52M<br>In-Park: $61M | Central: $97M<br>In-Park: $89M |

Note: Cost estimates are 5-year fully-loaded totals of incremental technology and personnel expenses (including up-front and annual costs)

69

DEF015137



# Sample Proposal: Manager Challenge System with Central Review

- **Administration**
  - Hire a Director of Instant Replay to oversee operations related to instant replay

- **Umpires**
  - Hire one additional crew (4 umpires) to staff the replay center at MLBAM on a rotating basis
    - Two six-hour shifts of two umpires each would cover each day of games

- **Supervisors**
  - Hire two supervisors to be integrated into supervisor rotation
  - Assign one supervisor to the replay center during all games

- **Replay Center Technicians**
  - Hire 4-6 additional technicians to staff the replay center
    - Queuing replays
    - Monitoring games
    - Recordkeeping
    - Communication with on-site technicians

- **Ballpark Technicians**
  - Hire one technician in each ballpark
    - Technical support for earpiece and backup video technology (i.e., the tunnel)
    - Pre-game equipment checks



70

DEF015138

Case 1:18-cv-00035-???-??? Document 5237 Filed 06/02/20 Page 189 of 899

**VP, Umpiring**

Illustrative

**Director, Umpire Administration**

- Compile umpire evaluation data
- Assist with scheduling, travel, AAA call-ups and other logistics
- Maintain all umpire-related IT systems

**Director, Umpire Recruitment & Development**

- Oversee identification, training and retention of top amateur umpire prospects and AAA/MLB hiring
- Run "finishing" school
- Maintain relationship with PBUC, Minor League Baseball, and the NCAA

**Director, ML Umpires**

- Oversee MLB umpiring staff
- Run evaluation process
- Postseason/special event selections
- Playing rules interpretations
- Public relations and situation handling

**Director, Umpire Medical Services**

- Medical treatment
- Workers compensation processing
- Weekly medical status reports



71

Confidential - Attorneys' Eyes Only

DEF015139


# Discipline and Potentially Terminate Low-Performing Umpires

- Empowered with equitable and meaningful evaluations, the umpiring department can pursue performance-related discipline and termination with more regularity

### *Umpire Evaluation & Training Process*



- The disciplinary process is useless without evaluations that discriminate between umpires

- A move to a more analytical evaluation system will strengthen evaluations and reinforce the new meritocratic culture in the umpiring department



72

Confidential - Attorneys' Eyes Only

# Postseason and Special Events Assignments, Along with the Associated Compensation, Should Be Given to the Highest Performing Umpires

Case 1:18-cv-09035-JPO-SWC Document 1537 Filed 06/25/20 Page 191 of 199

PRIVILEGED AND CONFIDENTIAL

*"The Office of the Commissioner shall have absolute and exclusive discretion in the assignment of umpires to work Special Events." – Article 15(B)(2)*

- Postseason assignments are the only short-term, discretionary evaluation tool that the CBA affords management
- While the assignments do include a financial component, the symbolism is far more important
  — There is an opportunity to communicate an important shift in management priorities to the umpiring staff and to the public



73

Source: Umpire Basic Agreement

Confidential - Attorneys' Eyes Only

# MLB Could Explore Engaging a Consulting Firm to Help Set Direction and Provide Outside Perspective at the Project's Outset

PRIVILEGED AND CONFIDENTIAL



### Sibson Consulting Officiating Group – The Framework

- In general, leagues have an officiating system that is more or less similar to the **blue** above
  - Using our internal analytical and program management expertise, combined with our experience over the past decade, we have been able to work with leagues to further develop these systems to improve:
    - **Quality and Consistency** – analyze data, standards and evaluation systems, as well as work with assessors, to ensure continued improvement of quality and consistency of on-field officials
    - **Equitability** – ensure that the system fairly differentiates officials' performance to improve staffing, ranking, selection, and training
    - **Transparency** – increase transparency in assessment and evaluation processes (where applicable), and include immediate feedback to facilitate improvement
- In addition, we have also provided leagues with the additional capabilities in red above
  - Group Performance Review – provide a periodic analysis of trends, ranges, and patterns, as well as reporting on notable changes
  - 'Hot Topics' Analysis – provide leagues with protection from attacks on the integrity of the game, often generated by the media, 'nerd-ocracy', clubs, or potential lawsuits
  - Game Analysis – examine impact of game events; game time; scheduling ⭐ SIBSON CONSULTING   2

| **Advantages** | ▪ A third-party consulting firm is typically helpful for studies in organizational re-design and strategy setting |
| | ▪ Sibson Consulting brings perspectives from the other three major leagues and can provide MLB a roadmap for driving change |
| | ▪ Their data-driven evaluation framework is a logical fit for MLB's goals |

Source: Sibson presentation to MLB, May 2011



74

Confidential - Attorneys' Eyes Only

DEF015142

# Action Plan: A Two-Pronged Approach

**(A)** **Elevate the performance and perception of the current umpiring staff**

— Improve the evaluation process across a number of dimensions:

— A more standardized, quantitative rubric

— Enhanced and interoperable technology tools

— Re-organized administrative and supervisor staff to streamline department functions and encourage more effective communication with umpires

— Leverage more comprehensive evaluations to manage umpires more effectively

— Discipline and eventually terminate low-performing umpires

— Provide recognition opportunities and additional compensation for top umpires

— Potentially hire external consultants (e.g. Sibson) to apply industry best practices to umpire management

**(B)** **Invest in people, infrastructure and strategic partnerships to improve the organizational culture for the next generation of umpires**

— Take a more active role in identifying, hiring and retaining top umpire prospects through increased compensation and targeted "fast-tracking"

— Ensure consistency in evaluation criteria between major and minor leagues to streamline development

— Explore opening an MLB-run "finishing" school for top prospects

— Strategic partnerships with armed forces, universities and social organizations to shore up pipeline of diversity candidates

— Create marketing campaign to promote the umpires and the umpiring program



75



PRIVILEGED AND CONFIDENTIAL

**Illustrative**

*Sample Economic Proposal for Top Prospects*

|  | Current | Proposed |
|---|---|---|
| **Time to MLB** | 10-12 years | 5-6 years |
| **Compensation** | $12,000-15,000 | $20,000-30,000 |
| **Evaluation Criteria** | Set by PBUC | Set by MLB |
| **Umpiring School** | $3,000 | FREE |



76



# Explore Opening an MLB-run Finishing School For Top Prospects

## Details

- Conducted during the offseason, the finishing school would identify, in cooperation with PBUC, top prospects across all levels of the minor leagues
- Umpires who complete the finishing school would be placed at the highest available minor league positions and kept on the "short list" for openings at the major league level
- The finishing school could potentially replace existing MLB umpire camps, re-focusing MLB's attention at the higher levels of the minor leagues



Confidential - Attorneys' Eyes Only

Case 1:14-cv-00608-CCW-2 Document 5627 Filed 04/28/20 Page 196 of 899

# (B) Forge Strategic Partnerships with Military, Educational & Social Institutions to Grow Pool of Diversity Candidates

- Given the long-term nature of umpire development, the only way to approach MLB's diversity issue is through lower-level recruitment of minorities
  - The introduction of "fast-tracking" through the minor leagues could be an effective method of accelerating development of diversity prospects
- In addition to improving access to diversity candidates, strategic partnerships may also allow MLB to assist minor league umpires in finding employment during the offseason
  - The US Olympic Team has successful partnerships with several of their sponsors to employ their athletes on a part-time basis and allow them to train (e.g. Hilton Hotels)

78

DEF015146

PRIVILEGED AND CONFIDENTIAL

PRIVILEGED AND CONFIDENTIAL

# MLB Should Seek to Benefit From Its Substantial Investment in Umpiring Through Strategic Marketing, Messaging Around Umpire Quality and Integrity

### Improve Recruiting

- Brings the profession into the limelight in an appropriate way
- MLB telecasts are an important touch point for baseball enthusiasts who may be likely to pursue careers umpiring

### Inspire Public Confidence

- Educates the public on the difficulties of umpiring and the hard work and integrity of the staff
- Historically, the media has responded very favorably to humanizing characterizations of officials (e.g. Jim Joyce)

### Reinforce Meritocratic Culture

- Provides management an additional opportunity to single out particular umpires for exemplary performance



79

DEF015147

PRIVILEGED AND CONFIDENTIAL

# Project Timeline

**Umpire CBA Expires**

| 2013 | 2014 | 2015 | 2016 | 2017 |
| --- | --- | --- | --- | --- |

**Training & Evaluation Overhaul**

**Evaluation System Implementation**

*Module 0*

*Module 1*

**Quantitative Data Aggregation**
- Aggregate umpire-related IT applications into one administrative interface
- Identify untapped opportunities for data (e.g. calls not in the SURE system)

*Module 2*

**Qualitative Data Aggregation**
- Critical evaluation of observer system & scheduling
- Develop plan to ensure consistency in evaluations
- Determine sampling strategy[1]

*Module 4*

**Evaluation System Development**
- In cooperation with umpire supervisors and umpires, assess relative value of various evaluation criteria
- Integrate quantitative and qualitative assessments
- Determine minimum standards requirements
- Integrate data collection processes into training, evaluation and feedback systems
- Determine appropriate internal resource allocation

*Module 6*

**Implementation**
- Move completely to quantitative system for evaluation and postseason assignments
- Provide recognition opportunities and compensation to high performing umpires
- Identify strategic moves to change culture of umpiring crew; emphasizing meritocracy
- Place continued emphasis on "greening" the force, especially as the Class of 1999 comes into power

*Module 7*

**Public Relations Improvements**
- Identify central point of contact for broadcasters
- Create marketing campaign, messaging quality of umpires and the umpiring program

**Kick-off and mobilization**

- Agree on project direction & priorities
- Approve budget modifications
- Full benchmarking effort against other leagues

**Umpire Development Re-structuring**

*Module 3*

**Minor League "Quality of Life" Renovation**
- Assume more active role in minor league development
- Work with PBUC to develop "fast-tracking" plan for top candidates
- Invest in increased pay and benefits for minor league umpires
- Ensure consistency in evaluations between major and minor leagues
- Provide institutional offseason work opportunities for umpires

*Module 5*

**Lower-level Recruitment**
- Develop stronger partnerships with NCAA & international baseball to identify top candidates
- Hire birddog scouts to provide national coverage
- Form strategic partnerships with national organizations to improve diversity hiring

80

[1] Given MLB's 2,400+ games per season, resources may not be available to evaluate every game as in other leagues

Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

DEF015149