# EXHIBIT A



## 2013 Umpire Year End Performance Evaluation

## UMPIRE INFORMATION

**Name:** Angel Hernandez     **Date to Position:** 4/1/1993

**Crew Chief:** No     **Salary MLS:** 20

**On Probation:** No

## INSTRUCTIONS FOR RATING GOALS

*Evaluate the degree to which goals previously set were met. Describe **specific, detailed accomplishments** that have been achieved toward those goals since the goal was set.*

## UMPIRE GOALS

**Related Accomplishments:**

Goal
Attainment:
○ Exceeded the Goal
○ Achieved the Goal
○ Did NOT Achieve the Goal



PENGAD 800-631-6989
EXHIBIT
20
Hernadez 4/14/

## INSTRUCTIONS FOR RATING EVALUATION COMPONENTS

*Evaluate the degree to which the field evaluation, administrative and judgment components of the Umpire Evaluation and Training System (Addendum C to the Basic Agreement) were demonstrated. Umpires will be evaluated in each of the components based on the reports submitted by the Supervisors and Field Observers, observations of the Senior Vice President of Umpiring and his staff and, with respect to plate judgment, information generated by the ZE System. Describe **specific, detailed examples that have occurred since the last performance evaluation.***

*Definition of ratings:*

**Exceeds Standard:** *Performance is truly exceptional, well above-average, and demonstrates an*

*absolute mastery of the category.*

**Meets Standard:** *Performance exemplifies the standard defined.*

**Does Not Meet Standard:** *Performance does not meet the definition of the standard; improvement needed.*

*"Exceeds Standard" and "Does Not Meet Standard" ratings MUST be supported by narrative comments.*

# FIELD EVALUATION COMPONENTS

## A. Effort and Professionalism

**Focus**

Consistent concentration on the crucial elements throughout the entire game.

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** Observers and supervisors reported that you seemed to carry a solid concentration level to each game. You were aware of what was going on in the game, and this helped to put you in good position to make calls or foresee situations. You received an exceeds rating in this area for making the correct call on the hidden ball trick play.

---

**Hustle**

Movement with a purpose during a play to get into proper position to cover such play. The distance to be covered by the umpire will often dictate the speed or method the umpire uses to get into position (i.e. running vs. jogging). Walking on the field is not an acceptable technique unless the distance is so short that running is not practical (for example, moving into position for a force play or steal play, or going out on a short fly ball or line drive, etc.).

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You worked hard on the field and continued to show the appropriate amount of hustle at the appropriate times during the game.

---

**Demeanor**

Displays a conscientious and earnest desire to carry out on-field duties. Exhibits posture that reflects interest in the game.

○ Exceed Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** As was mentioned in your Mid-Year evaluation, you made strides in this component once again this year. Throughout the season, you kept a positive and determined demeanor on the field. You handled yourself and each game situation in a calm and positive manner. You will likely battle the perception of the Clubs and media that you are routinely attempting to put yourself in the spotlight for some time. However, your continued improvements in this area should work to change this perception.

---

**Appearance**

Proper display of uniform. See also Article 19.A of the Basic Agreement.

DEF 001530

○ Exceeds Standard

⦿ Meets Standard

○ Does Not Meet Standard

**Comments:** As discussed with you during the season, the Commissioner's Office suggests you wear a fitted uniform cap when working.

---

### Mobility

Possesses and demonstrates the physical ability to move into proper position on field.

○ Exceeds Standard

⦿ Meets Standard

○ Does Not Meet Standard

**Comments:** You were in excellent physical condition and that, combined with your instincts, made you very capable of making all the necessary movements on the field. Stay committed to your physical conditioning during the off-season. It is important to be in first-class shape to stay healthy and maintain mobility for the future.

---

### Fraternization

Avoids excessive casual, unnecessary conversation with uniformed personnel or spectators during the game and otherwise adheres to the Office of the Commissioner's policy on fraternization as set forth in the Umpire Manual ("Manual").

○ Exceeds Standard

⦿ Meets Standard

○ Does Not Meet Standard

**Comments:**

## B. Game and Situation Management

### MLB Procedures

Adheres to all procedures and responsibilities as outlined in the *Conduct and Responsibilities of Umpires* portion of the Manual, the Baseball Operation Bulletins, or other policies distributed to umpires.

○ Exceeds Standard

⦿ Meets Standard

○ Does Not Meet Standard

**Comments:** Overall, you carried out the duties that were expected of a Major League umpire. Your press meeting after the controversial instant replay incident was handled as well as possible under the circumstances. It is understood that you take issue with the video feed that was provided to you for review.

---

### Official Baseball Rules and Interpretations

Adheres to and applies rules, accepted practices, and interpretations detailed in the Official Baseball Rules, the Baseball Operations Bulletins and the *Rule Interpretations* portion of the Manual.

○ Exceeds Standard

⦿ Meets Standard

○ Does Not Meet Standard

**Comments:** Continue to study the rules, bulletins and Manual; but most importantly, continue the solid job you were doing discussing potential situations with your crewmates and the umpiring staff. These

discussions in the umpire room before and after games were a benefit to all involved.

## Situation Management

Adheres to the "Handling Situations" provisions of the Manual in the *Conduct and Responsibilites of Umpires* section.

○ Exceed Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** Although you had some difficult situations, you met standard in this component. When tense situations arise on the field, whether they involve fans, media or club personnel, focus on your reaction to the situations. Make sure to maintain a calm demeanor on the field.

The incident in Toronto that led to the ejection of the manager after the changing of a ball that you killed could have been handled better. Your decision to change your own call created a difficult situation and an ejection that was going to be difficult to avoid.

# C. Field Proficiency

### Style and Form of Calls

Signals are visible, crisp, clear, and decisive. Intensity of call increases with closeness of play. (See also Section VIII of the Manual in the *Conduct and Responsibilities of Umpires* section.)

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** Your mechanics were picture perfect and emulated by less-experienced umpires. You have the ability to "sell" close calls which added to the credibility of the call.

### Four-Umpire Mechanics

Adheres to mechanics as outlined in *Mechanics for the Four-Umpire System*.

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You and your crew performed well in your use of the four-man mechanics. There were many positive reports with no negative issues recorded.

### Reactions to Development of Plays

Exhibits knowledge and perception of how play will develop through correctly anticipating where, how, and speed at which play will occur.

○ Exceed Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** Over the course of the season, you demonstrated solid instincts and reactions on plays. You received an exceeds rating for your ability to rotate on two close calls at the plate. However, in another game, it appeared you over anticipated a runner going to second base on an overthrow and called him out. Continue to trust your instincts and stay focused through the end of each play.

# ADMINISTRATIVE COMPONENT

### Ejections and Situation Handling

Ejections and other incidents are handled in the manner described in the
*Conduct and Responsibilities of Umpires* portion of the Manual.

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You had five ejections, issued one warning, and issued five equipment violations this season. This was a good use of equipment violations as an intermediary step to control a situation before an ejection. You were given an exceeds rating for your handling of an incident where the player was out of control, and you maintained control of your emotions and the situation. However, you were issued a does not meet rating for your confusing timing and signaling of the ejection of the Braves' manager and catcher. Continue to review your handling of on-field incidents and review each one with your crew chief and supervisor.

### Submitting Umpire Reports

Incident Reports are: (a) filed in a timely fashion; (b) thorough and
comprehensible; and (c) accurately descriptive of the incident. (See Article 9.H
of the Basic Agreement).

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** Both your phone and written incident reports included the necessary amount of detail. Remember to collect your thoughts and plan your verbal report prior to calling in your incidents. You should attempt to avoid leaving numerous messages regarding the same incident. Make sure to review the video of your incidents before submitting your formal written report. The video and your written report should complement each other.

### Communication with Office

Umpire fulfills administrative requests (e.g., requests for hotel locations, spring
training, requests, uniform requests, etc.) in a timely fashion. Umpire checks
regularly for MLB e-mail and responds within the appropriate time period.

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You were responsive to all information requests from the Commissioner's Office.

### Application of Pace of Game Procedures

Umpire complies with all provisions of the annual Baseball Operations Bulletin on
Pace of Game Procedures and other Pace of Game policies. Time of Game
reports issued by the Baseball Operations Department shall not be used to
measure whether or not an umpire has complied with the Pace of Game
provisions or considered in evaluating the performance of an umpire in this area.

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You adhered to the pace of game procedures both behind the plate and while working second base and keeping the clock.

With the pending expansion of the video replay review system, it is highly likely that there will be a renewed pace of game enforcement effort beginning in 2014. You and every other umpire will be

DEF 001533

looked upon to play a critical role in assisting the Commissioner's Office improve the pace of our game.

# JUDGMENT COMPONENT

**Plate Judgment**

Evaluation of an umpire's strike zone performance. In no event will an umpire be rated "Does Not Meet Standard" if his adjusted ZE score is 90% or greater.

⦿ Meets Standard

◯ Does Not Meet Standard

**Comments:** In your 34 plate games this season, your ZE average was 96.72% with an average of 5.3 missed pitches per game.

You had a very consistent season in terms of your game-to-game strike zone accuracy as you scored 95% or higher on ZE in 29 of your plate jobs.

# Competencies

**Base Judgment**

Evaluation of an umpire's judgment on the bases.

◯ Exceed Standard

⦿ Meets Standard

◯ Does Not Meet Standard

**Comments:** Over the year, you appeared to take a step back in this component compared to your past performance. You missed eight plays on the bases during the season, including six at first base. In reviewing these plays, it appeared that your angle was a little too deep toward second base, and that you were back a little farther than you normally take your plays. Your Mid-Year evaluation expressed the Commissioner's Office's concern over your four missed force plays at first base at the time. Your work on this type of play showed improvement as you missed only one force play at first base during the second-half of the season. Continue to focus on this area for improvement next season.

# FOR CREW CHIEFS ONLY

Umpire fulfills the responsibilities of a crew chief as specified in Section XIV of the *Conduct and Responsibilities of Umpires* portion of the Manual.

◯ Exceeds Standard

◯ Meets Standard

◯ Does Not Meet Standard

⦿ Not Applicable

**Comments:**

CONFIDENTIAL

DEF 001534

# EVALUATION SUMMARY

**Overall Rating**

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

# CORRECTIVE ACTION PLAN

*If applicable, add any required corrective action plan setting forth the steps that the Office of the Commissioner believes will assist the umpire in improving his performance and a timetable for completing the plan. The timetable set forth in the corrective action plan should provide the umpire with a reasonable opportunity to improve his performance.*

## Development Plan

**Title:**                                                                        **Due:**

# NEW GOALS

*To ensure proper focus and emphasis, it is recommended that goals be set for each umpire. Use specific language whenever possible.*

## New Goals

**Due:**

## OVERALL EVALUATIVE COMMENTS

Over the year, you showed a consistent effort to maintain a professional approach on the field. As you know in this "perception is reality"-based business, any bump in your professional behavior will be magnified by the media and fans. Continue to work on presenting a positive and professional demeanor on the field. If an issue does arise, do your best to solve it and move on. Try not to harp on the same issue as it can take away from the rest of your umpiring. Your base judgment appeared to take a step back compared to your past performance. However, you did take the advice of the supervisors and made a slight adjustment that appeared to put you back on track. Review your missed calls moving forward to see if there are any other changes needed.

## ACKNOWLEDGEMENT

*By electronically signing this form, the umpire acknowledges that the performance evaluation has been conducted.*

| Employee: | Angel Hernandez A.H. (electronic signature for the evaluation of Angel Hernandez) |
|---|---|
| Date: | 12/29/2013 09:59 AM |

CONFIDENTIAL

| HR Rep: | Matthew R McKendry M.M. (electronic signature for the evaluation of Angel Hernandez) |
| --- | --- |
| Date: | 12/30/2013 09:16 AM |

# EXHIBIT B



# 2014 Umpire Mid-Year Performance Evaluation

## UMPIRE INFORMATION

**Name:** Angel Hernandez                    **Date to Position:** 4/1/1993

**Crew Chief:** No                    **Salary MLS:** 21

**On Probation:** No

## INSTRUCTIONS FOR RATING EVALUATION COMPONENTS

*Evaluate the degree to which the field evaluation, administrative and judgment components of the Umpire Evaluation and Training System (Addendum C to the Basic Agreement) were demonstrated. Umpires will be evaluated in each of the components based on the reports submitted by the Supervisors and Field Observers, observations of the Vice President of Umpiring and his staff and, with respect to plate judgment, information generated by the ZE System. Describe **specific, detailed examples that have occurred since the last performance evaluation.***

*Definition of ratings:*

***Exceeds Standard:** Performance is truly exceptional, well above-average, and demonstrates an absolute mastery of the category.*

***Meets Standard:** Performance exemplifies the standard defined.*

***Does Not Meet Standard:** Performance does not meet the definition of the standard; improvement needed.*

*Ratings MUST be supported by narrative comments.*

EXHIBIT
21
Hernandez 4/26/19
PENGAD 800-631-6989

### FIELD EVALUATION COMPONENT

The Field Evaluation Component (see Section III.A of Addendum C to the Basic Agreement) consists of the following three areas: (i) Effort and Professionalism (which includes focus, hustle, demeanor, appearance, mobility and fraternization); (ii) Game and Situation Management (which includes adherence to MLB procedures, the Official Baseball Rules, the Baseball Operations Bulletins, the *Rules Interpretations* portion of the Manual, and the "Handling Situations" provisions in the *Conduct and Responsibilities* portion of the Manual); and (iii) Field Proficiency (which includes style and form of calls, four-umpire mechanics and reactions to the development of plays).

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

### FIELD EVALUATION COMPONENT

**Comments:** You worked every day with effort and intensity and were issued an exceeds rating for your focus during the April 29 game in San Francisco. Your appearance on the field is among the best in the League, and you keep yourself in first-class physical condition. This top condition is a significant factor in your standout mobility and consistent level of hustle.

While serving as acting-Crew Chief on July 10, you came in to work the plate during the fourth inning after Umpire Johnson was forced to leave the game following a head blow. You were issued an exceeds rating for your willing attitude and hustle to assist your injured crew mate.

You received an exceeds rating for your handling of a unique situation involving trips to the pitcher in

Tampa Bay on May 24. You noticed that the Boston catcher met with the Club's coaching staff during a Video Replay Review. He was going to the mound when you properly stopped him and informed the Club that a visit to the mound would count as a trip to the pitcher following the meeting with the coaching staff.

There was one instance in which you displayed a negative demeanor during a Video Replay Review. Even though, understandably, nobody wants to be told that their on-field call was wrong, it is imperative that you appreciate the fact your demeanor is being observed by the public in those situations, and you would not want to create a perception that you would prefer an incorrect call to stand.

## ADMINISTRATIVE COMPONENT

The Administrative Component (see Section III.B of Addendum C to the Basic Agreement) consists of the following four areas: (i) overall proficiency in handling ejections, warnings and other on-field incidents; (ii) submission of umpire reports; (iii) communication with the office; and (iv) adherence to and enforcement of the Office of the Commissioner's Pace of Game requirements.
**ADMINISTRATIVE COMPONENT**

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You had three ejections and did not issue a warning or equipment violation during the first half. You showed restraint and kept yourself under control during each of the incidents.

Your willingness to switch crews and assignments during the first half of the season was much appreciated. With the number of injuries, illnesses and other absences that plagued the staff during the first few months of the season, being able to move you and some of your peers from crew-to-crew was a tremendous help.

You maintain regular contact with the leadership group in umpiring. You spoke to Joe Torre concerning your desire for added responsibility. He emphasized that would only come to fruition with your ability to remain focused on the present and things that you can control.

## PLATE JUDGMENT

Evaluation of an umpire's strike zone performance. In no event will an umpire be rated "Does Not Meet Standard" if his adjusted ZE score is 90% or greater.
**PLATE JUDGMENT**

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** Your ZE average was 96.30% with 5.4 missed pitches in your 20 first half plate jobs. While your overall plate work results were solid, your ZE scores have fluctuated greatly from game-to-game this season. You had two 100% games and others uncharacteristically below your normal performance. Your focus in the second half should be on gaining more consistency in your plate work.

## BASE JUDGMENT

Evaluation of an umpire's judgment on the bases.
**BASE JUDGMENT**

○ Exceed Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You missed six plays during the first half of the season. One miss was a tag play at the plate, and all of the other misses were force plays at first base. Your misses all came during one particularly difficult stretch of the first half between April 28 - June 1. Half of your misses (including the tag at the plate in Toronto), however, were extremely close plays. Therefore, you should remain confident and move beyond each call once you have reviewed it (and take away lessons). The importance of turning the page is essential for solid future performance.

One suggestion is to make an effort to get set earlier for your force plays at first base. It appeared that you made positive adjustments, as you have not had a missed play since that stretch ending on June 1. We are hopeful that you found the necessary adjustments, and that you will have the type of second half that we expect to get from an umpire with your ability and work ethic.

**FOR CREW CHIEFS ONLY**

Umpire fulfills the responsibilities of a crew chief as specified in Section XIV of the *Conduct and Responsibilities of Umpires* portion of the Manual.
**FOR CREW CHIEFS ONLY**

○ Exceeds Standard

○ Meets Standard

○ Does Not Meet Standard

◉ Not Applicable

**Comments:**

# ACKNOWLEDGEMENT

*By electronically signing this form, the umpire acknowledges that the performance evaluation has been conducted.*

# EXHIBIT C





EXHIBIT
22
Hernandez 4/26/19
PENGAD 800-631-6989

## 2014 Umpire Year End Performance Evaluation

## UMPIRE INFORMATION

**Name:** Angel Hernandez        **Date to Position:** 4/1/1993

**Crew Chief:** No        **Salary MLS:** 22

**On Probation:** No

## INSTRUCTIONS FOR RATING GOALS

*Evaluate the degree to which goals previously set were met. Describe **specific, detailed accomplishments** that have been achieved toward those goals since the goal was set.*

## UMPIRE GOALS

**Related Accomplishments:**

---

Goal   ◯   Exceeded the Goal
Attainment:   ◯   Achieved the Goal
      ◯   Did NOT Achieve the Goal

## INSTRUCTIONS FOR RATING EVALUATION COMPONENTS

*Evaluate the degree to which the field evaluation, administrative and judgment components of the Umpire Evaluation and Training System (Addendum C to the Basic Agreement) were demonstrated. Umpires will be evaluated in each of the components based on the reports submitted by the Supervisors and Field Observers, observations of the Senior Vice President of Umpiring and his staff and, with respect to plate judgment, information generated by the ZE System. Describe **specific, detailed examples that have occurred since the last performance evaluation.***

*Definition of ratings:*

***Exceeds Standard:** Performance is truly exceptional, well above-average, and demonstrates an absolute mastery of the category.*

***Meets Standard:** Performance exemplifies the standard defined.*

***Does Not Meet Standard:** Performance does not meet the definition of the standard; improvement needed.*

*"Exceeds Standard" and "Does Not Meet Standard" ratings MUST be supported by narrative comments.*

## FIELD EVALUATION COMPONENTS

# A. Effort and Professionalism

**Focus**
Consistent concentration on the crucial elements throughout the entire game.
**Focus**

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You received an exceeds rating for your level of concentration during the April 29 game in San Francisco when you correctly ruled on a time play and scored a 100% on your ZE. However, it was also noted that you had a number of missed calls this season, and a common factor in missed calls is often a loss in focus during play. Make sure you are always working to stay engaged in the game on the field.

---

**Hustle**
Movement with a purpose during a play to get into proper position to cover such play. The distance to be covered by the umpire will often dictate the speed or method the umpire uses to get into position (i.e. running vs. jogging). Walking on the field is not an acceptable technique unless the distance is so short that running is not practical (for example, moving into position for a force play or steal play, or going out on a short fly ball or line drive, etc.).
**Hustle**

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** Your work ethic was very sound, and you showed effort and enthusiasm in your duties throughout the season. You received an exceeds rating on July 10 as you came in from the bases to work the plate for your injured partner, and you showed a high level of effort working the three-umpire system.

---

**Demeanor**
Displays a conscientious and earnest desire to carry out on-field duties. Exhibits posture that reflects interest in the game.
**Demeanor**

○ Exceed Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You exhibited a very athletic physical appearance and showed an earnest desire to do your job. For the most part, you did a good job of remaining calm and controlling your emotions on the field this season. You had a couple of moments, however, where you let your professional demeanor slip following Video Replay Reviews on the field. While the expansion of Instant Replay was new to us all, these negative moments of bad body language had a very harmful effect on all of your very positive work.

---

**Appearance**
Proper display of uniform. See also Article 19.A of the Basic Agreement.
**Appearance**

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:**

---

**Mobility**
Possesses and demonstrates the physical ability to move into proper position on field.
**Mobility**

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** There was no doubt that your level of conditioning and overall athletic ability contributed to very good

DEF 001543

mobility. You showed the ability to cover long distances during rotations and also made the necessary quick twitch adjustments to your positioning as plays developed on the bases.

---

**Fraternization**
Avoids excessive casual, unnecessary conversation with uniformed personnel or spectators during the game and otherwise adheres to the Office of the Commissioner's policy on fraternization as set forth in the Umpire Manual ("Manual").
**Fraternization**

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** There were no issues reported. This is an area that is completely in the control of an umpire and should never be an issue. Fraternization detracts from an umpire's demeanor, creates a perception of bias and ultimately erodes an umpire's authority on the field. Continue to lead by example.

# B. Game and Situation Management

**MLB Procedures**
Adheres to all procedures and responsibilities as outlined in the *Conduct and Responsibilities of Umpires* portion of the Manual, the Baseball Operation Bulletins, or other policies distributed to umpires.
**MLB Procedures**

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** In most instances, you displayed the appropriate knowledge of and ability to apply the policies and protocols contained in the Umpire Manual and other memorandums issued by the Office. However, your actions during the June 12 game in New York were not correct as you pulled the teams off the field during a weather situation while working the plate. The main issue was that you were not the crew chief in this game and had not consulted with him or the groundskeeper regarding the situation. Section XIV of the Umpire Manual, Duties Of A Crew Chief states, in part, that, "When an umpire other than the Crew Chief is working home plate, such umpire must consult the Crew Chief before suspending play because of weather." Make sure to abide by the Manual's guidelines in such situations and maintain proper communication with your chief, other crewmates and necessary Club personnel.

---

**Official Baseball Rules and Interpretations**
Adheres to and applies rules, accepted practices, and interpretations detailed in the Official Baseball Rules, the Baseball Operations Bulletins and the *Rule Interpretations* portion of the Manual.
**Official Baseball Rules and Interpretations**

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You received an exceeds standard rating for a rarely seen rule situation where the catcher went to the dugout and talked to his manager while a Replay Review was in progress during the May 24 game in Tampa. The catcher was heading to the mound when you alertly warned him that a trip would be charged to the pitcher if he reached the mound. This was heads up work and handled very well.

---

**Situation Management**
Adheres to the "Handling Situations" provisions of the Manual in the *Conduct and Responsibilites of Umpires* section.
**Situation Management**

○ Exceed Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You handled your situations this season in a calm and professional manner. During a game in Boston, you warned the Red Sox dugout and effectively defused the argument by informing them that you had heard enough. You were proactive in attempting to stop a bench-clearing incident during the May 25 game in Tampa.

# C. Field Proficiency

CONFIDENTIAL

**Style and Form of Calls**
Signals are visible, crisp, clear, and decisive. Intensity of call increases with
closeness of play. (See also Section VIII of the Manual in the *Conduct and
Responsibilities of Umpires* section.)
**Style and Form of Calls**

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** Your reports described clear and professional mechanics on the bases. However, there were some issues
noted in your plate work. Following the May 13 game, it was noted that you had changed your strike
mechanic, and it was not as visible as before. A June 9 observation noted that you had returned to
working as you had in the past, and it indicated this was an improvement. Try to stay consistent
through the season with your style of calls and discuss any changes with your supervisor before moving
ahead.

You sustained three head blows this season, including one on September 20 where you were positioned
in the "red zone". Stay focused on working in the slot.

---

**Four-Umpire Mechanics**
Adheres to mechanics as outlined in *Mechanics for the Four-Umpire System*.
**Four-Umpire Mechanics**

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** Your field evaluations indicated that you worked the system well, hustled and rotated well ahead of your
plays. You received an exceeds rating in this category for your work during the September 11 game in
New York. During this instance, you quickly realized that a crew member had not made the proper
rotation, and a play was developing at an uncovered base. You reacted quickly and covered the play
making the correct call. Reports from your game in Baltimore on June 8 indicated that there was a
disputed home run/in-play decision down the right-field line where you echoed one of your partners
calls. However, the second base umpire and the first base umpire had made differing calls on the play.
This was a confusing situation, and it may have been better to withhold your signal and solve the issue
in crew consultation.

---

**Reactions to Development of Plays**
Exhibits knowledge and perception of how play will develop through correctly
anticipating where, how, and speed at which play will occur.
**Reactions to Development of Plays**

○ Exceed Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** Observations of your work noted that you showed good reactions and appropriate positioning on most
plays. While this was positive, it failed to explain the high number of missed calls this season. Most
missed plays result from issues with positioning, timing or focus. An evaluation of your May 24 game
noted that you were getting too large an angle for force plays at first base, especially on balls hit to the
right side of the infield. One possible issue was that you remained focused on the throw to first base too
long and should have moved your eyes to the base sooner. It is advisable that when deficiencies are
noted, you should strive to return to the basics, making a concerted effort to gain a proper angle and
distance while being set for the play.

There were a couple of instances this season where you chose to experiment with positioning during
games by doing things such as coming into the infield to call force plays at first base or taking extreme
angles for your force plays. While umpires have worked these positions successfully, you may be better
served to go back to basics when looking to correct issues, rather than move to angles and positions
you have not worked before.

# ADMINISTRATIVE COMPONENT

**Ejections and Situation Handling**
Ejections and other incidents are handled in the manner described in the
*Conduct and Responsibilities of Umpires* portion of the Manual.
**Ejections and Situation Handling**

- ○ Exceeds Standard
- ◉ Meets Standard
- ○ Does Not Meet Standard

**Comments:** You had three ejections and issued one warning this season. All three ejections came during the first half of the season, and you showed restraint and kept yourself under control during each of them.

---

**Submitting Umpire Reports**
Incident Reports are: (a) filed in a timely fashion; (b) thorough and
comprehensible; and (c) accurately descriptive of the incident. (See Article 9.H
of the Basic Agreement).
**Submitting Umpire Reports**

- ○ Exceeds Standard
- ◉ Meets Standard
- ○ Does Not Meet Standard

**Comments:** You put a significant effort into completing your written incident reports and worked to make them as accurate as possible. This effort was appreciated by the Office.

---

**Communication with Office**
Umpire fulfills administrative requests (e.g., requests for hotel locations, spring
training, requests, uniform requests, etc.) in a timely fashion. Umpire checks
regularly for MLB e-mail and responds within the appropriate time period.
**Communication with Office**

- ○ Exceeds Standard
- ◉ Meets Standard
- ○ Does Not Meet Standard

**Comments:** You were very helpful by being your crew communicator with the Office. If you have any issues during the season, reach out to your supervisor or anyone in the leadership group.

---

**Application of Pace of Game Procedures**
Umpire complies with all provisions of the annual Baseball Operations Bulletin on
Pace of Game Procedures and other Pace of Game policies. Time of Game
reports issued by the Baseball Operations Department shall not be used to
measure whether or not an umpire has complied with the Pace of Game
provisions or considered in evaluating the performance of an umpire in this area.
**Application of Pace of Game Procedures**

- ○ Exceeds Standard
- ◉ Meets Standard
- ○ Does Not Meet Standard

**Comments:** You followed Pace of Game Procedures this season. The 2014 season set a record for the longest average game time in Major League history. In response, there is an expectation that improving the pace of Major League games will be a major area of emphasis for the Office of the Commissioner in 2015. The assistance of you and your peers will be critical in this effort.

# JUDGMENT COMPONENT

**Plate Judgment**
Evaluation of an umpire's strike zone performance. In no event will an umpire be
rated "Does Not Meet Standard" if his adjusted ZE score is 90% or greater.
**Plate Judgment**

- ◉ Meets Standard
- ○ Does Not Meet Standard

**Comments:** Your ZE average was 95.73% in your 32 Major League plate jobs with an average of 6.3 missed pitches per game.

Your ZE results varied widely from game-to-game this season. Going forward, you should make a

conscious effort to improve your overall consistency.

**Base Judgment**
Evaluation of an umpire's judgment on the bases.

**Base Judgment**

○ Exceed Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You had eleven missed calls this season. You had two misses while working the plate, six misses at first base, two misses at second base, and one miss at third base. All six missed plays at first came on force plays. Make sure to review your positioning and timing on these types of plays. Although a number of your calls were on close plays, we expect less missed calls from an umpire with your natural instincts and hard work on the field. You have never had an issue in this area so we expect your performance to improve moving forward.

# FOR CREW CHIEFS ONLY

Umpire fulfills the responsibilities of a crew chief as specified in Section XIV of the *Conduct and Responsibilities of Umpires* portion of the Manual.

○ Exceeds Standard

○ Meets Standard

○ Does Not Meet Standard

◉ Not Applicable

**Comments:**

# EVALUATION SUMMARY

**Overall Rating**

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

# CORRECTIVE ACTION PLAN

*If applicable, add any required corrective action plan setting forth the steps that the Office of the Commissioner believes will assist the umpire in improving his performance and a timetable for completing the plan. The timetable set forth in the corrective action plan should provide the umpire with a reasonable opportunity to improve his performance.*

## NEW GOALS

*To ensure proper focus and emphasis, it is recommended that goals be set for each umpire. Use specific language whenever possible.*

---

**Due:**

## OVERALL EVALUATIVE COMMENTS

You met standard this season, but did not appear to perform at the high level you worked at in many phases in the past. Your base judgment and zone evaluation scores showed some inconsistency on the field. Your missed plays came at the beginning of the season and late in the season with an almost flawless performance in the middle months of the year. Your strike zone results were similar as your zone efficiency scores fluctuated between the lower 90% to several 100% games. With your work ethic, we were surprised to see this type of performance. Make sure to remain focused each day you take the field.

On several occasions in the past, you requested a greater leadership role among the staff. However, you need to continue to take steps forward in your communication and your accountability before this can happen. As you discussed with Joe Torre (as well as written in your past evaluations), you need to be accountable to yourself and let things from the past go. You continue to harp on matters that happened many years ago; this behavior is not healthy and not what we expect from a crew chief or any umpire. You need to learn from the past and then move forward. Regarding your communication, we cannot have situations like the June game in New York where you failed to communicate with your crew chief on rain. More importantly, when you do communicate with others, remember to stay calm and professional throughout. We all may not agree with each other, but we need to give each person his or her say. Your strong personality can alienate some people and make you a difficult person to place on a crew.

Your work ethic is outstanding. You work with intensity and care about your performance. We are confident in your physical abilities. Stay focused on the right things and be ready to work. We look forward to you taking a number of positive steps forward next season and returning to the high standard you set in the past.

## ACKNOWLEDGEMENT

*By electronically signing this form, the umpire acknowledges that the performance evaluation has been conducted.*

# EXHIBIT D



## MAJOR LEAGUE BASEBALL™

2016 Umpire Year End Performance Evaluation



EXHIBIT
24
Hernandez 4/26/19
PENGAD 800-631-6989

# UMPIRE INFORMATION

**Name:** Angel Hernandez                    **Date to Position:** 1993

**Probation:** No                            **Crew Chief:** No

# INSTRUCTIONS FOR RATING EVALUATION COMPONENTS

*Evaluate the degree to which the field evaluation, administrative and judgment components of the Umpire Evaluation and Training System (Addendum C to the Basic Agreement) were demonstrated. Umpires will be evaluated in each of the components based on the reports submitted by the Supervisors and Field Observers, observations of the Senior Vice President, Baseball Operations and his staff and, with respect to plate judgment, information generated by the ZE System. Describe **specific, detailed examples that have occurred since the last performance evaluation.***

Definition of ratings:

**Exceeds Standard:** Performance is truly exceptional, well above-average, and demonstrates an absolute mastery of the category.

**Meets Standard:** Performance exemplifies the standard defined.

**Does Not Meet Standard:** Performance does not meet the definition of the standard; improvement needed.

*"Exceeds Standard" and "Does Not Meet Standard" ratings MUST be supported by narrative comments.*

# FIELD EVALUATION PERFORMANCE CRITERIA

## A. Effort and Professionalism

**Focus**
Consistent concentration on the crucial elements throughout the entire game. Avoids excessive casual, unnecessary conversation with uniformed personnel or spectators during the game and otherwise adheres to the Office of the Commissioner's policy on fraternization as set forth in the Umpire Manual.

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** Reports indicated that you displayed concentration on each pitch and play. This level of focus and intensity was apparent throughout the entire June 28 Oakland at San Francisco game. The observer on hand said that it was "one of the best games I've seen Umpire Hernandez work." As the first base umpire, you had a wide variety of plays to rule on, including over twenty force plays, yet you remained locked-in and called all of your plays correctly.

Note that you had a high number of missed plays this season, however, with the last four coming in a short time during September. Work to maintain your focus on the next play and do not dwell on a

previous play by allowing an error to negatively impact your future results.

**Hustle / Mobility**
Moves with a purpose during a play to get into proper position to cover such a play. The distance to be covered by the umpire will often dictate the speed or method the umpire uses to get into position (i.e., running vs. jogging). Walking on the field is not an acceptable technique unless the distance is so short that running is not practical (for example, moving into position for a force play or steal play or going out on a short fly ball or line drive, etc.). Possesses and demonstrates the physical ability to move into proper position in field.

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You were in first-class physical condition this season, and that aided your ability to move around the field to get into proper position for your plays. With no runners on base in the April 18 game in Boston, Blue Jays' batter hit a fly ball into short left-center field. The left fielder, center fielder, shortstop and second baseman all began to run at the fly ball. You showed good mobility as you got out into the outfield to rule on the diving catch and avoided the converging fielders. Your consistently high level of effort on the field left no doubt in your desire to get your plays correct.

---

**Professionalism**
Displays proper demeanor and a conscientious and earnest desire to carry out on-field duties. Exhibits posture that reflects interest in the game. Communicates professionally when speaking with Club personnel regarding weather conditions, stadium operations, ticketing issues, etc.

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You took a businesslike approach to your work on the field and throughout your replay assignments. Reports from an early-September series in Cincinnati indicated that your strong on-field appearance was aided by your overall physical condition and your approachable demeanor.

While working in replay, your interaction with Replay Operations Center staff was always on a positive, respectful level. You readily accepted constructive feedback and criticism if warranted. Additionally, you reminded other umpires to conduct themselves professionally when necessary.

## B. Game and Situation Management

**MLB Procedures**
Adheres to all procedures and responsibilities as outlined in the *Conduct and Responsibilities of Umpires* portion of the Manual, the Standards & On-Field Operations Regulations, the Replay Review Regulations or other policies distributed to umpires.

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You met standard in this area. For the most part, you followed replay procedures and protocols. However, during the June 18 game in Kansas City, you missed a tag play at second base that was corrected using replay review. Once the Replay Official began relaying the details of the overturn, you took off the headset and left the crew chief alone. As the calling and/or accompanying umpire, it is important to the replay process and optic of the situation for you to remain on the headset with your Crew Chief throughout the completion of the conversation.

---

**Rules and Interpretations**
Adheres to and applies rules, accepted practices, and interpretations detailed in the Official Baseball Rules, the Standards & On-Field Operations Regulations, the Replay Review Regulations and the *Rule Interpretations* portion of the Manual.

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You demonstrated a solid working knowledge of the Official Baseball Rules, Rules Interpretations and Replay Regulations this season. Continue to work on mastering your knowledge of these guidelines as it will assist you in consistently and efficiently enforcing them correctly. You experienced one bump in this area as you failed to call interference on a batter-runner in Cincinnati. Remember that the runner's actions have to interfere with the fielder's effort to receive the throw to first base and not necessarily alter the throw to first base. Make rules review an area of focus moving forward.

---

**Ejections and Situation Management**
Ejections and other incidents are handled in the manner described in the

DEF 001562

*Conduct and Responsibilites of Umpires* section of the Manual.

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You had two ejections during the season and did not issue a warning or equipment violation. You did a commendable job of making an effort to stay above the fray and not engage with uniformed personnel unnecessarily. You made tremendous strides in this component over the last couple of years. Keep up this solid work going forward.

---

**Application of Pace of Game Procedures**
Umpire complies with and enforces all provisions of the Regulation on Pace of Game Procedures and other Pace of Game policies. Time of Game reports issued by the Baseball Operations Department shall not be used to measure whether or not an umpire has complied with the Pace of Game provisions or considered in evaluating the performance of an umpire in this area.

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You actively enforced the Pace of Game procedures throughout your games this season. During the September 9 game in Oakland, you diligently handled your Pace of Game duties by staying aware of the center field clock between innings. Oakland's starting pitcher was often ready well before the 0:30 mark, and you made sure to still alert the batter when it was time for him to approach the box.

## C. Field Mechanics

**Style and Form of Calls**
Signals are visible, crisp, clear, and decisive. Intensity of call increases with closeness of the play. (See also Section VIII of the Manual in the *Conduct and Responsibilities of Umpires* section.)

◉ Exceeds Standard

○ Meets Standard

○ Does Not Meet Standard

**Comments:** The clarity, proper emphasis and timing of your signals this season stood out amongst your peers. You received two Exceeds ratings this season and both were for emphatic calls that showed your enthusiasm and confidence on the field. Although some umpires are hesitant to oversell a call with replay, you did a solid job in this component.

---

**Four-Umpire Mechanics**
Adheres to mechanics as outlined in *Mechanics for the Four-Umpire System.*

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You and your crewmates worked the four-umpire mechanics as the system was laid out in the Umpire Manual. For example, your quick read of a crewmates' mistake on July 16 in Tampa allowed you to rectify the blown rotation and still correctly rule on a play at the plate. Unfortunately blown rotations happen, but your quick read helped to save the situation.

## ADMINISTRATIVE COMPONENT

**Submitting Umpire Reports**
Incident Reports are: (a) filed in a timely fashion; (b) thorough and comprehensible; and (c) accurately descriptive of the incident. (See Article 9.H of the Basic Agreement).

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** Your written reports included all the relevant details regarding the situations. Make it a regular practice to review the video of the incident while writing your formal report to ensure that the details in your report match the video. In addition, make sure to take your time and prepare your thoughts prior to calling in your verbal incident reports. This step will help you avoid having to make multiple calls

regarding a single incident.

## Fulfillment of Office Responsibilities

Umpire communicates administrative requests (e.g., requests for hotel locations, spring training requests, uniform requests, etc.) in a timely fashion. Umpire checks regularly for MLB e-mail and responds to all communication within the appropriate time period. Umpire complies with administrative requirements related to Replay Review and adheres to the Replay Room policy.

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** As was noted in your Mid-Year evaluation, your steady communication with the Office regarding the Cuba trip during Spring Training allowed for proper planning. You were quick to contact the Office regarding any questions regarding rules, travel, evaluations etc. Continue this regular dialogue on an as-needed basis.

# JUDGMENT COMPONENT

### Plate Judgment

Evaluation of an umpire's strike zone performance. In no event will an umpire be rated "Does Not Meet Standard" if his adjusted ZE score is 90% or greater.

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** Your ZE average was 96.88% in your 30 Major League plate jobs with an average of 4.5 missed pitches per game.

Throughout the season, you performed your best behind the plate when calling the complete strike zone. Continue that effort going forward.

### Field Judgment

Evaluation of an umpire's judgment on the bases and in the field.

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You had 12 missed calls this season, all of which occurred on a variety of plays at each base. You missed a hit by pitch ruling and a 45-foot lane violation while working the plate. At first base, you missed four force plays, a tag play and a pickoff. At second base, you missed two steal plays and a force play. Lastly, you missed a steal play at third base.

Although your missed calls came on a number of different play types, there is some concern with your field judgment. You were close to not meeting standard for the year. Make sure you review your timing and positioning in your close plays. In addition, make sure you remain focused throughout the end of each play. You seem to miss calls in bunches, like your four missed calls in the second half all coming within a two-week period in September. It is vital that you can overcome any issues on the field and move to the next play. Try not to dwell too much on past performance. Based on your previous work, we expect you to bounce back in this area.

### Replay Judgment

Evaluation of whether an umpire exercised reasonable judgment during the replay review process.

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** When serving as a Replay Official this season, you conducted your reviews efficiently and accurately. This was a testament to your willingness to follow the Director's lead, quickly observe relevant angles and make decisions when prompted. You applied the standards from within the Regulations to arrive at the correct decision.

# FOR CREW CHIEFS ONLY

Umpire fulfills the responsibilities of a crew chief as specified in Section XIV of the *Conduct and Responsibilities of Umpires* portion of the Manual.

- ○ Exceeds Standard
- ○ Meets Standard
- ○ Does Not Meet Standard
- ◉ Not Applicable

**Comments:**

# EVALUATION SUMMARY

**Overall Rating**

- ○ Exceeds Standard
- ◉ Meets Standard
- ○ Does Not Meet Standard

# CORRECTIVE ACTION PLAN

*If applicable, add any required corrective action plan setting forth the steps that the Office of the Commissioner believes will assist the umpire in improving his performance and a timetable for completing the plan. The timetable set forth in the corrective action plan should provide the umpire with a reasonable opportunity to improve his performance.*

## Development Plan

Title:                                    Due:

# OVERALL EVALUATIVE COMMENTS

You had a positive season and earned another postseason assignment. You worked in a professional manner both on the field and in replay. Although your on-field demeanor has improved significantly, the long-standing perception of you still remains for many in the game. Do not allow their negativity to influence your performance. You should be proud of the advances you have made in this area. Continue to enhance your command of the rules, regulations, and policies to avoid controllable issues in the future. In addition, review your missed calls as there is some concern with your field judgment. Make sure you remain confident even during difficult stretches. We look forward to your continued growth and success as an umpire.

## ACKNOWLEDGEMENT

*By electronically signing this form, the umpire acknowledges that the performance evaluation has been conducted.*

# EXHIBIT E



*Office of the Commissioner*
MAJOR LEAGUE BASEBALL



JOE TORRE
*Chief Baseball Officer*


March 27, 2017

***Via E-Mail***

Mr. Angel Hernandez

<span style="background:black">████████████████</span>

Re:    Crew Chief Selection (Article 4.C.2 Letter)

Dear Angel:

This letter is in response to your request, pursuant to Article 4.C.2 of the Basic Agreement, for a written statement of the reason(s) why you were not chosen as a Crew Chief for the 2017 season.

The Basic Agreement gives the Office of the Commissioner exclusive authority to appoint umpires to act as Crew Chiefs for each of the crews formed for the championship season. *See* Article 4.C. In addition to seniority, the Basic Agreement provides that the Office of the Commissioner may consider "other factors that it may deem appropriate when exercising its appointment discretion," that "seniority shall not control in the Office of the Commissioner's choice of crew chiefs," and that "the Office of the Commissioner may rely on those factors it may deem appropriate." *See* Article 4.C.1 and 2.

In its selection of Crew Chiefs, the Office of the Commissioner considers the umpire's performance in the most recent season, as well as the length and consistency of his career contribution. The Office of the Commissioner relies on a variety of factors, including, but not limited to:

- Leadership skills, including situation management, maintaining an appropriate pace-of-game, on-field presence, demeanor, hustle, focus and integrity;

- Overall qualities of performance, including strike zone accuracy, made/missed calls, ability to properly enforce the Replay Regulations and Procedures on the field and as a Replay Official, how much or how often



EXHIBIT
8
Hernandez 4/24/9

AH000077

> the umpire exceeds/does not meet expectations, keeping the focus of the game on the field, agility and position accuracy in getting the appropriate angle on calls;

- Fulfillment of duties and responsibilities, including attendance and the umpire's adherence to the Four-Umpire System, as well as other mandates of the Major League Baseball Umpire Manual, the Official Playing Rules, Replay Regulations and the Basic Agreement; and

- Initiative, including whether the umpire takes the initiative to train and mentor junior umpires.

Based on these criteria, Paul Emmel, Mike Everitt and Sam Holbrook were selected by the Office of the Commissioner to be Crew Chiefs for the 2017 championship season. These umpires were selected because they exhibited tremendous leadership skills, proficiency in the Official Playing Rules and Replay Regulations, and high levels of performance, while fulfilling or exceeding all of their responsibilities and taking the initiative to develop the skills and talents of junior umpires. All three also have performed well when acting as a fill-in Crew Chief.

The Office of the Commissioner's decision not to select you as a Crew Chief in 2017 has more to do with the performance of the three umpires selected than it does with any specific performance issues or required abilities that you lack as a Major League umpire. You share many of the same qualities and abilities with the selected umpires that the Office of the Commissioner relied on in its selection process, including your passion and dedication. That being said, in order to enhance your candidacy for a Crew Chief position, we would like to see you gain greater mastery of the Official Playing Rules and Replay Regulations, continue to improve your situation management, and display an ability to refocus and move forward after missed calls or receiving constructive feedback from the Office. We discussed a number of these issues in the past (as well as in your appraisals). You have made solid strides in your interactions with on-field personnel, and we would like to see you display similar improvement in these other areas. We are eager to see you continue to develop on this path.

You should understand that the Office of the Commissioner's decision not to select you as a Crew Chief does not reflect an opinion that you will not be qualified for this position in the future, provided that you address the concerns raised by this letter. In fact, as the need may arise, you will be considered for opportunities to fill in as a temporary Crew Chief even during the 2017 championship season – a service which pays $100 per game worked pursuant to Article 4.C.5. The Office of the Commissioner shares with you the goal of your achieving the highest level of performance, skill and ability. We look forward to working with you to achieve this goal as you continue to grow as a Major League umpire.

AH000078

Mr. Angel Hernandez
March 27, 2017
Page 3

Sincerely,

Joe Torre

cc:    Peter Woodfork
       Steven P. Gonzalez
       Dan Purtell (WUA)

AH000079

# EXHIBIT F




EXHIBIT
23
Hernandez 4/16/19

# 2015 Umpire Year End Performance Evaluation

## UMPIRE INFORMATION

**Name:** Angel Hernandez

**Supervisor:** Montague

**On Probation:** No

**Crew:** C

**MLB Service Credit as of** 23
**10/4/15:**

**Date to Position:** 4/1/1993

**Salary MLS:** 22

**Uniform Number:** 55

**Year Hired:** 1993

**Crew Chief?:** No

## INSTRUCTIONS FOR RATING EVALUATION COMPONENTS

*Evaluate the degree to which the field evaluation, administrative and judgment components of the Umpire Evaluation and Training System (Addendum C to the Basic Agreement) were demonstrated. Umpires will be evaluated in each of the components based on the reports submitted by the Supervisors and Field Observers, observations of the Senior Vice President, Baseball Operations and his staff and, with respect to plate judgment, information generated by the ZE System. Describe* **specific, detailed examples that have occurred since the last performance evaluation.**

*Definition of ratings:*

**Exceeds Standard:** *Performance is truly exceptional, well above-average, and demonstrates an absolute mastery of the category.*

**Meets Standard:** *Performance exemplifies the standard defined.*

**Does Not Meet Standard:** *Performance does not meet the definition of the standard; improvement needed.*

*"Exceeds Standard" and "Does Not Meet Standard" ratings MUST be supported by narrative comments.*

## FIELD EVALUATION PERFORMANCE CRITERIA

## A. Effort and Professionalism

**Focus**
Consistent concentration on the crucial elements throughout the entire game. Avoids excessive casual, unnecessary conversation with uniformed personnel or spectators during the game and otherwise adheres to the Office of the Commissioner's policy on fraternization as set forth in the Umpire Manual.

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** Reports indicated that you appeared "locked-in" on the field. You avoided undue conversation with

uniformed personnel and spectators and kept your focus on your duties. For example, your concentration was praised throughout a late April series in Oakland. You used solid focus, and an excellent athletic position on every pitch which allowed you to be set and ready for each play.

## Hustle / Mobility

Moves with a purpose during a play to get into proper position to cover such a play. The distance to be covered by the umpire will often dictate the speed or method the umpire uses to get into position (i.e., running vs. jogging). Walking on the field is not an acceptable technique unless the distance is so short that running is not practical (for example, moving into position for a force play or steal play or going out on a short fly ball or line drive, etc.). Possesses and demonstrates the physical ability to move into proper position in field.

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You demonstrated consistent hustle for most plays. As you know, hustle is a controllable area for all umpires and should never be an issue. While working in Oakland on May 16, you displayed excellent hustle and never hesitated when covering pop-ups and foul balls. Additionally, there is an extensive amount of foul territory in this park, and you had no trouble covering your plays.

## Professionalism

Displays proper demeanor and a conscientious and earnest desire to carry out on-field duties. Exhibits posture that reflects interest in the game. Communicates professionally when speaking with Club personnel regarding weather conditions, stadium operations, ticketing issues, etc.

○ Exceed Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** It was clear that you maintained a great passion for your work and truly desired to be successful on the field. As a number of your reports indicated, you were very professional on the field and took the job seriously. You did, however, have some interactions during the June 14 game in Anaheim that were reported in your game evaluation. Between innings, you were seen dancing and speaking with fans. While these sort of interactions can indeed be positive, there is a fine line regarding what is and is not professional. Be aware of this line, as well as the perception you are giving off on the field.

# B. Game and Situation Management

## MLB Procedures

Adheres to all procedures and responsibilities as outlined in the *Conduct and Responsibilities of Umpires* portion of the Manual, the Standards & On-Field Operations Regulations, the Replay Review Regulations or other policies distributed to umpires.

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You met standard in this category that includes many items such as proper procedure for substitution, signaling to the press box, and handling of lineup cards. While working as the acting crew chief during the July 28 game, you did an appropriate job of gathering the crew for a consultation on a potential home run before going to replay.

## Rules and Interpretations

Adheres to and applies rules, accepted practices, and interpretations detailed in the Official Baseball Rules, the Standards & On-Field Operations Regulations, the Replay Review Regulations and the *Rule Interpretations* portion of the Manual.

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** As you look to take a greater leadership role on the staff, this component should be an area of focus. You displayed your knowledge of the rules while working the plate on July 1 in Miami. You correctly called a balk on Giants' pitcher Heston for not continuing home after starting his movement. Rules knowledge can solve many problems on the field. Rules and interpretations change frequently from season-to-season, and thus should be an ongoing learning process for an umpire. Continue to engage in locker room discussions regarding situations and rules.

Your knowledge of the Replay Regulations was acceptable. Make sure to familiarize yourself with specific language, regulation updates and other key elements that apply to the overall replay process.

---

## Ejections and Situation Management

Ejections and other incidents are handled in the manner described in the *Conduct and Responsibilites of Umpires* section of the Manual.

○ Exceed Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You had two ejections and issued one equipment violation this season. Both of the ejections were the result of arguments over check swing calls. Philly manager Sandberg was ejected for yelling out of the dugout over a non-check swing call, and Toronto manager Gibbons was ejected for yelling out of the dugout on a check swing call. In neither instance was a warning issued, and the ejections happened rather quickly. Issuing a simple warning, such as holding your hand up and letting the individual know that you heard enough, might be enough to keep them in the game. If they do not heed the warning, then you have every right to eject them from the game.

---

## Application of Pace of Game Procedures

Umpire complies with and enforces all provisions of the Regulation on Pace of Game Procedures and other Pace of Game policies. Time of Game reports issued by the Baseball Operations Department shall not be used to measure whether or not an umpire has complied with the Pace of Game provisions or considered in evaluating the performance of an umpire in this area.

○ Exceeded the Goal

◉ Achieved the Goal

○ Did Not Achieve the Goal

**Comments:** Improving the pace and rhythm of Major League game was a major goal of the Office of the Commissioner during the 2015 season. You did have one does not meet rating in this area for the failure to signal to batters and pitchers at the start of each half inning. The game appeared to be an isolated incident, as you were compliant for the remainder of the season. Overall, the result of the efforts of all involved was a significant improvement in the pace of games, as well as an overall reduction in the average time of game. There is still room for additional improvement, and we look for you to be an asset in that effort going forward.

# C. Field Mechanics

## Style and Form of Calls

Signals are visible, crisp, clear, and decisive. Intensity of call increases with closeness of the play. (See also Section VIII of the Manual in the *Conduct and Responsibilities of Umpires* section.)

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** Your calls were crisp, clear and decisive. You increased the intensity of your call as to match the closeness of the play. For example, with a runner on first base and no outs in Anaheim on June 12, a ground ball was hit to the second baseman and he attempted to get the out at second base on the front end of a potential double play. However, he dropped the ball while taking it out of his glove. You quickly and confidently signaled "out" and that he had dropped it on the transfer. A Replay Review confirmed your strong call.

---

## Four-Umpire Mechanics

Adheres to mechanics as outlined in *Mechanics for the Four-Umpire System*.

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You worked with and communicated well with your partners, and this communication aided you in running the four-umpire mechanics properly. You and your crew had a number of rotations during the May 12 game in Texas. Specifically, on a hit to short left-center field, the second base umpire went out

DEF 001554

to rule on an attempted shoestring catch. The ball landed, however, and you rotated from your position at third base to see a late tag on the batter-runner's head first slide at second base.

# ADMINISTRATIVE COMPONENT

### Submitting Umpire Reports
Incident Reports are: (a) filed in a timely fashion; (b) thorough and comprehensible; and (c) accurately descriptive of the incident. (See Article 9.H of the Basic Agreement).

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** Your reports included all the necessary details regarding incidents. Remember to reread your written reports before submitting them as they are official documents used in the on-field discipline process.

---

### Fulfillment of Office Responsibilities
Umpire communicates administrative requests (e.g., requests for hotel locations, spring training requests, uniform requests, etc.) in a timely fashion. Umpire checks regularly for MLB e-mail and responds to all communication within the appropriate time period. Umpire complies with administrative requirements related to Replay Review and adheres to the Replay Room policy.

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You maintained regular communication with the Office on administrative requests. You were more than willing to adjust your schedule on short notice to assist another crew for the July 4th weekend series in Pittsburgh. Your positive attitude was extremely helpful throughout this instance.

You properly handled administrative responsibilities pertaining to replay operations. You arrived within an appropriate time frame and completed your shifts as scheduled. On multiple occasions, you volunteered to stay beyond your scheduled shift and assist others with their games.

# JUDGMENT COMPONENT

### Plate Judgment
Evaluation of an umpire's strike zone performance. In no event will an umpire be rated "Does Not Meet Standard" if his adjusted ZE score is 90% or greater.

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** Your ZE average was 96.53% in your 32 Major League plate jobs with an average of 5.4 missed pitches per game. Continue to improve your game-to-game consistency while working the plate.

---

### Field Judgment
Evaluation of an umpire's judgment on the bases and in the field.

○ Exceed Standard

◉ Meets Standard

○ Does Not Meet Standard

**Comments:** You had eight missed calls this season. You had two misses while working the plate, five misses at first base, and one miss at third base. Four of the missed plays at first came on force plays. Your instincts and mobility were very good which allowed you to get into good positions for your plays. On several of your missed force plays at the end of the year, it appeared you were slightly closer to the plays than usual, and this may have caused these plays to blow up on you. You did a much better job working with and accepting Replay. As you know, this is a great tool for reviewing your work on the field, so be sure to take advantage of it.

**Replay Judgment**
Evaluation of whether an umpire exercised reasonable judgment during the
replay review process.

○ Exceeded the Goal

◉ Achieved the Goal

○ Did Not Achieve the Goal

**Comments:** During the course of the season, you exercised reasonable judgment while serving as a primary and supporting replay official. Additionally, your performance improved during each trip to the Replay Operations Center. Make sure to focus during the replay sessions at the annual meetings as repetition seems to help you in this component.

# FOR CREW CHIEFS ONLY

Umpire fulfills the responsibilities of a crew chief as specified in Section XIV of
the *Conduct and Responsibilities of Umpires* portion of the Manual.

○ Exceeds Standard

○ Meets Standard

○ Does Not Meet Standard

◉ Not Applicable

**Comments:**

# EVALUATION SUMMARY

**Overall Rating**

○ Exceeds Standard

◉ Meets Standard

○ Does Not Meet Standard

# CORRECTIVE ACTION PLAN

*If applicable, add any required corrective action plan setting forth the steps that the Office of the Commissioner believes will assist the umpire in improving his performance and a timetable for completing the plan. The timetable set forth in the corrective action plan should provide the umpire with a reasonable opportunity to improve his performance.*

# Development Plan

## OVERALL EVALUATIVE COMMENTS

You performed well this season and earned an assignment to work the Division Series. As always, you showed a great passion for the job and a tremendous work ethic on and off the field. In situation management, remember to stay above the fay, and the use of a warning or an equipment violation may help defuse the incident. You took a solid step forward in this area and we look for continued positive work in the future. Remain in contact with the Umpiring Medical staff regarding your knee issues so that a proper medical plan can be developed to put you in the best position to stay on the field in 2016 and beyond.

## ACKNOWLEDGEMENT

*By electronically signing this form, the umpire acknowledges that the performance evaluation has been conducted.*

# EXHIBIT G



*Office of the Commissioner*
MAJOR LEAGUE BASEBALL

October 2, 2012

*Via E-Mail*

Mr. Angel Hernández

**Redacted**

Re:   Notice of Discipline

Dear Angel:

It has come to our attention that, prior to the Reds – Pirates game of September 29, 2012, your crew sought out an MLB Authenticator and requested that he visit the umpire room. Upon the Authenticator's arrival, your crew instructed the umpire room attendant also to summon Reds pitcher Homer Bailey who had pitched a no-hitter the night before. When he arrived, Bailey was asked to autograph eleven baseballs, which then were authenticated for your crew's own personal use.

Requesting autographs from a player was unprofessional and demonstrated extremely poor judgment. Your conduct in this regard directly violated Article 9.C.4 of the Basic Agreement, which provides that an "umpire shall not, directly or indirectly, ask players ... for autographs." You also violated a number of other rules to which you are subject. For instance, Part I, Section XII of the Major League Baseball Umpire Manual (page 6) instructs umpires to be "cautious regarding any casual fraternization with club employees" for the purpose of avoiding the appearance of impropriety. Articles 9.A and 9.I of the Basic Agreement also require you to "conform to high standards of personal conduct," to "maintain the integrity of the international game of baseball," to protect "the image of umpires as impartial, professional arbiters, and to avoid the appearance of a conflict of interest and/or undue influence." Lastly, your actions were particularly egregious because, as acting crew chief, you are supposed to set a positive example for the rest of your crew.

Based on the foregoing, you are hereby fined ███████. Moreover, along with your check payable to Major League Baseball, you are instructed to send immediately to our office (attention Peter Woodfork), at your own expense, the authenticated baseballs signed by Homer Bailey and secured by you on September 29, which will be donated to charity. Threats to the integrity of the game will not be tolerated, and any future involvement in a similar incident will result in more severe discipline.

245 Park Avenue, New York, NY 10167 (212) 931-7800 www.mlb.com

EXHIBIT
19
Hernandez 4/26/13

CONFIDENTIAL

DEF 002451

Mr. Angel Hernandez
October 2, 2012
Page 2

Angel, we fully expect that this was an isolated incident that will not happen again and that this specific matter will not be discussed further with any Club personnel. Thank you for your cooperation.

Sincerely,

Joe Torre
EVP, Baseball Operations

cc:     Brian Lam
        Peter Woodfork
        Steven Gonzalez

**CONFIDENTIAL**

**DEF 002452**



ANGEL HERNANDEZ

03-98

Redacted

Bank of America

ACH R/T 063100277

Pay to

Bank of America Advantage

2139

83-27/631 FL
1695

Date 10/3/12

Dollars

CONFIDENTIAL

# EXHIBIT H



August 23, 2019

<u>*Via E-mail*</u>

Mr. Angel Hernandez

████████████
████████████

Re:    <u>Red Sox-Rays Incident & Investigation</u>

Dear Angel,

We have completed our investigation of the Boston Red Sox's July 24, 2019 on-field protest.  The events that transpired on the field that day while you were serving as the Acting Crew Chief, as well as your conduct during the investigation, raise serious concerns about your performance and behavior.

Your performance during that game, particularly given your status as Acting Crew Chief, was deficient in several respects.  First, you failed to recognize that, pursuant to Rule 5.11(a)(8), when the pitcher is moved from the mound to a defensive position, the Designated Hitter ("DH") position is eliminated for the remainder of the game.  *See also* 2019 Umpire Manual, Rule Interpretation #47.  You had to be reminded of this Rule by your crew, after Rays' player Adam Kolarek moved to first base after pitching to one batter.  Second, you failed to adhere to the Rule 5.10(b) Comment after Kolarek's move to first base created two open positions in the batting order.  When the Rays Manager, Kevin Cash, did not designate the batting order positions for his two substitutes, it was incumbent on you to determine the lineup.  You did not.  You had an opportunity to remedy this failure when Cora expressly asked you who was batting in the third spot.  But you did not provide a response, and again, did not seize the opportunity to set the lineup at that time.  As the Acting Crew Chief, it was your responsibility to demonstrate leadership by actively managing the situation, communicating clearly and addressing any confusion in an appropriate and timely manner.  Your failure to do so had you on a path towards a potentially valid protest situation, which was rescued only by a considerable delay of the game while your crew and the Replay Room provided assistance – a delay that, while necessary to sort things out and get the situation back on track, made the crew appear confused which embarrassed them and the Commissioner's Office.  Worse yet, this incident could have been completely avoided given that the substitution strategy that the Rays employed in this game was common for them and, as such, it was covered with you in the training provided during our Annual Meeting in January and by Charlie Reliford specifically right before the Red Sox-Rays series began.

In addition, your conduct during the investigation raises serious concerns about your comportment as an Acting Crew Chief.  As you know, members of the Commissioner's

CONFIDENTIAL

Office interviewed you and then Ed Hickox in back-to-back telephone conversations regarding the July 24 incident. These were purposefully scheduled as separate conversations, both to ensure confidentiality and to avoid the tainting of recollections. At the conclusion of your interview, unknown to anyone else at the time, you remained on the line during Hickox's interview.

On August 19, 2019, members of the Commissioner's Office interviewed you regarding the facts and circumstances surrounding your presence on the conference line during Mr. Hickox's interview. You acknowledged that you were aware prior to the calls that they were intended to be separate and did not dispute that you remained on the line. Instead, you offered a number of excuses for why you remained on the line. You claimed to not know whether you were supposed to stay on the line and that you wanted to be available if anything further was asked of you. However, you exchanged salutations with the call participants at the end of your call; did not ask whether you should remain on the line; and remained silent when the call participants were talking and waiting for Hickox to join the line, when the Hickox call participants announced themselves and during the entirety of the Hickox interview. Moreover, your purported justification for staying on the line (to address any further questions) strains credulity in light of your claim that you only heard portions of the Hickox call and the fact that you remained silent even when you heard statements by Hickox that you later claimed to be inaccurate. Simply put, we find your asserted justifications for remaining on the line to be implausible, internally inconsistent, premised on facts that are incorrect and not credible. As a result, we have concluded that you remained on the line in an effort to intentionally and deceptively eavesdrop on a confidential conversation in order to hear what Hickox would say about the July 24 incident. This is an egregious offense. Your behavior demonstrates a severe lack of judgment and common sense and is contrary to the qualities we expect and require of our leaders.

Accordingly, effective Monday, August 26, 2019, you are no longer the Acting Crew Chief for Crew B.

Sincerely,

Joe Torre
Chief Baseball Officer

cc:    Dan Purtell
       Peter Woodfork
       Steven Gonzalez

# EXHIBIT I



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only DEF002927

# EXHIBIT J


Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

DEF002803



DEF002804



DEF002805



Confidential - Attorneys' Eyes Only



DEF002807



Confidential - Attorneys' Eyes Only





Confidential - Attorneys' Eyes Only

DEF002810

# EXHIBIT K





DEF003006



Confidential - Attorneys' Eyes Only

# EXHIBIT L



DEF002782



 DEF002783



Confidential - Attorneys' Eyes Only



DEF002785


Confidential - Attorneys' Eyes Only



DEF002787



# EXHIBIT M



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

# EXHIBIT N



Confidential - Attorneys' Eyes Only







DEF002909





DEF002911





Confidential - Attorneys' Eyes Only                    DEF002913