# EXHIBIT AA



Confidential - Attorneys' Eyes Only

DEF003011



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

DEF003013

# EXHIBIT BB



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

DEF002754



Confidential - Attorneys' Eyes Only

DEF002755



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

# EXHIBIT CC



Confidential - Attorneys' Eyes Only

Confidential - Attorneys' Eyes Only

DEF002954



Confidential - Attorneys' Eyes Only

DEF002955



Confidential - Attorneys' Eyes Only

DEF002956



Confidential - Attorneys' Eyes Only

DEF002957



Confidential - Attorneys' Eyes Only

# EXHIBIT DD



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

# EXHIBIT EE



Confidential - Attorneys' Eyes Only

DEF002884



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

DEF002887



Confidential - Attorneys' Eyes Only

DEF002888



Confidential - Attorneys' Eyes Only

DEF002889



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

DEF002891



Confidential - Attorneys' Eyes Only

# EXHIBIT FF



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

DEF002885



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

DEF002887



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only                                                                                      DEF002889



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

DEF002892

# EXHIBIT GG

Confidential - Attorneys' Eyes Only

DEF003037



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

DEF003040



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

DEF003045



Confidential - Attorneys' Eyes Only

# EXHIBIT HH



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

DEF002815



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

DEF002818



Confidential - Attorneys' Eyes Only

# EXHIBIT II



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

# EXHIBIT JJ



Confidential - Attorneys' Eyes Only

DEF003018



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

DEF003020



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

DEF003023



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

DEF003025



Confidential - Attorneys' Eyes Only

DEF003026



Confidential - Attorneys' Eyes Only

# EXHIBIT KK



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

# EXHIBIT LL



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

# EXHIBIT MM



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

DEF003063



Confidential - Attorneys' Eyes Only

DEF003064



Confidential - Attorneys' Eyes Only