# EXHIBIT NN



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

DEF002898



Confidential - Attorneys' Eyes Only                                                                DEF002899



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

# EXHIBIT OO



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

# EXHIBIT PP



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



DEF003144

# EXHIBIT QQ



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

DEF003078



Confidential - Attorneys' Eyes Only

DEF003079

Confidential - Attorneys' Eyes Only

DEF003080

Confidential - Attorneys' Eyes Only

DEF003081



Confidential - Attorneys' Eyes Only