UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL HERNANDEZ

    PLAINTIFF,

V.

THE OFFICE OF THE COMMISSIONER
OF BASEBALL AND MAJOR LEAGUE
BASEBALL BLUE, INC.,

    DEFENDANTS.

CASE NO: 18-CV-09035-JPO-GWG

**AFFIDAVIT OF GREGORY BAXTER**

EXHIBIT 2

STATE OF WASHINGTON )
                              ) SS:
COUNTY OF KING        )

    Comes the affiant, Gregory W. Baxter, and, after first being duly cautioned and sworn, states as follows:

    1.    My name is Gregory W. Baxter. I have personal knowledge of the facts set forth below, and could and would testify competently to those facts if called as a witness.

    2.    The documents found at Dkt. 159-1, Page 254-363 of 440 and at Dkt. 162-1, Page 253-363 of 440 are true and accurate copies of the Expert Report I rendered in the above-captioned case, though the redactions and highlighting in those documents were not originally contained in my Expert Report. My understanding is that the redactions and highlighting found in Dkt. 159-1, Page 254-363 of 440 and Dkt. 162-1, Page 254-363 of 440, respectively, have been inserted by MLB for purposes of filing that Expert Report with the Court.

    3.    The document titled "February 6, 2020 Supplement to Dr. Baxter's Expert Report: Methodology for Comparing Minority Year-End Performance Reviews ('YE') to Umpire Evaluation Reports ('UER')", found at Dkt. 159-1, Page 386 of 440 and Dkt. 162-1, Page 386 of 440, is a true

1

and accurate copy of the document I intended to be a draft supplemental expert report but that I understand has been produced to counsel for the Defendants pursuant to an Order of the Court.

4. The number of individual Umpire Evaluation Reports ("UERs") that I reviewed in connection with rendering my expert opinion in this matter is set forth in my Expert Report for each year. Totaling those, the number of UERs that I reviewed was at least 1,088. These are in addition to the 18 Year-End Evaluations I also reviewed as described in my Expert Report.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Gregory W. Baxter

Sworn to and subscribed before me, a notary public in and for the State of Washington, by Gregory W. Baxter this 19 day of June, 2020.

John Milton Payne, Jr.

_____
Notary Public
My commission expires: Feb 20, 2024

JOHN MILTON PAYNE JR
Notary Public
State of Washington
Commission # 20103410
My Comm. Expires Feb 20, 2024

2