```
 1                  3/11/20 - Martin
 2        Q.    Have your opinions ever been
 3   excluded from trial?
 4        A.    No.
 5        Q.    Have the opinions of anyone at Nera
 6   Economic Consulting ever been excluded from
 7   trial?
 8              MS. PHILION:   Objection.
 9   BY MR. LANDEN:
10        A.    I don't know.
11        Q.    What was the topic of your doctoral
12   thesis?
13        A.    Compensation in Professional Service
14   Partnerships.
15        Q.    And did that have anything to do
16   with racial or ethnic discrimination?
17        A.    No.
18        Q.    Do you consider yourself an expert
19   in human resources?
20              MS. PHILION:   Objection.
21   BY MR. LANDEN:
22        A.    No.
23        Q.    Have you ever run a human resources
24   department as such, noting your prior statement
25   that you were the liaison to human relations in
```