UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL HERNANDEZ,<br><br>              Plaintiff,<br><br>      v.<br><br>THE OFFICE OF THE COMMISSIONER OF BASEBALL and MAJOR LEAGUE BASEBALL BLUE, INC.<br><br>              Defendants. | No. 18 Civ. 9035 (JPO) (GWG) |

## DECLARATION OF NEIL H. ABRAMSON IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION TO EXCLUDE DR. GREGORY W. BAXTER

I, NEIL H. ABRAMSON, hereby depose and state:

1. I am a member of the firm of Proskauer Rose LLP, counsel for Defendants The Office of the Commissioner of Baseball and Major League Baseball Blue, Inc. (together, "MLB") in the above-captioned action. I am familiar with the facts set forth below and submit this Declaration on behalf of MLB in support of its Reply Memorandum of Law in Further Support of Motion to Exclude Dr. Gregory W. Baxter.

2. Attached hereto as **Exhibit A** are true and correct copies of excerpts from the deposition transcript of Denise Martin, Ph.D., taken on March 11, 2020.

3. Attached hereto as **Exhibit B** are true and correct copies of excerpts from the deposition transcript of Joe Torre, taken on June 19, 2019.

4. Attached hereto as **Exhibit C** are true and correct copies of excerpts from the deposition transcript of Peter Woodfork, taken on June 21, 2019.

1

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of June, 2020 in South Salem, New York.

*/s/ Neil H. Abramson*
NEIL H. ABRAMSON