5/7/19 - R. Marsh

1  
2  supervisor report?
3      A.   Because there wasn't a supervisor at
4  the game.
5      Q.   But isn't it true that supervisors
6  will issue evaluations of an umpiring crew based
7  upon reviewing video of a game?
8      A.   Not usually.
9      Q.   So we have all of Angel's
10 evaluations and a whole host of other umpires as
11 well, may we presume by your answer then that
12 most of the evaluations that we have were
13 in-person reviews by the supervisor?
14     A.   Should be.
15     Q.   Has this Cleveland incident played
16 any role in Major League Baseball's decision not
17 to promote Angel to crew chief?
18         MR. ABRAMSON:  Objection as to the
19      form.  You can answer.
20     A.   No.
21     Q.   When you went to Cleveland, did you
22 report back to anyone in Major League Baseball
23 about your own conclusions?
24     A.   Yes, I did.
25     Q.   Who did you report to?