1  assigned four crews, so I cover those four crews, but

2  I also cover whoever comes in and out of

3  San Francisco and Oakland.

4     Q    Now, when you are assigned four crews, I

5  understand that they come to San Francisco or they come

6  to Oakland, you'll be seeing them in person.

7          But if they leave to go to Arizona, do you

8  follow them?

9     A    No.

10    Q    When you are assigned to these four crews --

11 using going to Arizona as an example -- would you

12 supervise them by watching videotape of the game?

13         MR. LUPION:  Object to the form.

14         You can -- you can answer.

15         THE WITNESS:  I use the videos a number of

16 times after my games to look at plays, some positioning.

17 BY MR. MURPHY:

18    Q    So, just so I understand, if you're assigned

19 four crews, is it true that you only see them when they

20 come to San Francisco and Oakland?

21    A    No.  I could -- if they're not scheduled to

22 come in, for example, I could see them in Texas or

23 pretty much on the west coast.

24         You know, I don't really travel back east at

25 all, but when they're out west here...

EXHIBIT

1

exhibitsticker.com