Hon. J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

June 27, 2020

Dear Judge Oetken

I am a reporter with The Athletic. I am writing to request all documents to be unsealed in Hernandez v. The Office of the Commissioner of Baseball et al (1:18-cv-09035-JPO-GWG). The case, as you are well aware, concerns alleged racial discrimination, an issue of current heightened public interest. Thank you for your consideration.

Daniel Kaplan
The Athletic
Senior Writer, business
335 Madison Ave.
New York, NY 10017
646 342 6724
dkaplan@theathletic.com