UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL HERNANDEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>THE OFFICE OF THE COMMISSIONER OF BASEBALL and MAJOR LEAGUE BASEBALL BLUE, INC.<br><br>          Defendants. | No. 18 Civ. 9035 (JPO) (GWG) |

**REPLY DECLARATION OF MATTHEW MCKENDRY IN FURTHER SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

I, MATTHEW MCKENDRY, hereby depose and state:

1. I previously submitted a declaration in this matter in support of the Office of the Commissioner of Baseball's and Major League Baseball Blue, Inc.'s ("MLB") Cross-Motion for Summary Judgment. In my current role as Senior Director, Umpire Operations, I am responsible for maintaining, among other things, personnel records and umpiring assignment records for MLB's Umpiring Department.

2. I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify to them competently under oath.

3. Richard Garcia has not been employed by MLB in any capacity since February 2010.

4. Joe West and Angel Hernandez have not worked on the same umpire crew for any season since 2011.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14 day of August, 2020 in Newtown, Connecticut.

_____
MATTHEW MCKENDRY