**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANGEL HERNANDEZ,

               Plaintiff,                       18 **CIVIL** 9035 (JPO)

       -against-                          **JUDGMENT**

THE OFFICE OF THE COMMISSIONER OF
BASEBALL and MAJOR LEAGUE BASEBALL
BLUE, INC.,

               Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2021, MLB's motion for summary judgment is GRANTED. Hernandez's motion for partial summary judgment is DENIED as moot. MLB's motion to exclude the testimony of Dr. Baxter is DENIED as moot; accordingly, the case is closed.

**Dated:**  New York, New York
           March 31, 2021

                                                                   **RUBY J. KRAJICK**

                                                                    **Clerk of Court**
                                     **BY:**      _K. Mango_

                                                                    **Deputy Clerk**