# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL HERNANDEZ<br><br>    PLAINTIFF,<br><br>V.<br><br>THE OFFICE OF THE COMMISSIONER OF BASEBALL AND MAJOR LEAGUE BASEBALL BLUE, INC.,<br><br>    DEFENDANTS. | CASE NO: 18-CV-09035-JPO<br><br>**NOTICE OF APPEAL** |

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiff Angel Hernandez hereby provides notice to Defendants The Office of the Commissioner of Baseball and Major League Baseball Blue, Inc. that Plaintiff appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered in this action on October 30, 2019 (Dkt. 116), the Opinion and Order entered in this action on March 31, 2021 (Dkt. 197), the Opinion and Order entered in this action on January 20, 2022 (Dkt. 204), and any adverse orders, rulings, decrees, decisions, and opinions entered in this case.

Dated: February 18, 2022

                                                  MURPHY LANDEN JONES PLLC

                                                  By: *Kevin L. Murphy*
                                                  Kevin L. Murphy (*pro hac vice*)
                                                  J. Jeffrey Landen (*pro hac vice*)
                                                  Nicholas R. Gregg (*pro hac vice*)
                                                  2400 Chamber Center Drive, Suite 200
                                                  Fort Mitchell, KY 41017
                                                  Tel: 859-360-1123
                                                  KMurphy@MLJfirm.com
                                                  JLanden@MLJfirm.com
                                                  NGregg@MLJfirm.com

&

PECKAR & ABRAMSON, P.C.
Nicholas J. Zaita
70 Grand Avenue, Suite 200
River Edge, New Jersey 07661
Tel: 201-343-3434
nzaita@pecklaw.com
*Attorneys for Plaintiff Angel Hernandez*

TO: Adam M. Lupion, Esq.,
Neil H. Abramson, Esq.,
Rachel S. Philion, Esq.,
Rachel S. Fischer, Esq.,
PROSKAUER ROSE LLP,
Eleven Times Square
New York, New York 10036-8299

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: Neil H. Abramson, Esq., Rachel S. Philion, Esq., Rachel S. Fischer, Esq., and Adam M. Lupion, Esq., PROSKAUER ROSE LLP, Eleven Times Square, New York, New York 10036-8299.

      Respectfully Submitted,

      MURPHY LANDEN JONES PLLC

      By: *Kevin L. Murphy*
      Kevin L. Murphy (*pro hac vice*)
      2400 Chamber Center Drive, Suite 200
      Fort Mitchell, KY 41017
      Tel: 859-360-1123
      *Attorney for Plaintiff Angel Hernandez*